CO 939
Rev. 3/2016

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

ESTATE OF ANDREA S. PARHAMOVICH et al
_____
Plaintiff(s)

vs.                                                      Civil Action No.:  17cv61-KBJ

SYRIAN ARAB REPUBLIC et al
_____
Defendant(s)

## CERTIFICATE OF MAILING

I hereby certify under penalty of perjury, that on the __24th__ day of _____July_____, 20 _17_,
I mailed:

1. ☐ One copy of the summons and complaint       by registered mail, return receipt requested     , to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)(2)(C)(ii).

2. ☐ One copy of the summons, complaint and notice of suit     , together with a translation of each into the official language of the foreign state, by registered mail, return receipt requested   , to the head of the ministry of foreign affairs, pursuant to the provisions of 28 U.S.C. § 1608(a)(3).

3. ☒ Two copies of the summons, complaint and notice of suit     , together with a translation of each into the official language of the foreign state, by ~~courier/hand delivery~~ FedEx              , to the U.S. Department of State, CA/OSC/L, SA-17, 10th Floor, Washington, DC 20522-1710, ATTN: Director of Overseas Citizens Services, pursuant to the provisions of 28 U.S.C. § 1608(a)(4).

4. ☐ One copy of the summons and complaint       , together with a translation of each into the official language of the foreign state, by registered mail, return receipt requested       , to the agency or instrumentality of the foreign state, pursuant to 28 U.S.C. § 1608(b)(3)(B).

ANGELA D. CAESAR, CLERK

By:        /s/ Reginald D. Johnson
_____
Deputy Clerk