Sender's Copy

# FedEx Express
## Package US Airbill

FedEx Tracking Number: 8102 4657 6502

Form ID No. 0200

**From** *Please print and press hard.*

Date 7/20/2017

Sender's FedEx Account Number

Sender's Name: Joshua M. Ambush    Phone( 410 ) 484-2070

Company: Joshua M. Ambush, LLC

Address: 1726 Reisterstown Rd., #206    Dept./Floor/Suite/Room

City: Baltimore    State MD    ZIP 21208

**Your Internal Billing Reference**
24 characters will appear on invoice

Recipient's Name: William Fritzlen, Esq    Phone( )

Company: U.S. Dept. of State; Office of Policy Review

Address: 100 Pennsylvania Avenue, NW    Dept./Floor/Suite/Room
We cannot deliver to PO boxes or PO ZIP codes

Address: SA-29    4th Floor
To use this line for the HOLD location address or for continuation of your shipping address

City: Washington, D.C.    State    ZIP 20037

**4 Express Package Service** *To most locations*    Packages up to 150 lbs
For packages over 150 lbs, use the FedEx Express Freight US Airbill

**Next Business Day**
- [ ] FedEx First Overnight — Earliest next business morning delivery to select locations Friday shipments will be delivered on Monday unless Saturday Delivery is selected
- [ ] FedEx Priority Overnight — Next business morning * Friday shipments will be delivered on Monday unless Saturday Delivery is selected
- [ ] FedEx Standard Overnight — Next business afternoon * Saturday Delivery NOT available

**2 or 3 Business Days**
- [ ] FedEx 2Day A M — Second business morning * Saturday Delivery NOT available
- [ ] FedEx 2Day — Second business afternoon * Thursday shipments will be delivered on Monday unless Saturday Delivery is selected
- [x] FedEx Express Saver — Third business day * Saturday Delivery NOT available

**5 Packaging** *Declared value limit $500.*
- [ ] FedEx Envelope*
- [x] FedEx Pak*
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

**6 Special Handling and Delivery Signature Options** Fees may apply See the FedEx Service Guide
- [ ] Saturday Delivery — NOT available for FedEx Standard Overnight, FedEx 2Day A.M., or FedEx Express Saver
- [ ] No Signature Required — Package may be left without obtaining a signature for delivery
- [ ] Direct Signature — Someone at recipient's address may sign for delivery
- [ ] Indirect Signature — If no one is available at recipient's address, someone at a neighboring address may sign for delivery For residential deliveries only

**Does this shipment contain dangerous goods?**
One box must be checked
- [ ] No
- [ ] Yes As per attached Shipper's Declaration
- [ ] Yes Shipper's Declaration not required
- [ ] Dry Ice Dry Ice, 9, UN 1845 _____ x _____ kg
- [ ] Cargo Aircraft Only
Restrictions apply for dangerous goods — see the current FedEx Service Guide

Hold Weekday — FedEx location address REQUIRED NOT available for FedEx First Overnight.
Hold Saturday — FedEx location address REQUIRED Available ONLY for FedEx Priority Overnight and FedEx 2Day to select locations

**7 Payment** *Bill to:*
Enter FedEx Acct. No. or Credit Card No below
- [ ] Sender Acct. No. in Section 1 will be billed
- [ ] Recipient
- [ ] Third Party
- [x] Credit Card
- [ ] Cash/Check

FedEx Acct. No.
Credit Card No.    Exp Date

Total Packages    Total Weight    Total Declared Value†

_____ lbs    $ _____ 00

†Our liability is limited to US$100 unless you declare a higher value. See back for details. By using this airbill you agree to the service conditions on the back of this airbill and in the current FedEx Service Guide, including terms that limit our liability

Rev Date 3/15 • Part #167002 • ©2012–2015 FedEx • PRINTED IN U S A  RRDA 00/00

644

**Ship it. Track it. Pay for it. All online.**
Go to fedex.com.

17CV 61