

**EXPRESS WORLDWIDE**

DHL Online

XPD

**From:** U.S. DISTRICT COURT - D.C.
ANGELA D. CAESAR Phone: 202-354-3080
333 CONSTITUTION AVENUE, N.W.
WASHINGTON DC 20001
**United States**

To: MINISTRY FOREIGN AFFAIRS - SYRIA
SHORA, MUARIJEEN

**Origin:**
**DCA**

Contact:
WALLEN MUALLEM
963-112181000

**DAMASCUS**
**Syria**

SY-DAM-DCO

**SX**

Date: 2018-01-30

Shpt Weight: **0.5 lb**

Day

Time:

Piece: **1/1**

Content:
CORRESPONDENCE
COURT DOCUMENTS

WAYBILL 85  2624  5921

(2L)SY+3200064

(J)JD01 4600 0052 9870 7260

---

Please fold or cut in half

# DO NOT PHOTOCOPY

Using a photocopy could delay the delivery of your package and will result in additional shipping charge
Printed waybills will be invoiced unless the shipment is voided.

For Tracking, please go to www.dhl-usa.com or call 1-800-225-5345
Thank you for shipping with DHL.

