CO 226
Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

ESTATE OF ANDREA S. PARHAMOVICH, et al;

_____
                    Plaintiff(s)

        vs.                                                          Civil Action No.: 17-CV-00061-KBJ

SYRIAN ARAB REPUIBLIC, et al.

_____
                    Defendant(s)

### AFFIDAVIT REQUESTING FOREIGN MAILING

    I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint   (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

U.S. Department of State, Office of Policy Review and Interagency Liaison, Attention: Mr. Jared N. Hess, Esquire CA/OCS/L , SA-17, Tenth Floor, Washington, D.C.  20522-1710
for further dispatch and service upon the defendant The Syrian Arab Republic, a foreign sovereign state, via diplomatic service to:
THE SYRIAN ARAB REPUBLIC, c/o Foreign Minister Wallin Muallem,
Ministry of Foreign Affairs and Expatriates
Shora, Muarijeen,
Damasacus, Syria

by: (check one)        ☐    registered mail, return receipt requested
                       ☐    DHL
pursuant to the provisions of: (check one)
                       ☐    FRCP 4(f)(2)(C)(ii)
                       ☐    28 U.S.C. § 1608(a)(3)
                       ☐    28 U.S.C. § 1608(b)(3)(B)
                       ☑    28 U.S.C. § 1608(a)(4)

    I certify that this method of service is authorized by the domestic law of (name of country):
Syria_____, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

                       _____
                                        (Signature)
                       Joshua M. Ambush, Esq.
                       The Law Offices of Joshua M. Ambush, LLC
                       1726 Reisterstown Road,Suite 206
                       Baltimore, Maryland 21208


                            (Name and Address)