THE LAW OFFICE OF
# JOSHUA M. AMBUSH, LLC
HILTON PLAZA
1726 REISTERSTOWN ROAD, SUITE 206, BALTIMORE, MARYLAND 21208
TEL: 410-484-2070 FAX: 410-484-9330

February 23, 2018

Ms. Angela D. Caesar, Clerk of the Court
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C.  20001

*VIA ELECTRONIC FILING  AND HAND DELIVERY*

     Re:    Estate of Andrea S. Parhamovich *et al., v. Islamic Republic of Iran et al.,*
             Civil Action No. 1:17-cv-00061-KBJ
             Request for Service of Process on Defendants Syrian Arab Republic Pursuant to
             28 U.S.C. § 1608(a)(4).

Dear Ms. Caesar:

In connection with the above-captioned case, I am writing to request that all necessary steps be taken to effect service pursuant to 28 U.S.C. §1608(a)(4) on the following defendant: The Syrian Arab Republic.   For purposes of service, all of the above-listed defendants are either the "foreign state" of the Syrian Arab Republic or a "political subdivision of [the] foreign state[,]" under 28 U.S.C. §1608(a).

This is a case brought under 28 U.S.C. § 1605A of the Foreign Sovereign Immunities Act against the defendants for material support of terrorism based on their roles in the extra-judicial killing of Andrea S. Parhamovich.

On January 30, 2018, (Docket Entry #11) we requested that the Clerk of Court, transmit the relevant service documents upon defendant the Syrian Arab Republic via DHL, pursuant to 28 USC §1608(a)(3).  On February 6, 2018, you sent the service documents to defendant The Syrian Arab Republic via DHL courier (Docket Entry #13).  On February 20, 2018, we were advised by DHL that delivery of the service documents were refused. (See Attachment)  The documents are being returned to the Clerk's office.  Accordingly, we are now seeking diplomatic service pursuant to 28 USC 1608(a)(4).

Pursuant to 28 U.S.C. §1608(a)(4) and 22 C.F.R. §93.2, I have enclosed for service on the defendant The Syrian Arab Republic:

(1) one copy of the summons with accompanying Arabic translation;
(2) one copy the complaint with accompanying Arabic translation;
(3) one copy of the notice of suit with accompanying translation, with the Foreign Sovereign Immunities Act of 1976 attached;
(4) A cashier's check payable to the U.S. Department of State in the amount of $2,275.

Please take all necessary steps to dispatch the aforementioned materials to effect service on the defendant The Syrian Arab Republic pursuant to 28 U.S.C. § 1608(a)(4).  Certain State Department officials have recommended that the service materials be sent to the following address when dispatching the above documents to the Director of Special Consular Services:

> U.S. Department of State
> Office of Policy Review and Interagency Liaison
> Attn: Mr. Jared N. Hess, Esquire
> CA/OCS/L
> SA-17, Tenth Floor
> Washington, D.C.  20522-1710

Due to delays with regular mail delivery at the Department of State as a result of anthrax screening, I respectfully request that the documents be mailed by Federal Express to the above address. I have enclosed a box for the materials with a pre-addressed label bearing my Federal Express account information.

Thank you for your assistance in this matter.

Sincerely,

Joshua M. Ambush

JMA/sa
Enclosures

2