

February 20, 2018

Account Holder: JOSHUA M AMBUSH LLC
Address:        1726 REISTERSTOWN ROAD
City, State, Zip: BALTIMORE, VA 21208
Account number: 848628570

Date Shipped:   February 06, 2018
Shipper:        US District Court
                333 Constitution Avenue, N.W.
                Washington DC, DC 2001

Airway bill#:   8526245921
Consignee:      MINISTRY FOREIGN AFFAIRS - SYRIA
                SHORA, MUARIJEEN
                DAMASCUS SYRIA

Dear Mr. Ambush:

In response to your inquiry concerning the above referenced shipment, DHL Express has traced this shipment through our shipping cycle and has ascertained the following:

Your Airway bill 8526245921 was collected from the United States District Court for the District of Columbia on February 6, 2018. Upon arrival into Syria, DHL attempted to deliver the shipment on February 14, 2018.   Mahmoud Hmiedi refused the shipment as it was not something they ordered.  The shipment is being returned back to the US under airway bill 2750757516.

DHL values our relationship with our customers and hope you will allow us to continue providing services to your company.

Sincerely,

Teresa Jenkins
Data Management Professional
DHL Express