CO 939
Rev. 9/2017

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

ESTATE OF ANDREA S. PARHAMOVICH et al.,
Plaintiff(s)

vs.                                    Civil Action No.: 17-cv-00061-KBJ

SYRIAN ARAB REPUBLIC et al
Defendant(s)

## CERTIFICATE OF MAILING

I hereby certify under penalty of perjury, that on the __27th__ day of _____February_____, 20 _18_ ,
I mailed:

1. ☐ One copy of the summons and complaint        by registered mail, return receipt requested        , to
the individual of the foreign state, pursuant to the provisions of FRCP 4(f)(2)(C)(ii).

2. ☐ One copy of the summons, complaint and notice of suit        , together with a translation of each into
the official language of the foreign state, by registered mail, return receipt requested    , to the head of
the ministry of foreign affairs, pursuant to the provisions of 28 U.S.C. § 1608(a)(3).

3. ☒ Two copies of the summons, complaint and notice of suit        , together with a translation of each
into the official language of the foreign state, by FedEx                            , to the
U.S. Department of State, CA/OSC/L, SA-17, 10th Floor, Washington, DC 20522-1710, ATTN:
Director of Overseas Citizens Services, pursuant to the provisions of 28 U.S.C. § 1608(a)(4).

4. ☐ One copy of the summons and complaint        , together with a translation of each into the official
language of the foreign state, by registered mail, return receipt requested        , to the agency or
instrumentality of the foreign state, pursuant to 28 U.S.C. § 1608(b)(3)(B).

ANGELA D. CAESAR, CLERK

By: _____/s/ T. Davis_____
Deputy Clerk