fedex.com 1800.GoFedEx 1.800.463.3339

**FedEx Express** *Package US Airbill*

FedEx Tracking Number: 8113 2561 7768

Form ID No. 0200

**1 From** *Please print and press hard.*

Date 2/23/17

Sender's FedEx Account Number

Sender's Name MS. Angela D. Caesar  Phone ( 202 354-3000

Company Clerk, U.S. District Court for D.C.

Address 333 Constitution Avenue, N.W.  Dept./Floor/Suite/Room

City Washington,  State D.C.  ZIP 20001

**2 Your Internal Billing Reference**
First 24 characters will appear on invoice.

17-CV-61 KBJ

**3 To**

Recipient's Name Mr. Jared N. Hess, ESJ  Phone ( 202-485-6173

Company U.S. Dept of State - Office of Policy Review & I.L.

Address CA/OcS/L

We cannot deliver to PO boxes or PO ZIP codes  Dept./Floor/Suite/Room

Address SA-17; 10th Floor

Use this line for the HOLD location address or for continuation of your shipping address

City Washington  State DC  ZIP 20522-1710

☐ **Hold Weekday**
FedEx location address
REQUIRED NOT available
FedEx First Overnight.

☐ **Hold Saturday**
FedEx location address
REQUIRED available
FedEx Priority Overnight and
FedEx 2Day to select locations.

**Ship it. Track it. Pay for it. All online.**
Go to fedex.com

**4 Express Package Service** *To most locations.*  Packages up to 150 lbs.
For packages over 150 lbs., use the FedEx Express Freight US Airbill.

☐ **FedEx First Overnight**
Earliest next business morning delivery to select locations. Friday shipments will be delivered on Monday unless Saturday Delivery is selected

☑ **FedEx Priority Overnight**
Next business morning * Friday shipments will be delivered on Monday unless Saturday Delivery is selected

☐ **FedEx Standard Overnight**
Next business afternoon.*
Saturday Delivery NOT available

☐ **FedEx 2Day A.M.**
Second business morning *
Saturday Delivery NOT available

☐ **FedEx 2Day**
Second business afternoon.* Thursday shipments will be delivered on Monday unless Saturday Delivery is selected

☐ **FedEx Express Saver**
Third business day *
Saturday Delivery NOT available.

**5 Packaging** *Declared value limit $500.*

☑ **FedEx Envelope***  ☐ **FedEx Pak***  ☐ **FedEx Box**  ☐ **FedEx Tube**  ☐ **Other**

**6 Special Handling and Delivery Signature Options** Fees may apply. See the FedEx Service Guide

☐ **Saturday Delivery**
NOT available for FedEx Standard Overnight, FedEx 2Day A.M., or FedEx Express Saver

☐ **No Signature Required**
Package may be left without obtaining a signature for delivery

☐ **Direct Signature**
Someone at recipient's address may sign for delivery

☐ **Indirect Signature**
If no one is available at recipient's address, someone at a neighboring address may sign for delivery. For residential deliveries only

**Does this shipment contain dangerous goods?**
One box must be checked.

☑ **No**  ☐ **Yes** As per attached Shipper's Declaration.  ☐ **Yes** Shipper's Declaration not required  ☐ **Dry Ice** Dry Ice, 9, UN 1845 _____ x _____ kg

Restrictions apply for dangerous goods — see the current FedEx Service Guide  ☐ **Cargo Aircraft Only**

**7 Payment** *Bill to:*

Enter FedEx Acct. No. or Credit Card No. below.

☐ **Sender** Acct. No. in Section 1 will be billed.  ☐ **Recipient**  ☑ **Third Party**  ☐ _____  ☐ _____

FedEx Acct. No.
Credit Card No.

Total Packages _____  Total Weight _____  Total Declared Value †

_____ lbs  $ _____ .00

†Our liability is limited to US$100 unless you declare a higher value. See back for details. By using this airbill you agree to the service conditions on the back of this airbill and in the current FedEx Service Guide, including terms that limit our liability.

Rev. Date 3/15 • Part #157001 • ©2012-2015 FedEx • PRINTED IN U.S.A. SRM

644

PULL AND RETAIN THIS COPY BEFORE AFFIXING TO THE PACKAGE. NO POUCH NEEDED