SPECIAL INSTRUCTIONS

DOOR TO AIRPORT

# TAS
# PROCESSED



**DHL EXPRESS**

LB0048 (11/09) RTJ

903-112'8100C

SHORA, MUARIJEEN

**DAMASCUS**
Syria

SY-DAM-DCO

| | Day | Time |

**SX**

| Date | Shpt Weight | Piece |
| 2018-01-30 | **0.5 lb** | **1/1** |

Content
CORRESPONDENCE
COURT DOCUMENTS

EXPRESS ENVELOPE **XPD**

**DAMASCUS, SYRIA**

Origin:
**DCA**

**ESO    SY – DAM – DCO**

**RDC**

| | Day | Time |

| Date | Pce/Shpt Weight | Piece |
| 2018-02-06 | **0.6/0.5 LB** | **1/1** |

Content Description
CORRESPONDENCE COURT DOCUMENTS

FEB 26 2018

WAYBILL 85 2624 5921

(2L)SY:DAMDCO+520000009A

(J) JD01 4600 0052 9870 7260

LB0019
(10/07) OMN

Remove to expose adhesive

SHIPMENT INSPECTED BY:

17cv61

# EXPRESS WORLDWIDE DOX _DHL_

DCVS 3 0 1 / 12 – 1403

20001 WASHINGTON, UNITED STATES OF AMERICA

Origin
DAM

## US – DCA – DCA

Day | Time

Ref Code RTO AWB 8526245921

Date
2018 – 02 – 20

Pce/Shpt Weight
./0.5 KG

Piece
1/1

Content Description
CORRESPONDENCE COURT DOCUMENTS

WAYBILL 27 5075 7516

(2L)US20001+420000009A

(J) JD01 4600 0053 5151 7302

EXPRESS WORLDWIDE DOX _DHL_

From DHL EXPRESS & LOGISTICS
OUTBOUND OPERATIONS
CORNICHE ALMIDAN
ACROSS OF TISHREEN JOURNAL
DAMASCUS
Syria

2018-02-20 DHL EmailShip 04 02 00 / '16.140?

To: U.S. DISTRICT COURT - D.C.
ANGELA D. CAESAR
333 CONSTITUTION AVENUE, N.W.
WASHINGTON DC 20001
United States Of America

Contact +96311188288000
Contact +12D23543080

Origin
DAM

US-DCA-DCA

Ref: RTO AWB 8526245921

Pce/Shpt Weight
0.5 kg

Day | Time

Piece
1/1

Contents
CORRESPONDENCE
COURT DOCUMENTS

WAYBILL 27 5075 7516

(2L)US DCADCA+42000000

(J) JD01 4600 0053 5151 7302


made from
recycled materials

Maximum recommended weight 2 kg/4.4 lb