# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

THE ESTATE OF          *
ANDREA S. PARHAMOVICH, *et. al.,*     *
      Plaintiffs,              *

         *

      v.                  *          Case No. 1:17-CV-00061 (KBJ)

         *

ISLAMIC REPUBLIC         *
OF IRAN, *et al.*,            *

         *

      Defendants.         *

***********************************************************************************

## PLAINTIFFS' STATUS REPORT ON THE STATUS OF SERVICE OF PROCESS ON DEFENDANT SYRIAN ARAB REPUBLIC

Plaintiffs, through undersigned counsel, submit the following Status Report on the status of service of process on Defendant, the Syrian Arab Republic, as required by the Court's minute order of October 24, 2018. Plaintiffs have attempted service on Syria via the United States State Department pursuant to 28 USC §1608(a)(3) and §1608(a)(4).

Plaintiffs filed their Complaint on January 11, 2017. (Docket Entry # 1). On January 12, 2017, the Clerk of Court issued a summons electronically to the Syrian Arab Republic. (Docket Entry # 3). On February 27, 2018, the summons was returned unexecuted. (Docket Entry # 17).

Attempted service on Syria under 28 USC §1608(a)(3) has been futile. On January 30, 2018, Plaintiffs submitted an Affidavit Requesting Foreign Mailing of Service of Process on Defendant Syrian Arab Republic Pursuant to 28 USC §1608(a)(3). (Docket Entry # 11). On February 6, 2018, Plaintiffs submitted a request to the Clerk of Court to effect service of one copy of the summons, complaint, and notice of suit, together with a translation of each into the official language of the foreign state, by DHL, to the head of the Ministry of Foreign Affairs of Syria, pursuant to 28 USC §1608(a)(3). (Docket Entry # 12). On February 6, 2018, the Clerk of Court submitted a Certificate of Clerk of mailing the service package to the Ministry of Foreign Affairs in

1

Syria via DHL. (Docket Entry # 13).  On February 20, 2018 undersigned counsel received a letter from DHL that the service package was refused. (Docket Entry # 14, Attachment 2).

Service under §1608(a)(4) has similarly been futile.  On February 23, 2018, Plaintiffs submitted an affidavit requesting foreign mailing and service upon Defendant Syria via diplomatic process pursuant to 28 USC §1608(a)(4).  (Docket Entry # 14).  On February 27, 2018, Plaintiffs submitted a request for the Clerk to effect service upon Defendant Syria of two copies of the summons, complaint, and notice of suit, together with a translation of each into the official language of the foreign state, by FedEx, return receipt requested, to the U.S. Department of State, Office of Policy Review in Washington, D.C., pursuant to 28 USC §1608(a)(4).  (Docket Entry #15). On February 27, 2018, the Clerk of Court submitted a Certificate of Mailing certifying the mailing via FedEx to the Department of State. (Docket Entry # 16).

On October 4, 2018, the State Department reported to undersigned counsel via email that as of August 31, 2018, the Ministry of Foreign Affairs in the Czech Republic had confirmed their receipt of the service packet, but had not confirmed that the documents have been delivered to the Syrian Ministry of Foreign Affairs. No further update has been received from the State Department by undersigned counsel since the October 4, 2018 email.

Undersigned counsel encountered a similar situation with service of process on Syria in another case, *Flanagan v. Islamic Republic of Iran.  See Flanagan v. Islamic Republic of Iran*, 190 F. Supp. 3d 138, 151-153 (D.D.C. 2016), which held that service was not perfected as to Syria, under 28 USC §1608(a)(3) because the service package was refused.

Since,  as in *Flanagan*, it appears that service upon Syria is futile, Plaintiffs will seek leave from the Court to bifurcate the case as to Defendant Syria, and move for default against Defendant Iran and for an evidentiary hearing as to Defendant Iran.

Dated: November 14, 2018

Respectfully Submitted,

/s/ Joshua M. Ambush
Joshua M. Ambush (Bar No. MD 27025)
Law Offices of Joshua M. Ambush, LLC
1726 Reisterstown Road
Suite 206
Baltimore, Maryland 21208
Phone: (410) 484-2070
Facsimile: (410) 484-9330
Email: joshua@ambushlaw.com
*Counsel for Plaintiffs*