

**United States Department of State**

*Washington, D.C.   20520*

December 10, 2018

Ms. Angela D. Caesar
Clerk of the Court
United States District Court
For the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

> **Re: Estate of Andrea S. Parhamovich, et al. v. Syrian Arab Republic, et al., 1:17-cv-0061 (KBJ)**

Dear Ms. Caesar:

I am writing regarding the Court's request for transmittal of a Summons, Complaint, and Notice of Suit to the Syrian Arab Republic pursuant to 28 U.S.C. Section 1608(a)(4) as a defendant in the above referenced lawsuit.

Because the United States does not have an Embassy in the Syrian Arab Republic, the Department of State is assisted by the Foreign Interests Section of the Embassy of the Czech Republic in Damascus in delivering these documents to the Syrian Ministry of Foreign Affairs. The documents were delivered to the Ministry of Foreign Affairs of the Syrian Arab Republic under cover of diplomatic note No. 1481-1/2018 dated and delivered on September 20, 2018. A certified copy of the diplomatic note is enclosed.

Sincerely,

Daniel Klimow
Attorney Adviser
Overseas Citizens Services
Office of Legal Affairs

RECEIVED
Mail Room

DEC 1 2 2018

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Cc:    Joshua Ambush
        Hilton Plaza
        1726 Reisterstown Rd., Suite 206
        Baltimore, MD 21208

CERTIFICATE

CZECH REPUBLIC                                    )
District of Prague                               )
City of Prague                                   )      SS:
Embassy of the United States of America )


I, Kimberly Atkinson, a consular officer at the Embassy of the
United States at Prague, Czech Republic, certify that this is a
true copy of diplomatic note number 1481-1/2018 dated September
20, 2018, and annexed documents, which were transmitted by the
Ministry of Foreign Affairs of the Czech Republic on November
20, 2018, to the Embassy of the United States.


(Signature of Consular Officer)


Kimberly Atkinson
(Typed name of Consular Officer)


Consul
(Title of Consular Officer)


November 26, 2018
(Date)

Č.j. 314990/2018-KO

Příloha: 1 obálka

Konzulární odbor Ministerstva zahraničních věcí České republiky projevuje úctu Velvyslanectví Spojených států amerických v Praze a s odvoláním na jeho nótu č. 117 ze dne 30. srpna 2018 ve věci doručení dokumentů týkajících se žaloby A. S. Parhamovich, et al. v. Syrská arabská republika, et al., 1:17-cv-00061 (KBJ) projednávané Federálním okresním soudem pro District of Columbia, ve kterém je Syrská arabská republika stranou žalovanou, má čest dokumenty vrátit zpět, neboť dokumenty odmítlo Ministerstvo zahraničních věcí Syrské arabské republiky převzít. Přikládá se také nóta Velvyslanectví České republiky v Damašku č. 1481-1/2018 ze dne 20. září 2018 a potvrzení pravosti razítka a podpisu, kterými je nóta opatřena.

Konzulární odbor Ministerstva zahraničních věcí České republiky využívá této příležitosti, aby znovu ujistil Velvyslanectví Spojených států amerických v Praze svou nejhlubší úctou.

V Praze dne   20 . listopadu 2018

Velvyslanectví
Spojených států amerických
**P r a h a**

*Unofficial translation*

*No. 314990/2018-KO*

*Encl. 1 envelope*

*The Consular Department of the Ministry of Foreign Affairs of the Czech Republic presents its compliments to the Embassy of the United States of America in Prague and, with reference to the Embassy´s Note No. 117 of August 30, 2018 regarding the assistance in transmitting the documents arised out of the lawsuit A. S. Parhamovich, et al. v. Syrian Arab Republic, et al., 1:17-cv-00061 (KBJ) pending in the U.S. Federal District Court for the District of Columbia, in which the Syrian Arab Republic is the defendant, has the honour to return the documents as the Ministry of the Foreign Affairs of the Syrian Arab Republic refused to accept the delivery. At the same time the copy of the diplomatic Note ref. 1481-1/2018 dated September 20, 2018 in Damaskus and the Confirmation of autenticity of the seal and signature are enclosed.*

*The Consular Department of the Ministry of Foreign Affairs of the Czech Republic avails itself of this oportunity to renew to the Embassy of the United States of America the assurances of its highest consideration.*

*Prague, 20 November 2018*

*Embassy*
*of the United States of America*
**Prague**



**Embassy of the Czech Republic**
in the Syrian Arab Republic

U.S. Interests Section

I Daniel Sladkovský, Head of the Foreign Interests Section of the Embassy of the Czech Republic in Damascus, certify that this is a true copy of the diplomatic note 1481-1/2018 dated 20.09.2018 and delivered to the Syrian Ministry of Foreign Affairs and immediately refused by the Syrian Ministry of Foreign Affairs to be received on 20.09.2018.

