Default - Rule 55A (CO 40 Revised-4/2011)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

ESTATE OF ANDREA S. PARHAMOVICH, et al.
_____
Plaintiff(s)

v.

SYRIAN ARAB REPUBLIC, et al.
_____
Defendant(s)

Civil Action: 17-cv-00061-KBJ

RE: SYRIAN ARAB REPUBLIC

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on 9/20/2018 , and an affidavit on behalf of the plaintiff having been filed, it is this 16 day of January , 2019 declared that defendant(s) is/are in default.

ANGELA D. CAESAR, Clerk

By: _____/s/Jackie Francis_____
Deputy Clerk