Default - Rule 55A (CO 40 Revised-4/2011)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

ESTATE OF ANDREA S. PARHAMOVICH, et al.
_____
                Plaintiff(s)

                                                    Civil Action: 17-cv-00061-KBJ

        v.

SYRIAN ARAB REPUBLIC, et al.
_____
                Defendant(s)


**RE:** ISLAMIC REPUBLIC OF IRAN


## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint        on        2/25/2018        , and an affidavit on behalf of the plaintiff having been filed, it is this ___16___ day of _____January_____, _2019_ declared that defendant(s) is/are in default.


                                ANGELA D. CAESAR, Clerk


                                By: ____/s/Jackie Francis____
                                        Deputy Clerk