# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

THE ESTATE OF               *
ANDREA S. PARHAMOVICH, *et. al.,*    *
      Plaintiffs,            *
                            *
      v.                     *         Case No. 1:17-CV-0061 (KBJ)
                            *
ISLAMIC REPUBLIC        *
OF IRAN, *et al.*,            *
                            *
      Defendants.         *

**************************************************************************

## PLAINTIFFS' MOTION FOR SCHEDULING CONFERENCE

Plaintiffs, through undersigned counsel, pursuant to LCvR 16.4, respectfully move the Court to set a Scheduling Conference upon the following grounds.

1.     The Complaint in this case was filed on January 11, 2017. (ECF No. 1).

2.     Service was completed upon Iran on February 25, 2018 and upon Syria on September 20, 2018. (ECF No. 18; ECF No. 20).

3.     Section 1608 (d) of the Foreign Sovereign Immunities Act (28 U.S.C. § 1608(d)) requires defendants to serve an answer to the complaint within sixty (60) days of service. Iran's Answer to the Complaint was due on April 26, 2018. Syria's Answer to the Complaint was due on November 19, 2018.

4.     An entry of default was entered as to Iran and Syria on January 16, 2019. (ECF No. 22).

5.     LCvR 16.3 requires counsel to confer under LCvR 16.3(a) and to submit a report and proposed scheduling order to the Court under LCvR 16.3(d). The above-captioned case is exempt from the requirements of LCvR 16.3 and of Fed. R. Civ. P. 16(b) and 26(f), which do not apply in cases in which no answer has yet been filed. LCvR 16.3(b). To date, Iran and Syria have failed to plead or otherwise defend at any time after they were served with process in the above-captioned case.

6.      As 28 U.S.C. § 1608(e) requires a plaintiff to "establish[ ] his claim or right to relief by evidence satisfactory to the court" before a default judgment may be entered against a foreign sovereign, Plaintiffs respectfully request a scheduling conference with the Court pursuant to LCvR 16.4(a) so that a schedule for *ex parte* briefing and evidentiary hearing may be set.

7.      As an alternative to a scheduling conference, Plaintiffs seek leave to submit a written report and proposed scheduling order to the Court.

Dated: February 26, 2019                                    Respectfully Submitted,

/s/ Joshua M. Ambush_____
Joshua M. Ambush (Bar No. MD 27025)
Law Offices of Joshua M. Ambush, LLC
1726 Reisterstown Road
Suite 206
Baltimore, Maryland 21208
Phone: (410) 484-2070
Facsimile: (410) 484-9330
Email: joshua@ambushlaw.com
*Counsel for Plaintiffs*