**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| THE ESTATE OF | * | |
| ANDREA S. PARHAMOVICH, *et. al.,* | * | |
|    Plaintiffs, | * | |
| | * | |
|    v. | * | Case No. 1:17-CV-0061 (KBJ) |
| | * | |
| ISLAMIC REPUBLIC | * | |
| OF IRAN, *et al.,* | * | |
| | * | |
|    Defendants. | * | |

**************************************************************************

## PLAINTIFFS' MOTION FOR LEAVE TO SUBMIT AFFIDAVIT TESTIMONY

Plaintiffs, through undersigned counsel, pursuant to Federal Rule of Civil Procedure 55(b) and 28 U.S.C. § 1608(e) and LCvR 7, respectfully submit this Motion for Leave to Submit Affidavit Testimony in lieu of evidentiary hearing.

Undersigned counsel contemplates that evidence as to liability and damages can be presented by affidavit and documentary evidence in lieu of live testimony at an evidentiary hearing. If the Court grants plaintiffs' motion, undersigned counsel would submit affidavit testimony from two expert witnesses in order to establish the liability of defendants Syria and Iran. To establish plaintiffs' damages, counsel would submit affidavit testimony from an expert witness and affidavit testimony from the individual plaintiffs.

The grounds for this motion are set forth in the attached memorandum of points and authorities in support of this motion.

WHEREFORE, Plaintiffs respectfully request that this Court grant Plaintiffs' Motion for Leave to Submit Affidavit Testimony in lieu of an evidentiary hearing.

Dated: March 15, 2019                                      Respectfully Submitted,

                                            _____/s/ Joshua M. Ambush

                                            Joshua M. Ambush (Bar No. MD 27025)

Law Offices of Joshua M. Ambush, LLC
1726 Reisterstown Road
Suite 206
Baltimore, Maryland 21208
Phone: (410) 484-2070
Facsimile: (410) 484-9330
Email: joshua@ambushlaw.com
*Counsel for Plaintiffs*