# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

THE ESTATE OF          *
ANDREA S. PARHAMOVICH, *et. al.,*     *
     Plaintiffs,            *
                     *
     v.                 *          Case No. 1:17-CV-0061 (KBJ)
                     *
ISLAMIC REPUBLIC      *
OF IRAN, *et al.*,        *
                     *
     Defendants.         *
*************************************************************************

## PLAINTIFFS' MOTION FOR ENTRY OF PROPOSED SCHEDULING ORDER

Plaintiffs, through undersigned counsel, pursuant to LCvR 16.4, respectfully move the Court

to enter its proposed Scheduling Order upon the following grounds.

1. The Complaint in this case was filed on January 11, 2017. (ECF No. 1).

2. Service was completed upon Iran on February 25, 2018 and upon Syria on September 20, 2018. (ECF No. 18-1; ECF No. 20-1).

3. Section 1608 (d) of the Foreign Sovereign Immunities Act (28 U.S.C. § 1608(d) requires defendants to have served an answer to the complaint within sixty (60) days of service. Iran's Answer to the Complaint was due on April 26, 2018. Syria's Answer to the Complaint was due on November 19, 2018.

4. An entry of default was entered as to Iran and Syria on January 16, 2019. (ECF No. 22).

5. LCvR 16.3 requires counsel to confer under LCvR 16.3 (a) and to submit a report and proposed scheduling order to the Court under LCvR 16.3(d). This case is exempt from the requirements of LCvR 16.3 and of Fed. R. Civ. P. 16(b) and 26(f), which do not apply in cases in which no answer has yet been filed. LCvR 16.3(b). To date, Iran

and Syria have failed to plead or otherwise defend at any time after they were served with process in the above-captioned case.

6. On February 26, 2019, plaintiffs moved for a scheduling conference so that a schedule for ex parte briefing and evidentiary hearing could be set, or, as an alternative, leave to submit a written report and proposed scheduling order.  (ECF No. 23).

7. In a March 1, 2019 minute order the Court ordered that on or before March 15, 2019, plaintiffs file a proposed schedule for submission of a motion for default judgment.

8. Plaintiffs respectfully request that the Court enter the attached Plaintiffs' Proposed Scheduling Order.

Dated: March 15, 2019

Respectfully Submitted,

/s/ Joshua M. Ambush
Joshua M. Ambush (Bar No. MD 27025)
Law Offices of Joshua M. Ambush, LLC
1726 Reisterstown Road
Suite 206
Baltimore, Maryland 21208
Phone: (410) 484-2070
Facsimile: (410) 484-9330
Email: joshua@ambushlaw.com
*Counsel for Plaintiffs*