**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| THE ESTATE OF | * | |
| ANDREA S. PARHAMOVICH, *et. al.,* | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Case No.  1:17-CV-0061 (KBJ) |
| | * | |
| ISLAMIC REPUBLIC | * | |
| OF IRAN, *et al.*, | * | |
| | * | |
| Defendants. | * | |

**************************************************************************

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR DEFAULT**
**JUDGMENT AND SUPPORTING AFFIDAVITS**

Plaintiffs, through undersigned counsel, pursuant to Federal Rule of Civil Procedure 6(b), respectfully request that the Court grant an extension of time to file their motion for default judgment and supporting affidavits.

This case arises under the Foreign Sovereign Immunities Act, 28 U.S.C. §1605A ("FSIA"). Plaintiffs are the parents and three siblings of the late Andrea S. Parhamovich and the Estate of Andrea S. Parhamovich. Plaintiffs have sued the Syrian Arab Republic ("Syria") and the Islamic Republic of Iran ("Iran") for their material support of the Islamic State in Iraq a/k/a al-Qaeda in Iraq a/k/a the Mujahideen Shura Council, which perpetrated the attempted abduction and extrajudicial killing of Andrea S. Parhamovich in Baghdad, Iraq in 2007.

The Complaint in this case was filed on January 11, 2017. (ECF No. 1).  Service was completed upon Iran on February 25, 2018 and upon Syria on September 20, 2018. (ECF No. 18; ECF No. 20).  Section 1608 (d) of the Foreign Sovereign Immunities Act (28 U.S.C. § 1608(d)) requires defendants to serve an answer to a complaint within sixty (60) days of service.  Iran's answer to the complaint was due on April 26, 2018.  Syria's answer to the complaint was due on November 19, 2018.  An entry of default was entered as to Iran and Syria on January 16, 2019.  (ECF No. 22).

- 1 -

To date, neither Iran nor Syria has filed any responsive pleading or otherwise appeared in this case.

Plaintiffs moved for a scheduling conference on February 26, 2019. (ECF No. 23). In a March 1, 2019 minute order the Court ordered that on or before March 15, 2019, plaintiffs file a proposed schedule for submission of a motion for default judgment. On March 15, 2019, plaintiffs submitted a motion for leave to submit affidavit testimony (ECF No. 24) and a motion for scheduling order, with a proposed scheduling order for plaintiffs to submit affidavit testimony and documentary evidence by June 19, 2019, and to submit plaintiff's motion for default judgment as to liability and damages by June 26, 2019 (ECF No. 25).

On March 18, 2019, the Court issued a minute order granting in part the motion for scheduling order and ordering that plaintiffs shall file any motion for default judgment and supporting affidavits upon which they seek to rely on or before June 26, 2019.

Plaintiffs seek an extension of time of 180 days. The reason for the extension of time is that it is taking longer than anticipated to obtain the necessary documentary evidence and to finalize the expert affidavit testimony in this case. The facts in this case have presented serious investigative challenges that will require more time for the plaintiffs to gather evidence. The attack on Andrea Parhamovich occurred in Iraq, where ongoing security issues make private investigations difficult or impossible. The U.S. government has classified almost all information related to the killing of Andrea Parhamovich, which is still considered as being under investigation. Eye witnesses, including contractors from different countries who were working in Iraq, are difficult to identify and are still being located and interviewed.

WHEREFORE, plaintiffs respectfully request that this Court GRANT plaintiffs' Motion for Extension of Time to File Motion for Default Judgment and Supporting Affidavits and ORDER that plaintiffs submit their motion for default judgment and supporting affidavits by December 23, 2019.

Dated: June 7, 2019

Respectfully Submitted,

<u>/s/ Joshua M. Ambush</u>
Joshua M. Ambush (Bar No. MD 27025)
Law Offices of Joshua M. Ambush, LLC
1726 Reisterstown Road
Suite 206
Baltimore, Maryland 21208
Phone: (410) 484-2070
Facsimile: (410) 484-9330
Email: joshua@ambushlaw.com
*Counsel for Plaintiffs*