IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE ESTATE OF ANDREA S. PARHAMOVICH, *et. al.*, <br> Plaintiffs, <br><br> v. <br><br> ISLAMIC REPUBLIC OF IRAN, *et al.*, <br><br> Defendants. | * * * * * * * * * * * | Case No. 1:17-CV-00061 (KBJ) |

**PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT ON LIABILTIY**

Plaintiffs by and through undersigned counsel respectfully move for default judgment on liability against defendants the Syrian Arab Republic ("Syria") and the Islamic Republic of Iran ("Iran"), pursuant to Federal Rule of Civil Procedure 55(b), 28 U.S.C. § 1608(e), LCvR 7, and this Court's minute order entered on December 5, 2019. An Entry of Default as to defendants Syria and Iran was entered on January 16, 2019 (ECF No. 22). Plaintiffs submit the following evidence in support of this motion:

- Declaration of Vicki L. Parhamovich as personal representative of the Estate of Andrea Parhamovich and exhibits attached thereto;

- Declaration of Vicki L. Parhamovich and exhibits attached thereto;

- Declaration of André E. Parhamovich and exhibits attached thereto;

- Declaration of Marcella L. Zampini and exhibits attached thereto;

- Declaration of Chris Parhamovich and exhibits attached thereto;

- Declaration of Cory Parhamovich and exhibits attached thereto;

- Expert Report of Dr. Patrick L. Clawson and exhibits attached thereto;

- Expert Report of Charles R. Lister and exhibits attached thereto.

1

The grounds for this motion are set forth in the accompanying Memorandum of Points and Authorities. Plaintiffs are prepared to present further briefing or live testimony at an evidentiary hearing should the Court determine that further evidence is necessary. Plaintiffs intend to move for leave to file proposed findings of fact and conclusions of law as to liability and damages should the Court grant plaintiffs' motion for default judgment on defendants' liability is granted.

Should the Court enter default judgment against defendants as to liability, plaintiffs are prepared to submit testimonial and documentary evidence as to damages directly to the Court.

Dated: September 21, 2020                                                      Respectfully Submitted,

/s/ Joshua M. Ambush
Joshua M. Ambush (Bar No. MD 27025)
Law Offices of Joshua M. Ambush, LLC
106 Old Court Road
Suite 303
Baltimore, Maryland 21208
Phone: (410) 484-2070
Facsimile: (410) 484-9330
Email: joshua@ambushlaw.com
*Counsel for Plaintiffs*
