# EXHIBIT 2

## PROBATE COURT OF LAKE COUNTY, OHIO
## MARK J. BARTOLOTTA, JUDGE

FILED
2015 AUG 31 AM 8:
JUDGE MARK J. BARTOLOTTA
PROBATE COURT
LAKE COUNTY, OHIO

Estate Of: **ANDREA S PARHAMOVICH**, Deceased
Case No: **15 ES 0425**

### ENTRY APPOINTING FIDUCIARY; LETTERS OF AUTHORITY

[For Executors and all Administrators]

Name and Title of Fiduciary: **VICKI L PARHAMOVICH, ADMINISTRATOR**

On hearing in open court the application of the above fiduciary for authority to administer decedent's estate the Court finds that: Decedent died (check one of the following)- ☐ testate X intestate – on **01/17/2007**, domiciled in **PERRY, OH**.

(Check one of the following)- ☐ Bond is dispensed with by the Will- X Bond is dispensed with by the law- ☐ Applicant has executed and filed an appropriate bond, which is approved by the Court; and

Applicant is a suitable and competent person to execute the trust. The Court therefore appoints applicant as such fiduciary, with the power conferred by law to fully administer decedent's estate. This entry of appointment constitutes the fiduciary's letters of authority.

_8/31/15_
Date

_[signature]_
MARK J. BARTOLOTTA, Probate Judge

### CERTIFICATE OF APPOINTMENT AND INCUMBENCY

The above document is a true copy of the original kept by me as custodian of the records of this Court. It constitutes the appointment and letters of authority of the named fiduciary, who is qualified and acting in such capacity.

MARK J. BARTOLOTTA
Probate Judge

(Seal)

Deputy Clerk _Joan M Lopak_
Date _08-31-15_

Form 4.5 - ENTRY APPOINTING FIDUCIARY; LETTER OF AUTHORITY