**EXHIBIT 4**

بسم الله الرحمن الرحيم

**Republic of Iraq**
Council of Representatives
Communications Office



جمهورية العراق
مجلس النواب العراقي
الدائرة الإعلامية

## COMMENDATION

*is hereby awarded to IRI partner*

# MISS ANDREA PARHAMOVICH

For her valuable, meritorious, exemplary services and exceptional contribution in communications capacity building at the COR. During September-December 2006, she not only distinguished herself, but also presented a long-term plan to improve COR Communications and would put the plan in place completely if not the deteriorated security situation in Iraq stopped her and the organization to continue.

Given this on December 3rd, 2006 at Iraqi Council of Representatives, Baghdad, Iraq.

Muhammad Abubakr
Communications Director,
COR

1 of 1

**PARHAMOVICH V. IRAN**
**1:17-CV-00061 (KBJ)**

PLA000013