

U.S. Department of Justice

Federal Bureau of Investigation

Washington, D. C. 20535-0001

February 8, 2007

Mr. and Mrs. Andre Parhamovich
REDACTED

Dear Mr. and Mrs. Parhamovich:

    On behalf of Director Robert S. Mueller and the men and women of the FBI, the Office for Victim Assistance extends sincere condolences on the death of your daughter, Andrea. I am aware that you have been in contact with Lisa Skolnick, OVA Terrorism Victim Assistance Coordinator, who will continue to provide assistance to you as needed. Ms. Skolnick will continue to coordinate with the FBI investigators, the Office for Victims of Crime and local resources as necessary.

    We will be with you in the months and years ahead, for as long as the investigation continues. Please do not hesitate to contact us at any time if you have any questions or need assistance. Ms. Skolnick can be reached at 202-324-5883 or by email at lisa.skolnick@ic.fbi.gov. I can be reached at 202-324-1433, toll free at 866-828-5320 or by email at victim.assistance@ic.fbi.gov.

Sincerely yours,

Kathryn M. Turman
Program Director