# EXHIBIT 10

## WEBSITE U.S. EMBASSY, IRAQ



### Statement by U.S. Ambassador to Iraq Zalmay Khalilzad on Ambush of National Democratic Institute Convoy

Baghdad, Iraq, January 19, 2007

The United States condemns in the strongest possible terms Wednesday's attack on a convoy of vehicles carrying employees of the National Democratic Institute (NDI) in which one American and three security personnel were killed and two others were injured.

As we mourn those killed, we join with Iraqi political and religious leaders in deploring this heinous and unconscionable act of violence. The criminals who perpetrated this and so many other acts of violence are slaves to perverse values. Their aim is nothing less than undermining the desire for stability and progress overwhelmingly expressed by the Iraqi people and their government.

The young American who was killed in this attack along with her security team exemplified a commitment by all those who have never wavered in their resolve to build a stable, united and democratic Iraq. This young woman showed valor and courage by helping Iraqis understand the values of building representative institutions that reach beyond sectarian lines. Her brave efforts with NDI helped improve the lives of Iraqis, and will not be forgotten.

For the last three years, NDI has pursued programs dedicated to increasing political participation, promoting women's rights, government reform, and building civil society. We have and will continue to support their efforts.

We vow to honor the memory of those killed by finding and bringing to justice all those who committed and assisted in these senseless and cowardly acts of murder. We will work with the Government of Iraq to relentlessly pursue those responsible.

On behalf of the U.S. Embassy and the entire American community in Iraq, we hope for the speedy recovery of those injured as our thoughts, prayers, and condolences go out to the families and loved ones of those who were killed.