

**Republic of Iraq**
**Barham A. Salih**
**Deputy Prime Minister**

Dr. Madeleine K Albright
Chairman
National Democratic Institute for International Affairs

22 January 2007

Dear Dr. Albright,

On behalf of the Government and people of the Republic of Iraq, I would like to express deepest condolences on the tragic death of your four colleagues in Baghdad on January 17.

We owe these people, and all those who work for democratic principles and basic human freedoms, an inestimable debt. As this horrific incident has shown, Iraq has many obstacles yet to be overcome. But it is a testament to the work of Andrea Parhamovich, the security personnel who were protecting her, and all those who risk their lives for a higher cause, that we have a democratic government in Iraq. I believe that we have a brighter future ahead, which would have been impossible without people like these. Though these lives have been cut cruelly short, their legacy is the future of a nation.

I would be grateful if you could pass on my personal sympathies to the families of these four brave people, and their friends and colleagues at NDI. The loss they have suffered is great, and all our thoughts are with them at this time.

Barham A Salih
Deputy Prime Minister
Republic of Iraq