# EXHIBIT 12

Jan 22, 2007-01-22
Baghdad, Iraq

Mr amd Mirs Parhamovich,

It is with my great grief and misery to write to you after the evil act of assassinating your innocent daughter, Miss Andrea Parhamovich. Andi used to be a very close friend of mine. I started to work with her from the early days of her arrival in Baghdad in Sep 06 through Jan 07. I received a last email from her on Jan 07 in which she asked me to organize an appointment to her with Kurdistan Islamic Union, one of the political parties at the Iraqi Council of Representatives (COR), so that she could train them on communications issues. She was a very kind hearted lady. I remember once she told me that she never harmed or hurt anybody in all her life. She was also nice, innocent, very cooperative to everybody especially to the Iraqis, open to others ideas and opinions, serious, so talent, intelligent and simply great! I never can forget her. I had the honor to be one of her close friends for one day she told me that her close and dear friends are Richard, IRI country Director, REDACTED NEI Media Relations Manager, Armand, Baghdad US Embassy and myself. We had lunch together thrice one of them with presence of Armand. I warned her five times not to leave the compound she lived in but her love to work took her in the non-return trip.

Accept my condoles,

Muhammad Abubakr Ahmad
General Director of Communications
Iraqi Council of Representatives