# EXHIBIT 14

## HOMEPAGE WEBSITE OF
## INTERNATIONAL REPUBLICAN INSTITUTE

**IRI Mourns Loss of Andrea Parhamovich, January 23, 2007**

The Board of Directors and staff of the International Republican Institute (IRI) were shocked and saddened to learn of the murder of our former colleague Andrea Parhamovich in a terrorist attack in Baghdad on January 17, 2007.

"Andi worked with IRI in Baghdad helping to build democracy, the same work she undertook at the National Democratic Institute (NDI) just before the attack," said IRI President Lorne Craner. "An idealist dedicated to freedom, justice and peace, Andi will be missed by many colleagues, starting with those from IRI and NDI who worked with her in Iraq. Our thoughts and prayers are with Andi's family and friends, and with our colleagues at NDI."

<u>In Memory of Andi Parhamovich: Baghdad 2007</u> is a heartfelt tribute by California State GOP Vice Chairman Ron Nehring, who trained Iraqis in November 2006 with Andi.

### IN MEMORY OF ANDI PARHAMOVICH: BAGHDAD 2007
### BY RON NEHRING, VICE CHAIRMAN, CALIFORNIA REPUBLICAN PARTY

*In November 2006 I spent a week in Baghdad training Iraqi government officials. My local contact was Andrea (Andi) Parhamovich, a 28 year old American staffer for one of the non-profit organizations performing democracy-building work there. She was from Ohio. Last week, Andi was killed by terrorists in Baghdad in a planned, targeted ambush on her convoy. What follows is written in her memory. Thank you for reading.*

**Remembering Andi Parhamovich**

When I arrived in Baghdad on November 19, 2006, I didn't know what to expect. Sure there were briefings and backgrounders, but they provide only a gain of substance from the beach of reality.

I certainly didn't expect to find someone like Andi Parhamovich.

The drive from Baghdad International Airport to the Green Zone is something like a scene out of a Mad Max movie *sans* Mel Gibson: modified armored vehicles, weapons, and vehicular movement bearing only periodic resemblance to the intended flow of traffic. It can be a high-stress eight mile drive for anyone, particularly while wearing a Kevlar vest and with a security team more heavily armored than some small countries.

In the midst of the dust, weapons, concrete barriers, and checkpoints, there was Andi to greet me on what was my first day of a week long mission to conduct training seminars for Iraqi government officials. Andi didn't exactly look like your typical Baghdad resident: petite, blonde, lively, and wearing sweats, she looked like she was on her way back from the gym on some college campus.

I spent a good portion of each of the following eight days with Andi, who coordinated and planned the seminar I conducted.

One afternoon, we spent four hours passing time together outside of the Convention Center where Parliament meets—some car bombs were discovered and the entire area was locked down. We managed to watch the entire DVD movie on the very laptop on which I am typing this before leaving.

PARHAMOVICH V. IRAN
1:17-CV-00061 (KBJ)

PLA000090

Andi was quintessentially American – positive and upbeat in one of the world's most dangerous environments. The certainty she had in doing what she belived was right was pervasive, cutting through the fog created by Baghdad's "fluid situation." She didn't frown even when there was plenty of reason to.

To find someone like Andi in Baghdad was a pleasant surprise. When I think of her, the first image that comes to mind is seeing her standing outside of my trailer at a Baghdad compound. My departure from Baghdad was delayed by three days due to a series of car bombs that prompted a citywide curfew and the closure of the airport. Andi, whose trailer was a few doors down, came by several times a day to give me updates, ascribing the delays and lack of information to the "fluid situation"—a term that must have been used more often than any other over the course of my week in Iraq's capital.

I was equally surprised to learn Andi was a liberal who used to work for Air America, the "progressive" radio network that has an affiliate in my city, although I couldn't tell you the station because I never, ever listen to it (imagine that). She's probably the only person Al Franken and I could both agree was terrific.

If former Air America staffer Andi Parhamovich and Republican Chairman Ron Nehring could work well together for a new future in one of the most difficult places on earth, then there is indeed hope for all of us.

Andi never let our different philosophies get in the way of the work, or even create a single awkward or tense moment. In Baghdad it wasn't the ideology that mattered for Andi, it was the ideal.