| ACT OF THE GENERAL ASSEMBLY | 2007-2008 |
|---|---|

NO. R-95.  HOUSE CONCURRENT RESOLUTION IN MEMORY OF ANDREA PARHAMOVICH.

(H.C.R.65)

Offered by:  Representatives Donovan of Burlington and Keogh of Burlington

<u>Whereas</u>, Andrea Parhamovich grew up in Perry, Ohio where she graduated from the local high school, and

<u>Whereas</u>, she continued her education at Marietta College in Ohio, earning a bachelor's degree in advertising and public relations in just three and one-half years, and

<u>Whereas</u>, after graduation, Andrea Parhamovich's political interests led her to work on the staff of former Massachusetts Governor Jane Swift, and

<u>Whereas</u>, Andrea Parhamovich has been described as an "idealist dedicated to freedom, justice and peace" who, although opposed to American military policy in Iraq, desired to assist personally and directly in the development of  a democratic society in that troubled nation, and

<u>Whereas</u>, in pursuit of this worthy goal, Andrea Parhamovich joined the staff of the International Republican Institute (IRI), a nonprofit organization dedicated to strengthening political life in new democracies, and, under its auspices, had worked in Baghdad, organizing seminars and workshops, and teaching grassroots political skills, including instructing citizens to communicate with their elected representatives, and

<u>Whereas</u>, she most recently had been on the staff, in Baghdad, of the International Democratic Institute whose mission and programs are similar to of the IRI, and

<u>Whereas</u>, in June 2005, while Andrea Parhamovich was working in New York, she met Michael Hastings, a Burlington native, 1998 Rice High School graduate, and Newsweek reporter who has reported extensively from Iraq, and almost immediately they fell in love, and

<u>Whereas</u>, on January 17, 2007, while traveling from a meeting outside Baghdad's green zone, a contingent of more than 50 armed insurgents attacked the convoy of armored sedans in which she was traveling, and she was killed along with three security personnel who accompanied her, and

<u>Whereas</u>, Michael Hastings and Andrea Parhamovich had planned to formalize their engagement at a celebration in Paris, and

<u>Whereas</u>, Andrea Parhamovich was a young woman who believed in acting on her political beliefs in order to make the world a better place, now therefore be it

<u>Resolved by the Senate and House of Representatives</u>:

That the General Assembly extends its profound sympathies to the family of Andrea Parhamovich and to her fiancé, Michael Hastings, and be it further

<u>Resolved</u>:  That the secretary of state be directed to send a copy of this resolution to the Parhamovich family in Perry, Ohio and to Michael Hastings in Burlington.

---

Published by:

**The Vermont General Assembly**
**115 State Street**
**Montpelier, Vermont**



*www.leg.state.vt.us*