

U.S. Department of Justice

Federal Bureau of Investigation

Washington, D. C. 20535-0001

May 6, 2019

Marci Zampini
REDACTED

Dear Ms. Zampini:

This letter is for the purpose of documentation in regards to the death of Andrea Parhamovich. Ms. Parhamovich has been identified as a victim of an incident that occurred on January 17, 2007 in Baghdad, Iraq. The FBI is currently investigating this crime as a Counterterrorism matter.

The FBI investigates suspected terrorist events overseas in which American citizens are victims. The Victim Services Division within the FBI, provides assistance in the aftermath of a crime, ensuring that victims are treated with respect for their dignity and receive information and services. I have been assigned as the primary Victim Services Coordinator for this investigation. As the primary Victim Services Coordinator, I am available to assist you by working with a variety of agencies and organizations at the federal, state and local levels. I will also coordinate with the FBI investigators to keep you informed.

Should you have any questions, I can be reached by email at jgarner2@fbi.gov or by phone at 202-324-5584.

Sincerely,

*Jennifer Garner*

Jennifer Garner, MSW
Victim Services Coordinator
Terrorism and Special Jurisdiction Unit
FBI-Victim Services Division
202-324-5584