The New York Times

# A U.S. Civilian in Baghdad: Standing Out, Even in Death

By Christopher Maag

Jan. 19, 2007

CLEVELAND, Jan. 18 — Andrea Parhamovich always stood out.

Before she was killed Wednesday in an ambush in Baghdad, Ms. Parhamovich, a 28-year-old political consultant from Perry, 40 miles east of here, was known to her friends and family as hard charging but lovable, possessed with Joan of Arc's determination and the charm of a pixie, who had dreams of working on a presidential campaign and possibly running for Congress.

Ms. Parhamovich, whom everyone called Andi, mocked death. In November 2006, two car bombs were discovered in front of the building where she lived in the Green Zone in Baghdad. The base was locked down, said Michael Hastings, her boyfriend, who is the Baghdad correspondent for Newsweek magazine. In the Green Zone convention center for hours, Ms. Parhamovich grew bored, Mr. Hastings said. She led 10 American and Peruvian men as they walked back to her building, mortars exploding nearby.

Mr. Hastings said he was planning to ask Ms. Parhamovich to marry him next month during a Valentine's Day trip to Paris. "She was this little blond-haired, blue-eyed girl from Ohio, but she was tough," he said. "She was far more brave than I am."

Ms. Parhamovich was teaching Iraqi politicians how to communicate with constituents. She was a staff member of the National Democratic Institute, a nonprofit group led by former Secretary of State Madeleine K. Albright that works to build democratic institutions. She was in an institute convoy outside the Green Zone when it was attacked. On Thursday, a coalition of Sunni insurgents linked to Al Qaeda claimed responsibility for the attack, which killed a total of four people, The Associated Press reported.

She had left a job with the liberal Air America radio network, helping to organize its antiwar "Bring 'Em Home" concert in New York City in March 2006.

"Whenever I went into her office, I just felt a happiness, a glow," said Al Franken, the liberal radio show host, who choked up several times as he discussed Ms. Parhamovich. "She was a hard person not to like."

Ms. Parhamovich's father coached baseball at a high school near Perry, the small town where she grew up, and she had dreams of becoming a top fast-pitch softball player before back injuries forced her to quit the sport, said Joe Zampini, her brother-in-law.

She talked just as she played: fast. "She wasn't into small talk," Mr. Zampini said. "She wanted to get the most out of life. She was very highly motivated to help the world."

Ms. Parhamovich attended Marietta, a small liberal arts college in southeast Ohio, where she studied advertising and public relations. Politically liberal, she was conservative on personal matters, said Ryan Zundell, who worked with her in the college's public relations department. She rarely drank and eschewed low-cut shirts and jeans.

She graduated in three and a half years then worked for Jane Swift, who was the Republican governor of Massachusetts. Ms. Parhamovich opposed the war from the start, Mr. Hastings said.

"There's so much injustice in this country, so many horrible things happening," he said from Baghdad. "She felt like she could make a difference."