*The New York Times*

## Michael Hastings, 33, Winner of Polk Award, Dies

By Margalit Fox

June 19, 2013

Michael Hastings, the award-winning freelance reporter who died on Tuesday at 33, was known for an intrepid journalism that took him to war zones in Afghanistan and Iraq and, most famously, brought down a United States Army general.

His death, in a car crash in Los Angeles at about 4:30 a.m., was confirmed by his wife, Elise Jordan. Mr. Hastings was believed to have been alone in the car, which struck a tree at high speed, according to the Los Angeles County Coroner's office. He lived in New York City.

In 2010, Mr. Hastings won a George Polk Award, presented by Long Island University for reporting in the public interest.

The award honored his Rolling Stone magazine cover story, "The Runaway General," published that June. In it, Mr. Hastings profiled Gen. Stanley A. McChrystal, then the top commander of United States forces in Afghanistan.

The article quoted the general and members of his staff making disparaging comments about members of the Obama administration, including Vice President Joseph R. Biden, with respect to their handling of the Afghan campaign. Within days of its publication, President Obama met with General McChrystal in the Oval Office before firing him, ending his 34-year military career.

An inquiry into the article by the Defense Department inspector general the next year found "insufficient" evidence of wrongdoing by the general, his military aides and civilian advisers.



Michael Hastings.

Blue Rider Press, via Reuters

The inspector general's report also questioned the accuracy of some aspects of the article, which was repeatedly defended by Mr. Hastings and Rolling Stone.

Mr. Hastings was a contributing editor at Rolling Stone at his death and had also written for GQ and Newsweek magazines.

Michael Mahon Hastings was born on Jan. 28, 1980, in Malone, N.Y. After attending Connecticut College, he earned a bachelor's degree in journalism from New York University.

PARHAMOVICH V. IRAN
1:17-CV-00061 (KBJ)

PLA000146

As a young correspondent for Newsweek, Mr. Hastings covered the Iraq war. His fiancée, Andrea Parhamovich, followed him there, taking a job with a nongovernmental organization. She was killed in 2007 when her car was ambushed by Sunni insurgents.

Mr. Hastings's memoir of the experience, "I Lost My Love in Baghdad: A Modern War Story," was published in 2008.

Besides his wife, Mr. Hastings is survived by his parents, Brent and Molly Hastings; two brothers, Jeff and Jon; and his grandmother, Ruth Mahon.

His other books are "The Operators: The Wild and Terrifying Inside Story of America's War in Afghanistan" published last year, and "Panic 2012: The Sublime and Terrifying Inside Story of Obama's Final Campaign," published in January.

*Correction: June 19, 2013*
*An earlier version of this obituary, using information from the family, misstated the name of Mr. Hastings's surviving grandmother. She is Ruth Mahon, not Ruth Mahon Hastings.*

Daniel E. Slotnik contributed reporting.

A version of this article appears in print on June 20, 2013, Section A, Page 19 of the New York edition with the headline: Michael Hastings, 33, Winner of Polk Award