

EXCERPTED
PARHAMOVICH V. IRAN
1:17-CV-00061 (KBJ)
PLA000164

# UNFINISHED BUSINESS

## ONE MAN'S EXTRAORDINARY YEAR OF TRYING TO DO THE RIGHT THINGS

Lee Kravitz

BLOOMSBURY
*New York   Berlin   London*

EXCERPTED

PARHAMOVICH V. IRAN
1:17-CV-00061 (KBJ)

PLA000165

CHAPTER TWO        I'm So Sorry for Your Loss
                   *Making a Condolence Call*

ON THE MORNING of January 19, 2007, I came across one of the saddest newspaper stories I had ever read. On page two of the *New York Times*, next to the headline AMBUSH KILLS AN AMERICAN TEACHING DEMOCRACY IN IRAQ, there was a photo of a beautiful and vigorously alive young woman.

As a young man I would have fallen in love with her at a glance—with her blond pageboy, her blue eyes, and her engaging smile. It was easy to imagine this idealistic young woman teaching democracy in a war-torn country but impossible to imagine her dead.

My heart quickened even more when I saw her name. Andrea Parhamovich was the daughter of Andre Parhamovich, who had been the star right fielder on the baseball team I helped pitch to an Ohio state championship almost forty years ago. Comprised of pro hopefuls from all over Cleveland, the GO team was full of cocky tough guys—except for Andre, who made miraculous catches in the outfield and banged out game-winning hits without boasting. You could never imagine Andre dogging it or picking on a younger player like me the way some players did; he was too busy hustling from the dugout to the batter's box, from first base to second base, from the bench to his position in right field, joyously playing the game he loved.

I had not seen Andre since our summer of glory. But when I realized that the twenty-eight-year-old woman in the photo was his daughter, I lost it. I cried and cried as if my own daughter had been ambushed by Sunni insurgents in Iraq. Before that day I had no

**EXCERPTED**

**PARHAMOVICH V. IRAN**
**1:17-CV-00061 (KBJ)**

**PLA000166**

idea that Andi, as she was called, even existed. Now everything sad, raw, and unresolved in my life—my grandmother's death, 9/11, the cancer ravaging a friend's body—seemed bound up with her death. And that feeling worsened when I sat down to write Andre a condolence card and could only summon up excuses not to write him: How could I say "I'm sorry" to someone who had suffered so great a loss? Wasn't it selfish to intrude on his grief? Would Andre even remember me?

Elizabeth didn't buy any of my reasons for not reaching out to Andre. "Just write something," she said. "And send it. He'll appreciate the thought." My wife spoke from experience: Her brother had been killed by a drunken teenager just as his life was starting to make sense to him. Elizabeth also spoke from her knowledge of me. "You always find an excuse to procrastinate," she said, listing the five things that day I had promised but failed to do.

But I couldn't. Something much larger than my usual procrastination had attached itself to the condolence card, making it that much harder to write. That huge something was the immensity of death itself.

For the next three days, while riding the subway, watching television, editing a story, playing with the kids, and trying to fall asleep, I composed condolences in my mind that I either forgot or discarded. "Dear Andre: I don't know if you remember me . . ." "Dear Andre: When I read about Andi . . ." "Dear Andre: It has been nearly forty years since I last saw you . . ." Everything I wrote felt either stilted or trivial.

BY THEN THE story of Andi's death had been broadcast around the world. Ann Curry of the *Today* show said that Andi represented "the best of America." CBS News's Kellie Martin said she "seemed to have rocket fuel in her veins to make her life count."

Andi's ambitions had been far larger than the small Ohio town

**EXCERPTED**

**PARHAMOVICH V. IRAN**
**1:17-CV-00061 (KBJ)**

**PLA000167**

OVER TIME MY friendship with Andre deepened. I e-mailed him far more than any other friend and gleaned nuggets of wisdom from our daily back-and-forth about Ben's baseball team. The intimacy of our baseball talk encouraged me to probe deeper into the one area of his life we didn't discuss: his grief over Andi. "Is it getting any easier?" I wrote. "I would really like to know." When he wrote back that he and Vicki discussed the matter and would like to share what they had learned about grief with me, I booked a flight to Cleveland.

