https://www.news-herald.com/news/koelbles-korner-dads-loss-brings-bereavement-tips/article_ba9d0d88-5aea-53cb-bda6-930d00def108.html

# Koelble's Korner: Dad's loss brings bereavement tips

Chuck Koelble

Jun 19, 2010

Andre Parhamovich, with 32 years employed as a teacher of physical education and a coach at Painesville Schools, is no different than any other father who may have lost a daughter under a most difficult situation. But now, after years of grief since losing daughter Andi, ambushed and killed by insurgents in Iraq, where she had gone to teach elected officials the principles of democracy and human rights, he has attempted to ease some of the deepest hurts. Writing for a bereavement magazine, We Need Not Walk Alone, Andre details his thoughts in heart-rending style via the following poem: "Grief is like wearing invisible clothing. No one else can see it, and only I can feel it. Some days it is heavy, some days it is light, But I know it will be with me for the rest of my life." He further suggests that anyone grieving the loss of someone they love should try to create "a new normal." Whatever your "new normal" is, it may help to find at least small comforts in your pain. Wife Vicki and other family members -- sons Cory and Chris, daughter Marci, and grandchildren Abby and Kayla -- all have found positive ways to remember Andi in the Andi Foundation, which provides scholarships to women who aspire, like Andi, to help the world. Hence the reason for the third annual Andi Foundation Golf Classic on Aug. 7 at Thunder Hill Golf Club, 7050 Griswold Road in Madison Township. Support for the scholarships will be derived from the golf event, scheduled to begin at 1 p.m. with a four-man scramble format. Individual participation is $100, or a foursome set at $400. Requests for registration and/or sponsorship commitment forms can be obtained by contacting Joe Zampini at                   or

www.theandifoundation.org

PARHAMOVICH V. IRAN                                                                                                      PLA000173
1:17-CV-00061 (KBJ)

. Check-in time begins at 11:30 a.m. Cost includes 18 holes/golf cart, buffet lunch, door prizes, skill shots, hole-in-one contest tee pack and steak dinner. Andi, incidentally, would have been 32 years old this past Wednesday. **Looks at Breckenridge** Breckenridge Village of Willoughby will be the subject on two fronts during the noon July 1 meeting of the Lake County Chapter of Public Employees Retirees Inc. in Dino's Restaurant at Interstate 90 and Route 306. The program, which follows lunch, will be presented by Michelle Davey and Lucy Nixon, Breckenridge representatives who will cover senior independence and senior outreach programs. Business matters will include events and legislation affecting retirees. Reservations, required by June 27, may be made with Rose Wolf, calling 440-953-3121. All OPERS retirees are welcome. **TD Club list grows** Special contributors have been a vital link in the success of the Lake County Touchdown Club since its inception 29 years ago. That donor list is categorized in four levels -- Super Game Winner ($125 and over); Game Winner ($100); Touchdown ($75); Field Goal ($50). Listed at those levels, through Wednesday, were: Super Game Winner -- College Prospects of America (Gary Kadow), $225; Lynn and Sheila Smith of Painesville, $140; Jeff Mitchell of Willoughby, $125; and Bob Mallett of Mentor, $125. Game Winner -- TLC Kennels (Sally Phillips) of Madison; Trivisonno CPA (Pam Trivisonno) of Mentor; and Chuck Koelble of Willoughby. Touchdown -- Joan Smith of Painesville and Bill Sopchak of Painesville; and Richard and Sharon Beeler of Chardon. Field Goal -- George Sweda Jr. of Concord Township; Tom Houston, George and Barbara Inscho of Painesville; John Mummey of Fairport Harbor; and Stan and Marion Lipinski of Mentor. Individual memberships since last week's accounting have included Dick Huntoon and U.S. Flag and Touch Football (Michael Cihon) of Mentor; John McCann of Concord Township; George Spinner of Surprise, Ariz.; and George and Antoinette Sutyak of Madison. The year's banquet page sponsorship are all returnees -- the Kirtland Athletic Boosters, Wickliffe Football Parents and State Farm Insurance (Paul Kucsma) of Lyndhurst, who backs Lake Catholic and Fairport Harding pages. Individual membership is $20, entitling cardholders to Lake County regular-season home games with a $2 discount on gate price. They may be obtained by sending $20 check payable to the Lake County Touchdown Club, P.O. Box 544, Willoughby, OH 44094. **'Challenge' wraps up** Copley, Hudson and Manchester toe the line at 7 tonight on WEWS-TV 5, winding up a 42nd season for "Academic Challenge," the long-running scholastic quiz show. Rewards of $10,000, $6,000 and $4,000, provided by sponsoring Westfield Insurance, go to three finalist schools. Copley collared 755 points in the show's second week Dec. 19, Hudson hit 705 on Jan. 23 and Manchester's third-place 670 points came on the season's first show last Dec. 12. None of those totals have any weight in tonight's action. Seven other schools that round out the season's top 10 each are in line for $2,000 rewards -- Garfield Heights 665, South Central 635, Northwest 625, Oberlin 600, University School 590, Elyria Catholic 585 and Medina 580. Copley's 755 points turned out to be the highest regular-season point total over the last seven seasons. The school had earned the top 2005-06 spot in final competition with Garfield

**PARHAMOVICH V. IRAN**                                                                                                              **PLA000174**
**1:17-CV-00061 (KBJ)**