EXHIBIT 33

# Parhamovich family, others deal with 'The New Normal' in the aftermath of 9/11 (with videos)

**NH** news-herald.com/news/parhamovich-family-others-deal-with-the-new-normal-in-the-aftermath-of-9-11-with/article_41611085-6816-5e6f-8087-b5890a274cb8.html

David S. Glasier and Katie Snyder

September 9, 2011



Andre and Vicki Parhamovich knew this day was coming. The Perry Township residents knew millions of Americans would be pondering the ramifications of Sept. 11, 2001, on the 10th anniversary of the terrorist attacks that have so shaped the recent history of the United States. They understood that every discussion about Sept. 11 would remind them anew of the loss of their daughter, Andrea "Andi" Parhamovich. Andi Parhamovich was 28 when she was killed in Baghdad on Jan. 17, 2007. Working for the National Democratic Institute, she was in Iraq helping citizens of that beleaguered nation build the foundations of representative government when insurgents ambushed the car in which she and three security guards were riding. In the wake of his daughter's death, Andre Parhamovich penned an essay he titled "A New Normal." "When your life is so irreparably changed by a

1/3

PARHAMOVICH V. IRAN
1:17-CV-00061 (KBJ)

PLA000175

loved one's death, it helps to create what I call 'a new normal' for yourself," he wrote. "There are mornings when my new normal means simply getting through the day, just living to live..... If you are grieving the loss of someone you love, try to create a new normal. Whatever your new normal is, it may help you find at least small comforts in your pain." Andre and Vicki Parhamovich said their new normal includes an understanding that the events of Sept. 11, 2001, are inexorably tied to the events of Jan. 17, 2007. They feel a kinship to the survivors of those who died in the terrorist attacks and the survivors as well as the men and women who have died in the wars in Afghanistan and Iraq triggered by those attacks. "We need to remember 9/11. We should do more every year," Andre Parhamovich said. "A lot of people are going through a lot of pain. "Just to know people remember your loved one means so much. Freedom is never free. We learned a hard lesson as a nation that day. We can't let our guard down." Vicki Parhamovich added: "We need to show support for our troops. When you suffer a loss, it's important see the country is still behind you. I know I'd like to drive down the street and see more American flags displayed." The new normal for the Parhamoviches includes the balancing of pain with patriotism. "The terrorists will never defeat me or take away the love I have for this country," Andrre Parhamovich said. "I'm a competitor. I hate to lose." Thomas C. Davis is an associate professor of political science at Lake Erie College in Painesville. He said he regularly considers the new normal in conversations with students and in lectures about Sept. 11 and its legacy. "We talk about terrorism, U.S. foreign policy, national defense and civil liberties, anything that can be viewed in the context of 9/11," Davis said. "In many ways, the culture is returning to what it was before 9/11. The extreme concern we had about national security the first couple of years after 9/11 is pretty much gone. Complaints about security at airports is an example of that. If this was 2002 or 2003, I don't think you'd see these reactions to long lines and new technologies. People put up with it then and viewed it as a necessary trade-off." Every day in his workplace, U.S. Rep. Steven C. LaTourette, R-Bainbridge Township, experiences the new normal. "When I came to Washington, D.C., in 1994, you could walk into the Capitol building or almost any building here like a tourist," LaTourette said. "Now, the Capitol complex is a fortress." The 57-year-old LaTourette has vivid memories of the Cold War of the 1950s, '60s, '70s and '80s. He remembers how that showdown, replete with the threats of thermonuclear weapons and mutual assured destruction, shaped the American psyche and political landscape. "This is worse than the Cold War," LaTourette said of post-Sept. 11 tensions. "During the Cold War, at least we had identifiable enemies in the Soviet Union, China and other Communist countries. Now, we don't know where the threat is coming from." Intense preoccupation with security in every facet of American life is the new normal for Stephen D. Anthony, Special Agent in Charge of the FBI's Cleveland field office. "We got punched in the gut really hard on 9/11," Anthony said. "We know there are folks out there committed to hurting us through acts of terrorism on our soil. We set up the Department of Homeland Security and did other things to mitigate that threat." Phyllis Cox doesn't think the nation will ever be finished coping with the loss. "So many families were touched," she said. "This is something you can't forget."

**PARHAMOVICH V. IRAN**
**1:17-CV-00061 (KBJ)**

**PLA000176**

The day it happened, Cox, of Avon Lake, had just gotten off of work. She stayed home and taped everything on every channel. "It could happen again, that's what's so scary," Cox said. What if it did happen again? Would the nation be more emotionally resilient, or would an overload of emotion bring it to its knees once again? "I think we're more prepared," Cox said, "but the shock would happen all over again." That is an opinion shared by mental health counselors. Katie Koncilja, a mental health therapist in Avon Lake, said the grieving process is an individual experience, and while some might be more resilient, others would feel a new crisis as intensely as they felt the first one. It also depends on a person's definition of traumatic, she said. "What you might find traumatic, I might not find traumatic," Koncilja said. Dr. Edgardo Padin-Rivera and Kim Fraser said they've reckoned with the new normal in their personal lives and as mental health professionals. "We're a lot more resilient than people thought we were before 9/11," said Padin-Rivera, chief of psychological services and coordinator of post-traumatic stress disorder programs for the Louis Stokes Cleveland Department of Veterans Affairs Medical Center. "However, there has been a loss of our sense of invincibility," Padin-Rivera added. "We've rediscovered vulnerability. This harkens back to the Cold War and fears of the atomic bomb." Fraser is executive director of Lake County Alcohol, Drug Addiction and Mental Health Services. "Ten years on from 9/11, we are more cynical and hardened," Fraser said. "I don't blink at having to take off my shoes to get on an airplane. We've all become accustomed to behavior that would have seemed bizarre a decade ago." Andrew Steiger, a clinician at Comprehensive Behavior Specialists in Westlake, said remembering a traumatic event helps with resiliency, but people can't prepare for a crisis, because the human mind doesn't work that way. "When a crisis happens, we respond in crisis," he said. "When things settle down, we go back to the swing of things." Steiger compared the 9/11 attacks to young children realizing their parents can't always shield them from pain. "When they realize they can be hurt and their parents can't stop them from being hurt, that realization is a shock," he said. "I think we as a nation felt that shock." Koncilja said the number of crisis response teams seemed to increase since the  attacks and more people are being trained in trauma counseling. "It's hard to say how the nation as a whole would respond to another crisis because we don't even know what that crisis would look like," she said, explaining that terrorist attacks were not the only crises people had to cope through. "We just had Hurricane Irene come through, so a lot of individuals are dealing with trauma related to that as well." No matter the nature of the crisis, Koncilja said one of the best ways to handle it is to talk about it. Lake County Sheriff Dan Dunlap said law enforcement agencies on the local level live with the new normal, too. "The sobering realization is that we live in a risky world," Dunlap said. "There is no way to make everybody safe every day in every public place. That's the hard, cold truth." **DGlasier@News-Herald.com KSnyder@MorningJournal.com**

**PARHAMOVICH V. IRAN
1:17-CV-00061 (KBJ)**

**PLA000177**

# THIS PAGE INTENTIONALLY LEFT BLANK

**PARHAMOVICH V. IRAN**
**1:17-CV-00061 (KBJ)**

**PLA000178**

# THIS PAGE INTENTIONALLY LEFT BLANK