Laura Kessel: Lessons in mourning come easier with time | News | news-herald.com   8/29/20, 9:14 PM

# EXHIBIT 34

https://www.news-herald.com/news/laura-kessel-lessons-in-mourning-c…-easier-with-time/article_41a11947-f1e7-5048-9509-88ef59abcd11.html

**Laura Kessel: Lessons in mourning come easier with time**

Laura Kessel
Aug 1, 2010

It's not easy to mourn those we don't know, yet we do it every day. When friends share news that someone they know has died, we feel empathy. When news breaks that celebrities whose work we enjoy have passed away, we admit we feel bad. "Please do not forget me, God. As I travel through loneliness and sadness each day, help me to do this in a positive way." I met Andre Parhamovich in the lowest moments of his life. It was just days after his namesake daughter, Andrea, was killed while working in Iraq as part of a mission to teach the new government how to exist as a democracy. Andi, as I've come to know her, was a Perry native who headed to New York City to change the world. When she died Jan. 17, 2007, she was 28 and about to marry a guy who worked for Newsweek magazine. Her new life ended before it began, in smoke and twisted metal after a grenade struck her car as it left the Green Zone in Baghdad. In many ways, as Andi's life ended, so too did Andre's. "On the day my life changed forever ... I knew that I would never be the same. I knew that every remaining day of my life would be filled with sadness and pain."' A longtime physical education teacher and coach in Painesville City Schools, Parhamovich for many years led area youngsters to try harder, be better and become leaders. After Andi died, he struggled to find meaning, even as life moved on around him. I first crossed his path Jan. 31, 2007, at Johnson Funeral Home in Painesville. Three of us from the paper had been invited to attend the calling hours after working on a story that detailed Andi's life in Perry, her college at Marietta and a career that took her to Boston, New York then Iraq. Once we reached the front of the reception line, I met Andi's sister, Marci, and mother, Vicki, who greeted me with hugs. Andre looked me over through red-rimmed eyes then offered his hand. We passed out of the line to say hello to Andi's fiance, Michael Hastings, and talked with him a while. Each time I looked up, I caught Parhamovich's eye. Sometimes there were tears, other times just a blank stare. On a snowy drive back to Willoughby, I told a colleague that I shouldn't have gone. "Mr. Parhamovich didn't want me there, I could tell." "Don't be silly." "He didn't know who I was and seemed kind of angry that I was there." "There was a lot going on." "There are mornings when my 'new normal' means simply getting through the day, just 'living to live.' " Winter 2008 brought Hastings' book about Andi's death, "I Lost My Love in Baghdad." He stopped in the area when the book was released, and did a book signing in Mentor. We'd published a story about Hastings' decision to write the book and a review the Sunday before the signing, and we received more hugs as we waited in line at LaMalfa to see him. We got drinks and a few hors d'oeuvres as we waited at a back table as instructed by the author. As Marci walked by, I asked if her dad was present at the signing, and she pointed out a man sitting alone in the corner. He looked thin and never raised his eyes from the table. I asked about his health, worried that perhaps he'd fallen ill. Marci said no, that he was still struggling with Andi's death. I went over to say hello and introduce myself and he looked up and took my hand. "I remember you. You were the one responsible for that beautiful story about my Andi." "Yes, that was me." "I have wanted to thank you for that for so long. It meant everything." "... I cry more on the 'inside' now than I do on the 'outside.' Thus, a father's 'quiet tears.' " Summer 2009 brought an invitation to play in the annual Andi Foundation golf outing, which raises funds for scholarships that go to women who are interested in working in politics and media. The foundation awards prizes each year to a Perry High student, a Marietta College student and a student from a country in which the National Democratic Institute is doing work. Andi worked for NDI at the time of her death. I'm no golfer, but Marci said I could play on her team, which she said was filled with other non-golfers. I'd dispute that

**PARHAMOVICH V. IRAN**
**1:17-CV-00061 (KBJ)**                                                                                                          PLA000180

Laura Kessel: Lessons in mourning come easier with time | News | news-herald.com 8/29/20, 9:14 PM

Laura Kessel: Lessons in mourning come easier with time | News | news-herald.com 8/29/20, 9:14 PM

fact, but I don't want to say Marci was stretching the truth. Parhamovich drove a golf cart that day, offering drinks and talking among the golfers at Thunder Hill Golf Course in Madison. Afterward, he told me he doesn't have the patience for golf and instead just likes to talk to those participating. "*Grief is like wearing invisible clothing. No one else can see it, and only I can feel it. Some days it is heavy, some days it is light, But I know it will be with me for the rest of my life*." Last Friday, as I made a mid-morning walk across the newsroom, my eyes turned toward my mailbox. The increase in e-mail has helped ease the strain that used to tax our tiny slots, but on this day, a thick Manila package peeked from mine. As I pulled it out, a familiar name peeked back. "Mr. Andre Parhamovich" I hustled back to my office and ripped open the flap. I turned the contents over onto my desk and out fell a hardcover book with a piece of paper tucked inside. "Unfinished Business" by Lee Kravitz was printed under "One Man's Extraordinary Year of Trying to Do the Right Things." With no indication why Parhamovich sent this particular book, I unfolded the paper inside. I found a photocopy of an essay he'd written for "We Need Not Walk Alone," a magazine produced by The Compassionate Friends, a support group for parents who've lost children. Still no note. I checked the envelope and way down inside I found a piece of stationary, and Parhamovich's note. "My family and I wanted to share this book with you." I read the book jacket and discovered it was written by a Cleveland native who had undergone a life-changing event when he lost his job in publishing. I still didn't understand why the Parhamoviches wanted me to read it. But it didn't take long to figure it out. "As I lay awake, I thought about Andre, our right fielder, who was a superb athlete and an even better human being. Although I hadn't seen him since that longago summer, I had recently seen a photo of his daughter in the New York Times. She had been ambushed and killed on a peace mission to Iraq. Putting myself in Andre's place, I cried and cried. Somehow I still hadn't written to my old teammate to tell him how sorry I was for his loss." But what I found on Page 9 was just the beginning of the revelations that both Kravitz made in his life and those his book provided in mine. In the book, Kravitz spends a year dealing with 10 things in his life that he either neglected or had let slip away. He reconnects with Parhamovich as Andre teaches him how to coach baseball so he is able to become a more active part of his children's lives. They renew a bond that was cherished by both in their formative years. He also thanks a former teacher who sparked an interest in learning, found a relative who once was the only one who understood him and paid back debts that had haunted him for years. *"Whatever your 'new normal' is, it may help you to find at least small comforts in your pain."* When I received the book, I debated whether a note or phone call in thanks would be appropriate. After reading it, I realized a note would never suffice. He barely let me speak, thanking me for stories The News-Herald and I myself have written over the years about Andi. He said Andi's death changed him in many ways, including a newfound ability to speak out and say what he is feeling. "Before January of 2007, I was really a selfish person," he said. "Now when there are special moments, I know that I need to reach out." I told him that the book arrived at a good time in my life, when I can appreciate such wisdom as Kravitz shares. "I'm just glad it could touch your life." Much the way that Parhamovich continues to. *Editor's note: The italicized passages are part of an essay called "A New Normal" by Parhamovich that was published in "We Need Not Walk Alone."*

https://www.news-herald.com/news/laura-kessel-lessons-in-mourning-c…-easier-with-time/article_41a11947-f1e7-5048-9509-88ef59abcd11.html

**PARHAMOVICH V. IRAN**
**1:17-CV-00061 (KBJ)**                                                                                   PLA000181