# U.S. Department of State
Diplomacy in Action

## National Counterterrorism Center: Annex of Statistical Information

Country Reports on Terrorism
OFFICE OF THE COORDINATOR FOR COUNTERTERRORISM
April 30, 2008
Report

---

**Developing Statistical Information**
Consistent with its statutory mission to serve as the U.S. Government's knowledge bank on international terrorism, the National Counterterrorism Center (NCTC) is providing the Department of State with required statistical information to assist in the satisfaction of its reporting requirements under Section 2656f of title 22 of the U.S. Code. The statistical information included in this Annex to the 2006 Country Reports on Terrorism is drawn from the data NCTC maintains on the **www.nctc.gov (http://www.nctc.gov/)** website.

Section 2656f(b) of Title 22 of the U.S. Code requires the State Department to include in its annual report on terrorism "to the extent practicable, complete statistical information on the number of individuals, including United States citizens and dual nationals, killed, injured, or kidnapped by each terrorist group during the preceding calendar year." While NCTC keeps statistics on the annual number of incidents of "terrorism," its ability to track the specific groups responsible for each incident involving killings, kidnappings, and injuries is significantly limited by the availability of reliable open source information, particularly for events involving small numbers of casualties. Moreover, specific details about victims, damage, perpetrators, and other incident elements are frequently not fully reported in open source information.

The statistical material in this report, therefore, is drawn from the incidents of "terrorism" that occurred in 2007 as reported in open sources information, which is the most comprehensive body of information available to NCTC for compiling data that it can provide to satisfy the above-referenced statistical requirements.
In deriving its figures for incidents of terrorism, NCTC in 2005 adopted the definition of "terrorism" that appears in the 22 U.S.C. § 2656f(d)(2), i.e., "premeditated, politically motivated violence perpetrated against noncombatant targets by subnational groups or clandestine agents."

Through 2004 NCTC compiled statistical data on the basis of a more limited methodology tied to the definition of "international terrorism," which is also contained in 22 U.S.C. § 2656f.
Because of the change in methodology during 2004, the NCTC data is only comparable starting with the 2005 calendar year data.
Subject to changes in reporting statutes, NCTC anticipates that future statistics provided by it will continue to be tied to the broader definition of "terrorism."
To record and update attack records, NCTC has continued to post information in the repository for the U.S. Government's database on terror attacks, the Worldwide Incidents Tracking System (WITS) that was unveiled in 2005. A data management system with a more comprehensive dataset than those used in years prior to 2004, WITS is accessible on the NCTC website at www.nctc.gov for the public to have an open and transparent view of the NCTC data. NCTC will insure that the data posted to the website is updated as often as necessary by regularly posting information about new or prior attacks.

**Considerations for Interpreting the Data**

EXCERPTED

PARHAMOVICH V. IRAN
1:17-CV-00061 (KBJ)

PLA000250

The percentages of attacks involving journalists increased 22 percent in 2007 and deaths and injuries resulting from those incidents increased by 12 percent from 2006. Hostage situations involving journalists increased from 47 in 2006 to 79 in 2007.

In addition to the human toll, over 19,000 facilities were struck or were targets of terrorist attacks last year. Since the data's baseline in 2005, the most common types of properties damaged or destroyed during an attack were vehicles and residences, but in 2007 communities were frequently attacked, an approximate increase of 45 percent, from just over 930 attacks in 2006 to well over 1,300 attacks in 2007. The percentage of attacks for other types of property damage or destruction, such as those associated with energy, transportation, education, government, and other enterprises, remain at single digit levels with a few notable exceptions.

Almost 100 mosques were targeted during an attack in 2007, in most cases by Islamic extremists, representing a 55 percent decline. This is indicative of a return to levels in 2005, before the al-Qa'ida bombing of the Samarrah (Golden Dome) mosque that sparked a wave of sectarian violence in Iraq.

Attacks on schools rose by 22 percent, but of those attacks reported, there was a 67 percent increase in the number of school facilities hit in those attacks.

Attacks against political parties rose 64 percent with a 91 percent increase in party facilities being hit in those attacks.

