EXHIBIT 45

*The New York Times*

MIDDLE EAST

# American Woman Was Killed After Visit to Sunni Office

By DAMIEN CAVE   JAN. 18, 2007

An American woman who was killed here on Wednesday had just left the headquarters of a prominent Sunni political party, where she had been teaching a class on democracy, when her convoy of vehicles was ambushed by gunmen.

Members of the Iraqi Islamic Party said the American woman — Andrea Parhamovich, 28, of Perry, Ohio —left the party's fortified compound in western Baghdad around 4 p.m. in a three-vehicle convoy, headed east toward the Green Zone, when she and her armed guards came under attack from all sides.

Les Campbell, Middle East and North Africa director for the National Democratic Institute, which hired Ms. Parhamovich about three months ago, said a fierce firefight ensued. Guards tried to escape, fought back, and then called for reinforcements from other private security contractors.

The attackers — perhaps as many as 30, Mr. Campbell said, according to witness accounts reaching him — used heavy weapons, possibly including grenades. He said they destroyed the vehicle that Ms. Parhamovich was in, killing three of her armed guards, and then melted away into the neighborhood.

Saleem Abdullah, a senior member of the Iraqi Islamic Party, said that Ms. Parhamovich's group may have been chosen as targets when they first arrived at the party's compound.

"It seems that someone, when they saw her in the area, set up an ambush," he

said. "That's what we think."

Mr. Campbell described Ms. Parhamovich as a driven young woman, inspired by politics and a desire to help Iraqis connect with their newly-elected government.

He said she joined the National Democratic Institute — a not-for-profit organization based in Washington that has worked in Iraq since 2003 — about three months ago, after working for another organization that does similar work.

"She was an idealistic person who saw an opportunity in Iraq to help, to work with people in Iraq who were interested in democracy and human rights, which is what she cared about."

Mr. Abdullah said that Yarmouk, the largely Sunni area where the attack occurred, has become increasingly dangerous. It lies west of the Tigris River, where clashes between Sunni insurgents and Shiite militias have been concentrated in recent months.

He said that even before Wednesday's attack, he had asked the American military for more protection.

Yet the killings — with echoes of the attack on Jill Carroll, the American journalist who was ambushed and abducted after visiting a prominent Sunni politician last March — also underscored why American and Iraqi leaders have turned toward an ambitious military effort to retake the capital.

Unrelenting violence has kept civil and political growth at bay here and in other areas of the country, limiting the involvement of American civilians and international agencies, and yielding an approach dominated by men carrying guns, dressed in camouflage.

The violence continued today. A car bomb in central Baghdad went off around 8 a.m., killing 4 people and wounding 15. Two other car bombings in Shiite areas east of the capital left six people dead, while mortar attacks across the city killed five people.

An additional 26 bodies were found throughout Baghdad.

And in Dora in the southern part of the city — a formerly mixed area that was held up as a success story by the American military as recently as this summer — three bombs detonated in quick succession at a wholesale vegetable market, killing at least 10 people and wounding 30.

Witnesses said the explosions happened within minutes of one another: the first at the entry to the market, the second in the middle and the third near the market's far end. It was difficult, many people said, to tell the difference between smashed vegetables and smashed human body parts.

"They all are ordinary workers who are poor," said Walid al-Musawi, a worker at the market, of the victims in the triple bombing. "They are just people looking for their daily bread. This guy who died, his name is Hosham, he has 6 children. This guy who sells sweets, who died today, lost a brother a few days ago. And now he died too."

Several people at the market said they were afraid of what an expanded American military operation may do to their neighborhood. This summer, when parts of Dora were locked down by American and Iraqi troops for days, leaving only one entrance and exit, residents complained that it was nearly impossible to get enough food, or to get to work.

One resident said the new security plan, involving 20,000 additional American troops in Iraq, most of them in Baghdad, "is going to be a disaster for all Iraqis, whether they are rich or poor," because it will keep people from being able to work.

Reporting contributed by Abdul Razzaq al-Saiedi, Ahmad Fadam and Khalid Al-Ansary from Baghdad.

© 2016 The New York Times Company

**PARHAMOVICH V. IRAN**
**1:17-CV-00061 (KBJ)**

PLA000255