Case 1:17-cv-00061-FYP-GMH   Document 37-51   Filed 03/03/21   Page 1 of 2
EXHIBIT 51



# Combating Terrorism Center
## at West Point

**Occasional Paper Series**

# Iranian Strategy in Iraq
## Politics and "Other Means"

Joseph Felter
Brian Fishman

October 13, 2008

EXCERPTED

PARHAMOVICH V. IRAN
1:17-CV-00061 (KBJ)

PLA000276

influence.  A document found during the capture of Qais Khazali and his brother describes a plan to establish three distinct, but overlapping, militant groups.[3] The groups were designed to range in sophistication, from a large, less-trained group to smaller, more elite organizations.  The Khazali schematic likely only scratches the surface in describing the variety of Iraqi militant groups.  It is clear, however, that in the past year the SGCs have been the most disruptive—emplacing IEDs, rocketing the Green Zone, and attacking Iraqi Security Forces and Coalition troops.

Iraqi militants who have participated in Iranian-sponsored training insist that the instruction is designed primarily to evict coalition forces from Iraq—not to stoke the kind of sectarian warfare that rocked Iraq in 2006 and early 2007.  This explanation is consistent with both Iran's core goals in Iraq and the nationalist sentiments of many of the militia members attending the training.  The following quote is from a U.S. intelligence report paraphrasing an alleged SGC member's assessment of Iranian interests:

> Iran does not care about the fight between Shi'a and al-Qaeda.  Iran just wants to force CF (Coalition Forces) out of Iraq because Iran is afraid CF will use Iraq as a base for an attack in the future.  Iran is training people to fight CF, not Al-Qaeda.[4]

Interestingly, Iran seems to have outsourced some of the actual military instruction provided to Iraqi militants to agents from Lebanese Hizballah.  Although there is little available evidence of Lebanese Hizballah activities inside Iraq, there are numerous reports that they are providing IRGC-QF coordinated training in Iran and Lebanon for Iraqi militants.

**Iraqi Recruitment and Travel to Iran**
Although Iraq's Shi'a militias often operate independently, hierarchy is an important part of their structure.  Iraqis claiming to have trained at camps in Iran describe varying levels of instruction based on expertise and function.  The entire training program is extremely well organized, all the way down to the selection of trainees.  Most trainees hail from the predominately Shi'a towns of southern Iraq—Najaf, Nasiriyah, Kut, Amara, and Basra—as well as eastern border towns in the Diyala Province and from Shi'a enclaves in Baghdad such as Sadr City.[5]

---

[3] Harmony Document NMEC-2007-624223
[4] IR002
[5] This assessment is based on background information provided by multiple captured Iraqi militants that received training in Iran.

56

EXCERPTED

PARHAMOVICH V. IRAN
1:17-CV-00061 (KBJ)

PLA000277