

I LOST MY LOVE IN BAGHDAD

A MODERN WAR STORY

MICHAEL HASTINGS

"REMARKABLE."
—The Tampa Tribune

"CONTROVERSIAL."
—Newsweek

"SOUL-SHATTERING."
—The Washington Post

WITH A NEW AFTERWORD

**EXCERPTED**

**PARHAMOVICH V. IRAN**
**1:17-CV-00061 (KBJ)**

**PLA000278**

### I Lost My Love in Baghdad

Another phone call to the leader from his contact. The same ring tone. She has arrived. The orange and white Opel heads toward Yarmouk.

The meeting is off to a slow start; her interpreter is running a little late. Andi jokes and talks about the weather, about a story in the *New York Times,* about how she isn't able to get out of her compound much. One of the men she is there to meet refuses to shake her hand because she is a woman. Two security guards are with her in the room. The others wait with the cars in the parking lot. Glasses of chai are served. The interpreter, a young Iraqi woman, finally arrives and apologizes for being late. She was held up at a checkpoint, she says, a bomb scare, the typical morning.

They get on with the meeting. The purpose is to discuss how the Iraqi Islamic Party can effectively get their message out to the media. They are an important political party in the new government; the head of the party is one of the country's three vice presidents. It's also a chance for Andi to meet the politicians she'll be working with over the coming month, part of a training program the National Democratic Institute has set up to assist the Iraqi government in building a functioning democracy.

It is now 11:30 A.M.

The street outside the headquarters begins to empty. Traffic disappears; shop owners decide it is time to take a break. The street kids are nowhere to be seen.

The men are now in position. A machine gun is set up on top of a building. The rest of the men, nearly thirty of them, all carrying weapons, hide in alleys and shops along the street.

12 P.M. The meeting ends, goodbyes are said, cards exchanged.

Andi walks out to the parking lot. The three cars have their engines running. Her security guard opens the door to the sedan, the second car, and she gets in.

12:07 P.M. The first car drives out of the Islamic Party's compound and heads down the street. The driver and guard don't notice anything wrong. The route looks clear. There is no traffic, no one in the streets.

Thirty seconds later, her car follows.

Andi is sitting in the backseat.

**EXCERPTED**

PARHAMOVICH V. IRAN
1:17-CV-00061 (KBJ)

PLA000279

## CHAPTER 14

### August-September 2006

### BAGHDAD

I step outside to take her phone call.

"Hi, baby."

"Hi, Cub."

"I have news."

"Tell me."

"I got the job."

What I feel first is pride. To give up a prestigious public relations job in New York to come to Iraq to help fix this mistake, to help this country function, to work for democratic ideals and women's rights and to work for half the pay. I am immensely impressed with Andi, and proud. This is what I tell her in that first conversation, and I believe it. I am excited that she is coming. She will be working at the International Republican Institute's Baghdad office. Her job description is media development, working with Iraqi leaders and their parliament to set up a public affairs office, with the larger goal of getting Iraq to establish a free and independent press. I love her bravery and her guts. We discuss the logistics: when she's going to get here, what kind of training she has to do, when she will go to D.C. to meet with IRI for orientation. We agree this is a great opportunity. There are a lot of great opportunities if you're young and willing to risk your life, I tell her, quoting a friend who told me the same thing. You'll get to experience something most people won't experience. You'll get to work in what is the most challenging and difficult environment you can imagine. If you can work in Baghdad, you can work anywhere. If you like it, you

**EXCERPTED**

**PARHAMOVICH V. IRAN**
**1:17-CV-00061 (KBJ)**

**PLA000280**

can go other places overseas, places much nicer than here. Or you can move from this job to work on one of the campaigns, and you'll probably have more foreign policy experience than the candidate you work for. You'll enjoy it, being in the center of things, where history is being made. ("Center of things falling apart," she jokes.)

"It doesn't make you uncomfortable that I'm coming?"

"No, honestly, I'm excited for you. But this a very bad and dangerous place. It's a real shithole. And I'll worry . . ."

"You don't worry."

"I'll worry. You're not going to like a lot of things about this place—and like I've said before, being a woman here will be hard. Women aren't treated well here by anyone, and you'll get more unwanted attention than you ever have gotten before. But I'm honestly excited for you. I'll support you, whatever you want to do."

Was I totally okay with it? No. I don't think it's possible to be completely comfortable with the notion that someone you care about is in a war zone. It's just something you learn to accept. I knew from the moment she told me she was coming that it would be tough, a real shock for us. So I tried to focus on the positives. She really wanted to do this, and I wanted her to have confidence that she was making the right choice. She was going into an unknown. I knew it would be extremely stressful for her—I'd been through it myself—and it would be extremely stressful for me. What if she didn't like it? What if she was miserable? Just being in Iraq is stressful in ways you don't even realize. And going to Baghdad at the start of one of the most violent periods of the war, in the fall of 2006, couldn't be a truly good idea for anyone, but that never stopped those of us who wanted to go from going.

