# EXHIBIT 54

U.S. DEPARTMENT OF THE TREASURY

## Press Center

**Treasury Designates Iranian Ministry of Intellligence and Security for Human Rights Abuses and Support for Terrorism**

2/16/2012

*Ministry Targeted for its Role in Facilitating Abuses by the Iranian and Syrian Regimes*

**WASHINGTON –** The U.S. Department of the Treasury today announced the designation of the Iranian Ministry of Intelligence and Security (MOIS), Iran's primary intelligence organization, for its support to terrorist groups as well as its central role in perpetrating human rights abuses against the citizens of Iran and its role in supporting the Syrian regime as it continues to commit human rights abuses against the people of Syria.

Today's actions were taken in consultation with the Department of State and other agencies, as applicable, pursuant to Executive Orders (E.O.) 13224, 13553 and 13572, which target terrorists and their supporters and those responsible for human rights abuses in Iran and Syria, respectively. Any property or property interests in the United States or in the possession or control of U.S. persons in which the MOIS has an interest are blocked, and U.S. persons are prohibited from engaging in transactions with it. As a result of today's action all members of the MOIS are also ineligible to receive visas from the Department of State.

"Today we have designated the MOIS for abusing the basic human rights of Iranian citizens and exporting its vicious practices to support the Syrian regime's abhorrent crackdown on its own population," said Under Secretary for Terrorism and Financial Intelligence David S. Cohen. "In addition, we are designating the MOIS for its support to terrorist groups, including al Qa'ida, al Qa'ida in Iraq, Hizballah and HAMAS, again exposing the extent of Iran's sponsorship of terrorism as a matter of Iranian state policy."

The United States first exposed Iran's assistance to the Syrian government in its violent crackdown against the Syrian population when, on April 29, 2011, President Obama identified Iran's Islamic Revolutionary Guard Corps - Qods Force (IRGC-QF) as subject to sanctions pursuant to E.O. 13572. The IRGC-QF serves as a conduit for Iranian material support to the Syrian General Intelligence Directorate (GID), the overarching civilian intelligence service in Syria. On May 18, 2011, Treasury imposed sanctions on two IRGC-QF senior officers, Qasem Soleimani, the Commander of the IRGC-QF, and Mohsen Chizari, a senior IRGC-QF officer who serves as the Commander of IRGC-QF Operations and Training. A little over a month later, on June 29, 2011, Treasury designated Iran's Law Enforcement Forces (LEF), which is commonly referred to as Iran's national police. Like the IRGC-QF, the LEF provided material support to the Syrian GID; it also dispatched personnel to Damascus in April to assist the Syrian government in its efforts to suppress the Syrian people. Ismail Ahmadi Moghadam, the chief of Iran's LEF, and Ahmad-Reza Radan, the deputy chief of Iran's LEF were also designated at that time. In April 2011, Radan traveled to Damascus, where he met with Syrian security services and provided expertise to aid in the Syrian government's crackdown on the Syrian people.

**Executive Order 13224 (Terrorism)**

The U.S. Department of the Treasury today designated MOIS pursuant to E.O. 13224 for its support to Hizballah, HAMAS and al Qa'ida.

MOIS provides financial, material, or technological support for, or financial or other services to Hizballah, a terrorist organization designated under E.O. 13224. MOIS has participated in multiple joint projects with Hizballah in computer hacking.

MOIS provides financial, material, or technological support for, or financial or other services to HAMAS, a terrorist group also designated under E.O. 13224.

MOIS has facilitated the movement of al Qa'ida operatives in Iran and provided them with documents, identification cards, and passports.

MOIS also provided money and weapons to al Qa'ida in Iraq (AQI), a terrorist group designated under E.O. 13224, and negotiated prisoner releases of AQI operatives.

**Executive Order 13572 (Syria Human Rights Abuses)**

The U.S. Department of the Treasury today also designated MOIS pursuant to E.O. 13572 for providing support to the Syrian regime's violent repression of dissent in Syria. MOIS, like the IRGC-QF, and the Iranian LEF, has provided financial, material, or technological support to the Syrian GID, whose property and interests in property are blocked pursuant to E.O. 13572. MOIS has provided substantial technical assistance to the Syrian GID for the purpose of assisting the Syrian regime in its violent crackdown on protesters.

**Executive Order 13553 (Iran Human Rights Abuses)**

The U.S. Departments of the Treasury and State also today imposed sanctions against MOIS pursuant to E.O. 13553 for being responsible for or complicit in the commission of serious human rights abuses against the Iranian people since June 12, 2009.  MOIS agents are responsible for the beatings, sexual abuse, prolonged interrogations, and coerced confessions of prisoners, particularly political prisoners, which occurred in Ward 209 of Evin Prison, which is controlled by MOIS, following the June 2009 elections in Iran.

More generally, MOIS is known to have used abhorrent methods of interrogation such as mock executions and forms of sexual violence. MOIS agents have also arrested and detained members of the Bahai religion without charges.

**Identifying Information:**

Entity: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY

AKA: MOIS

AKA: VEZARAT-E ETTELA'AT VA AMNIAT-E KESHVAR

AKA: VEVAK

Address: Headquarters located in Tehran, Iran; bounded roughly by Sanati Street on the west, 30th Street on the south, and Iraqi Street on the east.
Address: Ministry of Intelligence, Second Negarestan Street, Pasdaran Avenue, Tehran, Iran.

### ###