**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| THE ESTATE OF ANDREA S. PARHAMOVICH, *et. al.,* | * * * | |
| Plaintiffs, | * | |
| v. | * * | Case No. 1:17-CV-0061 (KBJ) |
| ISLAMIC REPUBLIC OF IRAN, *et al.*, | * * * | |
| Defendants. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# [FILED UNDER SEAL PENDING COURT'S RULING ON PLAINTIFFS' MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL]