EXHIBIT 59

8/9/2016 Islamic State of Iraq / Two Zionist Mossad owned four-wheel-drive vehicles destroyed – World News Network 18-1

World News Network

| International News Network> Main Sections> Information, reports, and editions<br>18-1 Islamic State of Iraq / Two Zionist Mossad owned four-wheel-drive vehicles destroyed | | | | | |
|---|---|---|---|---|---|
| Home | Latest News | Search | RSS Service | Contact Us | Archive |

18-01-2007, 01:50 PM

18-1 Islamic State of Iraq / Two Zionist Mossad-owned four-wheel-drive vehicles destroyed

Islamic State of Iraq / Two Zionist Mossad-owned four-wheel-drive vehicles were destroyed at Yarmouk neighborhood in the state of Baghdad.

In the name of Allah the Most Graceful, the Most Merciful.
All praise is due to Allah, the Lord of all that exists, and may peace and blessings be upon our Prophet Muhammad, and upon his family and his companions in their entirety.

To Proceed:

With the blessings of Allah, two four-wheel-drive vehicles owned by the Zionist Mossad were destroyed in the Yarmouk neighborhood in the state of Baghdad. All persons boarding the car have been killed after they have been attacked by light and medium-size weapons and RBG rockets. Another third vehicle was severely damaged as well in the attack that took place on Wednesday the 28th day of Dhul Hijjah of the year 1427 which corresponds to 17/1/2007. All grace and praise are due to Allah.

O Allah, Revealer of the Book, Disperser of the clouds, Defeater of the Ahzab (Bloc of Infidels) May You put to rout the Rawafid (Shias), haters, Zionist-flavored Crusaders, and whoever joins their forces.
May You keep them and their military equipment as spoils of war for Muslims.
O Allah, send them to ruins and Strike them with convulsion.
O Allah, You are our Protector and You are our Defender; With Your support we attack and with Your support we fight.
May You strike Your vengeance upon them; their strength is incomparable to Yours. O Allah we ask of You to afflict upon them everything You had inflicted upon the Pharaoh of Egypt and his supporters; O Allah, strike their lands with floods and plague them by shortage of money, souls, and harvest. O Allah, Your soldiers are not to be defeated and Your army is not to be conquered. O Allah, crush them, and Shake them; You are All-Powerful All-Mighty. O Allah, Lord of Majesty and Bounty, the Ever-living, the Upright Sustainer of All.

Allahu-Akbar
"But to Allah is the might and to His Messenger and to the believers, yet the hypocrites know not"

Ministry of Information/ Spokesperson of the Islamic State of Iraq

file:///Users/butterfly/Downloads/Jan%2018%20communique%20claims%20for%20the%20death%20of%20the%20Ohio%20staffer%20(1).htm

1/2

PARHAMOVICH V. IRAN
1:17-CV-00061 (KBJ)

PLA000391

8/9/2016 Islamic State of Iraq / Two Zionist Mossad owned four-wheel-drive vehicles destroyed – World News Network 18-1

**Source: (Al Fajr Media Center)**

http://www.n-n.com

**<<Previous / Next>>**

All time is set in the Makkah Al Mukarramah time zone. Time now is 05:22 PM

**Arabic**

**Powered by: vBulletin Version 3.6.4**

**Copyright ©2000-2007, Jelsoft Enterprises Ltd**

**All rights reserved to World News Network**

file:///Users/butterfly/Downloads/Jan%2018%20communique%20claims%20for%20the%20death%20of%20the%20Ohio%20staffer%20(1).htm

2/2

PARHAMOVICH V. IRAN
1:17-CV-00061 (KBJ)

PLA000392

8/9/2016 دولة العراق الإسلامية / تدمير سيّارتين ذات الدفع الرباعي تابعة للموساد الصهيوني - شبكة الأخبار العالمية 1-18

شبكة الأخبار العالمية

العو شبكة الأخبار العالمية > الأقسام الرئيسة > بيانات وتقارير وإصدارات
تحديث الصفحة 1-18 دولة العراق الإسلامية / تدمير سيّارتين ذات الدفع الرباعي تابعة للموساد الصهيوني

