

**EXHIBIT 60**

S. Hrg. 110–490

# IRAQ: THE CROCKER-PETRAEUS REPORT

## HEARING

BEFORE THE

## COMMITTEE ON FOREIGN RELATIONS
## UNITED STATES SENATE

ONE HUNDRED TENTH CONGRESS

FIRST SESSION

———

SEPTEMBER 11, 2007

———

Printed for the use of the Committee on Foreign Relations



Available via the World Wide Web: http://www.gpoaccess.gov/congress/index.html

U.S. GOVERNMENT PRINTING OFFICE

44–322 PDF                WASHINGTON : 2008

For sale by the Superintendent of Documents, U.S. Government Printing Office
Internet: bookstore.gpo.gov   Phone: toll free (866) 512–1800; DC area (202) 512–1800
Fax: (202) 512–2104   Mail: Stop IDCC, Washington, DC 20402–0001

**EXCERPTED**

PARHAMOVICH V. IRAN
1:17-CV-00061 (KBJ)

PLA000396

15

lion a year the Ministry is now receiving from the government's budget, as well as private investment in power generation, that goal could be met.

We are deploying our assistance funds to make a difference to ordinary Iraqis and to support our political objectives. Military units are using Commanders Emergency Response (CERP) funds to ensure that residents see a difference when neighborhood violence declines. USAID Community Stabilization Funds provide tens of thousands of jobs. With the recent apportionment of 2007 Supplemental funds, we are putting "Quick Response Funds" in the hands of our Provincial Reconstruction Team leaders to build communities and institutions in post-kinetic environments. Vocational training and microfinance programs are supporting nascent private businesses. And in Baghdad, we are increasing our engagement and capacity-building efforts with ministries.

### REGIONAL AND INTERNATIONAL DYNAMICS

On the diplomatic front, there is expanding international and regional engagement with Iraq. In August, the U.N. Security Council, at Iraq's invitation, provided the United Nations Assistance Mission in Iraq (UNAMI) with an expanded mandate through UNSCR 1770. The work of the International Compact with Iraq moves forward, jointly chaired by Iraq and the U.N. Seventy-four countries pledged support for Iraq's economic reform efforts at a Ministerial Conference in May. The U.N. has reported progress in 75 percent of the 400 areas Iraq has identified for action. Later this month, the Iraqi Prime Minister and the U.N. Secretary General will chair a ministerial-level meeting in New York to discuss further progress under the Compact and how UNSCR 1770 can be most effectively implemented.

Many of Iraq's neighbors recognize that they have a stake in the outcome of the current conflict in Iraq, and are engaging with Iraq in a constructive way. A neighbors' ministerial in May, also attended by the P–5 and the G–8, has been followed by meetings of working groups on security, border issues, and energy. An ambassadorial level meeting just took place in Baghdad, and another neighbors' ministerial will be held in Istanbul in October.

Against the backdrop of these new mechanisms, the business of being neighbors is quietly unfolding. For the first time in years, Iraq is exporting oil through its neighbor, Turkey, as well as through the gulf. Iraq and Kuwait are nearing conclusion on a commercial deal for Kuwait to supply its northern neighbor with critically needed diesel. Jordan recently issued a statement welcoming the recent leaders' communiqué and supporting Iraqi efforts at reconciliation. And Saudi Arabia is planning on opening an Embassy in Baghdad—its first since the fall of Saddam.

Syria's role has been more problematic. On one hand, Syria has hosted a meeting of the border security working group and interdicted some foreign terrorists in transit to Iraq. On the other hand, suicide-bombers continue to cross the border from Syria to murder Iraqi civilians.

Iran plays a harmful role in Iraq. While claiming to support Iraq in its transition, Iran has actively undermined it by providing lethal capabilities to the enemies of the Iraqi state. In doing so, the Iranian Government seems to ignore the risks that an unstable Iraq carries for its own interests.

### LOOKING AHEAD

Two thousand six was a bad year in Iraq. The country came close to unraveling politically, economically, and in security terms; 2007 has brought some improvements. Enormous challenges remain. Iraqis still struggle with fundamental questions about how to share power, accept their differences and overcome their past. The changes to our strategy last January—the Surge—have helped change the dynamics in Iraq for the better. Our increased presence made besieged communities feel that they could defeat al-Qaeda by working with us. Our population security measures have made it much harder for terrorists to conduct attacks. We have given Iraqis the time and space to reflect on what sort of country they want. Most Iraqis genuinely accept Iraq as a multiethnic, multisectarian society—it is the balance of power that has yet to be sorted out.

