# Initial Benchmark Assessment Report

## July 12, 2007

*This report to Congress is submitted consistent with Section 1314 of the U.S. Troop Readiness, Veterans' Care, Katrina Recovery, and Iraq Accountability Appropriations Act, 2007 (Public Law 110-28) (the "Act"). It includes an assessment of how the sovereign Government of Iraq is performing in its efforts to achieve a series of specific benchmarks contained in the Act, as well as any adjustments to strategy that may be warranted in light of that performance. This is the first of two reports to be submitted consistent with the Act and has been prepared in consultation with the Secretaries of State and Defense; Commander, Multi-National Forces-Iraq; the United States Ambassador to Iraq; and the Commander of United States Central Command, consistent with Section 1314(b)(2)(B) of the Act. This assessment complements other reports and information about Iraq provided to the Congress and is not intended as a single source of all information about the combined efforts or the future strategy of the United States, its Coalition Partners, or Iraq.*

Introduction

Section 1314 of the U.S. Troop Readiness, Veterans' Care, Katrina Recovery, and Iraq Accountability Appropriations Act, 2007 (Public Law 110-28) states that the President is to submit to Congress two reports assessing the status of each of the 18 benchmarks contained in the Act and declaring whether, in the President's judgment, satisfactory progress is being achieved with respect to those 18 benchmarks.

These benchmarks relate to Government of Iraq actions believed to be important to advance reconciliation within Iraqi society, to improve the security of the Iraqi population, to provide essential services to the population, and to promote its economic well-being. These efforts complement other U.S. and Iraqi collaborative actions as part of the New Way Forward.

Current U.S. Strategy: New Way Forward

Current U.S. strategy -- the New Way Forward -- recognizes that the fulfillment of commitments by both the U.S. and Iraqi Governments will be necessary to achieving our common goal: a democratic Iraq that can govern, defend, and sustain itself, and be an ally in the War on Terror. The building of a strong strategic partnership with the Iraqi Government will be an important part of the effort to achieve this end state, which

**EXCERPTED**

4

complement of surge forces arrived in Iraq. The full surge in this respect has only just begun.

These new operations are targeting primarily al-Qaida in Iraq (AQI) havens in Baghdad, Babil, Diyala, and Anbar provinces. While AQI may not account for most of the violence in Iraq, it is the organization responsible for the highest profile attacks, which serve as a primary accelerant to the underlying sectarian conflict. We presently assess that degrading AQI networks in these critical areas -- together with efforts to degrade Iranian-backed Shi'a extremist networks -- is a core U.S. national security interest and essential for Iraq's longer-term stability. Since January of this year, AQI has proven its resiliency and ability to conduct high-profile, mass-casualty attacks, mostly targeting Shi'a population centers through suicide vehicle-borne improvised explosive device (SVBIEDs) attacks. The number of suicide and SVBIED attacks in March and April approached all-time highs, further exacerbating sectarian tension and making political deals more difficult to close. These incidents have shown a decrease in May and June, which may be the result of aggressive Coalition and Iraqi operations into former AQI havens. The surge of additional U.S. forces into these areas allows us to better combat AQI and other terrorists. We should expect, however, that AQI will attempt to increase its tempo of attacks as September approaches -- in an effort to influence U.S. domestic opinion about sustained U.S. engagement in Iraq.

In Baghdad, an overall decrease in sectarian violence is due in part to intensified Iraqi and Coalition operations focused on population security. An apparent decision earlier this year by the Jaysh al-Mahdi (JAM) militia to largely stand down its operations appeared to have a temporary effect, but a breakdown in Muqtada al Sadr's ability to control JAM -- or elements thereof -- coinciding with the return of JAM fighters from Iran after receiving training in combat and explosives has spawned a recent increase in attacks on Coalition and Iraqi forces. Iran continues to train, fund, and equip extremist groups, both Shi'a and Sunni, that attack Iraqi and Coalition forces in and around Baghdad and the provinces in southern Iraq. JAM "secret cells" are a major recipient of that assistance -- and are responsible for some of the most sophisticated attacks on Iraqi and Coalition Forces. As stated in the President's January 10, 2007, speech announcing the New Way Forward: "We will interrupt the flow of support from Iran. And we will seek out and destroy the networks providing advanced weaponry and training to our enemies in Iraq." Operations against these networks are ongoing and will continue.

In Anbar province, the local population is turning against AQI and seeking support from the Coalition. At the same time, U.S. military operations and cooperation with local tribal leaders have created openings for local political compromise and more effective civilian assistance. To reinforce these early signs of success, the President ordered additional U.S. military and civilian resources to Anbar. The trends have remained positive. The provincial government -- for the first time in a year -- is now able to meet in the province and recently approved a comprehensive provincial budget that appropriates virtually all of its $107 million allocation for capital expenditures. Attack levels have reached a 2-year low and some families that had fled Anbar are beginning to return. These developments have been noted in other primarily Sunni areas of Iraq, such