http://wikileaks.org/plusd/cables/09BAGHDAD31_a.html



```
C O N F I D E N T I A L SECTION 01 OF 04 BAGHDAD 000031

SIPDIS

E.O. 12958: DECL: 01/06/2018
TAGS: PREL, PGOV, ECON, IZ
SUBJECT: GEN PETRAEUS' MEETING WITH PM MALIKI

Classified By: Classified by Amb. Ryan Crocker for reasons 1.4 (b) and


(d).

-------
Summary
-------
1. (C) During a December 26 meeting, CENTCOM Commander Gen.
David Petraeus and Iraqi Prime Minister Maliki discussed the
security situation in different regions of Iraq, the
implementation of the Security Agreement, and the drawdown of
coalition forces. General Petraeus congratulated the Prime
Minister on the growing capacity of Iraqi Security Forces to
protect the country. PM Maliki complained about Syria's
unhelpful role, particularly in harboring former regime
elements. General Petraeus agreed that Syria was a problem,
especially in turning a blind eye to AQI activity on its
soil, but pointed to Iran as the more lethal player. General
Petraeus encouraged PM Maliki not to be adverse to deficit
spending in the short term as a means to shore up security
and stimulate economic growth. General Petraeus also
expressed concern about the situation in Diyala province,
where violence, and mass arrests continue. End summary.
2. (U) CENTCOM Commander Gen. David Petraeus, accompanied by
Amb. Crocker and staff, called on Prime Minister Maliki at
his Baghdad office on the morning of December 26. PM Maliki
was joined by Chief of Staff Tariq Najm Abdullah and advisor
Sadiq Rikabi.
-----------------------------
The British and Southern Iraq
-----------------------------
3. (C) General Petraeus congratulated Prime Minister Maliki
on the passage of the U.S. Security and Strategic Framework
Agreements and most recently the resolution on the status of
six coalition partners. These agreements were not easy to
get through parliament, Maliki replied, recalling how nervous
the British had been about the coalition resolution. &I
told them we would find a way to make it work and we did,8
he stated. Gen. Petraeus also congratulated Maliki on his
recent meeting with UK PM Brown. The Iraqi-British
relationship is an important and sensitive one, he continued,
recalling that the Prime Minister,s grandfather had fought
against the British during the 1920 Insurrection. You do not
have to go back to the 1920s to find reasons to be unhappy
with the British, Maliki replied. Just look at how they
```

**EXCERPTED**



reconciled, and he worried about the process of them transitioning to Iraqi control, but he had proven the critics wrong. Maliki continued that while most SOI were loyal and trustworthy, some were not. In any vocation, you will find some bad apples, he suggested. This is true for SOI as with any other group of people.

7. (C) Some of my best officers are former Ba'thists, but they have now reformed and I trust them, Maliki continued. This dissatisfies some, including among the Kurds, he noted, regretting that it was impossible to please everyone. The key is genuine reconciliation, Gen. Petraeus observed. There has to be a role for forgiveness, the General underlined, also welcoming the Prime Minister,s decision to release a number of Ministry of Interior officials arrested the previous week on suspicion of membership in a subversive organization.

------------------
Dealing with Syria
------------------

8. (C) Prime Minister Maliki asked General Petraeus for advice on dealing with security problems originating in Syria. The General responded with the opinion that the Syrians are playing a dangerous double game. While professing commitment to security cooperation, they turn a blind eye to AQI terrorist facilitation activity and they aid and abet Iran,s interference in Lebanon, Gaza, the West Bank, and elsewhere. Bashar al-Asad was well aware that his brother-in-law 'Asif Shawqat, Director or Syrian Military Intelligence, had detailed knowledge of the activities of AQI facilitator Abu Ghadiya, who was using Syrian territory to bring foreign fighters and suicide bombers into Iraq. Both Lebanese President Michel Sulayman and Jordan,s Director of General Intelligence had warned Al-Asad and his GID Director, respectively, that the U.S. knew about these activities and urged him to take action, but their warnings were unheeded, Gen. Petraeus noted. Furthermore, former regime elements (FRE) Izzat Ibrahim al-Duri and Mohammed Yunus al-Ahmed continue to reside unmolested in Syria and openly talk about overthrowing the GOI and committing acts of terror in Iraq.

9. (C) Maliki said that he had a report that former regime intelligence officers based in Syria were planning his assassination, to trigger the fall of the GOI, and that Russia was encouraging this effort. General Petraeus said that the U.S. was looking for information about plots such as this and had not found it. In the U.S. view, Izzat al-Duri and Mohammed Yunus al-Ahmed were growing increasingly irrelevant. Arguably more dangerous were FREs Fawzi al-Rawi and Hikmat al-Adthim, and various others in Syria, Jordan, the UAE, and elsewhere. Overall, these FREs specialized in loitering and complaining in hotel lobbies but posed no threat comparable to that posed by AQI. "You have many more important enemies" than these FREs, Gen. Petraeus told the Prime Minister.

10. (C) Maliki thanked Gen. Petraeus but asked that the U.S. look again into the plausibility of his report of plotting.

**EXCERPTED**

PARHAMOVICH V. IRAN
1:17-CV-00061 (KBJ)

PLA000407