http://wikileaks.org/plusd/cables/10DAMASCUS159_a.html



**Canonical ID:** 10DAMASCUS159_a
**Subject:** SYRIAN INTELLIGENCE CHIEF ATTENDS CT DIALOGUE WITH
    S/CT BENJAMIN
**From:** Syria Damascus
**To:** Central Intelligence Agency, Defense Intelligence Agency,
    Department of Homeland Security, Egypt Cairo, France Paris, Iraq
    Baghdad, Israel Jerusalem, Israel Tel Aviv, Joint Chiefs of Staff,
    Jordan Amman, Lebanon Beirut, National Security Council, Saudi Arabia
    Jeddah, Saudi Arabia Riyadh, Secretary of State, United Kingdom London
**Original Classification:** SECRET
**Current Classification:** SECRET
**Previous Handling Restrictions:** -- Not Assigned --
**Archive Status:** -- Not Assigned --
**Type:** TE
**Locator:** TEXT ONLINE
**Reference(s):** -- N/A or Blank --
**Executive Order (E.O.):** -- Not Assigned --
**Markings:** -- Not Assigned --
**Enclosure:** -- Not Assigned --
**Concepts:** -- Not Assigned --
**TAGS:** Political Affairs--External Political Relations [PREL]
Political Affairs--Government; Internal Governmental Affairs [PGOV]
Political Affairs--Terrorists and Terrorism [PTER]
Syria [SY]
**Office:** -- N/A or Blank --
**Document Character Count:** 13931
**Date:** 2010 February 24, 14:08 (Wednesday)

---

S E C R E T DAMASCUS 000159

SIPDIS

DEPARTMENT FOR P, NEA, S/CT

E.O. 12958: DECL: 02/24/2020
TAGS: PTER, PREL, PGOV, SY
SUBJECT: SYRIAN INTELLIGENCE CHIEF ATTENDS CT DIALOGUE WITH
S/CT BENJAMIN

Classified By: CDA Charles Hunter for Reasons 1.4 (b) and (d).


1. (S/NF) SUMMARY: In a surprise appearance, Syrian General
Intelligence Director (GID) General Ali Mamlouk attended a
February 18 meeting between Vice Foreign Minister Faisal
al-Miqdad and a U.S. delegation led by S/CT Coordinator
Daniel Benjamin. Miqdad explained Mamlouk had joined the
meeting at the request of President Bashar al-Asad as a
gesture following a positive meeting between U/S William
Burns and the Syrian president the previous day. Stressing
the meeting did not signal the commencement of security and
intelligence cooperation between Syria and the United States,
the Syrian side said the discussion could be a starting point
for a blueprint regarding possible cooperation in the future.

EXCERPTED

PARHAMOVICH V. IRAN
1:17-CV-00061 (KBJ)

PLA000408

http://wikileaks.org/plusd/cables/10DAMASCUS159_a.html



of takfiri groups in the region, such as al-Qaeda, and stopping the flow of foreign fighters into Iraq. The Coordinator provided Mamlouk an overview of the threats posed by terrorist groups operating in the region from North Africa to Iraq to Yemen. Benjamin noted the challenge that these

groups posed to Syria as well, illustrated by the September 2008 attack on a Syrian intelligence building. He explained the U.S. is concerned about the long-term implications of arms smuggling to Lebanon and Iraq through Syria, and observed that the disarray among the Palestinians could ultimately create an opening for groups with an al-Qaeda orientation, citing the case of Junjalat, a radical faction in Gaza.

5. (S/NF) Mamlouk pointed to Syria's 30 years of experience in battling radical groups such as the Muslim Brotherhood as evidence of Syria's commitment to the fight against terrorism. Mamlouk termed Benjamin's description of the challenges posed by terrorist groups in the region as "valid, despite the reasons that gave rise to them." Mamlouk repeatedly stressed his attendance at the meeting did not signal the commencement of security and intelligence cooperation between Syria and the U.S., but could be a starting point for "a blueprint for that which is not yet started." Echoing Miqdad, Mamlouk said progress on political issues in the Syrian-U.S. bilateral relationship was "closely connected" to progress on possible cooperation on security and intelligence.

MAMLOUK DESCRIBES GID'S METHODS

6. (S/NF) The GID Director said Syria had been more successful than the U.S. and other countries in the region in fighting terrorist groups because "we are practical and not theoretical." He stated Syria's success is due to its penetration of terrorist groups. "In principle, we don't attack or kill them immediately. Instead, we embed ourselves in them and only at the opportune moment do we move." Describing the process of planting embeds in terrorist organizations as "complex," Mamlouk said the result had yielded been the detention of scores of terrorists, stamping out terror cells, and stopping hundreds of terrorists from entering Iraq. Mamlouk acknowledged some terrorists were still slipping into Iraq from Syria. "By all means we will continue to do all this, but if we start cooperation with you it will lead to better results and we can better protect our interests," he concluded.

7. (S/NF) According to Mamlouk, Syria's previous experience in cooperating with the U.S. on intelligence "was not a happy one." He stated Syria hoped any future cooperation would be "on an equal basis." Mamlouk specified this meant Syria should be allowed to "take the lead" on anti-terrorism efforts. Alluding to the "wealth of information" Syria has

**EXCERPTED**

PARHAMOVICH V. IRAN
1:17-CV-00061 (KBJ)

PLA000409