THE LAW OFFICE OF
# JOSHUA M. AMBUSH, LLC
106 OLD COURT ROAD, SUITE 303, BALTIMORE, MARYLAND 21208
TEL: 410-484-2070 FAX: 410-484-9330
jambush@ambushlaw.com

August 27, 2021

Ms. Angela D. Caesar, Clerk of the Court
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C.  20001

*VIA FEDEX*

Re:  *Estate of Andrea S. Parhamovich* et *al., v. Islamic Republic of Iran et al.*
Civil Action No. 1:17-cv-00061-KBJ-GMH
Request for Service of Process on Defendants Islamic Republic of Iran Pursuant
to 28 U.S.C. § 1608(a)(4).

Dear Ms. Caesar:

In connection with the above-captioned case, I am writing to request that all necessary steps be taken to effect service pursuant to 28 U.S.C. § 1608(a)(4) on the foreign sovereign defendant the Islamic Republic of Iran.

This is a case brought under 28 U.S.C. § 1605A against the defendants for material support of terrorism for their role in the murder of Andrea Parhamovich in a terrorist attack in Baghdad, Iraq on January 17, 2007.  Because this case is governed by the Foreign Sovereign Immunities Act, service must be made by attempting those methods listed in 28 U.S.C. § 1608(a)(1)-(4) in the order that they are listed in the statute.  Here, however, service cannot be made under 28 U.S.C. §§ 1608(a)(1) because no special arrangement for service exists between the plaintiffs and defendants.  Nor can service be made pursuant to an applicable international convention on service of judicial documents under 28 U.S.C. 1608(a)(2), because the United States has no treaty relations with the Islamic Republic of Iran that provide for service of process in civil matters.

Service pursuant to 28 U.S.C. §1608(a)(3) was attempted on the Islamic Republic of Iran and has failed.  The service documents were sent to defendant the Islamic Republic of Iran via FedEx, on August 10, 2021, international air waybill tracking number 815303094988. See ECF Docket No. 44 (August 12, 2021)

FedEx was unable to deliver or serve the service documents and they were returned to the undersigned on August 18, 2021.  A copy of the FedEx return label, referencing the original air waybill tracking number, 815303094988, is attached herein.  Thus, service under 28 U.S.C.  1608(a)(4) is warranted here.

In such circumstances, pursuant to 28 U.S.C. §1608(a)(4), the Clerk of Court shall send two copies of the default judgment, together with a translation of each "by any form of mail requiring a signed receipt to be addressed and dispatched by the clerk of court to the Secretary of State in Washington, District of Columbia, to the attention of the Director of Special Consular Services[.]" The Secretary of State shall then take steps to effect service through diplomatic channels.

Pursuant to 28 U.S.C. §1608(a)(4) and 22 C.F.R. §93.2, I have enclosed for service on the defendant the Islamic Republic of Iran:

(1) two copies of the summons and complaint, with two accompanying translations in Farsi, the official language of the Islamic Republic of Iran;
(2) two copies of the notice of suit with two accompanying translations in Farsi, the official language of the Islamic Republic of Iran;
(3) two copies of the Foreign Sovereign Immunities Act of 1976.

Accordingly, please take all necessary steps to dispatch the aforementioned materials to effect service on the defendant the Islamic Republic of Iran pursuant to 28 U.S.C. § 1608(a)(4).

When dispatching the above documents to the Director of Special Consular Services, please use the following address:

> U.S. Department of State
> Director of Special Consular Services
> C/O Jared N. Hess, Esquire
> Office of Legal Affairs
> Overseas Citizen Services
> Bureau of Consular Affairs,
> CA/OCS/L, SA-17, 10th Floor
> Washington, DC. 20522-171
> Attn: FSIA

A cashier's check made out to U.S. Embassy – Bern in the amount of $2,275, as the State Department's fee for diplomatic service, is also enclosed.

I respectfully request that the documents and payment for service be mailed by FedEx to the above address. I have enclosed a box for the materials with a pre-addressed label bearing my FedEx account information. Thank you very much for your assistance in this matter. Please do not hesitate to contact me with any questions you may have.

Sincerely,

Joshua M. Ambush

JMA/sg
Enclosures

2