TO REUSE: Mark through all previous shipping labels



ORIGIN ID:YKNA    (800) 463-3339
SHIPPING / DO NOT RETURN
FEDEX
1501 ECKINGTON PL NE
DO NOT RETURN
WASHINGTON, DC 20002
UNITED STATES US

SHIP DATE: 16AUG21
ACTWGT: 1.00 LB MAN
CAD: 0825770/CAFE3409

BILL RECIPIENT

TO  JOSHUA AMBUSH
LAW OFFICE OF JOSHUA AMBUSH
106 OLD COURT RD
STE 303
PIKESVILLE MD 21208
(410) 484-2070
PO: 815303094988

FedEx Express

WED - 18 AUG 4:30P
** 2DAY **

TRK# 0201  9533 6305 3612

4Z QEBAQ

21208
MD-US  BWI



00014
00200

**FedEx Express** Package US Airbill

FedEx Tracking Number: 8167 0060 6417

Form ID No. 0215    MUR 1    **Sender's Copy**

**1 From** *Please print and press hard.*
Date 8/27/2021    Sender's FedEx Account Number [redacted] 132-5

Sender's Name: JOSHUA AMBUSH    Phone ( 410 ) 484-2070

Company: LAW OFFICES OF JOSHUA M. AMBUSH

Address: 104 OLD COURT RD STE 303    Dept./Floor/Suite/Room

City: PIKESVILLE    State: MD    ZIP: 21208-4074

**2 Your Internal Billing Reference**
First 24 characters will appear on invoice.

**3 To**
Recipient's Name: Director - Special Consular Services - c/o Jared N. Hess, Esq. Phone ( 202 ) 485-6173

Company: U.S. Department of State - Office of Legal Affairs

Address: Overseas Citizen Services - Bureau of Consular Affairs
We cannot deliver to P.O. boxes or P.O. ZIP codes.

Address: CA/OCS/L, SA-17, 10th Floor
Use this line for the HOLD location address or for continuation of your shipping address.    Dept./Floor/Suite/Room

City: Washington,    State: DC    ZIP: 20522-1710

Q137290613

**Ship it. Track it. Pay for it. All online.**
Go to fedex.com.

fedex.com 1.800.GoFedEx 1.800.463.3339

**4 Express Package Service** *To most locations.*    Packages up to 150 lbs. For packages over 150 lbs., use the FedEx Express Freight US Airbill.

*Next Business Day*
☐ FedEx First Overnight — Earliest next business morning delivery to select locations. Friday shipments will be delivered on Monday unless Saturday Delivery is selected.
☑ FedEx Priority Overnight — Next business morning.* Friday shipments will be delivered on Monday unless Saturday Delivery is selected.
☐ FedEx Standard Overnight — Next business afternoon.* Saturday Delivery NOT available.

*2 or 3 Business Days*
☐ FedEx 2Day A.M. — Second business morning.* Saturday Delivery NOT available.
☐ FedEx 2Day — Second business afternoon.* Thursday shipments will be delivered on Monday unless Saturday Delivery is selected.
☐ FedEx Express Saver — Third business day.* Saturday Delivery NOT available.

**5 Packaging** *Declared value limit $500.*
☑ FedEx Envelope*    ☐ FedEx Pak*    ☐ FedEx Box    ☐ FedEx Tube    ☐ Other

**6 Special Handling and Delivery Signature Options** Fees may apply. See the FedEx Service Guide.
☐ Saturday Delivery — NOT available for FedEx Standard Overnight, FedEx 2Day A.M., or FedEx Express Saver.

☐ No Signature Required — Package may be left without obtaining a signature for delivery.
☑ Direct Signature — Someone at recipient's address may sign for delivery.
☐ Indirect Signature — If no one is available at recipient's address, someone at a neighboring address may sign for delivery. For residential deliveries only.

Does this shipment contain dangerous goods?
— One box must be checked. —
☑ No    ☐ Yes As per attached Shipper's Declaration.    ☐ Yes Shipper's Declaration not required.    ☐ Dry Ice Dry Ice, 9, UN 1845 ___ x ___ kg
Restrictions apply for dangerous goods — see the current FedEx Service Guide.    ☐ Cargo Aircraft Only

**7 Payment** *Bill to:*
☑ Sender Acct. No. in Section 1 will be billed.    ☐ Recipient    ☐ Third Party    — Enter FedEx Acct. No. below —
FedEx Acct. No.

This airbill can be used only when billing to a FedEx account number. For cash, check, or credit card transactions, please go to a staffed shipping location.

Total Packages: 1    Total Weight: ___ lbs.    Total Declared Value† $ 0 .00

Hold Weekday — FedEx location address REQUIRED. NOT available for FedEx First Overnight. ☐
Hold Saturday — FedEx location address REQUIRED. Available ONLY for FedEx Priority Overnight and FedEx 2Day to select locations. ☐

611

†Our liability is limited to US$100 unless you declare a higher value. See back for details. By using this airbill you agree to the service conditions on the back of this airbill and in the current FedEx Service Guide, including terms that limit our liability.
Rev. Date 3/10 • Part #163134 • ©1994–2019 FedEx • PRINTED IN U.S.A.