CO 939
Rev. 12/2020

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

ESTATE OF ANDREA S. PARHAMOVICH, et al
_____
Plaintiff(s)

vs.                                    Civil Action No.: __17-cv-00061-KBJ-GMH__

SYRIAN ARAB REPUBLIC et al
_____
Defendant(s)

## CERTIFICATE OF MAILING

I hereby certify under penalty of perjury, that on the __17th__ day of _____September_____, 20 __21__,
I mailed:

1. ☐ One copy of the summons and complaint   by registered mail, return receipt requested   , to
   the individual of the foreign state, pursuant to the provisions of FRCP 4(f)(2)(C)(ii).

2. ☐ One copy of the summons, complaint and notice of suit   , together with a translation of each into
   the official language of the foreign state, by registered mail, return receipt requested   , to the head of
   the ministry of foreign affairs, pursuant to the provisions of 28 U.S.C. § 1608(a)(3).

3. ☒ Two copies of the summons, complaint and notice of suit   , together with a translation of each
   into the official language of the foreign state, by FedEx   ▼, to the
   U.S. Department of State, CA/OSC/L, SA-17, 10th Floor, Washington, DC 20522-1710, ATTN:
   Director of Overseas Citizens Services, pursuant to the provisions of 28 U.S.C. § 1608(a)(4).

4. ☐ One copy of the summons and complaint   , together with a translation of each into the official
   language of the foreign state, by registered mail, return receipt requested   , to the agency or
   instrumentality of the foreign state, pursuant to 28 U.S.C. § 1608(b)(3)(B).

ANGELA D. CAESAR, CLERK

By: _____/s/Jackie Francis_____
Deputy Clerk