**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| THE ESTATE OF | * | |
| ANDREA S. PARHAMOVICH, *et. al.,* | * | |
|    Plaintiffs, | * | |
| | * | |
|    v. | * | Case No.  1:17-CV-00061 (KBJ) |
| | * | |
| ISLAMIC REPUBLIC | * | |
| OF IRAN, *et al.,* | * | |
| | * | |
|    Defendants. | * | |

**************************************************************************

**PLAINTIFFS' RESPONSE TO THE COURT'S ORDER FOR A STATUS REPORT ON
THE SERVICE OF PROCESS ON DEFENDANT ISLAMIC REPUBLIC OF IRAN**

Plaintiffs, through undersigned counsel, hereby file this response to the court's order of September 20, 2021, in order to update the court on the status of the service of process on the defendant the Islamic Republic of Iran.

Service pursuant to 28 U.S.C. § 1608(a)(3) was attempted to the Islamic Republic of Iran and failed.  The service documents were sent to defendant the Islamic Republic of Iran via FedEx on August 10, 2021.  FedEx was unable to deliver or serve the service documents and they were returned on August 18, 2021.  On August 27, 2021, pursuant to 28 U.S.C. § 1608(a)(4), plaintiffs requested the clerk of court to effect service upon the Islamic Republic of Iran through the Secretary of State.  On September 17, 2021, the clerk of court sent the service documents to the U.S. Department of State.  On October 26, 2021, plaintiffs requested from the U.S. Department of State's Office of the Legal Adviser the status of service upon the defendant.  On October 27, 2021, the Office of the Legal Advisor reported they had not yet transmitted to the U.S. Embassy Bern and would notify plaintiffs once transmission is completed.

In light of the lack of progress, plaintiffs will seek to bifurcate and move as soon as possible for damages as to Syria.  Plaintiffs expect to file the next status report on the service of

process on defendant Islamic Republic of Iran by January 19, 2022, 60 days from the date of this status report.


Dated: November 20, 2021                                    Respectfully Submitted,

                                                       /s/ Joshua M. Ambush_____
                                            Joshua M. Ambush (Bar No. MD 27025)
                                            Law Offices of Joshua M. Ambush, LLC
                                                    106 Old Court Road, Suite 303
                                                      Baltimore, Maryland 21208
                                                          Phone: (410) 484-2070
                                                     Facsimile: (410) 484-9330
                                            Email: joshua@ambushlaw.com
                                                          *Counsel for Plaintiff*