**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| THE ESTATE OF | * | |
| ANDREA S. PARHAMOVICH, *et. al.,* | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Case No.  1:17-CV-00061 (KBJ) |
| | * | |
| ISLAMIC REPUBLIC | * | |
| OF IRAN, *et al.*, | * | |
| | * | |
| Defendants. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PLAINTIFFS' STATUS REPORT ON THE SERVICE OF PROCESS
### ON DEFENDANT ISLAMIC REPUBLIC OF IRAN

Plaintiffs, through undersigned counsel, hereby file this response to the court's order of September 20, 2021, in order to update the court on the status of the service of process on the defendant the Islamic Republic of Iran.

Service pursuant to 28 U.S.C. § 1608(a)(3) was attempted to the Islamic Republic of Iran and failed.  The service documents were sent to defendant the Islamic Republic of Iran via FedEx on August 10, 2021.  FedEx was unable to deliver or serve the service documents and they were returned on August 18, 2021.  On August 27, 2021, pursuant to 28 U.S.C. § 1608(a)(4), plaintiffs requested the clerk of court to effect service upon the Islamic Republic of Iran through the Secretary of State.  On September 17, 2021, the clerk of court sent the service documents to the U.S. Department of State.  On October 26, 2021, plaintiffs requested from the U.S. Department of State's Office of the Legal Adviser the status of service upon the defendant.  On October 27, 2021, the Office of the Legal Advisor reported they had not yet transmitted to the U.S. Embassy Bern and would notify plaintiffs once transmission is completed.  Since that time, plaintiffs have attempted, unsuccessfully, to contact the Office of the Legal Advisor to obtain an update as to whether the transmission occurred.  Nor has the Office of the Legal Advisor reported to plaintiffs that the transmission has been completed.

Plaintiffs have drafted a motion for damages as to the defendant the Syrian Arab Republic, but are waiting on judgment as to the Syrian Arab Republic before filing it.

Plaintiffs expect to file the next status report on the service of process on defendant Islamic Republic of Iran by March 22, 2022, 60 days from the date of this status report, and every 60 days thereafter until service is completed.

Dated: January 21, 2022                                        Respectfully Submitted,

/s/ Joshua M. Ambush
Joshua M. Ambush (Bar No. MD 27025)
Law Offices of Joshua M. Ambush, LLC
106 Old Court Road, Suite 303
Baltimore, Maryland 21208
Phone: (410) 484-2070
Facsimile: (410) 484-9330
Email: joshua@ambushlaw.com
*Counsel for Plaintiff*

2