**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| THE ESTATE OF | * | |
| ANDREA S. PARHAMOVICH, *et. al.,* | * | |
|    Plaintiffs, | * | |
| | * | |
|    v. | * | Case No.  1:17-CV-00061 (FYP) |
| | * | |
| ISLAMIC REPUBLIC | * | |
| OF IRAN, *et al.,* | * | |
| | * | |
|    Defendants. | * | |

**************************************************************************

**PLAINTIFFS' RESPONSE TO THE COURT'S ORDER FOR A STATUS REPORT ON THE SERVICE OF PROCESS ON DEFENDANT ISLAMIC REPUBLIC OF IRAN**

Plaintiffs, through undersigned counsel, hereby file this response to the court's order of September 20, 2021, in order to update the court on the status of the service of process on the defendant the Islamic Republic of Iran.

Service pursuant to 28 U.S.C. § 1608(a)(3) was attempted on the Islamic Republic of Iran and failed.  The service documents were sent to defendant the Islamic Republic of Iran via FedEx on August 10, 2021.  FedEx was unable to deliver or serve the service documents and they were returned on August 18, 2021.

On August 27, 2021, pursuant to 28 U.S.C. § 1608(a)(4), plaintiffs requested the clerk of court to effect service upon the Islamic Republic of Iran through the Secretary of State.  On September 17, 2021, the clerk of court sent the service documents to the U.S. Department of State.  On October 26, 2021, plaintiffs requested from the U.S. Department of State's Office of the Legal Adviser the status of service upon the defendant.  On October 27, 2021, the Office of the Legal Advisor reported they had not yet transmitted to the U.S. Embassy Bern and would notify plaintiffs once transmission is completed. On February 2, 2022, in response to an inquiry from undersigned counsel, the Office of the Legal Advisor advised that the request for service is still making its way through the Department's

1

processes for delivery through secure diplomatic channels and had not yet been transmitted to the Ministry of Foreign Affairs in Tehran.

In light of the lack of progress on service against the defendant the Islamic Republic of Iran, on February 16, 2022, plaintiffs filed a Motion to Adopt the Report and Recommendation of the Magistrate Judge at least as to Liability Against Defendant Syria.  On March 8, 2022, the Court granted Plaintiffs' Motion for Default Judgment as to Liability against Defendant Syria.

Plaintiffs are working diligently on a motion for damages as to defendant Syria and expect to file their motion shortly.  Plaintiffs will file the next status report on the service of process on defendant the Islamic Republic of Iran by May 21, 2022, 60 days from the date of this status report.

Dated: March 22, 2022                                       Respectfully Submitted,

                                        /s/ Joshua M. Ambush
                                Joshua M. Ambush (Bar No. MD 27025)
                                Law Offices of Joshua M. Ambush, LLC
                                     106 Old Court Road, Suite 303
                                      Baltimore, Maryland 21208
                                        Phone: (410) 484-2070
                                      Facsimile: (410) 484-9330
                                    Email: joshua@ambushlaw.com
                                       *Counsel for Plaintiffs*

2