# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE ESTATE OF ANDREA S. PARHAMOVICH, *et. al.*,     Plaintiffs, <br><br> v. <br><br> ISLAMIC REPUBLIC OF IRAN, *et al.*, <br><br>     Defendants. | Case No. 1:17-CV-00061 (FYP) |

**NOTICE OF SUMMONS EXECUTED ON THE DEFENDANT THE ISLAMIC REPUBLIC OF IRAN**

Plaintiffs, by and through undersigned counsel, respectfully submit this notice of service of summons, complaint and notice of suit upon the defendant the Islamic Republic of Iran through diplomatic channels on April 6, 2022, under cover of diplomatic note No. 1026-IE, attached hereto as Exhibit 1.

Dated: May 13, 2022

Respectfully Submitted,

/s/ Joshua M. Ambush
Joshua M. Ambush (Bar No. MD 27025)
Law Offices of Joshua M. Ambush, LLC
106 Old Court Road, Suit 303
Baltimore, Maryland 21208
Phone: (410) 484-2070
Facsimile: (410) 484-9330
Email: joshua@ambushlaw.com
*Counsel for Plaintiffs*