**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| THE ESTATE OF | * | |
| ANDREA S. PARHAMOVICH, *et. al.,* | * | |
|     Plaintiffs, | * | |
| | * | |
|     v. | * | Case No.  1:17-CV-00061 (FYP) |
| | * | |
| ISLAMIC REPUBLIC | * | |
| OF IRAN, *et al.*, | * | |
| | * | |
|     Defendants. | * | |

*******************************************************************************

**PLAINTIFFS' RESPONSE TO THE COURT'S ORDER FOR A STATUS REPORT ON
THE SERVICE OF PROCESS ON DEFENDANT ISLAMIC REPUBLIC OF IRAN**

Plaintiffs, through undersigned counsel, hereby file this response to the court's order of September 20, 2021, in order to update the court on the status of the service of process on the defendant the Islamic Republic of Iran.

Service pursuant to 28 U.S.C. § 1608(a)(3) was attempted on the Islamic Republic of Iran and failed.  The service documents were sent to defendant the Islamic Republic of Iran via FedEx on August 10, 2021.  FedEx was unable to deliver or serve the service documents and they were returned on August 18, 2021.

On August 27, 2021, pursuant to 28 U.S.C. § 1608(a)(4), plaintiffs requested the clerk of court to effect service upon the Islamic Republic of Iran through the Secretary of State.  On September 17, 2021, the clerk of court sent the service documents to the U.S. Department of State.  On May 13, 2022, the U.S. Department of State's Office of the Legal Adviser notified undersigned counsel that service on the defendant the Islamic Republic of Iran was completed through diplomatic channels. *See* ECF No 55.  The documents were delivered to the Iranian Ministry of Foreign Affairs under cover of diplomatic note No. 1026-IE on April 6, 2022.  *Id*.

1

Section 1608(d) of the Foreign Sovereign Immunities Act requires defendant to serve an answer to the complaint within sixty (60) days of service. Therefore, Iran's answer to the complaint is due by June 5, 2022.


Dated: May 13, 2022                                  Respectfully Submitted,

/s/ Joshua M. Ambush
Joshua M. Ambush (Bar No. MD 27025)
Law Offices of Joshua M. Ambush, LLC
106 Old Court Road, Suite 303
Baltimore, Maryland 21208
Phone: (410) 484-2070
Facsimile: (410) 484-9330
Email: joshua@ambushlaw.com
*Counsel for Plaintiffs*