Default - Rule 55A                                                    (CO 40 Revised-6/2019)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

ESTATE OF ANDREA S. PARHAMOVICH et al

_____
Plaintiff(s)

v.                                          Civil Action: 17-cv-00061-FYP-GMH

SYRIAN ARAB REPUBLIC et al

_____
Defendant(s)


     ISLAMIC REPUBLIC OF IRAN

**RE:**


## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served  with summons and copy of the complaint        on        4/6/2022        , and  an  affidavit on behalf of the plaintiff having been filed, it is this __8th__ day of _____June_____, _2022_ declared that defendant(s) is/are in default.


ANGELA D. CAESAR, Clerk


By: _____/s/Jackie Francis_____
Deputy Clerk