# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE ESTATE OF ANDREA S. PARHAMOVICH, et al., <br> Plaintiffs, <br><br> v. <br><br> ISLAMIC REPUBLIC OF IRAN, et al., <br><br> Defendants. | Case No. 1:17-CV-00061 (FYP-GMH) |

## PLAINTIFFS' NOTICE OF WITHDRAWAL OF RENEWED MOTION FOR DEFAULT JUDGMENT AS TO LIABILITY AGAINST DEFENDANT ISLAMIC REPUBLIC OF IRAN

Plaintiffs, by and through undersigned counsel, respectfully submit this notice of withdrawal of Plaintiffs' Renewed Motion for Default Judgment as to Liability Against Defendant Islamic Republic of Iran ("Iran") filed June 10, 2022. ECF No. 60. Plaintiffs will file a streamlined Motion for Default Judgment as to Liability Against Defendant Iran and supporting memorandum of law that incorporates the additional evidence of Iran's support of Al-Qaeda in Iraq/Islamic State in Iraq, as discussed with the Court in the status conference held on July 20, 2022.

Dated: July 21, 2022

Respectfully Submitted,

/s/ Joshua M. Ambush
Joshua M. Ambush (Bar No. MD 27025)
Law Offices of Joshua M. Ambush, LLC
106 Old Court Road, Suite 303
Baltimore, Maryland 21208
Phone: (410) 484-2070
Facsimile: (410) 484-9330
Email: joshua@ambushlaw.com
*Counsel for Plaintiffs*