Daniel Sladkovský

Head of the Foreign Interests Section

Embassy of the Czech Republic

Damascus

20.09.2018



**Embassy of the Czech Republic**
**in the Syrian Arab Republic**

U.S. Interests  Section

**Potvrzení o pravosti razítka a podpisu pracovníka ZÚ Damašek – USIS**

Jméno:          Daniel

Příjmení :       Sladkovský

Podpis pracovníka ZÚ Damašek – USIS:

Vzor otisku ZÚ Damašek – USIS:

**Embassy of the Czech Republic**
in the Syrian Arab Republic

U.S. Interests Section

No:. 1481-1/2018

## *Verbal Note*

The Embassy of the Czech Republic, acting as the Protecting Power for the U.S. Interests in Syria, the Foreign Interests Section, presents its compliments to the Ministry of Foreign Affairs and Expatriates of the Syrian Arab Republic (Diplomatic Protocol).

The Embassy of the Czech Republic, Foreign Interests Section, in Damascus, at the request of the Embassy of the United States of America in Prague refers the Ministry of Foreign Affairs of the Syrian Arab Republic to the lawsuit Estate of Andrea S. Parhamovich, et al. v. Syrian Arab Republic, et al., 1:17-cv-00061 (KJB), which is pending in the U.S. District Court of the District of Columbia. The Syrian Arab Republic is a defendant in this case. The Foreign Interests Section transmits a Summons and Complaint herewith. The U.S. Disctrict Court of the District of Columbia has requested the transmittal of these documents. This note constitutes transmittal of these documents to the Government of the Syrian Arab Republic as contemplated in Title 28, United States Code, Section 1608(a)(4).

Under applicable U.S. law a defendant in lawsuit must file an answer to the Complaint or some other responsive pleading within 60 days of the date of transmittal of the Complaint, in this case the date of this note. Failing to do so, a defendant risks the possibility of having judgement entered against it without the opportunity to present arguments or evidence on its behalf. Therefore, the Foreign Interests Section requests that the enclosed Summons and Complaint be forwarded appropriate authority of the Syrian Arab Republic with a view towards taking whatever steps are necessary to avoid a default judgement.



Embassy of the Czech Republic
in the Syrian Arab Republic

U.S. Interests Section

In addition to the Summons and Complaint, the Foreign Interests Section is enclosing a Notice of Suit, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign States.

The Foreign Interests Section has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. Otherwise, proceedings will continue without an opportunity to present arguments or evidence. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

The Embassy of the Czech Republic avails itself of this opportunity to renew to the Ministry of Foreign Affairs and Expatriates of the Syrian Arab Republic the assurances of its highest consideration.

Damascus, 20.  September, 2018

**Ministry of Foreign Affairs and Expatriates**
**of the Syrian Arab Republic**
**Diplomatic Protocol**
**Damascus**



Attachments :

1.  **Summons, Complaint, and Notice of Suit**

2.  **Translations**



سفارة الجمهورية التشيكية
في الجمهورية العربية السورية

قسم رعاية المصالح الأمريكية

الرقم : ١٤٨١-٧/2018

<u>مذكرة شفهية</u>

تهدي ســـــفارة الجمهورية التشـــــــــيكية بدمشق، بصفتها الدولة الراعية لمصالح الولايات المتحدة الامريكية في سوريا، أطيب تحياتها إلى وزارة الخارجية والمغتربين في الجمهورية العربية السورية (إدارة المراسم) .

تطلب سفارة الجمهورية التشيكية ، قسم رعاية المصالح الأجنبية بدمشق وبناء على طلب سفارة الولايات المتحدة الأمريكية في براغ بالإشارة الى وزارة الخارجية والمغتربين في الجمهورية العربية السورية بالدعوى القضائية، Andrea S.Parhamovich,et al ضد الجمهورية العربية السورية (KJB) – 1:17-cv00061 والمعلقة في المحكمة الاتحادية الأمريكية لمقاطعة كولومبيا . <u>الجمهورية العربية السورية</u> هي المدعى عليه في هذه القضية. حيث ينقل قسم المصالح الأجنبية مرفق استدعاء و شكوى. طلبت المحكمة الاتحادية الأمريكية في كولومبيا نقل هذه الوثائق. تشكل هذه المذكرة نقل هذه الوثائق وتبليغ الى حكومة الجمهورية العربية السورية كما يقر الفصل 28، قانون الولايات المتحدة الأمريكية، الفقرة 1608 (a)(4).