I met them at Marci's home in Perry, and then accompanied them to a nearby park that looked out over Lake Erie. "This is my special place," Andre told me. "I come here every day to be alone with my thoughts and," he added softly, "to talk with Andi."

Andre's confession startled me; in the five months we'd been e-mailing each other, he barely mentioned his daughter's name. Now, it turned out, he had been talking with Andi almost every day and having what Jaime and Vicki call "Andi moments"—encounters that defy reason and surprise them with joy.

"You'll never believe this," he said as he pulled me toward a bench facing the lake. "A few weeks ago I found out that I could dedicate one of these benches to Andi. It drove me crazy because I couldn't figure out which bench it should be, under which tree?

"And guess what?" he said, pointing to a word that's barely legible. "No, closer," he commanded. The word, etched in blue ink, said "Andrea," Andi's birth name. "I have no idea who put it there," he told me, "but I'll bet that Andi had something to do with it. Andi and her angels."

To explain why he was so sure, Andre described another cloudy day in September when he came to the park feeling defeated by life, hopeless. Then all of a sudden the sun broke through the clouds and he was enveloped in what he calls an "indescribable" warmth. "It was a feeling of complete contentment, bliss, serenity, and peace of heart, all wrapped into one," he confided. "Vicki likes to think it

PARHAMOVICH V. IRAN
1:17-CV-00061 (KBJ)

PLA000168

was Andi giving me a hug. I like to think it was Andi saying, 'Don't worry. I'm still here, Dad. I'm okay.'"

Which is not to say that the pain was gone, or the anger. If Andre came face-to-face with any of the thirty Sunni insurgents who ambushed and murdered Andi, he would strangle them until they were dead.

I wondered, Did Andre ever blame the man who presided over the U.S. war effort for Andi's death? Was he angry at George W. Bush?

"No," Andre said. "It was Andi's choice to go. She knew exactly what she was getting into."

How about God? Did Andre, a Catholic, ever blame or question God?

"Yes I do."

He told me about a conversation he had with God less than ten feet from where we were standing. "Right there, in front of that tree, I shouted, 'Why have you done this to me?'" he said. "Then a voice inside my brain said, 'Andre, I haven't forsaken you. I've been by your side the whole time.'"

That response quieted Andre for a couple of months. Then a week before my visit, he lost faith again. He bolted from a church during the wedding of a family friend. "The bride had blond hair, just like Andi," he explained. "And I remembered how Andi was going to marry Michael in Paris, on Valentine's Day. I couldn't bear it. So I ran out of the church and fell to my knees. I shouted, 'You took away my daughter, my precious daughter. Why, God? Why?'

"And then I heard that voice again. It said, 'Seek ye first the Kingdom of God, and his righteousness, and all these things shall be added unto you.' And I said, 'I don't want your riches; I want my daughter back.'"

By temperament and by necessity, Vicki had had an easier time coping with Andi's death. "After Andi died, I had a role. I had to be strong for Andre, strong for Marci, and strong for our two boys.

EXCERPTED

PARHAMOVICH V. IRAN
1:17-CV-00061 (KBJ)

PLA000169

"The boys were only seventeen at the time," she told me. "They could have dropped out, got into drugs, or even taken their lives because they didn't want to deal with Andi's death. I had to be there day and night for them. I could not break down."

Vicki urged Andre and the boys to go into therapy, which they finally did. While Andre continued to rage at God, Vicki embraced him.

"I wouldn't have been able to be as strong as I've been if I didn't have faith in God," she told me. "But I must admit that I talk to Andi more than God now. I talk to her all day long.

"And right now, she's telling me that we better get back to Marci's house for dinner."

As we walked toward the parking lot, Andre told me how he dreams of traveling to Iraq. "I want to go to Baghdad with Michael after the war ends. I want to be there on January 17, the day Andi died. I want to stand as a free American on the street corner where she was killed and know that Andi didn't die in vain."

And Vicki?