Attacks on communities increased 45 percent from 2006, and 158 percent from 2005. The ratio of the number of communities hit to the number of attacks was about 1:2, 2:3, and 1:3 for 2005, 2006, and 2007, respectively. This drop in 2007 may indicate that communities have taken security measures to protect themselves.

Attacks on trains and subways rose 28 percent from 2006, and 83 percent from 2005, indicating terrorists are still intent on targeting them. However, the number of trains and subways actually hit in these attacks dropped 24 percent from 2006, indicating that security measures may be effective.

**An Academic's Perspective of Statistical Data**

"Congress mandated a review and annual reporting on international terrorism starting in 1987, and an opportunity was missed to create a national accounting of terrorism with the same standing as the accounting for inflation and unemployment. In 2004, the government acknowledged mistakes in the 2003 report and made efforts to improve future reporting. Out of the improvements emerged the Worldwide Incidents Tracking System (WITS) and the enumeration of data has markedly improved in the past several years. Pursuing the data is fascinating, and some assumptions made about terrorism must be reconsidered. Gaps in our knowledge of terrorism remain, and however professional the WITS team has become, the data lacks the standing that national statistics merit. Two areas of improvement are of vital concern: time series data and reducing missing values, both crucial for statistical inference. Time series data allows us to rigorously investigate what actions work best to reduce terrorism. Making the public and academics guess about crucial relationships in data due to missing values, reduces rather than enhances the usefulness of the data. Classified information could be used to inform missing values without exposing confidential sources. National statistics are a great public service, and there is no reason that our national security policy should not be conditioned by trends and patterns with the same accuracy used to track our economy.

Building up a small but dedicated staff of enumerators and subjecting their procedures to the annual critiques of a Brain Trust (on which I serve), the WITS product has markedly improved in the past several years. It has produced a web-based data service that can help public officials, journalists and citizens answer basic questions about the scope and source of terrorism in today's world."

David Laitin
Stanford University
April 30, 2008

The full letter of Dr. Laitin is available in the *2007 NCTC Report on Terrorism*, available via the Internet at **www.nctc.gov (http://www.nctc.gov/)**.

**Terrorism Deaths, Injuries, Kidnappings of Private U.S. Citizens, 2007**
**Provided by the Bureau of Consular Affairs, U.S. Department of State**

The term "Private U.S. Citizen" refers to any U.S. citizen not acting in an official capacity on behalf of the U.S. Government; therefore these figures do not include, for example, U.S. military personnel killed or injured in a terrorism-related incident while on active duty or employees of the Department of State and other federal agencies. Members of U.S. Government employees' households are considered private U.S. citizens.

Although every effort was made to include all terrorism-related deaths and injuries involving private U.S. citizens, the figures below reflect only those cases reported to, or known by, the U.S. Department of State, and may not reflect actual numbers of injured, which may not always be reported depending on their severity. As NCTC also notes, in the cases of Iraq and Afghanistan, it is particularly difficult to gather comprehensive information about all incidents and to distinguish terrorism from the numerous other forms of violence.

U.S. citizens worldwide killed as a result of incidents of terrorism: 19
U.S. citizens worldwide injured as a result of incidents of terrorism: 0
U.S. citizens worldwide kidnapped as a result of incidents of terrorism: 17

In all cases limited to incidents targeting noncombatants.
**TERRORISM DEATHS OF PRIVATE U.S. CITIZENS IN 2007 (BY COUNTRY)**

| Country | Date of Incident | Number | Location |
|---|---|---|---|
| Afghanistan | February 27 | 1 | Bagram |
| | June 28 | 1 | Pol-i-Charki |
| Iraq | January 17 | 1 | Baghdad |
| | January 18 | 1 | Baghdad |
| | January 23 | 5 | Baghdad |
| | March 27 | 1 | Baghdad |
| | March 31 | 1 | Diwaniyah |
| | June 12 | 2 | Baquba, near Tikrit |
| | July 19 | 1 | Baghdad |
| | September 18 | 1 | Baghdad |
| | November 26 | 1 | Baghdad |

**EXCERPTED**

PARHAMOVICH V. IRAN
1:17-CV-00061 (KBJ)

PLA000252