Andi began to prepare for Iraq. She packed up her apartment in New York; her mom picked her up and drove her back to Ohio to put her boxes in storage. Her family was very worried about her going, but they knew, too, that once Andi decided to do something, she was going to do it. She headed to D.C. for orientation with IRI, got all of her necessary ID cards, and found out she'd be staying in the Green Zone, near the Blue Star restaurant, just five minutes away from my house.

EXCERPTED

PARHAMOVICH V. IRAN
1:17-CV-00061 (KBJ)

PLA000281

MICHAEL HASTINGS

After we ate dinner, Andi showed me her new home. It was a trailer, or CHU—pronounced "chew"—for containable housing unit. She had already made her modifications. The sink, which was just part of the living room, now had a curtain (a "sink shield," she called it, because she couldn't stand looking at a bare sink in a living room), and she had rigged her air conditioner with sheets of fabric softener that blew a fresh, lemon-scented breeze and overpowered the vague smell of sewage in her unit. She had a single bed with brand-new sheets, a TV with a satellite hookup, and a desk where she worked on her laptop, using the wireless Internet access when it wasn't down.

"Nice accommodations," I said. "It's not that bad."

"You live in a house. With a cook."

"Yes, I have it pretty good here," I admitted, just to annoy her.

"I just want to kick you."

And she walked over and kicked me with the instep of her small sneakered foot.

We spent time together in her room. There wasn't much privacy, and I couldn't spend the night. I wanted to, but it wouldn't have been good for me to be away from the bureau for too long in case anything happened, and like a high school student borrowing his parents' car, I couldn't keep the Mercedes out all night. As a woman, Andi knew she needed to be taken seriously, and she felt it wouldn't have made a good impression on her supervisors if I was already sleeping over. For security reasons, she wasn't allowed to spend the night in the *Newsweek* bureau— IRI's policy required her to have two Blackwater security guards with her wherever she went outside her compound. It was another challenge of having a relationship in Baghdad; we were both there to work, and having a job in Baghdad is a twenty-four-hour occupation.

I left after our first date, passing through the checkpoints manned by Iraqis, and then Georgians, getting into the Mercedes I'd parked in the gravel lot behind her compound. I drove home and texted her when I arrived—even though it was only a few minutes away—to tell her I got there safely.

For the next month, while she lived in the IRI compound, I went to

**EXCERPTED**

**PARHAMOVICH V. IRAN**
**1:17-CV-00061 (KBJ)**

**PLA000282**

I Lost My Love in Baghdad

see her three or four times a week. She'd also visit the bureau when she had a chance in the evening. Her security guards would drop her off for a few hours, then pick her up and bring her back to her trailer for IRI's midnight curfew.

Andi fell into her routine. She worked at the Iraqi parliament—the Convention Center—during the day trying to build a media center for the Iraqi press. Her predecessor had started the project a year earlier but it still wasn't even close to being complete. She encountered the common frustration in Iraq—it took forever to get even the smallest things done. The media center was held up because one of the Iraqi spokespeople did not want to give up his large corner office, an office that the other parliamentarians agreed would make a perfect media center. Then, when they finally settled on a floor space for the center, on the second floor, and mapped out where computers and dividers would be put up, the Speaker of the House decided to temporarily ban all press from the parliament. Still, Andi got to know Iraqi leaders and helped them send out press releases, set up press conferences, and trained them how to deal with the media. She worked out in the mornings, even finding a yoga class to attend called Baghdad Yoga. She described her days to me as if she were Alice in a disturbed Wonderland, where every conversation took on the air of the Mad Hatter's tea party. I'd laugh and say what I'd come to say a lot to her: "Welcome to Iraq."

On the evening of October 10, I was sitting at my desk in the bureau's office when I heard what sounded like a mortar land nearby. I ignored it and kept typing up a story I was working on. Less than a minute passed, and there was another explosion; the windows shook. In the next five minutes, there were a series of seven or eight more blasts. It sounded like someone was shelling the hell out of the Green Zone.