الرئيسية | آخر الأخبار | البحث | خدمة RSS | الإتصال بنا | الأرشيف

قديم 18-01-2007, 01:50 PM #1

دولة العراق الإسلامية 1-18 دولة العراق الإسلامية / تدمير سيّارتين ذات الدفع الرباعي تابعة للموساد الصهيوني

**دولة العراق الإسلامية / تدمير سيّارتين ذات الدفع الرباعي تابعة للموساد الصهيوني في حي اليرموك ضمن ولاية بغداد**

**بسم الله الرحمن الرحيم**
**الحمد لله ربّ العالمين والصّلاة والسّلام على نبيّنا محمّد وعلى آله وصحبه أجمعين**
**أما بعد:**
**فقد تم " بحمد الله " تدمير سيّارتين ذات الدفع الرباعي تابعتين للموساد الصهيوني في منطقة اليرموك ضمن ولاية بغداد ، ومقتل جميع من كان فيهما ، بالهجوم عليهما بالأسلحة الخفيفة والمتوسطة وقاذفات الـ Rbg ، وكذلك إصابة ثالثة بأضرار بالغة ، وذلك في يوم الأربعاء 28 ذي الحجة 1427 هـ الموافق 17 / 1 / 2007 م . ولله الفضل والشكر .**

**اللهم منزل الكتاب ومجري السحاب وهازم الأحزاب، اهزم الروافض الحاقدين والصليبيين المتصهينيين ، ومن حالفهم .**
**اللهم اجعلهم وعتادهم غنيمة للمسلمين.**
**اللهم دمّرهم وزلزلهم..**
**اللهم أنت عضدنا وأنت نصيرنا , اللهم بك نصول وبك نجول وبك نقاتل..**
**اللهم عليك بهم فإنهم لا يعجزونك، اللهم إنا نسألك أن تصيبهم بما أصبت به فرعون وقومه، اللهم أرسل على بلادهم الطوفان وخذهم**
**بنقص من الأموال والأنفس والثمرات، اللهم إنه لا يهزم جندك ولا يغلب جمعك اللهم اهزمهم وزلزلهم إنك قوي عزيز ، يا ذا**
**الجلال والإكرام يا حي يا قيوم.**

**والله أكبر**
**{وَلِلَّهِ الْعِزَّةُ وَلِرَسُولِهِ وَلِلْمُؤْمِنِينَ وَلَكِنَّ الْمُنَافِقِينَ لا يَعْلَمُونَ}**

**وزارة الإعلام/ المتحدث الرسمي لدولة العراق الإسلامية**

file:///Users/butterfly/Downloads/Jan%2018%20communique%20claims%20for%20the%20death%20of%20the%20Ohio%20staffer%20(1).htm 1/2

PARHAMOVICH V. IRAN
1:17-CV-00061 (KBJ) PLA000393

8/9/2016 دولة العراق الإسلامية / تدمير سيّارتين ذات الدفع الرباعي تابعة للموساد الصهيوني - شبكة الأخبار العالمية 1-18

المصدر: (مركز الفجر للإعلام)
/http://www.w-n-n.com

« الخبر السابق | الخبر التالي »

جميع الأوقات بتوقيت مكة المكرمة. الساعة الآن » **05:22 PM**.

-- Arabic

Powered by: vBulletin Version 3.6.4
.Copyright ©2000 - 2007, Jelsoft Enterprises Ltd
جمـــيع الحقـــوق محفوظة لشبكة الأخبار العالمية

file:///Users/butterfly/Downloads/Jan%2018%20communique%20claims%20for%20the%20death%20of%20the%20Ohio%20staffer%20(1).htm 2/2

PARHAMOVICH V. IRAN
1:17-CV-00061 (KBJ)
PLA000394



# TRANSLATION CERTIFICATION

450 7th Avenue
10th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: August 17, 2016

To whom it may concern:

This is to certify that the attached translation from Arabic into English is an accurate representation of the documents received by this office.

The documents are designated as:

- Article - ISI_Attack

Eugene Li, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Eugene Li