Whether Iraq reaches its potential is of course ultimately the product of Iraqi decisions. But the involvement and support of the United States will be hugely important in shaping a positive outcome. Our country has given a great deal in blood and treasure to stabilize the situation in Iraq and help Iraqis build institutions for a united, democratic country governed under the rule of law. Realizing this vision will take more time and patience on the part of the United States.

I cannot guarantee success in Iraq. I do believe, as I have described, that it is attainable. I am certain that abandoning or drastically curtailing our efforts will bring failure, and the consequences of such a failure must be clearly understood. An

**EXCERPTED**

**PARHAMOVICH V. IRAN**
**1:17-CV-00061 (KBJ)**

PLA000397

23

should be very proud of their sons and daughters serving in Iraq today.

Thank you very much.

[The prepared statement of General Petraeus follows:]

PREPARED STATEMENT OF GEN DAVID H. PETRAEUS, COMMANDER, MULTI-NATIONAL FORCE–IRAQ, BAGHDAD, IRAQ

Mr. Chairman, Mr. Ranking Member, members of the committee, thank you for the opportunity to provide my assessment of the security situation in Iraq and to discuss the recommendations I recently provided to my chain of command for the way forward.

At the outset, I would like to note that this is my testimony. Although I have briefed my assessment and recommendations to my chain of command, I wrote this testimony myself. It has not been cleared by, nor shared with, anyone in the Pentagon, the White House, or Congress.

As a bottom line up front, the military objectives of the surge are, in large measure, being met. In recent months, in the face of tough enemies and the brutal summer heat of Iraq, coalition and Iraqi security forces have achieved progress in the security arena. Though the improvements have been uneven across Iraq, the overall number of security incidents in Iraq has declined in 8 of the past 12 weeks, with the numbers of incidents in the last 2 weeks at the lowest levels seen since June 2006.

One reason for the decline in incidents is that coalition and Iraqi forces have dealt significant blows to al-Qaeda–Iraq. Though al-Qaeda and its affiliates in Iraq remain dangerous, we have taken away a number of their sanctuaries and gained the initiative in many areas.

We have also disrupted Shia militia extremists, capturing the head and numerous other leaders the Iranian-supported Special Groups, along with a senior Lebanese Hezbollah operative supporting Iran's activities in Iraq.

Coalition and Iraqi operations have helped reduce ethnosectarian violence, as well, bringing down the number of ethnosectarian deaths substantially in Baghdad and across Iraq since the height of the sectarian violence last December. The number of overall civilian deaths has also declined during this period, although the numbers in each area are still at troubling levels.

Iraqi security forces have also continued to grow and to shoulder more of the load, albeit slowly and amid continuing concerns about the sectarian tendencies of some elements in their ranks. In general, however, Iraqi elements have been standing and fighting and sustaining tough losses, and they have taken the lead in operations in many areas.

Additionally, in what may be the most significant development of the past 8 months, the tribal rejection of al-Qaeda that started in Anbar province and helped produce such significant change there has now spread to a number of other locations as well.

Based on all this and on the further progress we believe we can achieve over the next few months, I believe that we will be able to reduce our forces to the presurge level of brigade combat teams by next summer without jeopardizing the security gains that we have fought so hard to achieve.

Beyond that, while noting that the situation in Iraq remains complex, difficult, and sometimes downright frustrating, I also believe that it is possible to achieve our objectives in Iraq over time, though doing so will be neither quick nor easy.

Having provided that summary, I would like to review the nature of the conflict in Iraq, recall the situation before the surge, describe the current situation, and explain the recommendations I have provided to my chain of command for the way ahead in Iraq.

THE NATURE OF THE CONFLICT

The fundameintal source of the conflict in Iraq is competition among ethnic and sectarian communities for power and resources. This competition will take place, and its resolution is key to producing long-term stability in the new Iraq. The question is whether the competition takes place more—or less—violently. This chart shows the security challenges in Iraq. Foreign and home-grown terrorists, insurgents, militia extremists, and criminals all push the ethno-sectarian competition toward violence. Malign actions by Syria and, especially, by Iran fuel that violence. Lack of adequate governmental capacity, lingering sectarian mistrust, and various forms of corruption add to Iraq's challenges.

**EXCERPTED**

PARHAMOVICH V. IRAN
1:17-CV-00061 (KBJ)

PLA000398

29

[Charts referred to by GEN Petraeus during his testimony and in his prepared statement follows:]



**EXCERPTED**