بموجب القانون المطبق في الولايات المتحدة الأمريكية، يجب على المدعى عليه في القضية تحضير جواب للشكوى أو مناشدة جوابية خلال 60 يوم من تاريخ نقل الشكوى، يعني من تاريخ هذه المذكرة. في حال عدم النجاح بذلك، يتحمل المدعى عليه إمكانية الحصول على حكم بدون الفرصة لتحضير مرافعة أو دليل من طرفه. لذلك، يطالب قسم رعاية المصالح الأمريكية بتقديم الادعاء المرفق والشكوى المعدلة الى السلطات المعنية في الجمهورية العربية السورية مع وجهة نظر تجاه الخطوات الضرورية لتلافي التخلف عن الحكم الافتراضي.

بالإضافة الى الاستدعاء والشكوى يرغب قسم رعاية المصالح الأمريكية أن يرفق إخطار دعوى المقدم من المدعي، والذي يختصر طبيعة القضية ويشمل عودة الى قوانين الولايات المتحدة المتعلقة بقضايا ضد الدول الأجنبية .

تم إخطار قسم رعاية المصالح الأمريكية أنه وبحسب القانون الأمريكي أي مطالبات الدفاع القضائية أو غيرها من الحصانة السيادية يجب أن توجه الى المحكمة قبل أن تصبح المسألة معلقة ، ولأي من الأسباب ، ينصح أن يتم إستشارة محامي في الولايات المتحدة . خلاف ذلك، سوف تستمر الدعوى دون فرصة لتقديم حجة أو دليل، من المتبع في وزارة الخارجية الأمريكية أن توفر الفرصة لمناقشة متطلبات قانون الولايات

المتحدة مع مستشار قانوني . حكومة الولايات المتحدة ليست طرف في هذه القضية ولا تستطيع تمثيل أطراف أخرى في هذه القضية.

تنتهز سفارة الجمهورية التشيكية بدمشق هذه الفرصة لتعرب إلى وزارة الخارجية والمغتربين في الجمهورية العربية السورية –ادارة المراسم –عن فائق الاعتبار والتقدير .

دمشق في   20  أيلول 2018



وزارة الخارجية والمغتربين في الجمهورية العربية السورية
إدارة المراسم
دمشـــــــق

مرفقات:
1–استدعاء، شكوى، وإخطار بالدعوى.
2–ترجمة

**Embassy of the Czech Republic**
in the Syrian Arab Republic

U.S. Interests Section

No:. 1481-1/2018

<u>*Verbal Note*</u>

The Embassy of the Czech Republic, acting as the Protecting Power for the U.S. Interests in Syria, the Foreign Interests Section, presents its compliments to the Ministry of Foreign Affairs and Expatriates of the Syrian Arab Republic (Diplomatic Protocol).

The Embassy of the Czech Republic, Foreign Interests Section, in Damascus, at the request of the Embassy of the United States of America in Prague refers the Ministry of Foreign Affairs of the Syrian Arab Republic to the lawsuit Estate of Andrea S. Parhamovich, et al. v. Syrian Arab Republic, et al., 1:17-cv-00061 (KJB), which is pending in the U.S. District Court of the District of Columbia. The <u>Syrian Arab Republic</u> is a defendant in this case. The Foreign Interests Section transmits a Summons and Complaint herewith. The U.S. Disctrict Court of the District of Columbia has requested the transmittal of these documents. This note constitutes transmittal of these documents to the Government of the Syrian Arab Republic as contemplated in Title 28, United States Code, Section 1608(a)(4).

Under applicable U.S. law a defendant in lawsuit must file an answer to the Complaint or some other responsive pleading within 60 days of the date of transmittal of the Complaint, in this case the date of this note. Failing to do so, a defendant risks the possibility of having judgement entered against it without the opportunity to present arguments or evidence on its behalf. Therefore, the Foreign Interests Section requests that the enclosed Summons and Complaint be forwarded appropriate authority of the Syrian Arab Republic with a view towards taking whatever steps are necessary to avoid a default judgement.



**Embassy of the Czech Republic**
**in the Syrian Arab Republic**

U.S. Interests  Section

In addition to the Summons and Complaint, the Foreign Interests Section is enclosing a Notice of Suit, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign States.