"If that ever happens, if the war ever ends, I'll stay home," she said. "Seeing where Andi died would just upset me. What comforts me is the fact that my daughter felt strong and confident enough while she was alive to live her life the way she wanted. Andre misses his little girl. I miss the woman she would have become."

WHENEVER I FLY in an airplane there's a moment at takeoff when I contemplate the possibility of my own death and the impact it will have on my wife and kids. It's an unnerving thought, and I put it to rest by tightening my seat belt and taking a deep breath.

This time, though, it wasn't my own death that concerned me as we took off from Cleveland to New York; what worried me was the possibility that Ben, Noah, or Caroline could be killed while I was airborne. That thought—the possibility of losing the only people in

EXCERPTED

PARHAMOVICH V. IRAN
1:17-CV-00061 (KBJ)

PLA000170

If there is an antidote to grief, he was discovering, it is compassion—the kindness that others show to you and that you show to others.

Wordsworth called it:

> *That best portion of a good man's life*
> *His little, nameless, unremembered acts of kindness and of love.*

I had been the recipient of some of those acts after I lost my job. At a time when I grieved the loss of my identity and felt shat upon, some of the people I considered colleagues and friends dropped me like a rock or kept a cold distance—leaving me with the feeling that our relationships had been based solely on what I could do for them. There were other people, however, who made an effort to thank me and wish me well. A person I barely knew offered to help me pack; another helped me transfer my contact list and other files I might find useful from my computer. These gestures touched me deeply. And as Andre had come to understand, they made me more likely to lend my own "best portion" to others.

Andre will never be entirely okay. He'll battle depression, argue with God, and question life's meaning for the rest of his life. At times he'll get short with Vicki or his grandkids and then realize, upon reflection, that it's not them he's mad at; it's the fact that he'll never see Andi again.

Andre's suffering has consumed him, but it has also made him a kinder, more compassionate man.

Lately he's been talking about a boy in his first-grade gym class whose younger brother died a year ago from a bacterial infection. Josh seemed fine for a year, but in the last few weeks he'd been acting out in class and asking questions like "Why did my brother die after the doctor told us he wouldn't?"

"I could see that Josh was really angry today," Andre wrote me. "So I made a point of shooting hoops with him. I let him beat me

EXCERPTED

PARHAMOVICH V. IRAN
1:17-CV-00061 (KBJ)

PLA000171

in a game of one on one. He blocked all my shots. I could tell it made a huge difference—for me, too. I'm feeling good today."

And there is something else that Andre had been doing to manage his grief. Every Wednesday and on the seventeenth day of each month, he fasted. "It helps me to not take the suffering and pain that people like Andi and our veterans go through for granted," he said. "I fast for their families, too, for like my own, they are the walking wounded."

WHEN WE STARTED to correspond with each other after the benefit for the Andi Foundation, Andre would end his e-mails with the phrase "Your friend, Andre." Now he ends them with the phrase "LFL."

"You are only the 4th person to receive my text closing of LFL, which means 'Loyalty, Friendship and Love,'" he wrote me. "The other three are Jaime, Michael, and Paul Rieckhoff of the Iraq and Afghanistan Veterans of America organization."

The fact that I've become an LFL means a lot to Andre—and to me, too. I am honored by Andre's loyalty, friendship, and love and will be there for him whenever he needs me for as long as I live.

The unfinished business in this chapter began with my failure to send Andre a condolence card after his daughter's death. I had every intention of doing so, but I allowed doubts and deadlines to get in my way.

Going forward, I pledged to "just do it" whenever I found myself in a similar circumstance. As both Andre and Elizabeth told me, a statement as simple as "I'm sorry for your loss" can take the edge off a person's grief. A friendly ear or an hour of playing catch or shooting hoops can help a grieving person make it through another day.

But grief is only part of the story. The circle of compassion goes round and round, transforming every person who touches it. Take me. During this season of grieving and baseball with Andre, I had

**EXCERPTED**

**PARHAMOVICH V. IRAN**
**1:17-CV-00061 (KBJ)**

**PLA000172**