I was the only correspondent at the bureau that night. The other person in the house was a Scottish private security manager who was filling in for a few days for a friend of his. He walked into the office and he suggested we move into the living room, the designated safe area. I brought my computer with me, and then my phone rang—it was our Iraqi office manager. He told me he thought there was heavy fighting in his

**PARHAMOVICH V. IRAN**   EXCERPTED   **PLA000&, '**
**1:17-CV-00061 (KBJ)**

## I Lost My Love in Baghdad

I was in Baghdad with Andi and my career was skyrocketing and I was writing stories about the war, when we were planning trips to Paris, to Budapest, to Istanbul, when I looked at a diamond ring in Dubai, when I got an American Express Platinum Card because it gave me a free complimentary business or first class ticket so we could travel together. The life before I have this piece of information, before the three missed calls and the three new voice mails and the two cryptic emails, this life, my life, our life. There is the moment when the information has not been delivered. The moment before 7:58 P.M., Baghdad time. This moment before I know, but not before I understand because there is no understanding moments like this, the moment before the future no longer matters, before the future is nothing but a wish for the past.

"Michael, I have terrible news. We lost Andi today."

"What? You have to be fucking kidding me."

"No, Michael, we lost Andi today."

"You're kidding me, right?"

"No Michael, no Michael. I'm sorry. Her convoy was attacked. She was ambushed, we think her car was hit by rocket-propelled grenades. Three security guards were killed with her. We think it was a setup, we think she was set up."

"Oh my god, oh my god, oh my god, oh my god."

I am repeating oh my god oh my god oh my god you have to be fucking kidding me. We lost Andi today. She has been killed. A setup. RPGs. Ambush.

"Have you called her family?" I ask.

"Yes," he says.

"Do you want to call me back?" he says.

"Yes," I say, trying to understand exactly what he has just told me. Three-car convoy. Machine guns. Setup. RPGs. Armor-piercing rounds.

My brain feels like it has been smashed.

I act. I need to respond, right now. X, the security manager, is not at the house; he is over at the embassy. I call him but the phones are not working. I send a text message: X need you back now.

**EXCERPTED**

**PARHAMOVICH V. IRAN**
**1:17-CV-00061 (KBJ)**

**PLA000284**

MICHAEL HASTINGS

I hold my tongue. It is difficult not to say what is obvious to anyone who looks at this situation: NDI and its security company, Unity Resources Group, failed to protect their staff member. A catastrophic failure. The first thing out of the mouth of anyone I talk to—Iraqis, my journalist friends, my military contacts, the security personnel—is how could this trip to such a dangerous place have been approved? It seems like a clear fuckup. No American civilian should have been approved to go to the Iraqi Islamic Party headquarters in Yarmouk. Yarmouk is considered one of the most dangerous neighborhoods in Baghdad. There was no need to meet members of the Iraqi Islamic Party, a party known to have ties with insurgent groups, at their headquarters. Bad things happened at their headquarters. Two Iraqi journalists were killed while leaving a press conference there—kidnapped and executed—six months ago. Eight months earlier, Jill Carroll's kidnappers released her to the Iraqi Islamic Party. The IIP asked her to make a videotaped statement, saying they had had nothing to do with it. They assured her it would not be broadcast, then showed the interview on their own TV station. The last Western journalist I knew who had visited the compound had gone there in May 2006, against the advice of his translator, and he didn't tell the IIP the time he was coming, he just showed up.

I start looking into Unity Resources Group. They're based out of Dubai and Australia. Why had the URG failed to accurately assess the threat level in the area, or in Baghdad itself, approving the trip without hesitation? The situation in Baghdad was extremely volatile. There was open fighting on Haifa Street only the week before. There had been three reported attacks in and around Yarmouk in the previous five days. On the day she was killed, there were sixty attacks in Baghdad alone. It was likely a setup. Her attackers probably knew well in advance the day and time she was coming. Enough time to get together a team of insurgents, to identify the target, to plot an attack. Everyone working in Baghdad knows you never give a set time for arrival when going to such a high-risk spot.

Yeah, don't worry, I'll keep it focused on Andi. The anger and blame is everywhere—myself, the insurgents, NDI, IIP, myself again. Yes, it's a war, yes, these things happen, yes, hindsight is twenty-twenty, but

EXCERPTED

PARHAMOVICH V. IRAN
1:17-CV-00061 (KBJ)

PLA000285

## I Lost My Love in Baghdad

We're rolling, questions coming into my earpiece.

I say that Andi is an angel; I speak of her as an angel, as a pure soul. I talk about plans for the engagement—she sent me specifications for the ring a week ago: DeBeers, princess cut, 1.5 karats, size six.

After the interview, another friend from the embassy pulls me aside. "I have some information," he tells me.

He has read a classified intelligence report on the attack. It was a setup, an attempted kidnapping. Andi was the likely target. Not a random target, not a target of opportunity. Andi, the girl from Ohio, blond hair and blue eyes, she was the target. The insurgents swarmed the car. They tried to open the doors, but couldn't. And then everything got worse. They rolled grenades under the car, boom boom boom, the fuel tank exploded and the whole car went up in smoke.