The Foreign Interests Section has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. Otherwise, proceedings will continue without an opportunity to present arguments or evidence. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

The Embassy of the Czech Republic avails itself of this opportunity to renew to the Ministry of Foreign Affairs and Expatriates of the Syrian Arab Republic the assurances of its highest consideration.

Damascus, 20.  September, 2018

**Ministery of Foreign Affairs and Expatriates**
**of the Syrian Arab Republic**
**Diplomatic Protocol**
**Damascus**



**Attachments :**

1.  **Summons, Complaint, and Notice of Suit**

2.  **Translations**



سفارة الجمهورية التشيكية
في الجمهورية العربية السورية

قسم رعاية المصالح الأمريكية

الرقم :ج/١٤٣١/2018

<u>مذكرة شفهية</u>

تهدي ســــفارة الجمهورية التشـــــــيكية بدمشق، بصفتها الدولة الراعية لمصالح الولايات المتحدة الامريكية في سوريا، أطيب تحياتها إلى وزارة الخارجية والمغتربين في الجمهورية العربية السورية (إدارة المراسم) .

تطلب سفارة الجمهورية التشيكية ، قسم رعاية المصالح الأجنبية بدمشق وبناء على طلب سفارة الولايات المتحدة الأمريكية في براغ بالإشارة الى وزارة الخارجية والمغتربين في الجمهورية العربية السورية بالدعوى القضائية Andrea S.Parhamovich,et al، ضد الجمهورية العربية السورية (KJB) – 1:17-cv00061 والمعلقة في المحكمة الاتحادية الأمريكية لمقاطعة كولومبيا . <u>الجمهورية العربية السورية</u> هي المدعى عليه في هذه القضية. حيث ينقل قسم المصالح الأجنبية مرفق استدعاء و شكوى. طلبت المحكمة الاتحادية الأمريكية في كولومبيا نقل هذه الوثائق. تشكل هذه المذكرة نقل هذه الوثائق وتبليغ الى حكومة الجمهورية العربية السورية كما يقر الفصل 28، قانون الولايات المتحدة الأمريكية، الفقرة 1608 (a)(4).

بموجب القانون المطبق في الولايات المتحدة الأمريكية، يجب على المدعى عليه في القضية تحضير جواب للشكوى أو مناشدة جوابية خلال 60 يوم من تاريخ نقل الشكوى، يعني من تاريخ هذه المذكرة. في حال عدم النجاح بذلك، يتحمل المدعى عليه إمكانية الحصول على حكم بدون الفرصة لتحضير مرافعة أو دليل من طرفه. لذلك، يطالب قسم رعاية المصالح الأمريكية بتقديم الادعاء المرفق والشكوى المعدلة الى السلطات المعنية في الجمهورية العربية السورية مع وجهة نظر تجاه الخطوات الضرورية لتلافي التخلف عن الحكم الافتراضي.

بالإضافة الى الاستدعاء والشكوى يرغب قسم رعاية المصالح الأمريكية أن يرفق إخطار دعوى المقدم من المدعي، والذي يختصر طبيعة القضية ويشمل عودة الى قوانين الولايات المتحدة المتعلقة بقضايا ضد الدول الأجنبية .

تم إخطار قسم رعاية المصالح الأمريكية أنه وبحسب القانون الأمريكي أي مطالبات الدفاع القضائية أو غيرها من الحصانة السيادية يجب أن توجه الى المحكمة قبل أن تصبح المسألة معلقة ، ولأي من الأسباب ، ينصح أن يتم إستشارة محامي في الولايات المتحدة . خلاف ذلك، سوف تستمر الدعوى دون فرصة لتقديم حجة أو دليل، من المتبع في وزارة الخارجية الأمريكية أن توفر الفرصة لمناقشة متطلبات قانون الولايات

المتحدة مع مستشار قانوني . حكومة الولايات المتحدة ليست طرف في هذه القضية ولا تستطيع تمثيل أطراف أخرى في هذه القضية.

تنتهز سفارة الجمهورية التشيكية بدمشق هذه الفرصة لتعرب إلى وزارة الخارجية والمغتربين في الجمهورية العربية السورية –ادارة المراسم –عن فائق الاعتبار والتقدير .

دمشق في   20  أيلول 2018



وزارة الخارجية والمغتربين في الجمهورية العربية السورية
إدارة المراسم
دمشــــــق

مرفقات:
1–استدعاء، شكوى، وإخطار بالدعوى.
2–ترجمة