"The pictures are bad," my friend says. "The photographs are very, very bad. The driver of her car—he may have tried to run away."

The insurgent group responsible, my source tells me, is Islamic jihadist with ties to Al Qaeda. Al Qaeda wannabes. He says this group is known for kidnapping Iraqi women. They are known for torturing and raping Iraqi women—pulling their fingernails out, beheading them. They are bad men; they are not the kind of insurgents who negotiate.

"It is better she was killed than kidnapped by these men," he says.

I know this is true. I think I know.

It is becoming more apparent that the Iraqi Islamic Party, with their own contingent of armed guards a few hundred feet away, stood by and watched this happen. They did nothing to stop it.

I am sick of Iraq. I am sick at the thought that the people Andi was going to help had an active hand in setting her up. I am disturbed, too, that the Iraqi Islamic Party visited the Bush White House in December 2006. The IIP is considered a "moderate" Sunni political party. The head of the party, Tarek al-Hashemi, is one of Iraq's three vice presidents. According to what NDI told me, and what my source confirmed, a person or persons within the organization likely played a role in killing her by tipping off the men who did it. The White House is entertaining people who have links to Islamic extremists? This is our war on terror?

**EXCERPTED**

**PARHAMOVICH V. IRAN**
**1:17-CV-00061 (KBJ)**

**PLA000286**

I know all this. I know the Iraqi Islamic Party is shady. I know they are hypocrites. I know most political parties in Iraq are complicit in the killing that is taking place in the country—SCIRI, the Supreme Council for Islamic Revolution, is America's most important Shiite ally. Does the Supreme Council for Islamic Revolution in Iraq, whose leaders lived for years in exile in Iran, sound like a moderate political party? Moqtada al-Sadr has thirty members in the Iraqi parliament; his Mehdi Army has death squads that attack Coalition forces regularly. The IIP is not much different. I know the IIP has ties to Sunni insurgent groups. I witnessed it myself in Baghdad in August 2006 with the 172nd Stryker Brigade. We searched an IIP branch office in the neighborhood of Ghazaliya and found an arsenal and IED-making materials. I even emailed Andi about the IIP in December, describing them as having known ties to "the honorable resistance." This is not hidden knowledge. Why did I not put all of it together when Andi told me she was going to visit with the IIP days earlier? She told me she was going to the IIP headquarters. All I said was, Be careful.

I did not look at the map. If I had looked at the map I would have been horrified at the distance of the trip. The headquarters is miles away from her compound, on the other side of the city. I would have been horrified that the neighborhood was Yarmouk. A neighborhood that *Newsweek* inquired about going to a week before this happened, and we were told within fifteen seconds by our security staff, "Are you crazy? There is no way you can go to Yarmouk, it is much too dangerous. Even Iraqis are afraid to go to Yarmouk."

So I know all of this.

I know, I know, I know.

I know that after the attack, the Iraqi Islamic Party blamed the Americans. They told the *New York Times* on the day Andi was killed that they had been asking the U.S. military for better security in the neighborhood. They did not publicly condemn the attack. It is not a popular position to be against the insurgents.

This is the Iraqi government. These are our allies, the moderates, the men we decided to work with, the men we have given billions of dollars to.

**EXCERPTED**

**PARHAMOVICH V. IRAN**
**1:17-CV-00061 (KBJ)**

**PLA000287**

## I Lost My Love in Baghdad

Fuck them all. Kill them all. Bomb this country and make one giant parking lot. Better yet, build a giant runway to go bomb every one of these other Arab countries off the face of the Earth.

Nuke everybody, put on protective antiradiation suits, take their goddamn oil.

Fuck all of them, these savages, this fucking criminal government. The birthplace of civilization, but there's a reason that civilized people left, migrated, got the fuck out this shithole.

I don't really mean that, I tell myself.

Do I?

I do at the moment, maybe, but there are good people here.

Are there?

And what are we doing here anyway?

We're not evil like this. We're not fucking savages.

Oh?

Stop, stop, stop. I wish a hundred more Hadithas on these fucks. Line them up—I will pull the trigger myself.

I have a change of heart on sectarian cleansing—let the Shiites wipe these Sunni fucks off the map. Let them kill them all, women and children. Let them pay.

I don't really believe that, right?

I don't think so.

Maybe sometimes.

Maybe not.

It is late Friday night. They have located her body. It has made it to the Army morgue at Camp Victory. The phone calls continue. Why didn't I say anything? Why didn't I stop her? You know Andi would have gone anyway; you know how she was; it was her job. She always told you not to go places and you didn't listen. You went anyway. You cannot blame yourself, I am told. Yes I can. I can blame myself and I can blame everybody. Blame is easy. Blame is easier than living with this terrible sadness and despair.

**EXCERPTED**

**PARHAMOVICH V. IRAN**
**1:17-CV-00061 (KBJ)**

**PLA000288**

## CHAPTER 22

## January 20-21, 2007

### BAGHDAD

On Saturday night, I print out an email containing my travel orders: authorization for "Fiance of Andrea Suzanne Parhamovich to Accompany her Remains . . . The State Department requests that the Department of Defense authorize Michael Mahon Hastings . . . to accompany the remains of Ms. Parhamovich aboard U.S. military aircraft . . ." The document, on DoD letterhead, notes she was "killed by terrorists in Baghdad."

The flight home will be Sunday morning. There will be a ceremony at the Baghdad Airport, which the ambassador, representatives from the State Department, NDI, URG, and I will attend. I will be accompanied on the flight by Karen, the head of the political parties program at NDI and Andi's direct supervisor in Iraq.

The first flight will take us from Baghdad to Kuwait. In Kuwait, we are scheduled to change planes then fly to a U.S. airbase in Germany. From Germany, we will make the last leg of the trip to Dover Air Force Base in Delaware. We are scheduled to arrive in Dover late Sunday night or early Monday morning. If there are no foul-ups, it is about eighteen hours of flying. It is important to me that there are no delays. The longer it takes to get to Dover, where the U.S. military may take as long as a week to release her body, the longer Andi's family has to wait to have a funeral for her.

The security guard who died in Andi's car, Yonni from Hungary, will also be coming with us back to Dover for processing. The air force base

229

EXCERPTED

MICHAEL HASTINGS

"I know who you are," he says. "I know about *Newsweek* and the trip to Paris"—he'd read about it in the *L.A. Times*—"I know you're the media. I've done my research. I've Googled you. You know, the media is always reporting the negative news. I'm glad this is finally a positive story."

I am slightly stunned. I am amused that the colonel, meeting a representative of the press, takes a shot at the liberal media, then suggests that Andi's death is a good news story. I don't say anything, but I assume he means the fact that she died for something she believed in, she died for her ideals, and that she was being treated as a hero.

He gives me the details.

Her body was found in the backseat. The body of the Hungarian security guard was found on top of hers. It appears he was trying to protect her from the flames, from the bullets and the explosions. The front seat was broken, knocked back, so he must have jumped in the backseat to cover her up.

"Twenty-five hundred degrees Fahrenheit, fire burns down," he says. I don't know what this means.

"There has been comingling of the remains," he says.

It dawns on me why the Hungarian has to go back to Dover—so the morticians with better equipment in the States can separate what is Andi from what is her security guard.

"Can I see her?" I ask.

"There is no body," he says. "She is not what you think. What is left is not recognizable as man or woman. It is ugly. It is not her. Trust me, you don't want to see."

"Was the driver found in the car? I was told he may have run away," I say.

There were only two found in the car, he says.

I thank him and go back to the SUV.

A further investigation is being conducted by the CID, or the criminal investigation division of the military. What will the forensics say about the last moments? Will the body of her driver show burn marks— will there even be a body?—like he was escaping from the fire, or will it

234

EXCERPTED

be full of bullets, like he just stopped the car and tried to run away? Or did he stagger out in a daze after something hit him, a bullet, shrapnel? How many bullet holes in the car will there be?

At least one of her guards did his job, I tell myself, tried to cover her, tried to protect her from the heat, from the flames, from the grenades rolled under the vehicle, under the gas tank, the dense smoke, 2500 degrees Fahrenheit, fire burns down. I hope her guard covered her five-foot-three frame. I hope she was comforted by this. I wish I had been the one to die on top of her. I wish I had been there to protect her.

There are still a few hours left before the ceremony. Lieutenant Colonel Franks offers to show us around. He suggests going to the PX on Camp Liberty, another base on the airport compound. On the drive over, I ask where the Crisp is located. The Crisp is the name of the yard at Liberty where destroyed vehicles are brought—vehicles that are burned up, burned out, burned to a crisp. The Crisp is where Andi's car was taken. It is the Crisp that gives me images of scraping scorched bones off the melted carcass of the car she was in.

It's over there, he says. From a distance, it looks like a junkyard or parking lot.

The PX on Liberty is one of the nicest in Iraq, due to its proximity to the airport. There is a Taco Bell and Green Bean, and the PX itself is the size of a Wal-Mart. Franks, Lou, Karen, the speechwriter, and I enter the store. Bright lights shine on row after row of Doritos, Tostitos, Right Guard, Crest toothpaste, Marlboro Lights and Reds, magazines, *Car and Driver, Ebony, Maxim,* new DVDs, new video games for the Xbox and PlayStation and even the handheld PSPs. There is a back room with televisions and air conditioners, satellite dishes. There is combat gear, holsters, boots, socks, sanitary napkins; there is a counter for ballistic eye protection. I pick up a pack of Marb Reds, and I also decide I need a new pair of sunglasses for the upcoming funeral and plane ride. The sunglasses I have been wearing are slightly bent. I ask to look at a pair of Ray-Bans, a black pair that I press to my face. I buy them. There is a fifteen-minute wait in the checkout line, which stretches back to the refrigerated pizzas,

EXCERPTED

PARHAMOVICH V. IRAN
1:17-CV-00061 (KBJ)

PLA000291

# CHAPTER 23

## January 21, 2007

### BAGHDAD, KUWAIT

There is no blue in the sky. Dark gray clouds press down on the long runway, rolling in to stay for the afternoon. The cargo bay door on the C-130 drops to the ground; a white van pulls up about 150 feet away. Two rows of men and women, most in desert fatigues, others in blazers and dresses, form a line from the tail of the aircraft to the van. There must be at least thirty of them. I am standing second in line on the left side of the plane's ramp. Ambassador Khalilzad stands to my left. I take off the Ray-Bans.

"I'm sorry for your loss," he says.

"Thank you, Mr. Ambassador, and thank you for coming out here today, I know Andi would have appreciated it. It means a lot."

I try to say something else, and he does as well, but it is lost in the wind, and we stand in silence.

The first casket is removed from the van. It is the Hungarian's casket, wrapped in a Hungarian flag. It is a new flag—Lou finally convinced the Hungarian NATO attaché to provide a flag that didn't smell like French fries. The soldiers carry the casket onto the plane.

There are salutes, military commands are yelled out, the van's ramp is lowered to the ground again, and there she is, covered in an American flag.

Six soldiers step forward, one foot measured in front of the other, carrying her silver casket. She moves slowly. I see tears in the eyes of a number of people standing across from me, her friends from the State Department.

237

**EXCERPTED**

**PARHAMOVICH V. IRAN**
**1:17-CV-00061 (KBJ)**

**PLA000292**

### MICHAEL HASTINGS

Lieutenant Colonel Franks discreetly takes pictures, pictures that will have to be approved by CENTCOM before they are released. I see Karen with her camera, videotaping, following the casket as it makes its way to the plane.

The wind picks up, the worst wind all day, sweeping across the runway, strong enough to knock me off balance.

It would not have been right for there to be sun on such a day. It has been sunny since she was killed, but as she gets closer to leaving this place, this evil place, there are thick clouds, threats of rain in the desert, the sky dark. The coffin passes me, the closest I have been to Andi since I kissed her goodbye nine days earlier, her head resting on my shoulder, fitting there, perfectly, such a rare thing.

The six men set the casket down inside the C-130's cargo bay.

Another military command is shouted, and the two lines of men and women move into the plane. There is no light inside the cargo bay; words fade without echoes. Ambassador Khalilzad speaks; the head of NDI's Baghdad Program speaks; the head of Unity Resources Group speaks; then I speak.

"When things like this happen, the first question one asks is why . . . In this case, the second question is why would she want to be with a jerk like me?"

I don't think the joke works.

"What I'm saying, what I'm trying to get at, is what an amazing person she is . . . Yesterday, when I was going through her personal effects, I found a piece of paper . . ."

> Dear Angels dear God dear Universe
> Please let me get the job at NDI.
> The NDI job will work out fine.
> I am protected by light and love
> I am protected by light and love

My hand shakes as I put the paper back in my pocket.
The army chaplain says a prayer.

238

**EXCERPTED**

## I Lost My Love in Baghdad

A series of hugs, handshakes, goodbyes, be strong, and the people file out of the plane.

"You're gonna get these guys who did this," I say to the ambassador as he walks away. "No doubt about it," he responds.

I sit down in the seat closest to her casket at the back of the cargo bay, pulling on my body armor, putting on my sunglasses, and strapping myself in. Karen sits across from me. About fifteen other passengers come in the front entrance of the plane, so as not to walk past the two caskets strapped in the back. The ramp on the cargo bay closes; it's chilly in here.

The aircrew gives instructions—the bathroom, air sickness bags, what to do in case of emergency. They recommend we keep our body armor on. A Black Hawk helicopter was shot out of the sky the day before, killing thirteen, and there was speculation in the press and among the military about whether the insurgents had a supply of new missiles.

The plane starts to move, its engines roaring. There are no windows on the C-130, and you quickly lose sense of what altitude you are at, or even if you're still on the ground. I lean back in my seat and feel an urge to reach out and touch her casket, to touch the flag. Maybe I think it will be warm to the touch, maybe I think it will bring me closer to her. But I worry that if it is cold to my touch, I will not like that. I am wearing my sunglasses, tearing up so much there is now a layer of dried salt on the inside of the lenses. The other passengers are not looking or talking; they are staring straight ahead. Finally, I reach out and touch the corner of the casket, caressing her and the flag.

It is neither warm nor cold.

The plane lands, a faster flight than expected. We are in Kuwait.

A master sergeant enters the plane.

"We have two angels on board today, so please join me for a prayer."

Angels, I think, angels, not knowing at that point that the U.S. military calls all the fallen "angels." Planes with the dead are called "angel flights."

Another honor guard comes on; a sergeant is giving instructions. I stand next to him. I have a picture of Andi in my blazer pocket, a crumpled picture, and he talks in what seems to me like a casual manner.

239

EXCERPTED

I Lost My Love in Baghdad

way, I am angry. I can't speak to Karen about my anger of course; I can't speak to her about Andi. I can see that she doesn't want to know about Andi, not really; she cannot bear to hear it. They never had the chance to know each other; I can see her struggle with her own feelings of guilt, as she was Andi's supervisor, one of those who had signed off on the trip to the IIP that led to Andi's death.

"I just remember she was so bright and beaming that morning," says Karen. "And in December we took one look at her résumé, and said of course we want this person; of course we want her to be part of the program. She was self-motivated; she had a plan for what she wanted to do, and she presented it to me, and I was like, go for it."

After talking to Karen, I realize there was no conversation that morning, no security briefing with Andi, no talk about what signs of danger to look for. There did not even seem to be much talk about the purpose of the trip, except as a meet and greet. I knew Andi would never refuse to go on a trip. It is the job of the field worker to want to push boundaries, to do as much as you can, and the job of the supervisors and private security team to temper that desire, to say, look, that is a big risk: Is it worth it? Can you accomplish your work without a visit? Can you meet them in the Green Zone or perhaps they can come here? These are the questions that should always be asked in Baghdad, especially in January 2007, when there was open fighting in the streets and kidnappings were a common occurrence. Were none of these most basic questions asked?

Karen tells me her information about the attack is from one of the PSDs who survived the attack, the man in the first car.

According to him, the first car drives out of the compound and down the street; his radio crackles with the word "contact." The driver, an Iraqi man, pulls a U-turn, and something gets in the way—an Iraqi family or something. Karen says the Iraqi driver then gets nervous, like something is wrong, maybe the family was trying to slow them down. By the time the first car goes back down the street, they think Andi's car has escaped, because there is so much smoke they couldn't see it. So then the first car pulls back into the IIP compound. A second team of NDI PSDs is dispatched and is on the way. The guard in the first car gets out and

241

**EXCERPTED**

PARHAMOVICH V. IRAN
1:17-CV-00061 (KBJ)

PLA000295

moves onto the street on foot; he sees about four or five insurgents try-
ing to drag the body of the PSD team leader who had been killed after he
left the tail car. He opens fire on the insurgents, hitting a few perhaps, and
they run off. He then takes cover, and a gunfight ensues. The second NDI
team arrives about twenty minutes later; they are also in heavy contact
with the insurgents. Around forty minutes later, Coalition forces arrive,
and—unusually, says Karen—they find the PSDs all still there. In most
cases, the private security teams involved in gunfights leave the scene of
an incident as quickly as possible.

It is a forty-five-minute-long gun battle, with bullets flying over the
smoking remains of Andi's car. Karen says the PSDs were considering
going back that night to find the killers, but they didn't do that—that was
a bad idea, it was the anger talking, the desire for revenge, and besides,
they probably wouldn't be able to find them.

This the last sequence of events I get for months. It is basically accu-
rate, but a more complete description emerges in the coming year. I con-
tact the American unit that arrived after the attack; I contact Andi's
coworkers at NDI; I talk to Unity Resources Group, as well as my con-
tacts in the security industry.

After months of asking NDI and URG for a full briefing, I finally get
one in August 2007. I learn that the incident happened at 12:07 P.M. I
learn that a local Iraqi car, believed to belong to the insurgents, got in
front of Andi's car to slow it down. At that point, the car was attacked and
disabled with machine-gun fire. The attackers rushed the car, shooting,
tried to open the doors, and threw a grenade under it. After the explosion,
the third car sped ahead into the smoke, crashing into Andi's car. That's
what Jacob crashed into, the crash he couldn't talk to me about. One of
the security guards in the third car got out and was killed; the other two,
Jacob and the Iraqi driver, ran into a building for cover. The insurgents
then rolled a grenade under the third car and it exploded. The first car
returned to the incident, but it was too late. Twenty minutes later, they
were joined by NDI's reinforcements.

NDI and URG tell me that they followed all of their normal security
procedures. The procedures had never failed before; Andi is the first client

EXCERPTED

PLA000296

URG has lost, and the first NDI staffer to be killed in Iraq. NDI spent over $20 million a year on security for their Iraq program. However, NDI closed down its operation in Baghdad in the month following Andi's death, moved its Western staff to Amman and Kurdistan, and has not reopened it.

**EXCERPTED**

**PARHAMOVICH V. IRAN**
**1:17-CV-00061 (KBJ)**

**PLA000297**

### I Lost My Love in Baghdad

"On the day my life changed forever—when it was shattered by the grenade that killed my daughter—I knew that I would never be the same," Andi's father, Andre, emailed me last year:

> I knew that every remaining day of my life would be filled with sadness and pain. I wish that I could say, two years later, that I'm learning to accept Andi's death. But I can't and never will. What I am learning, however, is how to find small comforts that soften the sadness in my soul. . . . I look at my children as my legacy to society and future generations. My legacy which was in Andrea would have been passed to her children. Now, that rite of passage has been closed. Whatever Andi had to share from her personal inheritance from me, can only now be accomplished by me acting on her behalf. Andi will remain alive in my thoughts and memories. She can still make a difference in society. Maybe if others can see me act in positive and compassionate ways, then Andi's spirit has "lived on" to help mold the future. And maybe the door to the rite of passage has been opened again.

"You know," Andre told me, "you could have named the book *We Lost Our Love in Baghdad*."

We lose our love, and it hurts to find it again. I think we can only ask ourselves, What else really matters?
—M.H.
June 17, 2009

**EXCERPTED**

**PARHAMOVICH V. IRAN**
**1:17-CV-00061 (KBJ)**

**PLA000298**

## Note on Names,
## Security Procedures, Sources

Due to the deadly nature of working in Iraq, I've changed or used only the first names of the Iraqi security guards and interpreters employed by *Newsweek*. The exception is Mohammed—his full name is Mohammed Heydar Sideq, and he is currently studying in the United States on a Fulbright scholarship. I have changed the names of the men and women working for NDI and URG. The name of the Mortuary Affairs officer has been changed. The names of the Western security managers working for *Newsweek* have been changed. Also, Tony is not the real first name of Crazy Tony the German.

I have slightly altered one aspect of a *Newsweek* security procedure described in the book: the color of cars we drive in Iraq. The cars are currently in use, and I do not wish to put anyone's life at greater risk by giving out those details.

There are a number of books I've read that have served as a source for inspiration. In chapter 1, the actual quote from Kapuściński's *Imperium* is: "But experience has taught that whenever people are taking me on a hazardous, uncertain improbable expedition, it is inappropriate to ask questions. If you ask, it means you don't trust them; you are uncertain; you are afraid. But you said you wanted to do this. Make up your mind—are you ready for anything or not? Besides—there is no time! It is too late for indecision, for hesitation, for alternatives." Other books: *Once Upon a Distant War* by William Prochnau, *If I Die in a Combat Zone* by Tim O'Brien, *Slightly Out of Focus* by Robert Capa, *Born on the Fourth of July* by Ron Kovic, Neal Sheehan's *A Bright and Shining Lie*,

267

**EXCERPTED**

**PARHAMOVICH V. IRAN**
**1:17-CV-00061 (KBJ)**

**PLA000299**

### NOTE ON NAMES, SECURITY PROCEDURES, SOURCES

*Bernard Fall: Memories of a Soldier-Scholar,* a memoir by his wife Dorothy Fall, and Timothy Findley, *The Wars.*

The events recounted in this book are largely drawn from my own notes, observations, and conversations over a two-year period, from August 2005 when I first arrived in Iraq to August 2007 when I completed the reporting for this book. But I also relied on day-to-day news accounts. For this, I am indebted to the excellent work of the Baghdad press corps—*The New York Times, The Washington Post,* the *L.A. Times, The Wall Street Journal,* AP, AFP, Reuters, *Newsweek, Time, The New Yorker,* CNN, and the other networks. I also found the Brookings Institute's Iraq Index website very helpful for chapter 14, as well as the Iraq Coalition Casualties website. The scenes describing my relationship with Andi are how I remembered them. The emails, text messages, and instant messages are all real. The scene that the book opens with—and the one it closes with, that of Andi's death—is what I imagined happened, based on the reporting I was able to collect.

**EXCERPTED**

**PARHAMOVICH V. IRAN**
**1:17-CV-00061 (KBJ)**

**PLA000300**