# Exhibit 5

# Expert Witness Declaration & Report on Sunni Militant Groups

## *Parhamovich v. Islamic Republic of Iran*

**Dr. Daveed Gartenstein-Ross**
Chief Executive Officer, Valens Global
July 18, 2022

# Table of Contents

I.   Scope of Engagement and Opinion ...................................................................................... 3

II.  Qualifications ....................................................................................................................... 4

    Professional Background ........................................................................................................ 4

    Methodology ......................................................................................................................... 11

III.  The Zarqawi Organization/al-Qaeda in Iraq ..................................................................... 13

    A Short Biography of Abu Musab al-Zarqawi ..................................................................... 13

    Bayat al-Imam/Jund al-Sham .............................................................................................. 14

    Alliance with Ansar al-Islam ................................................................................................ 18

    Jamaat al-Tawhid wa-l-Jihad (JTJ) ...................................................................................... 18

    Al-Qaeda in Iraq (AQI) ....................................................................................................... 19

    The Mujahedin Shura Council (MSC) ................................................................................ 20

    Islamic State of Iraq (ISI) ..................................................................................................... 21

IV.  Iranian Support for al-Qaeda ............................................................................................ 27

    Pre-9/11 Iranian Support for al-Qaeda .............................................................................. 27

    The 1998 East African Embassy Bombings & Iranian Support ........................................ 28

    Post-9/11 Iranian Support for al-Qaeda ............................................................................. 31

    Saif al-Adl and the Master Plan .......................................................................................... 32

    The "Management Council" .................................................................................................. 35

    Al-Qaeda Facilitators ............................................................................................................ 37

    Categories of Iranian Material Support to al-Qaeda ........................................................... 41

V.   Iranian Support for the Zarqawi Organization ................................................................. 43

    Muhammad Khalil al-Hakaymah in Iran ............................................................................ 43

    The Zarqawi Organization's Establishment in Iraq & Reliance Upon Iran ...................... 44

    Rationalizing Iranian Support to al-Qaeda and the Zarqawi Organization ....................... 46

    Categories of Iranian Material Support to the Zarqawi Organization ................................ 47

VI. Conclusion ........................................................................................................................... 49

# Expert Witness Declaration & Report
# on Sunni Militant Groups

## *Parhamovich v. Islamic Republic of Iran*

### Dr. Daveed Gartenstein-Ross
Chief Executive Officer, Valens Global
July 18, 2022

## I.    Scope of Engagement and Opinion

I have been retained by the plaintiffs to provide expert opinions on the Islamic Republic of Iran's historical use of violent non-state actors (VNSAs) as proxy forces; the emergence and evolution of Shia and Sunni VNSAs in Iraq following the 2003 U.S. invasion; the emergence and evolution of al-Qaeda in Iraq (which I refer to as *the Zarqawi organization* throughout this report); and Iran's material support to the Zarqawi organization.

Relying on my background, education, training and experience, as well as substantial evidence commonly used by experts in the relevant fields, it is my expert opinion, to a reasonable degree of professionally certainty, that:

A.   The Islamic Republic of Iran has an extensive history of using VNSAs as proxy groups to advance its foreign policy goals. Among other things, Iran has used these groups to launch attacks against U.S. forces in Iraq while retaining a degree of plausible deniability. While Iran has provided substantial support to Shia proxy groups throughout the Middle East, the Islamic Republic has also backed Sunni militant groups, including al-Qaeda and the Zarqawi organization (aka al-Qaeda in Iraq) when such support aligned with Iran's state interests.

B.   Iran provided substantial support to al-Qaeda and the Zarqawi organization, in the form of training, financial support, weapons, safe haven, lodging, travel and transportation, and expert knowledge and assistance in tactics, techniques, procedures, and attack planning.

C.   The best available evidence indicates that Sunni militants needed Iranian support to establish safe havens, routes of communication, and travel and supply routes. Iranian support was also causally connected to these groups' ability to obtain, assemble, and/or utilize the weapons and munitions that they employed in Iraq, including rockets, mortars, improvised explosive devices, small arms, and other equipment and materiel vital to their operations.

D.   Given the nature and extent of Iranian material support to al-Qaeda and the Zarqawi organization, Iran's assistance was critical to the survival and growth of these militant organizations, and significantly increased their capabilities. As such, certain attacks in Iraq committed by the Zarqawi organization from at least 2003 to 2011 bear a reasonable connection to Iran's sponsorship and support.

The following sections of this report explain how I reached these conclusions. Section II overviews my qualifications and methodology. In section III, I provide a history of the Zarqawi organization in its various iterations throughout the Iraq War. Section IV turns to Iranian support for al-Qaeda, while Section V examines Iran's support for the Zarqawi organization. Finally, Section VI highlights my principal conclusions.

## II.   Qualifications

This section describes my professional background, then turns to a discussion of the methods I employ in analyzing jihadist groups and other violent non-state actors (VNSAs).[1] This section is designed to highlight my work on Sunni militant groups, in particular my background, publications, and other experience relevant to al-Qaeda and the Zarqawi organization.

*Professional Background*

My professional life has been dedicated to understanding the role of VNSAs in the world, and to helping policymakers, U.S. government agencies, private companies, and other clients fashion innovative solutions to the growing challenges that VNSAs pose. I am the chief executive officer of Valens Global, a private firm focused on understanding VNSAs and fashioning appropriate solutions to the challenges they pose. In this capacity, I have led a number of major client projects that will be detailed throughout this section. I also hold appointments at think tanks in the United States and Europe. I am a senior advisor on asymmetric warfare at the Foundation for Defense of Democracies (FDD), a nonpartisan policy institute in Washington, D.C. with which I have been affiliated for over a decade.[2] I am also an associate fellow at the International Centre for Counter-Terrorism – The Hague (ICCT). I have authored several studies for ICCT, some of which required international field research.[3] I have also served as a fellow at Google's tech incubator Jigsaw, for which I led several major research projects responding to violent extremists' use of online platforms associated with the company.[4]

---

[1] I use the term *jihadist* because it is an organic term, the way that those within the movement refer to themselves. However, the Arabic word *jihad*, which translates to *struggle*, is a well-established Islamic religious concept with many connotations. Most Muslims interpret the term in significantly different ways than do the self-proclaimed jihadists. For many Muslims, jihad is a peaceful inner struggle to live in accordance with Islam. But Islamist militant organizations that refer to themselves as jihadist groups emphasize the physical warfare aspect of jihad, broadly interpreting when such warfare is justified.

[2] I previously served as FDD's Vice President of Research (2007-10), then as a Senior Fellow (2010-18) and a Non-Resident Fellow (2018-19). For a sense of the work I have done for FDD, see the following books and studies that I authored for the institute, or for which I served as a volume editor: Daveed Gartenstein-Ross et al., *Evolving Terror: The Development of Jihadist Operations Targeting Western Interests in Africa* (Washington, D.C.: FDD Press, 2018); Daveed Gartenstein-Ross et al., *Islamic State 2021: Possible Futures in North and West Africa* (Washington, D.C.: FDD Press, 2017); Daveed Gartenstein-Ross & Jonathan Schanzer eds., *Allies, Adversaries and Enemies: America's Increasingly Complex Alliances* (Washington, D.C.: FDD Press, 2014).

[3] See Daveed Gartenstein-Ross et al., *The Islamic State's Global Propaganda Strategy* (The Hague: ICCT – The Hague, 2016); Daveed Gartenstein-Ross & Nathaniel Barr, *Dignity and Dawn: Libya's Escalating Civil War* (The Hague: ICCT – The Hague, 2015); Daveed Gartenstein-Ross et al., *Raising the Stakes: Ansar al-Sharia in Tunisia's Shift to Jihad* (The Hague: ICCT – The Hague, 2014); Daveed Gartenstein-Ross, *Ansar al-Sharia Tunisia's Long Game: Dawa, Hisba, and Jihad* (The Hague: ICCT – The Hague, 2013).

[4] Much of the work I undertook for Jigsaw/Google remains confidential, but one project, known as the Redirect Method, has been made public. See Andy Greenberg, "Google's Clever Plan to Stop Aspiring ISIS Recruits," *Wired*, September 7, 2016, https://www.wired.com/2016/09/googles-clever-plan-stop-aspiring-isis-recruits/. The website Jigsaw created to explain the Redirect Method can be found at https://redirectmethod.org/. I led Valens Global's efforts to map the counter-extremist narrative space on YouTube for this project.

I have experience teaching and lecturing at the university level. I am currently an adjunct instructor at Duke University and an instructor at Carnegie Mellon University. From 2013-17, I held an appointment as an adjunct assistant professor in Georgetown University's security studies program, where I taught a graduate course on violent non-state actors. I also held an appointment as a lecturer at the Catholic University of America, where I taught a graduate course on violent non-state actors and an undergraduate course on al-Qaeda and its affiliates. I have also taught classes for, or held faculty appointments at, the University of Southern California (teaching from 2013-17 for the school's Executive Program in Counter-Terrorism) and the University of Maryland (Faculty Research Assistant in the Institute for Advanced Computer Studies, 2013-14).

I have designed and led national-security simulations (also known as *war games*) for numerous colleges and universities, including American University, Georgetown University, Johns Hopkins University, Regent University, and Wake Forest University. In addition, I have designed and led simulations for government agencies (e.g., Canada's Department of National Defence), multilateral institutions (e.g., the Global Counterterrorism Forum), think tanks (e.g., the Foundation for Defense of Democracies), and private companies (e.g., BenefitMall).

I have also delivered presentations at colleges, universities, and academic conferences, including the American Political Science Association Annual Meeting, the Association for the Study of the Middle East and Africa Annual Conference, Columbus State University (Columbus, Ga.), the George C. Marshall European Center for Security Studies (Garmisch, Germany), Georgia State University (Atlanta, Ga.), High Point University (High Point, N.C.), the National Defence College (Abu Dhabi), the New York University School of Law, O.P. Jindal Global University (Sonipat, India), the U.S. Marine Corps Command and Staff College (Quantico, Va.), the United States Naval Academy (Annapolis, Md.), Universität Tübingen (Tübingen, Germany), the University of South Florida, and Uppsala University (Uppsala, Sweden).

I hold a Ph.D. and M.A. in World Politics from the Catholic University of America; a J.D., *magna cum laude*, from the New York University School of Law; and a B.A. with Honors in Communication, *magna cum laude*, from Wake Forest University. I also hold a *10,000 Small Businesses* Certificate of Entrepreneurship, which I received from a program sponsored by the Goldman Sachs Foundation (classes held at Babson College, in Wellesley, Mass.).

As part of my research beginning around 1995, I have traveled overseas to conduct field research or do professional work in numerous countries relevant to understanding transnational jihadism, including Bulgaria, Germany, Iraq, Israel, Jordan, Morocco, the Netherlands, Nigeria, Poland, Qatar, Turkey, Tunisia, and the United Arab Emirates. I have reviewed tens of thousands of open-source documents about the jihadist movement in English, French, Spanish, and Arabic. I have served as a consultant and expert on terrorism and national security issues for the U.S., Canadian, and Dutch governments, the European Union, NATO, the Global Counterterrorism Forum, and private organizations. In the course of this work, I have been certified by governmental bodies as an expert on terrorism and jihadist groups on numerous occasions, including for the following projects:

- serving as a Subject-Matter Expert (SME) for U.S. Customs and Border Protection (2017-present). My work has included delivering open-source strategic reports about sub-state

violence, including on the activities of al-Qaeda and developments in Iraq; and delivering training and high-level briefings.

- leading Valens Global's efforts to support the drafting, threat assessment, and crafting of priority actions for the U.S. Department of Homeland Security's (DHS) *Strategic Framework for Countering Terrorism and Targeted Violence*, which was released in September 2019 and has subsequently guided DHS's approach to confronting terrorism. That document received widespread acclaim, with *The New York Times* editorializing that the document "focuses unapologetically on right-wing terrorism, particularly white supremacist extremism," which constitutes "a shift that is both urgently needed and long overdue."[5]

- serving as a co-Principal Investigator for a three-year, $1.5 million project for the Office of Naval Research using big data to analyze relationships among militants and anticipate where fractures are likely to occur in militant organizations. The Zarqawi organization was among the groups examined.

- serving as the Principal Investigator for ten different grant-funded research projects related to terrorism and VNSAs for the Mobilizing Insights in Defense and Security (MINDS) program funded by Canada's Department of National Defence.

- designing and delivering lectures on global terrorism for the U.S. Army Corps of Engineers' Individual Terrorism Awareness Course (INTAC), for which I served as a lead instructor from 2016 through 2020.

- lecturing for U.S. Army units about to deploy to countries like Afghanistan, Djibouti, Egypt (as part of the Multinational Force & Observers), Iraq, and Kuwait through the Naval Postgraduate School's Center for Civil-Military Relations (CCMR), for which I have taught on over 70 occasions since 2009.

- serving as a SME providing analysis to the U.S. Department of Defense's Joint Improvised-Threat Defeat Organization (JIDO) on four occasions.

- serving as a SME for the Global Counterterrorism Forum (GCTF).[6] I was the lead SME for 1) the *GCTF Exploratory Dialogues on Racially or Ethnically Motivated Violent Extremism (REMVE)*; 2) the *Counterterrorism Watchlisting Toolkit* (October 2021), 3) the *Addendum to the GCTF New York Memorandum on Good Practices for Interdicting Terrorist Travel* (September 2021), and 4) the *Berlin Memorandum on Good Practices for Countering Terrorist Use of Unmanned Aerial Systems*. I am currently serving as the lead SME for an ongoing GCTF project on racially and ethnically-motivated violent extremism.

- serving as the Principal Investigator (2016-17) for two projects for NATO. In the first, I authored a study proposing a new methodology for monitoring and evaluation (M&E) of counterterrorism capacity-building efforts. In the second, I played a lead role in designing a software demo capable of tracking M&E of counterterrorism capacity-building missions.

- Organizing, facilitating, and presenting at a 2016 conference in Nigeria, as a European Union-appointed Strategic Communication Expert, helping civil society activists understand militant groups' use of social media and forge a strategic action plan for countering it.

- serving as a SME for the U.S. Department of State's Office of Anti-Terrorism Assistance, designing curriculum and leading instruction for the organization.

---

[5] Alex Kingsbury (editorial board member), "Rethinking Counterterrorism," *The New York Times*, September 23, 2019.
[6] GCTF is an international forum consisting of 29 countries and the European Union whose mission is "reducing the vulnerability of people worldwide to terrorism by preventing, combating, and prosecuting terrorist acts and countering incitement and recruitment to terrorism."

- leading training for the U.S. Department of Justice's Anti-Terrorism Advisory Council (ATAC) four times.

I have also been court-certified to testify as an expert witness or serve as a litigation consultant on terrorism and jihadist groups in the following federal cases:

- On five occasions, I have been admitted as an expert witness on the Zarqawi organization, most recently in *Fields v. Syrian Arab Republic* (D.D.C., 2021).[7] In *United States v. Young* (E.D. Va., 2017), the first criminal prosecution of a U.S. law enforcement officer for material support for ISIS, I served as an expert witness for the prosecution. The defense raised a *Daubert* challenge and my expertise was affirmed by the District Court based on my background, "extensive academic credentials," and "the fact that the United States government uses him for training in these areas." The United States Court of Appeals for the Fourth Circuit affirmed the District Court on appeal, noting that the lower court "reached a reasonable decision in qualifying Dr. Gartenstein-Ross based on his extensive credentials and areas of expertise."[8] I also served as an expert witness on the Zarqawi organization in *Sotloff v. Syrian Arab Republic* (D.D.C., 2021), *Doe v. Syrian Arab Republic* (D.D.C., 2020), and *Foley v. Syrian Arab Republic* (D.D.C., 2017).[9] I have also been disclosed as an expert witness in another case currently before the District Court of the District of Columbia that pertains to the Zarqawi organization and certain Shia militant groups.[10]

---

[7] Memorandum Opinion, *Fields v. Syrian Arab Republic*, CA 18-1437 (D.D.C., September 29, 2021), p. 2 ("Dr. Gartenstein-Ross is the Chief Executive Officer of Valens Global, a private commercial firm focused on analyzing violent non-state actors. Gartenstein Report at 1. He holds a Ph.D. and M.A. in World Politics from the Catholic University of America, as well as a J.D. from the New York University School of Law. *Id.* at 2. He has a robust background in studying and publishing articles on the Zarqawi organization and has been accepted as an expert on Syria's support for ISIS in other federal courts…. As such, I find that Dr. Gartenstein-Ross is qualified as an expert in Syria's relationship with and support of ISIS").

[8] *United States v. Young*, 916 F.3d 368, 380 (4th Cir. 2019).

[9] See Memorandum Opinion, *Sotloff v. Syrian Arab Republic*, CA 16-725 (D.D.C., March 15, 2021), pp. 11-12 ("The first expert, Dr. Daveed Gartenstein-Ross, is an anti-terrorism scholar and author who has worked, in various capacities, on issues related to violent non-state actors for over a decade. Gartenstein-Ross Hr'g Tr. 13:1–12. He has testified as an expert on terrorism and jihadist groups in many courts, including in this District…. The Court qualified him as an expert on violent non-state actors generally, ISIS's evolution from its predecessor organizations, and ISIS's material supporters"); *Doe v. Syrian Arab Republic*, No. 18-CV-0066 (D.D.C., Sept. 10, 2020) ("The undersigned finds that Dr. Gartenstein-Ross is qualified as an expert in the areas of terrorism and jihadist groups. He has been qualified in federal courts on six occasions in those fields. In addition, he has also testified in five hearings directly related to ISIS before the U.S. House and Senate. He has taught related topics at Georgetown University, Catholic University, University of Southern California, and University of Maryland. He received his Ph.D. and M.A. in World Politics from Catholic University and a J.D. from New York School of Law. As a result of his work, Dr. Gartenstein-Ross has been certified by governmental organizations as an expert on terrorism and jihadist groups, including the U.S. Customs and Border Protection and the U.S. Department of Defense's Joint Improvised-Threat Defeat Organization. He is presently the Chief Executive Officer of Valens Global, a firm focused on responses to violent non-state actors, a Senior Advisor on Asymmetric Warfare at the Foundation for Defense of Democracies, and an Associate Fellow at the International Centre for Counter-Terrorism. He also served as a Senior Advisor to the Director of the U.S. Department of Homeland Security's Office for Community Partnerships from 2016-2017"); *Foley v. Syrian Arab Republic*, 249 F. Supp.3d 186, 193 n.4 (D.D.C. 2017) ("Having considered the requirements set forth in Federal Rule of Evidence 702 for the admission of expert testimony, the Court qualified Daveed Gartenstein-Ross as an expert in the evolution of the history of terrorist organizations and their claims of responsibility for acts of terrorism").

[10] *Neiberger v. Islamic Republic of Iran*, No. 1:16-cv-02193-EGS-ZMF (D.D.C.).

- In *Fritz v. Islamic Republic of Iran* (D.D.C., 2018), I served as an expert witness on the Iraqi Shia militant group Asaib Ahl al-Haq.[11]
- I have been admitted to serve as an expert witness on the Taliban in two separate cases: *Selig v. Islamic Republic of Iran* (D.D.C., 2021) and *In the Matter of Abdul Qadir* (Arlington, Va. Immigration Court, 2015).[12] In the *Selig* case, the court also found me qualified to offer an expert opinion on the Haqqani Network.
- In *United States v. Abdul Kareem* (D. Ariz., 2016), I served as a litigation consultant for the defense. The defendant was accused of conspiring to support an ISIS attack in the United States in 2015.
- I served as an expert witness on al-Qaeda's activities and capabilities in Kenya in the case *In the Matter of B.O. in Removal Proceedings* (Boston Immigration Court, 2012).
- I served as an expert witness on al-Shabaab (a Somalia-based al-Qaeda affiliate) in the following cases: *In the Matter of A.A.W.* (Bloomington, Minnesota Immigration Court, 2021), *In the Matter of A.D.* (Memphis, Tenn. Immigration Court, 2012), *In the Matter of A.A.I.* (Colorado Immigration Court, 2011), *In the Matter of the Application for Withholding of A.A.M.* (Boston Immigration Court, 2011), and *In the Matter of the Application for Asylum of M.A.A.* (N.J. Immigration Court, 2009).

In addition to the aforementioned work that required certification as an expert, I have undertaken other professional work related to VNSAs and jihadism for various clients:

- I oversaw the creation of numerous reports for the consulting firm Global Traveler, including reports examining terrorism and extremism in Brunei Darussalam and Nigeria (2021).
- I have served as a consultant for the Anti-Defamation League, producing reports on extremist groups and leading training for domestic law enforcement (2016-present).
- I have produced country-specific and actor-specific analytic reports for three firms in the oil and gas industry—Check-Six, Equinor, and Tullow Oil—that needed to make investment decisions related to VNSAs or to protect their facilities and personnel (2014-15).
- I led training for analysts about Sunni militant groups in the Horn of Africa for BAE Systems (2011).
- I served as a Subject Matter Consultant to the private security firm Corporate Risk International during hostage negotiations with the Iraq-based militant group Asaib Ahl al-Haq (2008-09).

I have testified about my areas of core competency before the U.S. House and Senate more than a dozen times, as well as before the United Nations, European Parliament, and Canadian House of Commons. Additionally, I am an author with specialized knowledge about al-Qaeda, the Zarqawi organization, Ansar al-Islam/Ansar al-Sunnah, and Iraq-based Shia militant groups. I am the author

---

[11] *Fritz v. Islamic Republic of Iran*, 320 F. Supp.3d 48, 58 n.2 (D.D.C., 2018) ("Many of the Court's findings in this section are derived from the testimony and expert reports of Dr. Matthew Levitt and Dr. Daveed Gartenstein-Ross. Having considered the requirements of Federal Rule of Evidence 702, the Court qualified … Dr. Gartenstein-Ross as an expert on (1) violent non-state actors, including identifying and analyzing online content generated by violent non-state actors; (2) Iran's use of proxy organizations in Iraq from the 1990s to 2012; and (3) Iraqi Shia militias in general and AAH in particular").

[12] See *Selig v. Islamic Republic of Iran*, case no. 1:19-cv-02889-TNM (D.D.C., November 22, 2021), memorandum opinion at 3 n. 1 ("The Court has reviewed the qualifications of Plaintiffs' experts and is satisfied that each is qualified to offer the opinions discussed below. *See* Gartenstein-Ross Rep. at 2–9 (listing qualifications)").

or volume editor of thirty-one books and monographs, and I have written extensively on these topics in peer-reviewed academic publications and the mainstream press. This work is outlined in my curriculum vitae, but some selections that pertain to the key issues in this case include:

Books and Monographs

- *Enemies Near and Far: How Jihadist Groups Strategize, Plot and Learn* (with T. Joscelyn), Columbia University Press, 2022.
- *Islamic State 2021: Possible Futures in North and West Africa* (with J. Zenn and N. Barr), Foundation for Defense of Democracies, 2017.
- *The Islamic State's Global Propaganda Strategy* (with N. Barr and B. Moreng), ICCT—The Hague, 2016.
- *The War between the Islamic State and al-Qaeda: Strategic Dimensions of a Patricidal Conflict* (with J. Fritz, B. Moreng and N. Barr), New America Foundation, 2015.
- *Bin Laden's Legacy* (New York: John Wiley & Sons, 2011).

Book Chapters

- "Jihadism in the Post-Arab Spring Maghreb," in S. King & A. Magraoui eds., *The Lure of Authoritarianism: The Maghreb After the Arab Spring*, Indiana University Press, 2019.
- "The United States' Post-9/11 Fight Against al-Qa'ida and the Islamic State: A Losing Effort in Search of a Change," in David W. Lesch & Mark L. Haas eds., *The Middle East and the United States: History, Politics and Ideologies* 6th ed., Routledge 2018.
- "The Genesis, Rise, and Uncertain Future of al-Qaeda," in R. Law ed., *The Routledge History of Terrorism* (Routledge, 2015).
- "The Legacy of Osama bin Laden's Strategy," in David Kamien ed., *The McGraw-Hill Homeland Security Handbook* (New York: McGraw-Hill, 2012).

Academic and Technical Publications

- "Understanding Shifting Triadic Relationships in the Al-Qaeda/ISIS Faction Ecosystem" (with V.S. Subrahmanian et al.), *IEEE Transactions on Computational Social Systems*, September 23, 2020.
- "When Jihadist Factions Split: A Data-Driven Network Analysis" (with S. Hodgson et al.), *Studies in Conflict & Terrorism*, 2019.
- "Fluidity of the Fringes: Prior Extremist Involvement as a Radicalization Pathway" (with M. Blackman), *Studies in Conflict & Terrorism*, 2019.
- "How al-Qaeda Works: The Jihadist Group's Evolving Organizational Design" (with N. Barr), *Current Trends in Islamist Ideology*, May 30, 2018.
- "We Squeezed the Balloon: As ISIL Collapses, Jihadism Remains in a Growth Phase," symposium contribution, *Texas National Security Review*, March 20, 2018.
- "How al-Qaeda Survived the Islamic State Challenge," *Current Trends in Islamist Ideology*, August 30, 2016.
- "The Role of Iraqi Tribes after the Islamic State's Ascendance" (with S. Jensen), *Military Review*, July-August 2015.
- "Lone Wolf Islamic Terrorism: Abdulhakim Mujahid Muhammad (Carlos Bledsoe) Case Study," *Terrorism and Political Violence* 26:110-28 (2014).

Selected Commentary, Op-Eds, and Policy Analysis

- "The Evolution and Escalation of the Islamic State Threat to Mozambique" (with E. Chace-Donahue and C. Clarke), Foreign Policy Research Institute, April 13, 2021.
- "The Threat of Jihadist Terrorism in Germany" (with E. Chace-Donahue & C. Clarke), International Centre for Counter-Terrorism – The Hague, May 22, 2020.
- "The Enduring Legacy of French and Belgian Islamic State Foreign Fighters" (with C. Clarke & E. Chace-Donahue), Foreign Policy Research Institute, February 5, 2020.
- "What Do Asia's Returning Isis Fighters Do Next?: You're About to Find Out" (with C. Clarke), *South China Morning Post*, February 2, 2020.
- "How to Win Friends and Wage Jihad: Understanding al Qaeda's Pragmatism" (with V. Koduvayur), *Foreign Affairs*, July 1, 2019.
- "The Emigrant Sisters Return: The Growing Role of the Islamic State's Women" (with V. Hagerty and L. Macnair), *War on the Rocks*, April 2, 2018.
- "ISIL's Virtual Planners: A Critical Terrorist Innovation," *War on the Rocks*, January 4, 2017.
- "Bloody Ramadan: How the Islamic State Coordinated a Global Terrorist Campaign," *War on the Rocks*, July 20, 2016.
- "Sunni Tribes Need Arms and Support to Fight ISIS," *New York Times*, June 1, 2015.

I have also spoken at events and conferences across the globe, including delivering keynote speeches about VNSAs at U.S. Special Operations Command's Sovereign Challenge Program Annual Conference (Pittsburgh, Pa., May 2019), the Airport IT & Security 2018 conference in Amsterdam (December 2018), the Counter Terrorism Symposium at the Miami International Airport (January 2018), the "After ISIL" conference sponsored by U.S. Army Special Operations Command and Duke University's Laboratory for Unconventional Conflict & Simulation (December 2016), the Social Media Narratives and Extremism Workshop (sponsored by the Near East South Asia Center, National Defense University, in Casablanca, August 2016), U.S. Army Special Operations Command Commander's Conference (May 2016), the University of Southern California's National Center for Risk and Economic Analysis of Terrorism Events (September 2011), and the Global Futures Forum (April 2011). Relevant presentations and conference papers that I have delivered include:

- "Technology: A Help or Hindrance on Security and Society," The Changing Nature of Security and Institutions Workshop, Near East South Asia Center for Strategic Studies, National Defense University, Tunis, July 12, 2022.
- "Preventing Misuse of Cyberspace and New Technologies: Developing Ideas, Skills, and Toolkits for Practitioners," Second United Nations High-Level Conference on Counter-Terrorism, June 28, 2021.
- "Maritime Security and Terrorist Travel: A Global Overview," keynote presentation, Virtual Consultation on the Implications of Terrorist Travel in the Maritime Domain, Global Counterterrorism Forum, July 21, 2020.
- "How Terrorist Organizations and Violent Extremists Are Operating in the Fog of COVID-19," Foundation for Defense of Democracies webinar, June 23, 2020.
- "Update on Terrorism—Expectations for 2020 and Beyond," Infonex Canadian BCP and Emergency Management 2020 Conference, Ottawa, January 28, 2020.
- "Future Global Trends and Asymmetric Warfare," keynote speech, Changing Nature of Conflicts Workshop, Near East South Asia Center for Strategic Studies, National Defense University, Casablanca, Morocco, June 18, 2019.

- "CT Challenges: What's Going Well, What's Not Going Well," Beyond Christchurch and the Caliphate: Terrorism's Futures, conference hosted by the Australian Government & Australian National University, Canberra, Australia, June 5, 2019.
- "Countering Radicalization: What Can Be Done?," Enriching the Middle East's Economic Future conference, sponsored by UCLA Center for Middle East Development, Doha, Qatar, November 13, 2017.
- "Sixteen Years After 9/11: Assessing the Terrorist Threat" (panel), New America Foundation, Washington, D.C., September 11, 2017.
- "Change or Continuity Since 2014: ISIS in Global Context," The Evolving Terrorist Threat conference, The RAND Corporation, Arlington, Va., June 27, 2017.
- "Terrorism in 2020" (panel), Department of Defense Combating Terrorism Intelligence Conference, Reston, Va., May 9, 2017.
- "The Jihadi Threat: ISIS, al-Qaeda and Beyond," panel, U.S. Institute of Peace, Washington, D.C., December 12, 2016.
- "The Competition between the Islamic State and al-Qaeda," Kazakhstan Institute for Strategic Studies, Astana, Kazakhstan, March 2, 2016.
- "The Competition between the Islamic State and al-Qaeda: Implications for Regional States and the Future of the Jihadist Movement," NATO Advanced Research Workshop, Brussels, October 6, 2015.
- "Al-Qaeda and Its Affiliates," National Center for Risk and Economic Analysis of Terrorism Events (CREATE), Executive Program in Counterterrorism, University of Southern California, Los Angeles, August 19, 2015.
- "The ISIS Campaign in Anbar," National Defense University, Washington, D.C., October 20, 2014.
- "The Arab Awakening and the Future of al-Qaeda," Woodrow Wilson International Center for Scholars, Washington, D.C., May 10, 2012.
- "Al-Qaeda After bin Laden," School of Advanced International Studies, Johns Hopkins University, Washington, D.C., February 21, 2012.

*Methodology*

I employ a comparative analysis method for understanding VNSAs. The comparative analysis method has been validated multiple times in written opinions by U.S. courts.[13] Comparative analysis involves identifying relevant primary sources and scholarly literature, examining each source, and comparing these materials to one another to better establish baseline facts. Here I will explain the framework I employ for understanding VNSAs and the significance of the method I employ to evaluate relevant factual claims.

The framework I use to understand VNSAs is designed to apply across a range of actors. Some of my writings and professional projects have classified various kinds of VNSAs and analyzed how they can

---

[13] See, e.g., *United States v. Farhane*, 634 F.3d 127, 159 (2d Cir. 2011) (upholding the permissibility of an expert's testimony where the expert employed the comparative analysis method and noting that this methodology was "similar to that employed by experts that have been permitted to testify in other cases involving terrorist organizations"); Order, *United States v. Hausa*, 12 Cr. 0134, E.D.N.Y., February 10, 2017, p. 4. In all cases where courts certified me as an expert, they affirmed the validity of the comparative analysis methodology that I employ.

be compared and contrasted with one another.[14] As I outline in my chapter "Violent Non-State Actors: Paradigmatic Lessons Learned" in the 2014 volume *National Security Management in Federal Structures*, several common factors should be analyzed across the full range of VNSAs. These factors include:

1) leadership,
2) ideology,
3) group goals,
4) strategy,
5) organizational structure,
6) recruiting,
7) and financial support.[15]

The comparative analysis method allows me to compare information and conclusions across sets of sources. Based on this method, I can make two determinations with a high degree of confidence: (1) an accurate probabilistic determination of whether a given fact about a VNSA is true, and (2) independent of whether that fact is true, I can make a probabilistic determination about whether members within a VNSA *believe* the fact at issue to be true.

My academic and professional work has further explored and defined the best practices for analyzing and understanding each of these aspects of VNSAs. One best practice I employ is relying mainly on primary-source information, including statements and social media postings by violent extremist groups and their supporters, and the intercepted internal documents of these organizations (e.g., intercepted by the U.S. or other governments). These are documents commonly relied upon by experts. I cross-check all primary sources I read against other primary-source information, against information about events on the ground in relevant theaters, and against relevant secondary-source literature that allows me to determine whether my conclusions are consistent with those of other scholars and practitioners.

Though I generally rely on primary sources, many secondary sources serve useful purposes. First, secondary sources can provide useful historical information, adding rich context. Second, some secondary sources do a strong job of synthesizing large amounts of information. Third, some secondary sources contain the intrepid work of journalists who doggedly pursue leads and uncover new, original information. All secondary sources deserve scrutiny, but for this report I was able to cross-check all the secondary sources I utilized for claims that are material to my conclusions against primary sources, other secondary sources, and on-the-ground events before deciding to rely on any single secondary source, in addition to assessing the reputation and reliability of the author.

Another best practice I have adopted to complement the comparative analysis method is employing a system of evaluating my own analytic conclusions adapted from *Superforecasting*, a book by Philip Tetlock, who is an Annenberg University Professor at the University of Pennsylvania.[16] Evaluating my

---

[14] See Daveed Gartenstein-Ross & Jacob Zenn, "Terrorists, Insurgents, Something Else?: Clarifying and Classifying the 'Generational Challenge,'" *Lawfare*, January 15, 2017.

[15] Discussed in Daveed Gartenstein-Ross, "Violent Non-State Actors: Paradigmatic Lessons Learned," in *National Security Management in Federal Structures: Perspectives from India and the United States* (Kochi, India: Centre for Public Policy Research, 2014). My later scholarly work adds a critical eighth factor to consider as well: the method and efficacy of a group's organizational learning. Daveed Gartenstein-Ross & Thomas Joscelyn, *Enemies, Near and Far: How Jihadist Groups Strategize, Plot, and Learn* (New York: Columbia University Press, forthcoming 2022).

[16] Philip E. Tetlock & Dan Gardner, *Superforecasting: The Art and Science of Prediction* (New York: Random House, 2015).

own conclusions critically enables me to further ensure the accuracy of my work.

Based on my knowledge, experience, training, and education, and based on a comprehensive review of relevant primary and secondary source materials using the comparative analysis method, my expert opinion on the issues laid out above follows.

## III.    The Zarqawi Organization/al-Qaeda in Iraq

On March 20, 2003, the United States invaded Iraq. As U.S. and coalition forces' involvement in Iraq continued, the militant group al-Qaeda came to view the U.S. presence in the country as a chance to attack Americans and to bog the U.S. down. One of the major groups active during the Iraq war, which publicly allied itself with al-Qaeda in 2004, is "the Zarqawi organization," which has undergone several name changes since its emergence in the early 1990s. Since its founding in 1993, the Zarqawi organization has been known by the following names:

| Name employed | Years used |
|---|---|
| Bayat al-Imam | c. 1993-1999 |
| Jund al-Sham | c. 1999-2004 |
| Jamaat al-Tawhid wal-Jihad | 2004 |
| Tanzim Qa'idat al-Jihad fi Bilad al-Rafidayn (al-Qaeda in Iraq or AQI) | 2004-2006 |
| Majlis Shura al-Mujahedin fi-l-Iraq (Mujahedin Shura Council) | 2006 |
| Islamic State of Iraq (ISI) | 2006 – April 2013 |
| Islamic State of Iraq and al-Sham (ISIS) | April 2013 – June 2014 |
| Islamic State | June 2014 – present |

This section describes Abu Musab al-Zarqawi, the Zarqawi organization's founding father, then details the group's evolution through its current incarnation. It demonstrates that there was organizational continuity through the time of the organization's rebranding as the Islamic State of Iraq. In other words, despite the group's name changes and organizational evolution, at no point should the name changes be understood as signaling that the Zarqawi organization had become a truly new organization with discontinuity from what came before.

*A Short Biography of Abu Musab al-Zarqawi*
Ahmed Fadil al-Nazal al-Khalayleh, better known as Abu Musab al-Zarqawi, attained international notoriety for his brutality and success as a militant leader. Zarqawi and his network were responsible for some of the worst atrocities committed in Iraq during the height of the country's civil war. This made Zarqawi one of the world's most wanted men, with the U.S. government offering the same reward amount for Zarqawi as it did for Osama bin Laden.[17] He was directly responsible for a wave of assassinations, hostage takings, and beheadings.

Zarqawi was born in 1966 in the Jabal Alabiad area of Zarqa, Jordan, to a poor, conservative family belonging to the Bani Hassan tribe.[18] Known as a thug in his early life, he spent time in the streets

---

[17] Federal Bureau of Investigation, press release, "FBI Updates Most Wanted Terrorists and Seeking Information—War on Terrorism Lists," February 24, 2006; "U.S. Raises Zarqawi Reward to $25m," CNN, July 1, 2004, http://www.cnn.com/2004/WORLD/meast/07/01/iraq.zarqawi.reward/.
[18] Fouad Hussein, *Al-Zarqawi: The Second Generation of al-Qaeda* (London, 2005, translated from Arabic), p. 7.



*Abu Musab al-Zarqawi.*

rather than in school, and as a youth generally did not attend religious services. In a well-regarded biographical account of Zarqawi, Mary Anne Weaver describes the interviews she conducted in Jordan with people who knew him during this period: "Everyone I spoke with readily acknowledged that as a teenager al-Zarqawi had been a bully and a thug, a bootlegger and a heavy drinker, and even, allegedly, a pimp in Zarqa's underworld. He was disruptive, constantly involved in brawls. When he was fifteen (according to his police record, about which I had been briefed in Amman), he participated in a robbery of a relative's home, during which the relative was killed. Two years later, a year shy of graduation, he had dropped out of school. Then, in 1989, at the age of twenty-three, he traveled to Afghanistan."[19]

Prior to traveling to Afghanistan, Zarqawi underwent a religious awakening at the al-Falah mosque in Zarqa. Scholar Brian Fishman notes that Zarqawi's mother first enrolled him in religious classes, "no doubt hoping to keep him out of a life of crime."[20] Following his turn toward piety, Zarqawi went to Afghanistan hoping to fight the Soviet Union, which invaded in December 1979. Though Zarqawi arrived too late to fight the Soviets, he joined the transnational jihadist movement in Afghanistan.

Al-Qaeda leader Osama bin Laden was in Afghanistan while Zarqawi was there, and Zarqawi trained for combat in al-Qaeda's Sada camp, which bin Laden ran.[21] While there, Zarqawi also met fellow Jordanian Abu Muhammad al-Maqdisi (born Isam Muhammad Tahir al-Barqawi). Maqdisi was (and remains) a renowned Salafist cleric who became Zarqawi's ideological mentor. Zarqawi also built relationships with other jihadists in Afghanistan that allowed him to form the Zarqawi organization.

*Bayat al-Imam / Jund al-Sham*

While in Afghanistan, Zarqawi and Maqdisi established their own militant Islamist group. Composed of around a dozen men, it was known by police and reporters as Bayat al-Imam (Allegiance to the Imam). But members of the group reportedly rejected that name, referring to their organization as Tawhid wa-l-Jihad (Monotheism and Jihad, or TwJ).[22] The group's primary goal was to overthrow Jordan's monarchy and replace it with an Islamic government, a goal consistent with al-Qaeda's ambition to replace Middle Eastern governments with Islamist regimes.

Bayat al-Imam/TwJ naturally attracted Jordanian authorities' attention. Zarqawi and Maqdisi returned to Jordan in 1993 and authorities arrested them the following year. Prior to their arrest, their group "tried several ill-fated attacks" and was finally apprehended "after members attacked a Jordanian border crossing with Israel, likely in an effort to torpedo the ongoing peace negotiations."[23] Both men were convicted on terrorism charges and sentenced to 15 years in prison.[24]

---

[19] Mary Anne Weaver, "The Short, Violent Life of Abu Musab Al-Zarqawi," *The Atlantic*, July/August 2006.

[20] Brian Fishman, *The Master Plan: ISIS, al-Qaeda, and the Jihadi Strategy for Final Victory* Kindle ed. (New Haven, CT: Yale University Press, 2016), loc. 207 of 8220.

[21] Weaver, "The Short, Violent Life of Abu Musab Al-Zarqawi."

[22] Didier Francois, "Top Billing," *Libération* (Paris; original in French), June 13, 2005.

[23] Fishman, *The Master Plan*, loc. 257.

[24] George Michael, "The Legend and Legacy of Abu Musab Al-Zarqawi," *Defence Studies* 7:3 (2007), p. 340.

Zarqawi's years in Jordanian prison were pivotal to his career as a militant. One journalist who met Zarqawi in prison in September 1996 recalled that Zarqawi's organization was "amongst the strongest and most influential" associations in the prison.[25] Zarqawi had a strong leadership style, and "was able to control everyone and organize all the details of relations within the group."[26] Eventually Zarqawi eclipsed the more accommodation-minded Maqdisi and became the prison group's emir.[27]

Bayat al-Imam/TwJ maintained links to militants beyond the prison walls, in places like Zarqa, Irbid, and Salt.[28] Prisoners' family members routinely smuggled out religious tracts written by Maqdisi. Prominent London-based Salafi jihadist cleric Abu Qatada al-Filistini in turn published writings by Bayat al-Imam members in his magazine *Al-Minhaj*, thus allowing other jihadists across the globe, including Saif al-Adl—a senior al-Qaeda leader who will be discussed in more detail later in this report—to stay abreast of the activities of their "brothers" in Jordan's prisons. Adl recalled following *Al-Minhaj* closely during this period: "We read the brother Abu Muhammad al-Maqdisi's letters as well as Abu Musab's. We also read the transcripts of what they said in court. Our brother Abu Qatada al-Filistini would always tell us that we have good brothers operating in Jordan and that they have a promising future ahead of them."[29]

In 1999, King Abdullah II declared a general amnesty for Jordanian prisoners, and Zarqawi and Maqdisi were released. Zarqawi promptly returned to South Asia. He was briefly arrested in Hayatabad, Pakistan for overstaying a residence permit, after which he left Pakistan for Afghanistan.[30]

Two weeks after his arrival in Kandahar, Zarqawi met with Saif al-Adl, who was then al-Qaeda's security chief.[31] Adl played an important role in facilitating al-Qaeda's partnership with Zarqawi, though there is some dispute among jihadist leaders about how central he was.[32] According to Adl, bin Laden and Ayman al-Zawahiri were initially reluctant to associate with Zarqawi. Bin Laden found Zarqawi's boisterous and brazen nature off-putting, and there were stark strategic differences between Zarqawi and al-Qaeda's top leaders.[33] But Adl said that he counseled al-Qaeda's leadership to work with Zarqawi, arguing that collaborating with the Zarqawi organization would enable al-Qaeda to gain a foothold in Palestine and Jordan.[34]

With bin Laden's consent, Adl met with Zarqawi and discussed plans to establish a military camp in

---

[25] *Al-Sharq al-Awsat*, March 8, 2004.

[26] Ibid.

[27] Joby Warrick, *Black Flags: The Rise of ISIS* (New York: Knopf Doubleday, 2015), p. 26; Hazim al-Amin, "Al-Zarqawi's Followers in Jordan Visit Their Shaykhs in Jail and Wait for the Chance to Join Abu Musab in Iraq," *Al-Hayah* (London; original in Arabic), December 14, 2004.

[28] Weaver, "The Short, Violent Life."

[29] Hussein, *Al-Zarqawi*; see also Weaver, "The Short, Violent Life" (noting that Maqdisi's tracts "were smuggled out" of prison by the wives and mothers of inmates).

[30] Jean-Charles Brisard and Damien Martinez, *Zarqawi: The New Face of Al-Qaeda* (New York: Other, 2005), p. 66; Hussein, *Al-Zarqawi*.

[31] Hussein, *Al-Zarqawi*.

[32] As this section notes, and as has been widely recounted, Adl has framed himself as central to overcoming the initially heavy skepticism that bin Laden and Zawahiri had toward Zarqawi. But bin Laden disputed this account and pointed to at least one factual error in Adl's telling. See discussion in Fishman, *The Master Plan*, locs. 459-63 of 8220. This intra-jihadist factual dispute is not material to my conclusions in this section.

[33] Hussein, *Al-Zarqawi*.

[34] Ibid.

the city of Herat, in western Afghanistan.[35] Bin Laden indirectly provided funding and equipment for the camp.[36] Al-Qaeda and Zarqawi also worked together to plot numerous terrorist attacks during the period before the 9/11 attacks and deepened their cooperation further thereafter. A U.S. Treasury fact sheet about Zarqawi issued in September 2003 details these voluminous connections:

Abu Musa'ab al-ZARQAWI, a Jordanian citizen, has ties to al-Qaida, Asbat al-Ansar and Hizballah. In addition to providing the financial and material support for the assassination of a U.S. diplomat, he has participated in acts of terrorism, trained terrorists, led terrorist cells, facilitated transport of terrorists and is being cited in the international press as a suspect in the recent devastating bombing of the Jordanian embassy in Baghdad.

ZARQAWI has arranged training for terrorists at al-Qaida camps. While he was in Pakistan, ZARQAWI made contact with al-Qaida to train Jordanians. His operatives (called "Jund al-Sham") began to arrive in Afghanistan in large numbers in 1999. Some of these operatives trained at al-Qaida's al-Faruq Camp, where they received full support from al-Qaida. ZARQAWI eventually established his own cell and camp in Herat, Afghanistan.

Plans were made to send ZARQAWI's operatives to meet with Asbat al-Ansar (designated under E.O. 13224 as a Specially Designated Global Terrorist on September 24, 2001 and as a Foreign Terrorist Organization on March 27, 2002), Hizballah and any other group that would enable them to smuggle mujaheddin into Palestine. This plan was launched by ZARQAWI with other terrorist leaders in order to smuggle operatives into Israel to conduct operations. In addition to being tasked with finding a mechanism that would enable more suicide martyrs to enter Israel, these operatives were also sent to provide training on explosives, poisons, and remote controlled devices.

In October 2000, ZARQAWI was indicted in absentia in Jordan for his role in the al-Qaida Millennium bombing plot targeting the Radisson SAS hotel in Amman as well as other American, Israeli, and Christian religious sites in Jordan.

In mid 2001, ZARQAWI returned to Qandahar from Herat. At this time, he had received more than U.S. $35,000 for work in Palestine. ZARQAWI planned to use the money to bring more Jordanian and Palestinian mujaheddin to the camp in Herat, to purchase passports, and to facilitate travel to Lebanon. He received assurances that further financing would be provided for attacks against Israel. In early 2002, ZARQAWI was reported to have found a way into Palestine.

On October 28, 2002, U.S. diplomat Laurence Foley, an officer with the U.S. Agency for International Development, was assassinated in Amman, Jordan. ZARQAWI provided financial and material support for this assassination. Key individuals involved in both the planning and execution of the operation had strong ties to Afghan Jihad,

---

[35] Ibid.; see also Hazim al-Amin, "Al-Zarqa Produces al-Khalayleh and al-Maqdisi, and the Returnees from Kuwait Rallied Around Them," *Al-Hayah* (London; original in Arabic), December 15, 2004.

[36] Hussein, *Al-Zarqawi*.

16

the International Mujaheddin Movement, and al-Qaida. One of these individuals, Salim Sa'd Salim Bin-Suwayd, a member of al-Qaida, received more than U.S. $50,000 for his cooperation in planning assassinations in Jordan against U.S., Israeli, and Jordanian government officials. ZARQAWI instructed Suwayd to hide after he had completed his first operation and to plan to pursue additional operations against Israeli and Jordanian targets in Amman in the future. Jordanian authorities arrested Suwayd for the murder. The trial of Suwayd, a Libyan national, is currently underway in Jordan.[37]

Though al-Qaeda did not develop a public alliance with Zarqawi at the time, the above activities make their cooperation and alignment even prior to Zarqawi's involvement in the Iraq War clear. Brian Fishman details specific terms of the early agreement between Zarqawi and al-Qaeda that existed during this period:

> There is no dispute about the ultimate arrangement between al-Qaeda and Zarqwi. Al-Qaeda would arrange start-up money for Zarqawi to build a camp near Herat, along the Iranian border, and provide logistical support through a network of safe houses in the Iranian cities of Tehran and Mashaad. Zarqawi would not join al-Qaeda, but he would complete a special training program at al-Qaeda's facilities near Kandahar. Subsequently, he would provide al-Adl with monthly updates on his progress.[38]

From the very outset, Zarqawi attracted recruits who would later prove critical to his efforts in Iraq, including the Syrian Sulayman Khalid Darwish (aka Abu Ghadiyah), "who would manage the first generation of jihadi logistical networks that moved foreign fighters through Syria to Zarqawi's eventual insurgency in Iraq."[39] Moreover, Zarqawi was able to benefit from al-Qaeda's logistical assistance, which rested on its relationship with Iran. Fishman writes:

> Al-Qaeda's financial support to Zarqawi was useful, but its logistical assistance was invaluable. Herat sits very near the Iranian border, which immediately emerged as the most useful vector for new recruits to enter Afghanistan. But if Zarqawi looked at the Taliban askance, he despised the Shia government in Iran. Iran's intelligence service no doubt understood Zarqawi's sectarian disposition, but they also had a policy of tolerating jihadis transiting their territory, especially if those fighters were hostile to the Taliban. In 1998, the Taliban executed eight Iranian diplomats, which prompted Tehran to give Gulbuddin Hekmatyar, a legendary Afghan fighter and opponent of the Taliban, extensive latitude to set up shop on Iranian territory. Sayf al-Adl was quick to capitalize on those networks for use by al-Qaeda and he offered them to Zarqawi.[40]

The Zarqawi organization's network in Herat became known as Jund al-Sham (Soldiers of the Levant), though the banner above the entrance to the Herat camp continued to read *Tawhid wa-l-Jihad* (which, as previously mentioned, is the name that insiders called the group during this period).[41] Graduates of

[37] U.S. Department of the Treasury, "Fact Sheet: Abu Musa'ab al-Zarqawi," September 23, 2003.
[38] Fishman, *The Master Plan*, p. 19.
[39] Ibid.
[40] Ibid., p. 20.
[41] Hussein, *Al-Zarqawi*; Michael Weiss & Hassan Hassan, *ISIS: Inside the Army of Terror* (New York: Regan Arts, 2015), p. 13.

the Herat camp took part in notable terrorist plots, including the 2002 assassination of U.S. diplomat Laurence Foley in Amman.[42]

*Alliance with Ansar al-Islam*

Shortly after the establishment of the Herat camp, Zarqawi tasked Abu Abdel Rahman al-Shami, a fellow Jordanian militant, with expanding his network into northern Iraq.[43] On September 1, 2001, Shami helped form the group Jund al-Islam with Kurdish jihadist leader Abu Abdullah al-Shafi'i and Iraqi militant Abu Wa'il. Following the 9/11 attacks, Jund al-Islam merged with a Kurdish jihadist organization operating in northern Iraq known as Ansar al-Islam.[44]

The U.S. invasion of Afghanistan in late 2001 forced Zarqawi and around 300 Jund al-Sham members to relocate from Herat.[45] Zarqawi and a number of followers first moved to Iran, then in May 2002 moved from Iran to Iraq. There Zarqawi made his way to northern Iraq and found refuge with Ansar al-Islam.[46] Thereafter, though Zarqawi expanded his organization into other countries in the region, his main focus was on building his organization in Iraq.[47]

Eventually the Zarqawi network underwent another rechristening, emerging as Jamaat al-Tawhid wa-l-Jihad.

*Jamaat al-Tawhid wa-l-Jihad (JTJ)*

The origins of the JTJ moniker can be traced back to Zarqawi's days as the leader of Bayat al-Imam in Suwaqah prison. It was another of the names that the militants in Suwaqah prison used to refer to themselves.

There is no consensus among observers as to when the Zarqawi organization adopted the JTJ name publicly. According to journalist Fouad Hussein, whose interviews with Saif al-Adl and other Zarqawi associates gave him impressive access to the Zarqawi organization's inner workings, Zarqawi's group formally announced itself as JTJ at the beginning of 2004.[48]

JTJ benefited from a diverse pool of foreign fighters, including militants from Jordan, Syria, Afghanistan, Pakistan, and the Kurdish regions of Iraq. This enabled Zarqawi and JTJ to become "among the most prominent actors in the insurgency."[49] By October 2004, when the Zarqawi organization next took on a new moniker, the U.S. military "held Zarqawi responsible for the deaths of 675 Iraqis and 40 foreigners, in addition to over 2,000 wounded since the beginning of the coalition's offensive."[50]

---

[42] Weiss & Hassan, *ISIS*, p. 13.

[43] Ibid., p. 14.

[44] Hussein, *Al-Zarqawi*.

[45] Mary Anne Weaver, "The Short, Violent Life"; Hussein, *Al-Zarqawi*.

[46] Isma'il Zayir, "Dozens of Arab Afghans 'Slip' Into Northern Iraq," *Al-Hayah* (London; original in Arabic), February 1, 2002; Husni Mahalli, "Another 'al-Qaeda' and New Mullahs in Iraqi Kurdistan; Will Kurdistan Become Tora Bora?," *Al-Majallah* (original in Arabic), February 10, 2002.

[47] See, for example, Jean-Charles Brisard & Damien Martinez, *Zarqawi: The New Face of Al-Qaeda* (Cambridge: Polity, 2005), p. 142.

[48] Hussein, *Al-Zarqawi*. Indeed, the first communiqué issued in JTJ's name was posted online in April 2004.

[49] Mapping Militant Organizations, Stanford University, "The Islamic State," last modified April 2021, https://cisac.fsi.stanford.edu/mappingmilitants/profiles/islamic-state.

[50] Brisard & Damien Martinez, *Zarqawi*, p. 141.

As JTJ, the group retained the same structure, membership and goals that it possessed when it was publicly known as Jund al-Sham. This is illustrative of the tendency toward organizational continuity despite public changes in name.

### Al-Qaeda in Iraq (AQI)

In October 2004, Zarqawi publicly pledged *bayah* (an oath of allegiance) to bin Laden, thus making the Zarqawi organization into al-Qaeda's first publicly announced affiliate group. Despite extensive cooperation between the Zarqawi organization and al-Qaeda prior to this public pledge, Zarqawi's pledge to bin Laden in 2004 was significant. It served as Zarqawi's public endorsement by al-Qaeda's leadership and challenged (at least temporarily) earlier perceptions that Zarqawi's organization intended to rival al-Qaeda. The declaration further served "as a recruiting statement for the Iraqi insurgency."[51]

With Zarqawi's public declaration of bayah, his organization adopted the moniker *Tanzim Qa'idat al-Jihad fi Bilad al-Rafidayn* (al-Qaeda of Jihad Organization in the Land of Two Rivers). The group was better known as al-Qaeda in Iraq (AQI). Even as it became a publicly-acknowledged al-Qaeda affiliate, the Zarqawi organization's leadership structure and membership ranks remained intact. Those who had worked with Zarqawi in the early days of JTJ either maintained their positions in the organization or grew in stature (e.g., through the natural process of promotion) once Zarqawi publicly aligned with al-Qaeda.

One such leader was Abu al-Ghadiyah (born Sulayman Khalid Darwish), who was a cofounder of Jund al-Sham.[52] He traveled with Zarqawi to Iran, and then to Iraq, where he played a key role in helping the Zarqawi organization establish itself.[53] Following Zarqawi's public pledge to bin Laden, Abu al-Ghadiyah continued his high-level role in the rechristened al-Qaeda in Iraq.[54] In 2005, the U.S. Treasury Department designated Abu al-Ghadiyah a terrorist, including for his fundraising and recruiting for AQI. The designation made the continuity in Abu al-Ghadiyah's high-level role clear, as it described him as a member of Zarqawi's *shura* council, as well as "one of the most prominent members of the Zarqawi organization in Syria."[55]

Another leader demonstrating the continuity in personnel from JTJ to AQI was Abu Azzam al-Iraqi. According to a Zarqawi organization eulogy produced after Abu Azzam's death in September 2005, he had been a member of the Salafist underground in Iraq during Saddam Hussein's rule.[56] Following the Baathist regime's collapse, Abu Azzam acquired a small group of militant followers whom he quickly aligned with Zarqawi and JTJ. Abu Azzam traveled across Iraq as a JTJ recruiter and also featured in JTJ's military operations, participating in the First Battle of Fallujah and a number of early terrorist attacks in the Baghdad area. After JTJ became known as AQI, Abu Azzam continued to rise in the ranks. After the Second Battle of Fallujah and the death of AQI official Umar Hadid, Abu

[51] Jeffrey Pool, "Zarqawi's Pledge of Allegiance to al-Qaeda: From Mu'asker Al-Battar, Issue 21," *Terrorism Monitor* 2:24 (Jamestown Foundation), December 16, 2004.

[52] Muhammad Abu Rumman, "Sulayman Khalid Darwish, also known as Abu al-Ghadiyah, One of the Most Prominent Leaders of the al-Qaeda Organization in Iraq Killed," *Al-Ghadd* (Amman; original in Arabic), June 25, 2005.

[53] Ibid.

[54] Ibid.

[55] U.S. Department of the Treasury, press release, "Syrian National Designated by U.S. as Terrorist Financier," January 25, 2005.

[56] Media Division of the Mujahedin Shura Council in Iraq, "Biographies of Eminent Martyrs, Part XLV: Abu Zahra al-Issawi," July 18, 2010.

Azzam was appointed AQI's emir of Baghdad.[57] Abu Azzam was subsequently elevated to AQI's shura council, where he answered directly to Zarqawi.[58] Following Zarqawi's injuries during fighting in al-Qa'im in May 2005, Abu Azzam served as the overall supervisor of AQI's activities throughout the Anbar-Baghdad corridor.[59]

The career trajectories of Abu al-Ghadiyah and Abu Azzam al-Iraqi serve as just two examples among many of the continuity of leadership maintained throughout the evolution of Zarqawi's organization despite name changes and attempts to rebrand.

### The Mujahedin Shura Council (MSC)

On January 15, 2006, AQI deputy emir Abu Maysarah al-Iraqi announced the establishment of the Majlis Shura al-Mujahidin fi-l-Iraq (better known as the Mujahedin Shura Council, or MSC), an umbrella group composed of six Iraqi Sunni militant factions. These factions were AQI, the Victorious Sect Army, the Monotheism Supporters Brigades (Saraya Ansar al-Tawhid), the Islamic Jihad Brigades (Saraya al-Jihad al-Islami), the Al-Ghuraba (Foreigners) Brigades, and the Al-Ahwal (Fear) Brigades.[60] ISIS's eventual "caliph" Abu Bakr al-Baghdadi formally came into AQI's orbit weeks later, when the group Jaysh Ahl al-Sunnah wa-l-Jama'a, in which Abu Bakr served as the emir of the Sharia Committee, joined MSC on January 29.[61] These groups' cooperation before January 2006 culminated in MSC's establishment, which can be seen in part as the formalization of prior relationships.

Though MSC purported to function as a coalition, the group was AQI's brainchild. At the time, AQI faced growing criticism from Iraqis for representing a foreign agenda and conducting indiscriminate attacks against civilians. AQI envisioned MSC as a way to rebrand, highlighting its local connections in an effort to regain the support of other Iraqi factions and the population. The person chosen to lead this group was a previously unknown figure called Abdallah bin Rashid al-Baghdadi, who provided MSC's leadership with an Iraqi face.[62] Attacks in Iraq claimed by MSC during its brief existence did not invoke AQI's name, seemingly to downplay AQI's involvement in the insurgency and to draw attention instead to Iraqi militants.

Though the MSC was designed to provide cover to AQI and showcase the "Iraqi-led" insurgency, AQI quietly remained the dominant player. As one illustration, Muharib al-Juburi, who was an original MSC member and the emir of al-Ghuraba Brigades, had formed an alliance with Zarqawi as early as 2004.[63] From 2004-2006, Muharib al-Juburi served as one of Zarqawi's trusted most trusted couriers, and as a representative of the Zarqawi organization's senior leadership—and later served in the same role for Abu Ayyub al-Masri, Zarqawi's successor in the organization.[64] The case of Muharib al-Juburi and the al-Ghuraba Brigades helps illustrate how the transition to MSC was a minor adaptation of

---

[57] Al-Sharqiyah television, September 28, 2005.

[58] Al-Furqan Media Production Establishment, "From History's Secrets: Al-Zarqawi as I Knew Him, Part 1," September 7, 2007.

[59] Hazim al-Amin & Miyasar al-Shammari, "Reports on Smuggling of Leader of the al-Qaeda of Jihad Organization in the Land of the Two Rivers to a Neighboring Country for Medical Treatment," *Al-Hayah* (original in Arabic), May 26, 2005.

[60] See, e.g., Muhammad al-'Ubaydi et al., *The Group That Calls Itself a State: Understanding the Evolution and Challengers of the Islamic State* (West Point: Combating Terrorism Center, 2014).

[61] Fishman, *The Master Plan*, p. 151.

[62] Ibid., p. 79.

[63] Al-Arabiyah television, March 6, 2009.

[64] Al-Furqan Establishment for Media Production, "Biographies of Eminent Martyrs, Part XLVIII: Abd al-Aziz Atiq al-Atiq (Abu Suhayb al-Najdi)," September 15, 2011.

AQI's existing strategy in response to the shifting political climate. The MSC was, like AQI and JTJ before it, a continuation of the Zarqawi organization.

The main thing MSC accomplished, in addition to providing a cover for AQI, was formalizing longstanding alliances between AQI and lesser-known insurgent groups. The establishment of the Islamic State of Iraq, described in the following section, can be understood as a continuation of this strategy of rebranding and expansion in an effort to gain greater support and legitimacy within the Iraqi insurgent landscape and the global Muslim community.

*Islamic State of Iraq (ISI)*
On October 15, 2006, the Majlis Shura al-Mujahidin fi-l-Iraq (better known as the Mujahedin Shura Council, or MSC) announced its establishment of the Islamic State of Iraq (ISI).[65] Zarqawi died prior to ISI's creation, but its establishment advanced AQI's longstanding strategic objectives while in other ways moving beyond what AQI had been. According to Saif al-Adl, establishing an Islamic state was one of Zarqawi's core goals when he relocated to Iraq.[66] Indeed, in 2005 al-Qaeda's deputy emir Ayman al-Zawahiri had articulated the establishment of an Islamic emirate as one of the jihadists' earliest priorities for Iraq in a letter he wrote to Zarqawi.[67]

Following Zarqawi's death in June 2006, Zawahiri used his eulogy for the slain militant to re-emphasize the strategic priority of establishing an Islamic emirate, saying: "My mujahid brothers in Iraq, know that the Islamic Ummah has put its hope in you, and that you must establish an Islamic state in Iraq, then make your way towards captive Jerusalem and restore the Caliphate which was toppled through the cooperation of the Crusaders and the traitorous slaves of the English."[68] According to a 2008 interview with ISI's war minister Abu Hamzah al-Muhajir, Zarqawi organization members began consulting various insurgent leaders to lay the groundwork and build support for the establishment of the Islamic State of Iraq around the time that Zawahiri's eulogy was released.[69]

When the MSC rebranded to ISI, the coalition appeared to have added seven new member organizations since its founding: Ahl al-Sunnah wal-Jama'a Army, Al-Murabitin Brigades, Jund al-Sahabah Group, Kataib Ansar al-Tawhid wal-Sunna, Kurdistan Brigades, Millat Ibrahim Brigades, and Fursan al-Tawhid Brigades. Close examination of the founding member groups reveals that four were MSC holdovers, and one group had former affiliations with AQI. In other words, only two organizations lacked previous public affiliation with the MSC or AQI. This again underscores that ISI as a group that was dominated by the Zarqawi organization, and hence represented organizational continuity. Here is a brief look at ISI's founding members:

- *Jund al-Sahabah Group & Kataib Ansar al-Tawhid wal-Sunna.* Both the Jund al-Sahabah Group and Kataib Ansar al-Tawhid wal-Sunna were members of the Hilf al-Mutaiyabin Coalition, and thus affiliates of the MSC before they joined ISI.

[65] Majlis Shura al-Mujahidin fi-l-Iraq, statement on the establishment of the Islamic State of Iraq, October 15, 2006.
[66] Quoted in Cole Bunzel, *From Paper State to Caliphate: The Ideology of the Islamic State* (Washington, D.C.: Center for Middle East Policy at the Brookings Institution, 2015), p. 15, https://www.brookings.edu/wp-content/uploads/2016/06/The-ideology-of-the-Islamic-State.pdf.
[67] Zawahiri's letter to Zarqawi can be found at https://ctc.usma.edu/app/uploads/2013/10/Zawahiris-Letter-to-Zarqawi-Translation.pdf.
[68] Ayman al-Zawahiri, eulogy of Abu Muhammad al-Zarqawi, posted on the Islamic Renewal Organization's website, June 24, 2006.
[69] Abu Hamzah al-Muhajir, audio interview, posted by Al-Furqan Media Production Establishment, October 24, 2008.

- *Al-Murabitin Brigades.* Though it is not clear when al-Murabitin Brigades joined the MSC, it is clear that by May 2006 the brigade was one of the eight member organizations in the coalition. In a MSC video released that month, MSC highlights the organizations united under its banner—the two notable additions since its statement being Ahl al-Sunnah wal-Jama'a Army and al-Murabitin Brigades.[70]

- *Ahl al-Sunnah wal-Jama'a Army.* Established in 2003, Ahl al-Sunnah wal-Jama'a Army began exhibiting ideological affinity with the Zarqawi network as early as 2005, and began cooperating with AQI on the battlefield in early 2006.[71] In one statement attributed to the Central Office of the Ahl al-Sunnah wal-Jama'a Army and published to a jihadist forum in December 2005, the group "exalted" Zarqawi and bin Laden, and condemned Iraqi media for sowing discord and disunity among Iraqi jihadist groups.[72] About one month later, Ahl al-Sunnah wal-Jama'a Army issued its first video production. In it, the group again highlighted key al-Qaeda figures like bin Ladin, Zarqawi, and Zawahiri, and stressed the need to mitigate against "political divisions" among insurgent groups.[73] Less than a week later, a jihadist website published undated statements attributed to the Ahl al-Sunnah wal-Jama'a Army, claiming responsibility for an attack in Diyala in coordination with "a unit belonging to al-Qaeda organization."[74] On January 28, 2006, the emir of the Ahl al-Sunnah wal-Jama'a Army issued a statement expressing a desire to join the MSC, and the following day MSC welcomed the group into its ranks.[75]

- *Kurdistan Brigades.* Though the Kurdistan Brigades do not appear to have ever joined the MSC, the group had clear ties to al-Qaeda. In May 2007, AFP described the group as "an Ansar-allied group calling itself the 'Kurdistan Brigades of al-Qaeda.'"[76] Following the incorporation of the Kurdistan Brigades into ISI, the group continued to identify with al-Qaeda. In a statement featured on Al-Arabiyah's program "Death Industry" in November 2008, the group stressed its al-Qaeda affiliation.[77] And in an interview with an online Kurdish news source in May 2011, the head of the Iraqi Kurdish Anti-Terror Agency drew direct connections between al-Qaeda leadership and officials within the Kurdistan Brigades.[78]

- *Millat Ibrahim Brigades & Fursan al-Tawhid Brigades.* The final groups highlighted as founding members of ISI, Millat Ibrahim Brigades and Fursan al-Tawhid Brigades, are the only two groups that seemingly had no prior ties to AQI or MSC. However, a BBC Monitoring report released shortly after the MSC announced the pledge of allegiance from Millat Ibrahim Brigades and Fursan al-Tawhid Brigades questioned the existence of these groups, describing

---

[70] Mujahedin Shura Council, "Call to Unite Ranks of Mujahedin in Land of the Two Rivers," part 3, posted to the al-Meer Forums, May 16, 2006.

[71] Charles Lister, "Islamic State Senior Leadership: Who's Who?" The Brookings Institution, December 2014, https://www.brookings.edu/wp-content/uploads/2014/12/en_whos_who.pdf.

[72] Ahl al-Sunnah wal-Jama'ah Army, statement posted to Bayt al-Maqdis Islamic Forums, December 11, 2005.

[73] Ahl al-Sunnah wal-Jama'a Army, video posted to Al-Meer Forums, January 18, 2006.

[74] Ahl al-Sunnah wal-Jama'a Army, statement posted to Shamila Net, January 23, 2006.

[75] Ahl al-Sunnah wal-Jama'a Army, statement posted on Al-Meer Forums, January 28, 2006; Mujahedin Shura Council, statement welcoming Ahl al-Sunnah wal-Jama'a Army into its group, January 29, 2006.

[76] AFP news agency, May 10, 2007.

[77] *Death Industry*, Al-Arabiyah television, November 8, 2014.

[78] *Kurdistani Nuwe Online* (Kurdish), May 10, 2011.

them as "previously unknown battalions."[79] If these militant groups did in fact exist (and there have been other cases in the jihadist landscape where non-existent militant groups were claimed to have joined broader networks in order to influence public perceptions), it can be said that they were dwarfed by the other al-Qaeda-connected groups that comprised ISI.

In sum, the organizational makeup of the ISI demonstrates that the establishment of the "state" formalized existing alliances. This is not to say that ISI's establishment had no impact on the organization—it did, as I will detail—but rather it demonstrates continued dominance by the Zarqawi organization. I now profile several key members of ISI's leadership, which generally consisted of individuals with clear ties to AQI or else previously unknown Iraqi figures for which there is little to no information available even now. Here are the pedigrees of some of ISI's top leaders from the cabinet level to the regional emir level:

- *Emir: Abu Umar al-Baghdadi.* The chosen leader of ISI, Abu Umar al-Baghdadi, was an unknown figure prior to becoming the organization's emir.[80] Born Hamid Dawud Muhammad Khalil al-Zawi, Baghdadi originated from Anbar Province. Born into an affluent family, Baghdadi worked as a police officer for 11 years before he was fired for promoting extremist beliefs. After his termination from the police force, he became an imam.[81] Though he was relatively obscure when he became emir, a biography published on jihadist forums revealed that Baghdadi's ties to the Zarqawi organization dated back to as early as 2003, when he joined JTJ. He later became a member of the MSC and served as the organization's governor of Diyala province before assuming the position of ISI's emir after Zarqawi's death.[82]

- *Minister of War: Abu Ayyub al-Masri.* Though Baghdadi held the position of ISI's emir, most analysts believe he was in many ways a figurehead, and that the person really calling the shots was minister of war Abu Ayyub al-Masri (aka Abu Hamzah al-Muhajir).[83] Masri's ties to Zarqawi and the Zarqawi organization date back to 1999, when the two trained together at the al-Faruq camp in Afghanistan.[84] Originally from Egypt, al-Masri emerged in the jihadist scene in the 1980s as part of Ayman al-Zawahiri's group, Egyptian Islamic Jihad (EIJ). After spending time in Sudan and then Pakistan in the mid-1990s, al-Masri travelled to Afghanistan, where he became an expert in explosives.[85] In 2002, al-Masri travelled to Iraq. During his time fighting as an insurgent in the country, al-Masri joined AQI and began working closely with Zarqawi as a "master bomb maker and terror coordinator."[86] Following Zarqawi's death, Ayman al-Zawahiri reportedly "hand-picked" al-Masri to lead the al-Qaeda-affiliated jihadist

---

[79] BBC Monitoring, "Islamic State of Iraq Claims Two Battalions Pledged Allegiance," November 30, 2006.

[80] Fishman, *The Master Plan*, p. 89; *Al-Durar al-Shamiyah* (Arabic), April 5, 2014 (quoting an ISIS defector who described Abu Umar al-Baghdadi as "not known in the organization as a leader, small or big," and saying that instead he was just "a normal person").

[81] *Death Industry*, Al-Arabiyah television, May 7, 2010; Fishman, *The Master Plan*, p. 89.

[82] "Biographies of the Islamic State's Men," video posted to al-Minbar al-Ilami Jihadist Forum, November 20, 2014.

[83] See, for example, a publicly available Defense Intelligence Agency document that outlines a source interview claiming that "Al Baghdadi is an Iraqi and was put in power to try and gain support for the ISI. He is more of a figurehead than a real leader. All of the orders and commands come from" al-Masri. The DIA document is available at http://www.dia.mil/FOIA/FOIA-Electronic-Reading-Room/FOIA-Reading-Room-Iraq/FileId/84074/.

[84] Shaun Waterman, "Confusion Swirls Over Zarqawi Successor," UPI, June 20, 2006 (quoting information provided by Gen. William Caldwell).

[85] "Biographies of the Islamic State's Men," video posted to al-Minbar al-Ilami jihadist forum, November 20, 2014.

[86] Bill Roggio, "Abu Ayyub al Masri, al Qaeda in Iraq's Leader, Reported Captured in Mosul," *Long War Journal*, May 8, 2008, https://www.longwarjournal.org/archives/2008/05/abu_ayyub_al_masri_a.php.

group in Iraq.[87] Prior to the formation of ISI, the MSC's media commission announced Abu Ayyub al-Masri as AQI's new emir on June 12, 2006. The establishment of ISI just four months later, as well as the selection of Abu Umar al-Baghdadi as the state's emir, shows that the jihadist organization was continuing the "Iraqization program" that Zarqawi had started, giving the militant group an Iraqi face.[88] Though al-Masri may have been truly pulling the strings within ISI, he was a foreigner and thus likely understood that he could not publicly assume leadership of the nascent state. Shortly after the MSC announced ISI's establishment under Abu Umar al-Baghdadi's leadership, al-Masri issued a statement urging other Iraqi insurgent groups to pledge allegiance to Baghdadi and unite under the ISI banner. He publicly declared his own allegiance to al-Baghdadi.[89]

- *Public Relations Minister/Official Spokesman: Muharib Abd al-Latif al-Juburi (aka Abu Abdullah).* Juburi's ties to the Zarqawi network date back to at least 2004.[90] Following Zarqawi's death, Juburi continued to serve as a trusted courier for Abu Ayyub al-Masri, and, according to al-Masri, he was instrumental in establishing ISI and securing the support of tribal leaders in Anbar Province and Baghdad.[91] According to the late Iraqi analyst Hisham al-Hashimi, following ISI's establishment, Juburi was one of the masterminds behind the creation of the group's media arm, which would become known as al-Furqan Establishment for Media Production.[92] Juburi managed al-Furqan and served as ISI's official spokesman until he died in April 2007.[93]

- *General Security Minister: Abu Abd-al-Jabbar al-Jannabi.* Though not a member of AQI per se, another Zarqawi organization associate in the ISI cabinet was cleric Abu Abd-al-Jabbar al-Jannabi. Prior to becoming General Security Minister of ISI, Jannabi served as the emir of the Mujahideen Shura Council in Fallujah. As the *New York Times* reported, he was known to have "provided safe haven for foreigners like Mr. Zarqawi and anyone willing to take up arms against the Americans or the interim Iraqi government."[94]

Beyond the cabinet, many regional emirs were also AQI members. Here are some notable examples:

- *Jarrah al-Shami (aka Abu Hajar).* Described by a jihadist biographer as "one of the pillars of the Islamic State of Iraq," ISI's emir of Anbar, Jarrah al-Shami, became involved in the Iraq jihadist scene as early as 2004, when he participated in the Second Battle of Fallujah.[95] After

---

[87] Bill Roggio, "U.S. and Iraqi Forces Kill al Masri and Baghdadi, al Qaeda in Iraq's Top Two Leaders," *Long War Journal*, April 19, 2010, https://www.longwarjournal.org/archives/2010/04/al_qaeda_in_iraqs_to.php.

[88] This conclusion aligns with the analysis in Michael Weiss & Hassan Hassan, *ISIS: Inside the Army of Terror* (New York: Regan Arts, 2015), p. 63.

[89] Abu Hamzah al-Muhajir, audio message, posted to the Islamic Renewal Organization forum, November 10, 2006.

[90] As the emir of al-Ghuraba Brigades, Muharib al-Juburi had formed an alliance with Zarqawi as early as 2004. From 2004-06, Muharib al-Juburi served as one of Zarqawi's most trusted couriers and a representative of the Zarqawi organization's senior leadership. When the MSC announced its formation in 2006, al-Ghuraba Brigades became one of the founding members.

[91] Abu Hamzah al-Muhajir, audio interview, Al-Furqan Media Production Establishment, October 24, 2008.

[92] Mu'ayyad Basim, "Iraqi Researcher Reveals Organizational Structure of ISIL's Media Arm [trans. from Arabic]," *Al-Sabah al-Jadid*, June 4, 2014.

[93] Islamic State of Iraq, "The Islamic State of Iraq Brings the Good Tidings to the Muslim Nation of the Martyrdom of Its Official Spokesman," World News Network website, May 3, 2007.

[94] Robert F. Worth, "Marines Find Vast Arms Cache in Falluja Leader's Mosque," *New York Times*, November 25, 2004.

[95] "Biographies of the Islamic State's Men," video posted to al-Minbar al-Ilami jihadist forum, November 20, 2014.

being imprisoned briefly in 2005, al-Shami joined up with Zarqawi. During his career in the Zarqawi organization, al-Shami was promoted to the military emir of Jazirat al-Ramadi, then the emir of Anbar Province. He continued to serve as the emir of Anbar Province after ISI was established and continued to hold this position until his death in 2007.

- *Abu Qaswarah al-Maghribi.* Described by AFP as having "ties" to Zarqawi, Abu Qaswarah al-Maghribi was considered "al-Qaeda's number two in Iraq" before his death in October 2008.[96] While little is known about his trajectory within AQI, according to a biography published by the jihadist al-Battar Media Foundation, in addition to being AQI's second in command, he was also ISI's "emir of Northern Iraq."[97] Following Maghribi's death, ISI's media arm al-Furqan Media Production Establishment published an 8-minute audio statement by Abu Umar al-Baghdadi eulogizing him.[98]

- *Manaf Abd al-Rahim al-Rawi.* Longtime Zarqawi associate Manaf Abd al-Rahim al-Rawi, a veteran AQI member, ultimately served as ISI's Baghdad emir. As Fishman explains, "al-Rawi was not part of the jihadi inner circle, but he was adjacent to it."[99] Al-Rawi began his jihadist career as the driver and assistant to Abu Muhammad al-Lubnani, one of Zarqawi's most trusted advisors.[100] In a 2010 television interview aired on *Al-Iraqiyah,* al-Rawi described his relationship with Lubnani as "very close" and recounted his experience working in proximity to the leaders of the nascent Zarqawi organization, such as Zarqawi and Abu Anas al-Shami.[101] In 2004, al-Rawi participated in the major battles in Fallujah, during which he met other notable jihadist figures. In June 2004, U.S. forces arrested al-Rawi and imprisoned him in Camp Bucca, a U.S. military prison later known for housing some of the most radical elements of the Iraqi jihadist movement, including Abu Bakr al-Bagdadi. After his release three and a half years later, al-Rawi leveraged the contacts he had made in prison, as well as his pre-incarceration jihadist connections, to rejoin AQI.[102] With the help of al-Masri, al-Rawi secured a position as deputy to Hajji Abd al-Wahid, the head of ISI in Baghdad. When al-Wahid was demoted a year later, al-Rawi took over.[103] From 2008 until he was arrested again in 2010, al-Rawi directed ISI's deadly operations and activities in Baghdad and Anbar province, including attacks and assassinations. Al-Rawi became one of Abu Ayyub al-Masri's most trusted associates and was put in charge of coordinating and distributing messages to and from the top echelons of ISI's leadership.[104] This trust ultimately led to al-Masri's demise. In March 2010, Iraqi forces arrested al-Rawi, and a few weeks later he gave up the names of two key ISI couriers. This information allowed U.S. forces to find, and kill or capture, the top leaders of ISI.[105]

---

[96] "Swede Killed Was AQ Second in Command in Iraq," Agence France-Presse, October 15, 2008.

[97] "Biographies of the Islamic State's Men," video posted to al-Minbar al-Ilami jihadist forum, November 20, 2014.

[98] Abu Umar al-Baghdadi, video released by Al-Furqan Media Production Establishment, October 22, 2008.

[99] Fishman, *The Master Plan,* p. 141.

[100] Ibid., p. 140.

[101] Al-Iraqiyah Television, May 12, 2010.

[102] Ibid.

[103] Ibid.

[104] *Al-Durar al-Shamiyah,* April 5, 2014 (reporting the testimony of ISIS defector Abu Ahmad).

[105] Michael R. Gordon & Bernard E. Trainor, *The Endgame: The Inside Story of the Struggle for Iraq, from George W. Bush to Barack Obama* (New York: Vintage Books, 2013), p. 622.

While ISI remained dominated by the Zarqawi organization, it is worth detailing the major area in which it represented a significant evolution for the Zarqawi organization. As Brian Fishman notes, the group "immediately set out to build a scalable bureaucratic framework that would eventually define the Islamic State during the Syrian civil war."[106] Fishman outlines a number of steps that ISI took during this period that later defined ISIS's bureaucracy. Among other things, the group:

- Named a cabinet, including Ministries of Agriculture and Marine Wealth, Oil, and Health;

- Executed small-scale public works projects, like irrigation canals;

- Managed health and safety regulations, including setting speed limits on roads;

- Created an internal bureaucracy for political and military administration;

- Called on "Muslim brothers around the world, especially those neighboring our dear state" to emigrate, and promised to "provide them with benefits and expertise";

- Enforced strict financial accounting procedures;

- Completely rebranded all of its propaganda;

- Enforced rigorous pay scales and cared for the family of deceased fighters; and

- Recruited members with a range of administrative and scientific backgrounds, not just military experience.[107]

But ISI encountered a significant challenge that produced the group's defeat—albeit a temporary one, as it powerfully reemerged in the post-Arab Spring environment as ISIS. Though the Zarqawi organization had tried to mask its activities in Iraq under the pretense of an Iraqi-led insurgent coalition, many Sunni tribal leaders saw the jihadist organization as brutal, foreign in its conception, and forcibly imposing an oppressive form of the Islamic faith that was alien to Iraq. In September 2006, around 30 of these leaders held a meeting to voice their opposition to the Zarqawi organization, and formed a coalition called *Majlis Inqadh al-Anbar*, or the Anbar Salvation Council, to combat al-Qaeda elements in their midst.[108] This was the genesis of what would popularly become known as the "Awakening" movement, which was instrumental in the Zarqawi organization's defeat during this period.

The establishment of the Awakening prompted the Zarqawi organization's leadership to try to rally tribal support to counter this growing opposition. On October 12, 2006, MSC formed its own tribal

---

[106] Fishman, *The Master Plan*, loc. 1794 of 8220.
[107] Ibid., locs. 1801-08 of 8220.
[108] *Al-Bayyinah al-Jadidah* (Arabic), September 20, 2006.

coalition, the Hilf al-Mutaiyabin ("Alliance of the Perfumed Ones").[109] The MSC rebranded as ISI three days later.

In April 2010, U.S. and Iraqi forces raided a safe house north of Baghdad and killed ISI leaders Abu Ayyub al-Masri and Abu Umar al-Baghdadi. The blow was seen as the biggest hit inflicted upon the organization since Zarqawi's death in 2006. Around one month later, on May 16, 2010, ISI announced the selection of a new emir, Abu Bakr al-Baghdadi al-Husayni al-Qurashi, who would in a few years become ISIS's first caliph.[110] While the rise of ISIS is beyond the scope of this report, suffice it to say that the group is sufficiently notorious that much ink has been spilled discussing it.

## IV.  Iranian Support for al-Qaeda

Despite its Shia identity, Iran has at times provided significant material support to al-Qaeda, as well as to its al-Qaeda in Iraq (AQI) affiliate. This section begins by providing an overview of Tehran's historical arc of support to al-Qaeda starting in the 1990s, continuing through the 9/11 terrorist attacks. It then turns to the Islamic Republic's backing of one of al-Qaeda's most violent affiliates, AQI, between 2001 and 2011.

### Pre-9/11 Iranian Support for al-Qaeda

Ties between Iran and key al-Qaeda leaders date back to the early 1990s, when Ayman al-Zawahiri, then the emir of Egyptian Islamic Jihad (EIJ), visited Iran to secure an agreement in which Tehran would reportedly provide $2 million, as well as training support, to assist EIJ in its fight against Egypt's Hosni Mubarak regime.[111] Indeed, Zawahiri and Iran found synergy in their goals. For his part, Zawahiri had studied the Iranian revolution and saw it as a potential model for the transformation of his own native country of Egypt.[112] Meanwhile, the Iranian government publicly supported the assassination of Anwar Sadat, even naming a street after the Egyptian president's killer, Khalid Islambouli. Khalid's brother, a Sunni jihadist named Mohammed Islambouli, received safe have in Iran after the overthrow of the Taliban's regime in late 2001.[113]

Though Zawahiri brokered this deal while serving as EIJ's emir, his group and al-Qaeda were closely linked even then by virtue of Zawahiri's connections to Osama bin Laden. The two first met in the 1980s while supporting the mujahedin's efforts in Afghanistan, and Zawahiri exercised significant influence over bin Laden from this time onward.[114] Following EIJ's 2001 merger into al-Qaeda, Zawahiri rose through the ranks of the group, serving for over a decade as the group's deputy emir, then becoming its emir after bin Laden's 2011 death. This close relationship often made it difficult, even prior to the al-Qaeda/EIJ merger, to practically distinguish between the two militant organizations. Illustrating this, around 1992 the talks between EIJ and Iran began to include al-Qaeda as well. These discussions culminated in an informal understanding between Iran, al-Qaeda and EIJ that they would coordinate politically and militarily to confront the United States and Israel, and undermine Arab regimes that they viewed as supporting these two states.[115]

[109] Mujahedin Shura Council, announcement of new alliances, October 12, 2006.

[110] For the announcement of Baghdadi's ascension within ISI, see "God Is Great, A Statement of the Islamic State of Iraq's Shura Council [trans. from Arabic]," posted to Al-Fallujah Islamic Forums, May 16, 2010.

[111] Lawrence Wright, *The Looming Tower: Al-Qaeda and the Road to 9/11* (New York: Alfred A. Knopf, 2006), p. 174.

[112] Ibid.

[113] See Thomas Joscelyn, "CIA Releases Video of Hamza bin Laden's Wedding," *Long War Journal*, November 1, 2017.

[114] Peter L. Bergen, *The Osama bin Laden I Know* (New York: Free Press, 2006), p. 63.

[115] "Terrorism Establishment of a Tripartite Agreement Among Usama Bin Laden, Iran and the NIF," Central Intelligence

In executing this informal agreement, Iran made considerable use of Hizballah as a conduit for channeling covert support to al-Qaeda. Hizballah has long played a unique and central role in the Iranian regime's international apparatus of militancy, not least by providing Tehran with a critical conduit for carrying out plausibly deniable operations abroad.[116] Operations linked to Hizballah, rather than specifically to Iran, can be disavowed by Tehran if they prove costly or politically inconvenient.

EIJ operatives played a key role in brokering bin Laden and al-Qaeda's relationship with Iran and Hizballah. One EIJ member, Ali Mohamed, served as Zawahiri's subordinate and arranged security for a meeting between bin Laden and Hizballah's chief terrorist, Imad Mughniyeh. "I was aware of certain contacts between al-Qaeda and al-Jihad organization [EIJ], on one side, and Iran and Hizballah on the other side," Mohamed told the U.S. District Court for the Southern District of New York in 2000.[117] "I arranged security for a meeting in the Sudan between Mughniyah, Hezbollah's chief, and Bin Laden," Mohamed admitted.[118] Imad Mughniyeh was the head of Hizballah's terrorist operations and is suspected of orchestrating the 1983 Beirut bombings, as well as other terrorist operations targeting Western forces and interests in Lebanon. The 1983 bombings contributed to President Reagan's decision to withdraw American troops from Lebanese soil in February 1984. Bin Laden referred to Reagan's withdrawal in a May 1998 interview with ABC reporter John Miller. Bin Laden stated: "We have seen in the last decade the decline of the American government and the weakness of the American soldier who is ready to wage cold wars and unprepared to fight long wars. This was proven in Beirut when the Marines fled after two explosions." In making this statement, bin Laden likely had in mind the operation that his organization was then preparing: the near-simultaneous bombing of U.S. embassies in Kenya and Tanzania.

_The 1998 East African Embassy Bombings & Iranian Support_
In _Owens v. Republic of Sudan_, the District Court for the District of Columbia explained in brief the devastating impact of the 1998 East Africa embassy bombings:

> On August 7, 1998 truck bombs exploded outside the United States embassies in Nairobi, Kenya and in Dar es Salaam, Tanzania. The explosions killed more than 200 people and injured more than a thousand. Many of the victims of the attacks were U.S. citizens, government employees, or contractors.

> As would later be discovered, the bombings were the work of al Qaeda, and only the first of several successful attacks against U.S. interests culminating in the September 11, 2001 attack on the United States itself.[119]

Iran played a causal role in those attacks. Iranian-backed militants, including Imad Maghniyah, had met with bin Laden as the relationship between al-Qaeda and Iran deepened. According to Ali

---

Agency report, January 31, 1997, p. 3, available at https://www.documentcloud.org/documents/368918-1997-01-31-terrorism-establishment-of-a.html.

[116] See, for example, _Flanagan v. Islamic Republic of Iran_, No. 10-1643 (D.D.C., March 31, 2015), p. 18. In that case, the Court favorably quoted a plaintiff's exhibit that stated: "In many of its operations involving terrorist groups, Iran uses Hizballah as a facilitator.… Working through Hizballah offers Iran some degree of deniability if it chooses, as it places one more degree of separation between the group in question and Iran."

[117] _United States v. Mohamed_, S(7) 98 Cr. 1023, (S.D.N.Y., October 28, 2000), p. 28.

[118] Ibid.

[119] _Owen v. Republic of Sudan_, 864 F.3d 751, 762 (D.D.C., 2017).

Mohamed, Hizballah subsequently "provided explosives training for al-Qaeda and al-Jihad [EIJ]," as well as providing them with explosives.[120] Testifying in the same court case, al-Qaeda defector Jamal al-Fadl described the same training. Fadl told the court that he spoke with another al-Qaeda operative, Abu Talha al-Sudani, who attended Hizballah's training in Lebanon. According to Fadl, Sudani described Hizballah's training as "very good," and showed Fadl a videotape from the training, which dealt with how to blow up "big buildings."[121]

The 9/11 Commission added context for the training described by Mohamed and al-Fadl, explaining that discussions between al-Qaeda and Iranian operatives in late 1991 or 1992 "led to an informal agreement to cooperate in providing support—even if only training—for actions carried out primarily against Israel and the United States."[122] Shortly after these discussions, "senior al Qaeda operatives and trainers traveled to Iran to receive training in explosives."[123] Then, during the "fall of 1993, another such delegation went to the Bekaa Valley in Lebanon for further training in explosives as well as in intelligence and security."[124] The trainees who received instruction from Iran and Hizballah included al-Qaeda's "top military committee members," as well as al-Qaeda terrorists who belonged to the cell responsible for attacking the U.S. Embassy in Kenya.[125] Indeed, the 9/11 Commission found that the training provided by Iran and Hizballah gave al-Qaeda the "tactical expertise" it required for the 1998 U.S. Embassy bombings.[126]

The U.S. District Court for the District of Columbia subsequently confirmed the 9/11 Commission's conclusion, finding that Iran played a causal role in the 1998 U.S. Embassy attacks. In *Owens v. Republic of Sudan*, in which Iran was also a defendant, the Court found that "prior to their meetings with Iranian officials and agents, bin Laden and al-Qaeda did not possess the technical expertise required to carry out the embassy bombings in Nairobi and Dar es Salaam. The Iranian defendants, through Hezbollah, provided explosives training to bin Laden and al-Qaeda and rendered direct assistance to al-Qaeda operatives."[127] In its *Havlish v. bin Laden* opinion, the District Court for the Southern District of New York affirmed Iran's support for al-Qaeda during this period, as well as the fact that Iranian leadership was aware of this material support.[128]

Iran also played a central role in facilitating al-Qaeda's activities in the Arabian Peninsula. Al-Qaeda had exercised some influence in Yemen as early as 1988, supporting anti-communist jihadists during the country's civil war.[129] Iran helped transform this limited influence into a more potent operation by serving as a transit route for al-Qaeda members traveling to and from the Gulf. The groundwork for this travel facilitation was laid in the mid-1990s, when senior al-Qaeda associate Mustafa Hamid "negotiated a secret relationship between Usama Bin Laden and Iran, allowing many al Qaida members safe transit through Iran to Afghanistan."[130] Iran held up its end of the bargain by allowing

---

[120] *United States v. Mohamed*, S(7) 98 Cr. 1023, (S.D.N.Y., October 28, 2000), p. 28.

[121] Transcript, Day 2, *United States v. Bin Laden,* No. S(7) 98 Cr. 1023 (S.D.N.Y, February 6, 2001).

[122] National Commission on Terrorist Attacks upon the United States, *The 9/11 Commission Report* (2004), p. 61.

[123] Ibid.

[124] Ibid.

[125] Ibid., p. 68.

[126] Ibid.

[127] *Owens v. Republic of Sudan*, 826 F.Supp.2d 128, 135 (D.D.C., 2011).

[128] *Havlish v. Bin Laden*, No. 09848 (S.D.N.Y., December 22, 2011), p. 18.

[129] Peter L. Bergen, *The Osama bin Laden I Know* (New York: Free Press, 2006), pp. 108-09; Nasser al-Bahri, *Guarding Bin Laden: My Life in al-Qaeda*, trans. Susan de Muth (London: Thin Man Press, 2013), p. 22.

[130] U.S. Department of the Treasury, press release, "Treasury Targets al Qaeda Operatives in Iraq," January 16, 2009, https://www.treasury.gov/press-center/press-releases/Pages/hp1360.aspx.

al-Qaeda to "establish a series of guest houses for its fighters making the long journey through [Iranian] territory."[131] According to Dr. Patrick Clawson, the director of research at the Washington Institute for Near East Policy, "during the late 1990s and through 2000," Iran was the "common route" for al-Qaeda members transiting between Afghanistan and Yemen.[132] Indeed, Saif al-Adl identified Iran in 1999 as a "safe passage for the fraternal brothers after the Pakistani authorities began to tighten the noose around our movement."[133]

Much of Iran's support for al-Qaeda was rendered through its Ministry of Intelligence and Security (MOIS) and the IRGC. In its 2000 report *Patterns of Global Terrorism*, the U.S. Department of State noted that these two Iranian organs had supplied "support—including funding, training and logistics assistance—to extremist groups in the Gulf" of Aden, as well as other areas.[134]

The U.S. District Court for the District of Columbia later found that Iran's support to al-Qaeda in the Gulf played a causal role in the October 2000 suicide bombing attack on the USS *Cole*, which killed 17 American sailors while the vessel was refueling in the Port of Aden. The Court concluded that Iran, "through the provision of material support and resources (the financial support, support for training, and facilitation of travel) to Bin Laden and Al-Qaeda, facilitated the planning and execution of the attack on the Cole."[135] In finding Iran culpable in the *Cole* bombing, the Court reasoned that "Iran took primary responsibility for transferring, via Lebanese Hizballah, extensive technical expertise to Al-Qaeda and other terrorist organizations." The court also determined that al-Qaeda "used Iran as a 'transit point' for moving money and fighters." Finally, the court held that "in the years leading up to the Cole bombing, Iran was directly involved in establishing Al-Qaeda's Yemen network and supported training and logistics for Al-Qaeda in the Gulf region."[136]

The travel facilitation that Iran provided to al-Qaeda also helped the terrorist group to execute the 9/11 attacks, even if Iran did not necessarily know that al-Qaeda was then preparing such a massive operation on U.S. soil.  According to the 9/11 Commission, at least eight and possibly as many as ten of the 15 Saudi hijackers involved in the 9/11 attacks passed through Iran while *en route* to Afghanistan between October 2000 and February 2001.[137] This was a preferred route for moving al-Qaeda operatives during this period, as Tehran instructed its border guards not to stamp the passports of these operatives, effectively cloaking their movements. Among other things, neglecting to stamp the passports was an attempt by Iran to disguise its support for al-Qaeda.[138] Following a subsequent civil lawsuit brought against Iran, the District Court for the Southern District of New York ruled that this travel facilitation, along with other avenues of support, constituted direct material support to al-Qaeda.[139]

---

[131] *Flanagan v. Islamic Republic of Iran*, No. 10-1643 (D.D.C., March 31, 2015), p. 20.

[132] Ibid., p. 21.

[133] Bergen, *The Osama bin Laden I Know*, p. 354.

[134] U.S. Department of State, *Patterns of Global Terrorism, 2000* (Washington, D.C., April 2001), https://2009-2017.state.gov/j/ct/rls/crt/2000/.

[135] *Flanagan v. Islamic Republic of Iran*, No. 10-1643 (D.D.C., March 31, 2015), p. 32, https://www.govinfo.gov/content/pkg/USCOURTS-dcd-1_10-cv-01643/pdf/USCOURTS-dcd-1_10-cv-01643-0.pdf.

[136] Ibid., p. 35.

[137] *The 9/11 Commission Report: Final Report of the National Commission on Terrorist Attacks Upon the United States* (2004), p. 240; *Unclassified Version of Director of Central Intelligence George J. Tenet's Testimony Before the Joint Inquiry into Terrorist Attacks against the United States*, Central Intelligence Agency, June 18, 2002, https://www.cia.gov/news-information/speeches-testimony/2002/dci_testimony_06182002.html.

[138] *Havlish v. Bin Laden*, No. 09848 (S.D.N.Y., December 22, 2011), p. 23.

[139] Ibid., pp. 50-51.

The period of the al-Qaeda-Hizballah relationship, stretching from 1992 through at least 2001, spanned multiple Iranian political administrations. The fact that this relationship continued even through the Mohammad Khatami administration, which observers frequently describe as moderate or reformist, suggests that changes in Iranian political administrations did not meaningfully alter its policy regarding al-Qaeda. It is worth noting that the elected Iranian president wields far less power than the country's Supreme Leader, Ayatollah Ali Khamenei. Notoriously hardline, Ayatollah Khamenei has been identified by the CIA as one of Hizballah's "foremost supporters."[140]

*Post-9/11 Iranian Support for al-Qaeda*

Iranian support for al-Qaeda continued following the 9/11 attacks. Acting through a deal that Abu Hafs al-Mauritani (born Mahfouz Ibn El Waleed) brokered with the IRGC's elite Quds Force, Tehran gave safe passage and sanctuary to hundreds of jihadists fleeing Afghanistan in the wake of the U.S.-led invasion to overthrow the Taliban.[141] Fighters in the first wave fleeing Afghanistan were detained but then deported to countries of their choice after being documented, with Iran issuing some of them special traveling papers to facilitate their exit. While detained, these fighters were provided with comfortable accommodations rather than being held in military or prison facilities.[142] Indeed, General Qassem Suleimani, the head of the Quds Force, reportedly took "personal responsibility" for tending to Osama bin Laden's fleeing family, as well as senior al-Qaeda members, when they "sought sanctuary in Iran in 2002."[143]

Indeed, the Islamic Republic permitted entry to some of al-Qaeda's highest-ranking members, including, among others, Saif al-Adl, Abu Muhammad al-Masri (a leading al-Qaeda figure who was involved in the 1998 East African embassy attacks), Abu Musab al-Suri (one of al-Qaeda's most influential strategic voices), Sa'ad and Hamza Bin Laden (Osama's son) and Abu Musab al-Zarqawi (the future leader of AQI).[144] Other al-Qaeda figures who found refuge in Iran after fleeing

---

[140] Central Intelligence Agency, "Hizballah Reactions to Khatami's Election," December 22, 1997, https://www.cia.gov/library/readingroom/docs/doc_0001280265.pdf. Iran's sustained support for al-Qaeda cannot be attributed entirely to Khamenei, however. In October 1997, two months after his election, Khatami reassured Hizballah's leadership that his administration would maintain its support for the group. Ibid.

[141] "Statement by Sulayman Abu Ghayth to the Federal Bureau of Investigation," document number 415-A-NY-307616, March 1, 2013, p. 7; Cathy Scott-Clark and Adrian Levy, *The Exile: The Stunning Inside Story of Osama Bin Laden and Al Qaeda in Flight* (New York: Bloomsbury, 2017) p. 146.

Mauritani is a leading Islamic scholar from Mauritania who became bin Laden's personal consigliere and al-Qaeda's foremost religious authority. As for the Quds Force, it is now responsible for Iran's extraterritorial covert and military operations. At the end of the Iran-Iraq War, the IRGC merged several Quds Force predecessors, giving the new elite division its current name and formalizing its structure. Nader Uskowi, *Temperature Rising: Iran's Revolutionary Guards and Wars in the Middle East* (Lanham, MD: Rowman & Littlefield, 2019), p. 42; "Al-Quds Forces Associated with the Guards of the Islamic Revolution," Iraqi intelligence study (ISGZ 2005-001122-19954), October 2000. However, as early as 1979, Quds Force predecessors began to support foreign militant groups and Shia dissidents. For example, they provided training to Iraqi refugees in Iran, deploying them to fight in border skirmishes against Iraqi forces even before the Iran-Iraq War began in 1980. Quds Force predecessors also trained Afghans in Iran to fight first against the Communist government in Kabul in 1979, and later against occupying Soviet forces. National Foreign Assessment Center, U.S. Central Intelligence Agency, "Iran: Exporting the Revolution," March 10, 1980.

[142] "Letter Dated 13 Oct 2010," released in Bin Laden's Bookshelf, Office of the Director of National Intelligence, https://www.dni.gov/files/documents/ubl/english/Letter%20dtd%2013%20Oct%202010.pdf; Scott-Clark and Levy, *The Exile*, p. 146.

[143] Scott-Clark & Levy, *The Exile*, p. 520.

[144] Levy & Scott-Clark, "Al Qaeda Has Rebuilt Itself – With Iran's Help," *The Atlantic,* November 11, 2017, https://www.theatlantic.com/international/archive/2017/11/al-Qaeda-iran-cia/545576/.

Afghanistan included Abu Anas al-Libi (a prominent Libyan member who played an important role in the 1998 East Africa embassy bombings), Abu Malik al-Libi, Atiyah Abd al-Rahman (a key al-Qaeda manager, responsible for maintaining communications between al-Adl in Iran and bin Laden in Pakistan), Thirwat Saleh Shihata (a former deputy to Zawahiri), and Muhammad Islambouli (an Egyptian fighter who was a prominent al-Qaeda member).[145]

Iran monitored and surveilled al-Qaeda members in its territory, with the goal of maximizing the utility al-Qaeda could offer to Iranian objectives (consistent with Iran's pre-9/11 assistance to al-Qaeda) while staving off the dangers that the terrorist group might pose to Iran. Prominent analyst Seth Jones explained Iranian officials' concerns in an essay for *Foreign Affairs*: "According to U.S. government officials involved in discussions with Iran, over time, the growing cadre of AQ leaders on Iranian soil apparently triggered a debate among senior officials in Tehran. Some worried that the U.S. would eventually use the terrorist group's presence as a casus belli. Indeed, in late 2002 and early 2003, U.S. government officials held face-to-face discussions with Iranian officials demanding the regime deport AQ leaders to their countries of origin. Iran refused, but around the same time, the country's Ministry of Intelligence (MOIS) took control of AQ members and their families."[146] The concerns of Tehran's leadership resulted in further restriction on the movements and residences of al-Qaeda members, at least temporarily, and sporadic detention of these individuals.[147]

Even so, Iran provided al-Qaeda operatives with wide latitude in carrying out their roles for the militant organization. As Fishman notes in *The Master Plan*, Saif al-Adl was "living freely in Shiraz when the United States invaded Iraq," and "he continued to play a key role in al-Qaeda's broader command structure." Al-Adl's "captors clearly gave him leeway to remain a productive member of al-Qaeda's leadership" during this period.[148] Illustrating the leeway provided to al-Adl, and thus providing a window into the leeway that Iran gave also to other al-Qaeda leaders, is Saif al-Adl's ability to produce and disseminate the "master plan," a highly consequential strategic document that would eventually pave the way for al-Qaeda's cooperation with Zarqawi and its expansion in Iraq.

### *Saif al-Adl and the Master Plan*
Saif al-Adl's "house arrest" in Iran gave him the space he needed to write and distribute the consequential "master plan" text that helped frame a multi-step strategy for al-Qaeda and its affiliates' future activities and strategies in Iraq and beyond. Fishman elaborates on al-Adl's relatively lenient detainment conditions, describing how Iran housed al-Adl in an Iranian villa where he could still "repeatedly pass messages to al-Qaeda members in Saudi Arabia and Pakistan"[149] This environment

---

[145] See "Letter Dated  13 Oct 2010," released in Bin Laden's Bookshelf, Office of the Director of National Intelligence, https://www.dni.gov/files/documents/ubl/english/Letter%20dtd%2013%20Oct%202010.pdf; "Letter Dated 5 April 2011," released in Bin Laden's Bookshelf, Office of the Director of National Intelligence, https://www.dni.gov/files/documents/ubl/english/Letter%20dtd%205%20April%202011.pdf; Assaf Moghadam, "Marriage of Convenience: The Evolution of Iran and al-Qa'ida's Tactical Cooperation," *CTC Sentinel* 10:4 (April 2017); U.S. Department of the Treasury, press release, "Treasury Targets Key Al-Qa'ida Funding and Support Network Using Iran as a Critical Transit Point," July 28, 2011, https://www.treasury.gov/press-center/press-releases/pages/tg1261.aspx; Adam Goldman, "Senior al-Qaeda Figure Leaves Iran Amid a Series of Departures by Terrorist Suspects," *The Washington Post*, February 14, 2014.

[146] Seth G. Jones, "Al Qaeda in Iran," *Foreign Affairs*, January 29, 2012.

[147] Nasser al-Bahri, *Guarding Bin Laden: My Life in al-Qaeda*, trans. Susan de Muth (London: Thin Man Press, 2013), p. 209; "Letter Dated 13 Oct 2010," released in Bin Laden's Bookshelf, Office of the Director of National Intelligence, https://www.dni.gov/files/documents/ubl/english/Letter%20dtd%2013%20Oct%202010.pdf.

[148] Fishman, *The Master Plan*, locs. 679-86.

[149] Ibid., loc. 691.

was directly conducive to al-Adl producing his master plan. Fishman writes: "Al-Adl had plenty of opportunity to think big about al-Qaeda's strategy and the opportunity created by Zarqawi's growing network in Iraq. And in the early years of his captivity, at least, he maintained regular contact with the outside world. The result of these machinations was a master plan to finally integrate the Zarqawiists into al-Qaeda, build a near-term strategy to reestablish the caliphate, and, eventually, secure final victory."[150]

Beyond providing the space for al-Adl to develop and record his thinking on these issues, Iran allowed al-Adl to remain connected to members of his militant network who were located outside of Iran. This was accomplished in part through the use of couriers. To send out his master plan document, al-Adl used a Palestinian courier who "had been jailed with al-Adl decades earlier in Egypt and had been more recently living in Tehran."[151] Al-Adl provided this messenger with 42 yellow sheets of paper containing his master plan, as well as "al-Adl's history of Zarqawi's engagement with al-Qaeda." The recipient of these 42 yellow sheets was a Jordanian journalist well connected in militant circles, Fouad Hussein.[152] Hussein himself had extremist leanings, and had been imprisoned in Jordan for writing pieces critical of Jordan's government. Indeed, he had been "jailed in Jordan alongside Zarqawi and Maqdisi in the 1990s."[153]

After receiving the document from al-Adl, in 2005 Hussein published the contents of these 42 pages in a biographical book about Zarqawi entitled *Al-Zarqawi: The Second Generation of Al Qaeda*. In addition to the information he had received from al-Adl, Hussein compiled additional insights that he gathered from interviews with other jihadist leaders.[154] The book published by Hussein is significant, as it outlined not only al-Adl's "visionary effort to incorporate the Zarqawist movement into al-Qaeda's strategic vision," but also a broader seven-stage plan for al-Qaeda and its affiliates to reestablish the caliphate within a 20-year period.[155] Lawrence Wright provides a competent summary of this seven-stage plan:

> Al Qaeda's twenty-year plan began on September 11th, with a stage that Hussein calls "The Awakening." The ideologues within Al Qaeda believed that "the Islamic nation was in a state of hibernation," because of repeated catastrophes inflicted upon Muslims by the West. By striking America—"the head of the serpent"—Al Qaeda caused the United States to "lose consciousness and act chaotically against those who attacked it. This entitled the party that hit the serpent to lead the Islamic nation." This first stage, says Hussein, ended in 2003, when American troops entered Baghdad.
>
> The second, "Eye-Opening" stage will last until the end of 2006, Hussein writes. Iraq will become the recruiting ground for young men eager to attack America. In this phase, he argues, perhaps wishfully, Al Qaeda will move from being an organization to "a mushrooming invincible and popular trend." The electronic jihad on the Internet will propagate Al Qaeda's ideas, and Muslims will be pressed to donate funds to make up for the seizure of terrorist assets by the West. The third stage, "Arising and Standing

---

[150] Ibid.
[151] Ibid., loc. 735.
[152] Ibid., loc. 730.
[153] Ibid., loc. 733.
[154] Lawrence Wright, "The Master Plan," *The New Yorker*, September 3, 2006.
[155] Fishman, *The Master Plan,* loc. 739.

Up," will last from 2007 to 2010. Al Qaeda's focus will be on Syria and Turkey, but it will also begin to directly confront Israel, in order to gain more credibility among the Muslim population.

In the fourth stage, lasting until 2013, Al Qaeda will bring about the demise of Arab governments. "The creeping loss of the regimes' power will lead to a steady growth in strength within Al Qaeda," Hussein predicts. Meanwhile, attacks against the Middle East petroleum industry will continue, and America's power will deteriorate through the constant expansion of the circle of confrontation. "By then, Al Qaeda will have completed its electronic capabilities, and it will be time to use them to launch electronic attacks to undermine the U.S. economy." Islamists will promote the idea of using gold as the international medium of exchange, leading to the collapse of the dollar.

Then an Islamic caliphate can be declared, inaugurating the fifth stage of Al Qaeda's grand plan, which will last until 2016. "At this stage, the Western fist in the Arab region will loosen, and Israel will not be able to carry out preemptive or precautionary strikes," Hussein writes. "The international balance will change." Al Qaeda and the Islamist movement will attract powerful new economic allies, such as China, and Europe will fall into disunity.

The sixth phase will be a period of "total confrontation." The now established caliphate will form an Islamic Army and will instigate a worldwide fight between the "believers" and the "non-believers." Hussein proclaims, "The world will realize the meaning of real terrorism." By 2020, "definitive victory" will have been achieved. Victory, according to the Al Qaeda ideologues, means that "falsehood will come to an end… The Islamic state will lead the human race once again to the shore of safety and the oasis of happiness."[156]

Al-Adl's master plan proved highly consequential. Fishman writes that while "the seven-stage 'master plan' is not the only 'strategic plan' that al-Qaeda has offered over the years," and it "should not be understood as a formal blueprint for every jihadi behavior," the document's significance can be found in the fact that it presented a "remarkably prescient vision of future events, especially the Islamic State's declaration of a caliphate."[157]

The main intellectual achievement of al-Adl's theoretical work during his time in Iran was the way in which he synthesized al-Qaeda and Zarqawi's goals. Fishman notes that "integrating al-Qaeda's long-term strategic framework with Zarqawi's action-oriented, near-term focus was no easy task."[158] Yet al-Adl achieved this—even if the relationship between the two would prove limited in duration. Fishman writes that al-Adl's suggested plan and timeline "was a revelation for al-Qaeda, which had long sought to resurrect the caliphate but on a much more protracted, and intentionally vague, timeline."[159]

---

[156] Wright, "The Master Plan."
[157] Fishman, *The Master Plan,* loc. 756.
[158] Ibid., loc. 742.
[159] Ibid.

Al-Adl's master plan is one of the most consequential jihadist strategic documents ever produced. The fact that al-Adl was able to conceive, write, and distribute it during his time in Iran is indicative of the latitude that the Islamic Republic provided to him, and to other al-Qaeda leaders.

*The "Management Council"*

By June 2003, just three months after the U.S. invasion of Iraq, U.S. intelligence officials were already speaking publicly about Iran's support for al-Qaeda. One news report published that month noted, for example: "American intelligence officials said that Iran's Ministry of Intelligence and Security, and the Qods Division of the Islamic Revolutionary Guards Corps … are deeply involved in supporting terrorists, including al Qaeda."[160] The Iran-based al-Qaeda hub rapidly established a "management council" charged with providing strategic assistance to al-Qaeda's main leadership that had regrouped in Pakistan. This cadre helped to plan and direct the October 2003 truck bombing of a Western housing complex in Riyadh, Saudi Arabia, suicide strikes against multiple targets in Casablanca, Morocco that same month, and the bombing of the El-Ghriba synagogue in Djerba, Tunisia in 2002.[161]

Al-Qaeda's overarching leadership principle is known as "centralization of decision and decentralization of execution."[162] Peter Bergen notes that, under this framework, "strategic targeting decisions were made by bin Laden, but the planning and execution of attacks were undertaken by his field commanders."[163] Applying this principle to the organization more broadly, al-Qaeda's leadership structure enabled the organization to operate even when senior leaders were physically separated from field operatives.

Primarily due to pressure from the United States and other Arab states in the wake of these attacks, Iran did detain several leading al-Qaeda figures sheltering in the country. However, it never publicly specified who these operatives were. Further, subsequently uncovered evidence revealed that key management council members—including Atiyah and Muhammad Islambouli—were still allowed to operate with relative impunity, as I detailed was the case also for Saif al-Adl. It is now known that for the most part the detained al-Qaeda figures were held under a loose form of military house arrest that afforded a relatively high degree of movement. In a 2013 interview with the FBI, Sulayman Abu Ghayth, who had served as al-Qaeda's chief spokesman in the immediate aftermath of 9/11, described the accommodations at these sites:

> GHAYTH advised that while initially incarcerated, the Iranians were official and formal and treated them well. They never received any verbal or physical abuse and they were told that treating them well was a recommendation from their leadership. GHAYTH stated that they were never interrogated and were only asked simple questions during the first week of incarceration…. After one year and eight months,

---

[160] "U.S. Says Iran Harbors al Qaeda Associate," *Washington Times*, June 10, 2003.

[161] Levy & Scott-Levy, "Al-Qaeda Has Rebuilt Itself – With Iran's Help"; Daniel Byman, "Unlikely Alliance: Iran's Secretive Relationship with Al-Qaeda," IHS Defense, Risk and Security Consulting (July 2012), p. 31; Moghadam, "Marriage of Convenience"; Toby Dershowitz, "Iran's Support for al-Qaeda is Incompatible with FATF Standards," Foundation for Defense of Democracies, February 6, 2019, https://www.fdd.org/analysis/2019/02/06/irans-support-for-al-Qaeda-is-incompatible-with-fatf-standards/; Seth Jones, "Al Qaeda in Iran; Why Teheran is Accommodating the Terrorist Group," *Foreign Affairs*, January 29, 2012.

[162] See Peter Bergen, *The Osama bin Laden I Know: An Oral History of al Qaeda's Leader* (New York: Free Press, 2006), p. 253 (quoting Nasser al-Bahri, whose kunya is Abu Jandal); Khalid al-Hammadi, "The Inside Story of al-Qaeda, Part 4," *Al-Quds al-Arabi*, March 22, 2005.

[163] Peter L. Bergen, *The Rise and Fall of Osama Bin Laden* (New York: Simon and Schuster, 2021), pp. 112-13.

they were moved to a military camp for approximately six months (Iran Location #2). GHAYTH said that Iran Location #2 was like a rest area for soldiers.… While incarcerated at Iran Location #2, they heard military training and anthems being sung. They were in a 100m by 100m compound and free to go in and out of their individual apartments within the military compound. The compound also had a mosque and soccer field…. After six months in Iran Location #2, they were set up in apartment like housing in which they stayed for approximately four years (Iran Location #3). Iran Location #3 was within the same Tehran military compound in which Iran Location #2 was located, but just in a different section of the overall compound…. After approximately four years at Iran Location #3, GHAYTH and his family, and the others who were co-located with GHAYTH at Iran Location #3 … were relocated to new accommodations within the same military compound in Tehran (Iran Location #4). Iran Location #4 was a walled off area with multiple houses, each with a yard, surrounding a central courtyard/playground. Each family had its own house at Iran Location #4. GHAYTH believed that the Iranians spent about a year refurbishing Iran Location #4 to get it ready for them…. GHAYTH and his fellow detained remained at Iran Location #4 until GHAYTH's recent release from Iranian custody, a time-period of approximately three and a half years.[164]

The accommodations offered to al-Qaeda members were so lax that some, including Abu Muhammad al-Masri, chose to remain in Iranian detention rather than return home. In 2011, al-Masri and several other al-Qaeda leaders in Iranian custody were offered release under the condition that they returned to their home countries.[165] Al-Masri rejected Iran's offer, instead choosing to stay in Iranian custody.[166] Four years later, after a prisoner exchange with al-Qaeda in 2015, Iran formally released al-Masri from prison, yet al-Masri again chose to remain in Iran.[167] Former FBI agent and prominent terrorism analyst Ali Soufan concluded that al-Masri likely chose to stay in Iran because Iran offered him freedoms and security he would not receive had he returned to Egypt.[168] Indeed, despite nominally being in Iranian custody, al-Masri was able to communicate with al-Qaeda operatives around the world, unimpeded by Iranian security forces and immune from Coalition drone strikes.[169]

Abu al-Qassam al-Urduni, a high ranking al-Qaeda member and the brother-in-law of Abu Musab al-Zarqawi, likewise described al-Qaeda leaders' extensive freedoms in Iran. In an essay published in 2017, Urduni suggested that al-Masri, along with Saif al-Adl, were detained only insofar as they could not leave Iran, "for the fact that [al-Masri and Saif al-Adl] are in Iran is true, but as for being detained, this was what had to be clarified and detailed…they got out of prison. So the two are not detained as is understood and implied from this word, but they are prohibited from travelling until God can grant them an exit, for they move about and live their ordinary life except for permission to travel. For the

---

[164] "Statement by Sulayman Abu Ghayth to the Federal Bureau of Investigation," document number 415-A-NY-307616, March 1, 2013, pp. 8-12.

[165] Ali Soufan, "Next in Line to Lead al-Qa`ida: A Profile of Abu Muhammad al-Masri," *CTC Sentinel* 12:10 (November 2019), https://ctc.usma.edu/next-line-lead-al-qaida-profile-abu-muhammad-al-masri/.

[166] "Statement by Sulayman Abu Ghayth to the Federal Bureau of Investigation," document number 415-A-NY-307616, March 1, 2013, p. 15.

[167] Ali Soufan, "Next in Line to Lead al-Qa`ida."

[168] Ibid.

[169] Ibid.

word 'detained' gives the false impression that the two are in prison or incommunicado or deprived of will or the like."[170]

Tehran also continued to allow recruits making the journey to South Asia to access guest houses in Iran, a fact referenced by Abu Muhammad al-Adnani, former ISIS spokesman, in his May 2014 denunciation of Zawahiri.[171] Repeated reference to these sanctuaries being used to facilitate the travel of al-Qaeda to and from Afghanistan is made in reports prepared at the Guantanamo Bay detention facility that have been either declassified or appeared in press reporting.[172] According to one document, dozens of Guantanamo prisoners were found to have traveled through the Islamic Republic en route to al-Qaeda's training camps in Afghanistan: "Travel through Iran is a known modus operandi for al Qaeda operatives to get into Afghanistan via a chain of safe-houses and operatives."[173] This route was operated by Yasin al-Suri since at least 2007, and possibly as early as 2005. Tehran maintained ties with Suri, allowing him to operate in the country.[174] Access to guest houses operated by Tehran also directly supported the operations of al-Qaeda leaders and facilitators such as Abu Zubaydah and Hussein Salem Mohammed.[175]

*Al-Qaeda Facilitators*
The Islamic Republic has been complicit in allowing key al-Qaeda facilitators to operate from its territory. In 2005, the U.S. Treasury Department designated Muhsin al-Fadhli, an Iran-based confidant of bin Laden, for providing financial and material support to underwrite attacks against American and coalition forces fighting in Iraq.[176] In 2009, the United States sanctioned several top al-Qaeda operatives based in Iran, including bin Laden's son Sa'ad and also Mustafa Hamid, one of the main people responsible for channeling strategic and tactical communications to and from Afghanistan during the 1990s.[177]

In July 2011, the U.S. Treasury Department for the first time formally accused Tehran of forging an alliance with al-Qaeda to move money and recruits from the Persian Gulf to the group's leadership in Afghanistan, Pakistan, and Iraq, with these personnel and assets moving through Iran. Yasin al-Suri,

---

[170] Aymenn Jawad Al-Tamimi, "The Hay'at Tahrir al-Sham-al-Qaeda Dispute: Primary Texts (III)," Aymenn Jawad Al-Tamimi's Blog, December 10, 2017, http://www.aymennjawad.org/2017/12/the-hayat-tahrir-al-sham-al-Qaeda-dispute-primary-2.

[171] Abu Muhammad al-Adnani, "Pardon, Emir of al-Qaeda," audio recording of speech produced by ISIS's al-Furqan Media Foundation, posted to Twitter on May 11, 2014; see also Thomas Joscelyn, "ISIS Spokesman Blames Zawahiri for Infighting in Syria," *Long War Journal*, May 12, 2014.

[172] Discussed in Thomas Joscelyn, "Al Qaeda's Interim Emir and Iran," *Long War Journal*, May 18, 2011, https://www.longwarjournal.org/archives/2011/05/analysis_al_qaedas_i.php.

[173] Tim Lister, "Military Documents Reveal Details About Guantanamo Detainees, al Qaeda," CNN, April 25, 2011, http://www.cnn.com/2011/US/04/25/wikileaks.documents/index.html; Clemmie Douchez, "Ex-Guantanamo Detainee Allegedly Led Recruiting Cell for the Islamic State," *Long War Journal*, March 1, 2016.

[174] See U.S. Department of the Treasury, press release, "Treasury Targets Key Al-Qa'ida Funding and Support Network Using Iran as a Critical Transit Point," July 28, 2011, https://www.treasury.gov/press-center/press-releases/pages/tg1261.aspx.

[175] Thomas Joscelyn, "5 Transferred GITMO Detainees Served al Qaeda, Leaked Files Allege," *Long War Journal*, November 21, 2014, https://www.longwarjournal.org/archives/2014/11/five_guanta_deta.php.

[176] U.S. Department of the Treasury, press release, "Treasury Takes Action to Stem Funding to the Iraqi Insurgency," February 15, 2005.

[177] U.S. Department of the Treasury, press release, "Treasury Targets al Qaeda Operatives in Iraq," January 16, 2009, https://www.treasury.gov/press-center/press-releases/Pages/hp1360.aspx; Ari R. Weisfuse, "The Last Hope for the al-Qa'ida Old Guard?: A Profile of Saif al-'Adl," *CTC Sentinel* 9:3 (March 2016), https://ctc.usma.edu/app/uploads/2016/04/CTC-SENTINEL-Vol9Iss3_b7.pdf, p. 24.

who was born Ezedin Abdel Aziz Khalil, was identified as the chief architect behind this enterprise, which drew on a logistical and financial network that operated in tandem with donors and contributors based in Qatar and Kuwait.[178] According to the 2011 announcement from the Treasury Department, "Iranian authorities maintain a relationship with Khalil [Suri] and have permitted him to operate within Iran's borders since 2005."[179] Treasury also stated that Suri's activities included moving "money and recruits from across the Middle East into Iran, then on to Pakistan," where they served senior al-Qaeda leaders. Suri also arranged for al-Qaeda members detained in Iran to be freed and sent to Pakistan. The Iranians did not merely turn a blind eye to Suri's activities. Instead, Suri operated "under an agreement between al Qaeda and the Iranian government."[180]

Treasury also designated Umid Muhammadi, an AQI supporter based in Iran who was involved "in planning multiple attacks in Iraq and has trained extremists in the use of explosives."[181] Treasury added that Muhammadi had "also received training in Afghanistan on the use of rockets and chemicals."[182] The next year, the U.S. Treasury named Adel Radi Saqr al-Wahabi al-Harbi as Fadhli's chief deputy inside Iran, and the main person responsible for assisting with the transfer of jihadists to the Middle East and raising funds in support of al-Qaeda attacks.[183]

The importance of these Iran-based facilitators is reflected in internal al-Qaeda documents penned by the group's senior leaders. In the 2011 raid on bin Laden's compound in Abbottabad, Pakistan, U.S. forces seized a letter that al-Qaeda's emir wrote in 2007 to a jihadist referred to as "Karim," likely Abu Ayyub al-Masri. In it, bin Laden highlighted how critical Tehran was to his movement's operations, commenting: "Iran is our main artery for funds, personnel, and communication.… There is no need to fight with Iran unless you are forced."[184] Seth Jones observes that "securing Iranian help was straight forward" for al-Qaeda because the militant group "lacked the resources of a major state like Iran," and "having the ability to transit Iran was exceptionally useful for fights in Iraq, Afghanistan and Pakistan."[185]

Another letter, authored by Ayman al-Zawahiri and intercepted by Western intelligence agencies in November 2008, further underscored al-Qaeda's reliance on Iran. Zawahiri wrote the letter in the aftermath of al-Qaeda's September 2008 bombing of the U.S. embassy in Yemen, which killed 11 civilians, including one American.[186] Zawahiri cited Iranian "monetary and infrastructure assistance" as essential to the group's success in carrying out the attack. He "also thanked Iran for having the 'vision' to help the terror organisation establish new bases in Yemen after al-Qaeda was forced to abandon much of its terrorist infrastructure in Iraq and Saudi Arabia."[187]

---

[178] See Office of the Spokesperson, U.S. Department of State, "Rewards for Justice – Ezedin Abdel Aziz Khalil (a.k.a. Yasin al-Suri) Reward Offer," December 22, 2011.

[179] U.S. Department of the Treasury, press release, "Treasury Targets Key Al-Qa'ida Funding and Support Network Using Iran as a Critical Transit Point," July 28, 2011, https://www.treasury.gov/press-center/press-releases/Pages/tg1261.aspx.

[180] Ibid.

[181] Ibid.

[182] Ibid.

[183] U.S. Department of the Treasury, press release, "Treasury Further Exposes Iran-Based Al-Qa'ida Network," October 18, 2012, https://www.treasury.gov/press-center/press-releases/Pages/tg1741.aspx.

[184] "Letter to Karim," released in Bin Laden's Bookshelf, Office of the Director of National Intelligence, https://www.dni.gov/files/documents/ubl2016/english/Letter%20to%20Karim.pdf.

[185] Seth G. Jones, "Al Qaeda in Iran," *Foreign Affairs*, January 29, 2012.

[186] "Yemen: 30 Are Arrested After Attack on U.S. Embassy," *The New York Times*, September 18, 2008.

[187] Con Coughlin, "Iran Receives al Qaeda Praise for Role in Terrorist Attacks," *The Telegraph*, December 2, 2019.

In 2011, the aforementioned al-Suri network is believed to have negotiated a non-aggression pact with Tehran. According to a statement from the U.S. Treasury, under the terms of this agreement, al-Qaeda was required to desist from conducting any operations on Iranian soil—including recruiting operatives—while keeping authorities apprised of its activities. In return, the Islamic Republic would afford al-Qaeda operatives based in the country, and their families, freedom of movement and an uninhibited ability to travel.[188] The benefits of the arrangement appear to have been substantial for al-Qaeda, providing it a secure base of operations and insulation from U.S. drone attacks.[189] Indeed, David S. Cohen, then the Under Secretary for Terrorism and Financial Intelligence, underscored the benefits reaped by al-Qaeda in a statement released on July 28, 2011. Cohen stated that "by exposing Iran's secret deal with al-Qa'ida allowing it to funnel funds and operatives through its territory, we are illuminating yet another aspect of Iran's unmatched support for terrorism." He added that al-Qaeda's deal with Iran provided a "key network" and "much-needed support" to al-Qaeda's senior leadership.[190]

In the years that followed, the U.S. Treasury Department continued to report new details regarding al-Qaeda's Iran-based network. In February 2014, Treasury identified an Uzbek national, Olimzhon Adkhamovich Sadikov, as an operative who "provides logistical support and funding to al Qaeda's Iran-based network."[191] In August 2014, Treasury designated Abdul Mohsen Abdullah Ibrahim al-Sharikh, a senior al-Qaeda leader also known as Sanafi al-Nasr, who "served in early 2013 as chief of al Qaeda's Iran-based extremist and financial facilitation network."[192]

The value al-Qaeda's leadership placed on its Iran-based facilitation network became more apparent in 2014 as al-Qaeda's competition with its breakaway erstwhile affiliate ISIS deepened. ISIS spokesman Abu Muhammad al-Adnani released a statement in May 2014 in which he "made a startling admission: Al Qaeda has ordered its fighters and branches to refrain from attacking the Iranian state in order to preserve the terror group's network in the country."[193] Adnani's intention was to demonstrate that al-Qaeda had forged an agreement with the Shia state of Iran, and that in doing so, al-Qaeda constrained ISIS from attacking Iran. Adnani explained (with the grammatical peculiarities appearing in the original) that:

> ISIS has kept abiding by the advices and directives of the sheikhs and figures of jihad. This is why the ISIS has not attacked the Rawafid [rejectionists, a term used to describe Shia Muslims] in Iran since its establishment. It has left the Rawafid safe in Iran, held back the outrage of its soldiers, despite its ability, then, to turn Iran into bloodbaths. It has kept its anger all these years and endured accusations of collaboration with its worst enemy, Iran, for refraining from targeting it, leaving the Rawafid there to live in safety, acting upon the orders of al Qaeda to safeguard its interests and supply lines in Iran. Yes, it [ISIS] has held back the outrage of its soldiers and its own anger for years

---

[188] U.S. Department of the Treasury, press release, "Treasury Further Exposes Iran-Based Al-Qa'ida Network," October 18, 2012, https://www.treasury.gov/press-center/press-releases/Pages/tg1741.aspx.

[189] Moghadam, "Marriage of Convenience"; Byman, "Unlikely Alliance," p. 33.

[190] U.S. Department of the Treasury, press release, "Treasury Targets Key Al-Qa'ida Funding and Support Network Using Iran as a Critical Transit Point," July 28, 2011, https://www.treasury.gov/press-center/press-releases/Pages/tg1261.aspx.

[191] U.S. Department of the Treasury, press release, "Treasury Targets Networks Linked to Iran, February 6, 2014, https://www.treasury.gov/press-center/press-releases/Pages/jl2287.aspx.

[192] U.S. Department of the Treasury, press release, "Treasury Designates Additional Supporters of the Al-Nusrah Front and Al-Qaida," August 22, 2014, https://www.treasury.gov/press-center/press-releases/Pages/jl2613.aspx.

[193] Bill Roggio, "'Iran Owes al Qaeda Invaluably,' ISIS Spokesman Says," *Long War Journal*, May 12, 2014.

to maintain the unity of the mujahideen in opinion and action. Let history record that Iran owes al Qaeda invaluably.[194]

Prominent analyst Bill Roggio points out that Adnani emphasized how "ISIS 'complied' and didn't attack Iran."[195] According to Roggio, Adnani's admission demonstrates how al-Qaeda played a strong role in preventing its affiliates (as ISIS was an al-Qaeda affiliate during the period that Adnani describes) with overt commands to refrain from attacking Iran "in order to preserve the terror group's network in the country."[196]

In July 2016, the U.S. Treasury imposed sanctions on three senior members of al-Qaeda, all of whom were based in the Islamic Republic: Faisal Jassim Mohammed al-Amri al-Khalidi, Yisra Muhammad Ibrahim Bayumi, and Abu Bakar Muhammad Muhammad Ghumayn. The trio had carried out a range of activities for al-Qaeda, including gathering intelligence, raising and transferring funds, procuring weapons, and facilitating liaison with the Tehrik-e Taliban Pakistan (TTP) militant group.[197]

Also in July 2016, Abu Muhammad al-Masri made an important operational decision for al-Qaeda while still in Iran. At the time, al-Qaeda's Syrian affiliate Jabhat al-Nusra was considering rebranding in an effort to distance itself from al-Qaeda's senior leadership.[198] When the idea was presented to al-Masri (among other senior al-Qaeda members), he voiced his opposition to the rebranding. Al-Masri's ability to weigh in on the rebranding decision highlights the senior role he continued to play in al-Qaeda despite being in Iran. This incident showed that al-Masri was still in contact with al-Qaeda's leadership from his perch in Iran, that he communicated directly with al-Qaeda elements in Syria, and that he retained significant decision-making power and influence within the organization.[199]

In its 2017 *Country Reports on Terrorism*, the U.S. Department of State specifically singled out Iran's ongoing support for al-Qaeda as a serious issue: "Iran remained unwilling to bring to justice senior al-Qa'ida (AQ) members residing in Iran and has refused to publicly identify the members in its custody. Iran has allowed AQ facilitators to operate a core facilitation pipeline through Iran since at least 2009, enabling AQ to move funds and fighters to South Asia and Syria."[200]

In July 2018, a report produced by the United Nations Security Council concluded that "Al-Qaida leaders in the Islamic Republic have grown more prominent, working with Aiman al-Zawahiri and projecting his authority more effectively than he could previously."[201] The same report concludes that senior al-Qaeda leaders based in Iran have been able to exert influence on the evolving situation in northwestern Syria.[202] The report's conclusions are consistent with the roles played in February 2019

---

[194] Quoted in ibid.

[195] Ibid.

[196] Ibid.

[197] U.S. Department of the Treasury, press release, "Treasury Designates Three Senior Al-Qaida Members," July 20, 2016.

[198] Ali Soufan, "Next in Line to Lead al-Qa`ida: A Profile of Abu Muhammad al-Masri," *CTC Sentinel* 12:10 (November 2019), https://ctc.usma.edu/next-line-lead-al-qaida-profile-abu-muhammad-al-masri/.

[199] See Soufan, "Next in Line to Lead al-Qa`ida."

[200] U.S. State Department, Bureau of Counterterrorism and Countering Violent Extremism, *Country Reports on Terrorism 2017* (Washington D.C.: U.S. Department of State, 2018), p. 218.

[201] United Nations Security Council, "Letter Dated 16 July 2018 from the Chair of the Security Council Committee Pursuant to Resolutions 1276 (1999), 1989 (2011), 2253 (2015) Concerning Islamic State in Iraq and the Levant (Da'esh), Al-Qaida and Associated Individuals, Groups, Undertakings and Entities Addressed to the President of the Security Council," July 27, 2018, p. 6, https://undocs.org/S/2018/705.

[202] Ibid., p. 8.

by Abu Muhammad al-Masri and Saif al-Adl in mediating tensions between Hayat Tahrir al-Sham and Tanzim Hurras ad-Din, competing Syria-based factions that have been affiliated with al-Qaeda. At the time, al-Masri and al-Adl were both in Iran.[203]

Another recent development pointing to Iran's enduring permissiveness toward senior al-Qaeda leaders is the information gleaned in the aftermath of the assassination of Abu Muhammad al-Masri in August 2020. Al-Masri was assassinated in Tehran by Israeli operatives, after which it was discovered that he was living freely in the upscale neighborhood of Pasdaran.[204]

In January 2021, the State Department identified five additional al-Qaeda figures operating in Iran. The most significant was a Moroccan national named Muhammad Abbatay, better known by his *kunya* 'Abd al Rahman al-Maghrebi. Maghrebi is the son-in-law of Ayman al-Zawahiri and has served in a number of senior roles for al-Qaeda. The State Department described him as the "longtime director" of As Sahab, al-Qaeda's central media arm, as well as the head of the group's External Communications Office. In that latter capacity, al-Maghrebi "coordinates activities with" al-Qaeda's affiliates. Al-Maghrebi has also been al-Qaeda's "general manager in Afghanistan and Pakistan since 2012." From his perch in Iran, al-Maghrebi "has continued to oversee al-Qa'ida activities worldwide."[205]

### Categories of Iranian Material Support to al-Qaeda

There are numerous categories of Tehran's material support to al-Qaeda:

- The first category of Iranian material support to al-Qaeda is **training of its operatives to conduct mass casualty bombings and other related skills to shape al-Qaeda's future capacity to carry out attacks.** In the 1990s Iran provided al-Qaeda members with explosives training at a Hizballah training camp in Lebanon's Bekaa Valley, and al-Qaeda directly applied this training in the 1998 bombings targeting U.S. embassies in Nairobi, Kenya, and Dar es Salaam, Tanzania.

- The second category of Iranian material support is Tehran **providing sanctuary and refuge to al-Qaeda operatives that provided the organization with time and space to regroup after 9/11.** After the U.S. invasion of Afghanistan, Iran gave sanctuary to al-Qaeda members and key leaders, such as Saif al-Adl. While Iran ostensibly put many of al-Qaeda's leaders and members under house arrest, those detained were still able to operate and conduct their duties for al-Qaeda, including engaging in communication with the broader al-Qaeda network. Saif al-Adl's production of his "master plan" illustrates this, as does the fact that al-Qaeda's leaders

[203] See Thomas Joscelyn, "Analysis: Hay'at Tahrir al-Sham and Hurras al-Din Reach a New Accord," *Long War Journal*, February 15, 2019, https://www.longwarjournal.org/archives/2019/02/analysis-hayat-tahrir-al-sham-and-hurras-al-din-reach-a-new-accord.php; Thomas Joscelyn, "Analysis: Ayman al Zawahiri Calls for 'Unity' in Syria Amid Leadership Crisis," *Long War Journal*, December 2, 2017, https://www.longwarjournal.org/archives/2017/12/analysis-ayman-al-zawahiri-calls-for-unity-in-syria-amid-leadership-crisis.php; Thomas Joscelyn, "Senior al Qaeda Leaders Reportedly Released from Custody in Iran," *Long War Journal*, September 18, 2015.

[204] Adam Goldman, Eric Schmitt, Farnaz Fassihi, & Ronen Bergman, "Al Qaeda's No. 2, Accused in U.S. Embassy Attacks, Was Killed in Iran," *The New York Times*, November 13, 2020, https://www.nytimes.com/2020/11/13/world/middleeast/al-masri-abdullah-qaeda-dead.html.

[205] U.S. Department of State, Rewards for Justice, "Wanted: Information that Brings to Justice…Muhammad Abbatay ('Abd al-Rahman al-Maghrebi) Up to $7 Million Reward," n.d., https://rewardsforjustice.net/english/muhammad_abbatay.html.

in Iran continued to coordinate, plan, and execute terrorist attacks with the central leadership based in Afghanistan-Pakistan (including coordinating on such operations as the attack on the El Ghriba synagogue in Djerba, Tunisia in 2002, the truck bombing at a Western housing complex in Saudi Arabia in October 2003, and the suicide operations in Casablanca in October 2003).

- A third category of Iranian material support to al-Qaeda is **serving as a critical transit point for moving funds, supplies, and personnel**. As the Treasury Department's designations illustrate, Tehran's leadership had a formal agreement with al-Qaeda from as early as 2005 to move "money and recruits from across the Middle East into Iran, then on to Pakistan."[206] This agreement helped al-Qaeda set up what the Treasury Department defined as the militant group's "core pipeline."[207] Treasury shared how the terms of this agreement were that "al-Qa'ida must refrain from conducting any operations within Iranian territory and recruiting operatives inside Iran while keeping Iranian authorities informed of their activities," while in exchange Iran "gave the Iran-based al-Qa'ida network freedom of operation and uninhibited ability to travel for extremists and their families."[208]

- A fourth category of Iranian material support for al-Qaeda is **travel facilitation assistance for al-Qaeda members that often made a difference in helping al-Qaeda expand its influence into new countries. This also helped it move operatives when preparing large-scale attacks around the world**. For instance, al-Qaeda's expansion into the Arabian Peninsula in the late 1990s was connected to Iranian travel facilitation assistance. As this report details, Iranian travel facilitation helped al-Qaeda execute operations such as the October 2000 suicide bombing of the USS *Cole*. The 9/11 Commission found that at least eight to ten of the 15 Saudi hijackers who executed the 9/11 attacks had passed through Iran while traveling to Afghanistan between October 2000 and February 2001—which would later result in a U.S. court finding Iran culpable for the 9/11 attacks. Such travel facilitation assistance continued long after the 9/11 attacks. This kind of travel facilitation could aid al-Qaeda in playing a role in Iraq during the Iraq War, as the militant organization could take advantage of travel facilitation to move into Iran's neighbor. In February 2012, the U.S. Treasury Department disclosed how Iran's Ministry of Intelligence and Security (MOIS) had "facilitated the movement of al Qa'ida operatives in Iran and provided them with documents, identification cards, and passports."[209]

- A fifth category of Iranian material support to al-Qaeda was **financial and infrastructure assistance to carry out attacks and establish new bases**. As I discuss, in November 2008, Western intelligence agencies intercepted a letter written by Ayman al-Zawahiri in which he attributed al-Qaeda's success in pulling off an attack on the U.S embassy in Yemen to the "monetary and infrastructure assistance" of the IRGC. In the same letter, he also credited Iran with helping al-Qaeda establish new bases in Yemen.

---

[206] U.S. Department of the Treasury, press release, "Treasury Targets Key Al-Qa'ida Funding and Support Network Using Iran as a Critical Transit Point," July 28, 2011.

[207] Ibid.

[208] U.S. Department of the Treasury, press release, "Treasury Further Exposes Iran-Based Al-Qa'ida Network," October 18, 2012, https://www.treasury.gov/press-center/press-releases/Pages/tg1741.aspx.

[209] U.S. Department of the Treasury, press release, "Treasury Designates Iranian Ministry of Intelligence and Security for Human Rights Abuses and Support for Terrorism," February 16, 2012.

## V.       Iranian Support for the Zarqawi Organization

In addition to its support for the al-Qaeda organization, Iran specifically supported the Zarqawi organization (also known as al-Qaeda in Iraq, or AQI). Available evidence suggests that Iran had contact with AQI and was willing to provide financial and logistical assistance specifically for its campaign of violence in Iraq between 2003 and 2011. Iran's degree of support for the Zarqawi organization unsurprisingly fluctuated, as AQI was virulently anti-Shia (as is its successor organization, ISIS), but its existence is nonetheless clear.

Prior to 9/11, Zarqawi's association with al-Qaeda allowed him to take advantage of Iran's permissive attitude toward Sunni jihadists during this period. Brian Fishman writes that al-Qaeda "would arrange start-up money for Zarqawi to build a camp near Herat, along the Iranian border, and provide logistical support through a network of safe houses in the Iranian cities of Tehran and Mashaad."[210] These safe houses may have been the same as those used by al-Qaeda operatives traveling between Afghanistan and the Gulf. Iran's permissiveness was an explicit and deliberate policy.[211]

### *Muhammad Khalil al-Hakaymah in Iran*

In the immediate aftermath of the 9/11 attacks, Zarqawi and his supporters continued to enjoy a same permissive travel environment in Iran. For example, Muhammad Khalil al-Hakaymah, a Zarqawi loyalist who would later rise to a prominent position in al-Qaeda, leveraged his connections with Afghan warlord Gulbuddin Hekmatyar to transit Iran *en route* to Afghanistan after 9/11. Fishman writes:

> Hakaymah was still in London on 9/11, but after seeing the carnage in the United States decided immediately to return to Afghanistan. To get there, like so many Zarqawi supporters before him, he would travel across Iran….
>
> After landing in Tehran, Hakaymah contacted Hekmatyar's network, members of which arranged for him to travel to the Iranian border near Afghanistan's Nimroz province. The journey was smooth until his family was arrested by Iranian intelligence along the border. As Hakaymah put it: "[The Iranians] were most interested in Sheikh Hekmatyar's role in smuggling people across the border. At the time, the United States was putting pressure on Iran to close down [Hekmatyar's] operations because [he] had declared jihad and urged [his] followers in Afghanistan to resist the Americans." ….
>
> He and his family were held for a week in a hotel near the border—and then, one morning, the guards simply disappeared. Hakaymah did not stop to reason why. Instead, he arranged for his family to stay in an Iranian Sunni town and contacted a smuggler. A few days later Hakaymah was trotting along amidst a crowd of gasoline-laden donkeys into Afghanistan.[212]

---

[210] Brian Fishman, *The Master Plan: ISIS, al-Qaeda, and the Jihadi Strategy for Final Victory* Kindle ed. (New Haven: Yale University Press, 2016), loc. 472.

[211] Ibid., loc. 509.

[212] Fishman, *The Master Plan,* locs. 525-39.

Hakaymah's refuge in Afghanistan would be short-lived, however. He and other jihadists who fled there shortly after 9/11 found that they had to reverse course following the U.S.-led invasion to oust the Taliban. Iran again lent its support, allowing Zarqawi and a cohort of Arab mujahedin he had commanded in Afghanistan, including Hakaymah, to reenter its territory.[213]

Beyond his affiliation with Zarqawi while in Iran, Hakaymah may have also played a key role in shaping al-Qaeda's future actions by authoring a consequential strategic text. "Several informed sources" believe Hakaymah was the author of the jihadist text known as *The Management of Savagery*.[214] This book was an "influential text among jihadis" that provided additional information to build upon the ideas put forth in the master plan that Saif al-Adl shaped while he was under house arrest in Iran.[215] Fishman explains that, "unlike the master plan, *The Management of Savagery* discusses operational questions of leadership, training programs, target selection, and ultimately, the sort of governance an Islamic state should provide."[216] Fishman further elaborates on the implications of Hakaymah being the likely author of this text:

> *The Management of Savagery* has long been considered an influential text among jihadis, but if Hakaymah was the author it takes on added importance. Just like al-Adl, Hakaymah lived in Iran when the book was published, and just like al-Adl he had ties with the Iranian government predating 9/11. Moreover, *The Management of Savagery* was first published by Mu'askar al-Battar, an al-Qaeda propaganda outlet based in Saudi Arabia that published many of al-Adl's articles during the same period. Hakaymah also knew Zarqawi personally, having escaped with them from Afghanistan and Pakistan after 9/11. Taken together, the master plan and *The Management of Savagery* offered strategic and operational plans for Zarqawi's war in Iraq and beyond. But these were not documents developed remotely from Zarqawi; they were produced by men that know him personally and were likely in direct communication with him when they were written.[217]

Hakaymah's likely authorship of *The Management of Savagery* may serve as another example illustrating the impact of Iranian sanctuary for key al-Qaeda leaders. Men like Hakaymah and al-Adl had the opportunity to think deeply about jihadist strategy and develop critical texts that would guide both al-Qaeda and also al-Qaeda in Iraq's "strategic and operational plans" for the "war in Iraq and beyond."[218]

### *The Zarqawi Organization's Establishment in Iraq & Reliance Upon Iran*

With the assistance of the IRGC's Quds Force, Zarqawi and his cohort proceeded to Iraqi Kurdistan, where they organized Tawhid wal-Jihad, AQI's forerunner, which this report discussed previously.[219] A 125-page report by the German Federal Criminal Investigation Bureau (BKA) describes how Iran allowed Zarqawi to establish new camps and safe houses for his operatives in Zahedan, Isfahan, and Tehran. These facilities were used to send forged passports, money and operational orders across the Middle East to Turkey and even into Europe, thus transforming Iran into a critical hub for his fast-

---

[213] Ibid., locs. 546-53.
[214] Ibid., loc. 829.
[215] Ibid., loc. 834.
[216] Ibid., loc. 822.
[217] Ibid., locs. 834-37.
[218] Ibid.
[219] See Joel Rayburn & Frank Sobchak, *The U.S. Army in the Iraq War – Volume 1* (2019), p. 21.

growing militant network. Communications were channeled by satellite, cell and land phones, and handled through middlemen with the IRGC's support.[220]

Even as Zarqawi's targeting in the Iraq theater took on an explicitly sectarian bent, and he became notorious for attacks on the country's Shia population, Iran continued its support for AQI, seemingly because the Islamic Republic saw destabilizing American efforts in Iraq as its greatest priority. Fishman elaborates on the complicated relationship between Zarqawi and Iran:

> The relationships undergirding Zarqawi's strategy were riddled with paradoxes. Even as Zarqawi and his successors targeted Shia Muslims in Iraq, they relied on networks in Shia Iran—including al-Adl and Hakaymah—to communicate with al-Qaeda, and networks in Alawite-led Syria (a sect that includes many Shia beliefs) to import foreign fighters. And even as Iran and Syria tolerated the jihadi networks, they bolstered Shia militias fighting the Zarqawiists.[221]

Fishman highlights that one crucial aspect of Iranian support to Zarqawi was his "continued reliance on logistics networks traversing Iran."[222] Tehran funneled weapons and mines to Zarqawi strongholds in Fallujah and elsewhere in Sunni-dominated Anbar Province.[223] Iran also continued to permit Zarqawi recruits to transit Iranian territory and make use of safe houses in different parts of the country. Tehran also harbored facilitators with links to AQI. One such person was Muhsin al-Fadhli (discussed above), who served in both Chechnya and Afghanistan and was a protégé of Suleiman Abu Gheith and the Chechen militant leader Ibn al-Khattab. Prior to his involvement in the Iraqi insurgency, Fadhli acted as a senior leader of al-Qaeda cells in the Gulf, where he helped plan and finance the attack on the USS *Cole* in 2000 and the suicide bombing against the French oil tanker *MV Limburg* two years later. His name was also linked to the strike against U.S. Marines on Kuwait's Faylaka Island in 2002.[224] The U.S. Treasury designated al-Fadhli in 2005 for providing financial and material support to Sunni militants fighting in Iraq. At the time, he was the principal link man for channeling money and material support to the Zarqawi network.[225]

In December 2006, further evidence of Iranian support for AQI emerged when two Quds Force operatives were arrested in Baghdad. According to U.S. defense officials, the operatives possessed "weapons lists, documents pertaining to shipments of weapons into Iraq, organizational charts, telephone records and maps, among other sensitive intelligence information." The operatives also reportedly "had information about importing modern, specially shaped explosive charges into Iraq, weapons that have been used in roadside bombs to target U.S. military armored vehicles."[226] According

---

[220] Urs Gehriger, "Abu Musab al-Zarqawi: From Green Man to Guru," *signandsight.com,* September 11, 2005, http://www.signandsight.com/features/449.html; Dan Darling, "The Cicero Articles," *Long War Journal,* October 30, 2005.

[221] Fishman, *The Master Plan,* loc. 949.

[222] Ibid., loc. 923.

[223] Bill Roggio, "Iran and al Qaeda in Iraq," *The Long War Journal,* January 6, 2007.

[224] U.S. Department of the Treasury, press release, "Treasury Takes Action to Stem Funding to the Iraqi Insurgency," February 15, 2005, https://www.treasury.gov/press-center/press-releases/Pages/js2252.aspx; Husayn al-Awami, "Looking for Foreign Elements to Activate the Organization … a Tough Task for Al-Qa'ida in Saudi Arabia: Getting Over the Siege and Setbacks," *Al-Hayah* (Arabic), April 12, 2006.

[225] U.S. Department of the Treasury, press release, "Treasury Further Exposes Iran-Based Al-Qa'ida Network," October 18, 2012, https://www.treasury.gov/press-center/press-releases/Pages/tg1741.aspx; Awami, "Looking for Foreign Elements."

[226] Sudarsan Raghavan & Robin Wright, "Iraq Expels 2 Iranians Detained by U.S.," *Washington Post*, December 30, 2006.

to a U.S. intelligence official, the information gleaned from the operatives showed "how the Quds Force [was] working with individuals affiliated with Al Qaeda in Iraq and Ansar al-Sunna."[227]

In 2008, a leading Sunni militant named Mubarak Mushakhas Sanad al-Bathali directly tied Iran to AQI. In an interview with the Kuwaiti publication *Al-Qabas*, he claimed that Iran was both providing the group with money and weapons and facilitating the movement of its fighters across the Middle East and South Asia. The apparent intent of this support was to "deter the United States, in order for it [the U.S.] not to give its entire attention to Iran."[228] The admission was compelling given al-Bathali's background and activities. A Kuwaiti national, he had acted as one of al-Qaeda's principal fundraisers for years. Between 2003 and 2004, he was also known to have sent money to the Zarqawi organization.[229] According to the United Nations Security Council, Bathali "has supported every stage of the terrorist financing life-cycle, from financing terrorist groups and activity, to facilitating deadly attacks, and inciting others to join campaigns of violence."[230] He was added to the U.S. Treasury Department's list of Specially Designated Global Terrorists in July 2006.[231]

Further evidence of Iranian support to AQI came in February 2012, when the United States designated Iran's Ministry of Intelligence and Security (MOIS) for its ongoing and systematic sponsorship of a variety of terrorist organizations. Among the entities listed was AQI (the name by which the U.S. government still identified the Zarqawi organization at the time), which according to the Treasury Department received not only money and weaponry but also "intermediary services" that helped secure the release of the group's imprisoned operatives.[232]

### Rationalizing Iranian Support to al-Qaeda and the Zarqawi Organization

Iranian support to the al-Qaeda network and the Zarqawi organization is essentially a product of pragmatic expediency. While the Islamic Republic has never sought to consolidate an ideological alliance with the group on account of its Sunni extremist orientation, Iran has been willing to coordinate tactically when doing so furthers its own interests.

Adopting such a stance is in line with Tehran's general approach to foreign relations and is one that has borne dividends. The provision of logistical and operational support has buttressed the ability of al-Qaeda to target a common enemy, the United States. At the same time, allowing the group's cadres to shelter on its soil has afforded Iran with leverage in its dealings with Washington: restrictions on al-Qaeda's activities can be loosened to deter or retaliate against American actions, while tighter control can be exercised in exchange for concessions, or to improve bilateral relations.[233] Finally, working with al-Qaeda provided Iran with an insurance policy that often helped to shield it from the group's attacks. Indeed, during the 2003-2011 period this arrangement seemingly provided Iran with a great deal of insulation from the Zarqawi organization.[234] There are multiple illustrations of this insulation, including ISIS spokesman Adnani's thunderous 2014 accusation that al-Qaeda core had

[227] Eli Lake, "Iran's Secret Plan for Mayhem," *The New York Sun*, January 3, 2007.
[228] "Kuwaiti Cleric Admits Sending Mujahedin to Iraq, Afghanistan, Argues Iran Involved," *Al-Qabas*, May 7, 2008.
[229] U.S. Department of the Treasury, press release, "Treasury Designations Target Terrorist Facilitators," Dec. 7, 2006, https://www.treasury.gov/press-center/press-releases/Pages/hp191.aspx.
[230] United Nations Security Council, "Mubarak Mushakhas Sanad Mubarak Al-Bathali," April 6, 2009.
[231] U.S. Department of the Treasury, press release, "Treasury Designations Target Terrorist Facilitators," Dec. 7, 2006.
[232] U.S. Department of the Treasury, press release, "Treasury Designates Iranian Ministry of Intelligence and Security for Human Rights Abuses and Support for Terrorism," February 16, 2012.
[233] Daniel Byman, "The Odd Couple," *Foreign Policy*, February 21, 2012; Moghadam, "Marriage of Convenience."
[234] Byman, "Unlikely Alliance," p. 29.

held the Zarqawi organization back from striking Iran. Another illustration of this dynamic is a 2005 letter from Zawahiri to Zarqawi, in which the former denounced the latter's use of indiscriminate violence against the Shia and called for a cessation in order to preserve relations with Tehran:

> Why kill ordinary Shia considering that they are forgiven because of their ignorance? And what loss will befall us if we did not attack the Shia? And do the brothers forget that we have more than 100 prisoners—many of whom are from the leadership who are wanted in their countries—in the custody of the Iranians? And even if we attack the Shia out of necessity, then why do you announce this matter and make it public, which compels the Iranians to take counter measures? And do the brothers forget that both we and the Iranians need to refrain from harming each other at this time in which the Americans are targeting us?[235]

Scholar Assaf Moghadam assesses that although AQI "continued to target Shi'a in Iraq, AQI and its successor organizations clearly heeded al-Zawahiri's injunction when it came to Shi'a in Iran."[236]

In summary, as former Director of National Intelligence James Clapper testified before the Senate Armed Forces Committee in 2012, Iran's relationship with al-Qaeda can be viewed as tantamount to a "longstanding … shotgun marriage or marriage of convenience."[237] Despite having a vastly divergent religious outlook, Tehran has identified at various times operational interests that can be advanced by working with al-Qaeda. It has accordingly put aside ideological reservations that could serve as a barrier to such cooperation.

Iran's assistance to the Zarqawi organization can be viewed in the same self-interested light as its support for al-Qaeda. For the most part, Tehran's backing for Zarqawi's group was part of a wider strategy aimed at accelerating the eviction of U.S. troops from Iraq, while simultaneously ensuring against the emergence of a strong Shia state that could threaten the legitimacy—and predominance— of Iran's clerical regime.[238] This effort entailed a deliberate policy of creating instability in Iraq that would both impose political, economic and human costs on the United States and delegitimize the American-led coalition.[239]

### Categories of Iranian Material Support to the Zarqawi Organization

Iranian material support was critical for the Zarqawi organization to function as an insurgent group in Iraq. In a briefing entitled "Multi-National Force – Iraq Commander's Counterinsurgency Guidance," Gen. David Petraeus, the former commander of Multi-National Force – Iraq, highlighted

---

[235] "Letter from al-Zawahiri to al-Zarqawi," 2005, available at https://fas.org/irp/news/2005/10/letter_in_english.pdf.
[236] Moghadam, "Marriage of Convenience."
[237] Cited in Thomas Joscelyn, "DNI Clapper: 'Shotgun Marriage' Between Iran and Al Qaeda," *Weekly Standard,* February 17, 2012.
[238] Rayburn & Sobchak, *The U.S. Army in the Iraq War – Volume 1*, p. 187; Brian Fishman and Joseph Felter, *Iranian Strategy in Iraq: Politics and "Other Means"* (West Point, NY: Combating Terrorism Center at West Point, 2008), p. 56; Daniel Byman, "Iran's Support for Terrorist Groups," *Lawfare,* May 25, 2015, https://www.lawfareblog.com/irans-support-terrorist-groups.
[239] Rayburn & Sobchak, *The U.S. Army in the Iraq War – Volume 1*, p. 187.

the Zarqawi organization's needs to establish itself. The accompanying graphic shows how Gen. Petraeus illustrated AQI's needs.[240]

According to Gen. Petraeus's illustration, the Zarqawi organization required weapons, money, safe haven, popular support, and senior leader guidance. Tehran ultimately either provided or otherwise empowered the Zarqawi organization to obtain all of these



various needs. This is my summary, based on the preceding analysis in this section, of specific ways that Iran's leadership helped to fulfill the material needs for the Zarqawi organization:

- The first category of Iranian material support to the Zarqawi organization is **providing money and weapons to the Zarqawi organization.** In 2004, for example, Iran provided Zarqawi with mines and weapons at his strongholds in Fallujah and elsewhere in Anbar province.[241] Additionally, as this section details, in December 2006 the capture of two Quds Force operatives in Iraq provided evidence of Iran's work with AQI. These two individuals had documents providing weapons lists, shipment information regarding transactions with Iraq, organizational charts, phone records, and maps, as well as information about "importing modern, specially shaped explosive charges into Iraq."[242] In 2012, the U.S. Treasury Department also revealed that Iran's MOIS was providing money and weapons directly to the Zarqawi organization.

- A second category of Iranian support is **giving sanctuary for critically important Zarqawi organization leaders and enabling these individuals to carry out tasks and duties for the Zarqawi organization from within Iranian borders.** One notable beneficiary of Iranian safe haven was Muhsin al-Fadhli. The Treasury Department sanctioned al-Fadhli for being a key al-Qaeda leader who was "believed to be providing support to fighters against U.S. and multinational forces and is considered a major facilitator connected to the brutal terrorist, Abu Musab al-Zarqawi."[243] In a later sanctions designation targeting Adel Radi Saqr al-Wahabi al-Harbi, an al-Qaeda operative in Iran, Treasury detailed al-Fadhli's significance to al-Qaeda's Iran financial and logistics network, including facilitating "the travel of extremists to Afghanistan or Iraq via Iran" and also seeking funds to carry out attacks.[244] Note that this

---

[240] "Multi-National Force – Iraq Commander's Counterinsurgency Guidance," Multi-National Force – Iraq, July 15, 2008.
[241] Bill Roggio, "Iran and al Qaeda in Iraq," *The Long War Journal*, January 6, 2007.
[242] Sudarsan Raghavan & Robin Wright, "Iraq Expels 2 Iranians Detained by U.S.," *Washington Post*, December 30, 2006.
[243] U.S. Department of the Treasury, press release, "Treasury Takes Action to Stem Funding to the Iraqi Insurgency," February 15, 2005.
[244] U.S. Department of the Treasury, press release, "Treasury Further Exposes Iran-Based Al-Qa'ida Network," October

sanctuary for senior Zarqawi organization leaders fulfilled two of the categories of organizational needs that Gen. Petraeus outlined (both safe haven and also facilitating senior leader guidance).

- A third category of Iranian support is **providing safe houses and travel facilitation for Zarqawi organization leaders and fighters to help expand the organization's reach**. Among other things, the Quds Force let Zarqawi establish safe houses and camps in Zahedan, Isfahan, and Tehran.

- A fourth category of Iranian support to the Zarqawi organization was **MOIS providing intermediary services to help** negotiate the release of Zarqawi organization prisoners.

Overall, Iranian support was essential for the Zarqawi organization to fulfill the material needs highlighted by Gen. Petraeus. Iran's support helped the Zarqawi organization to become a lethal and formidable insurgent force.

## VI. Conclusion

Thus, relying on my background, education, training, and experience, as well as substantial evidence commonly used by experts in relevant fields, it is my expert opinion that:

A. The Islamic Republic of Iran has an extensive history of using VNSAs as proxy groups to advance its foreign policy goals. Among other things, Iran has used these groups to launch attacks against U.S. forces in Iraq while retaining a degree of plausible deniability. While Iran has provided substantial support to Shia proxy groups throughout the Middle East, the Islamic Republic has also backed Sunni militant groups, including al-Qaeda and the Zarqawi organization (aka al-Qaeda in Iraq) when such support aligned with Iran's state interests.

B. Iran provided substantial support to al-Qaeda and the Zarqawi organization, in the form of training, financial support, weapons, safe haven, lodging, travel and transportation, and expert knowledge and assistance in tactics, techniques, procedures, and attack planning.

C. The best available evidence indicates that Sunni militants needed Iranian support to establish safe havens, routes of communication, and travel and supply routes. Iranian support was also causally connected to these groups' ability to obtain, assemble, and/or utilize the weapons and munitions that they employed in Iraq, including rockets, mortars, improvised explosive devices, small arms, and other equipment and materiel vital to their operations.

D. Given the nature and extent of Iranian material support to al-Qaeda and the Zarqawi organization, Iran's assistance was critical to the survival and growth of these militant organizations, and significantly increased their capabilities. As such, certain attacks in Iraq committed by the Zarqawi organization from at least 2003 to 2011 bear a reasonable connection to Iran's sponsorship and support.

---

18, 2012.

I hold the conclusions and opinions detailed in this declaration to a reasonable degree of professional certainty, and declare the foregoing under the penalty of perjury:

_____

Daveed Gartenstein-Ross, Ph.D.

**DAVEED GARTENSTEIN-ROSS**
daveed@valensglobal.com  •  646-246-4179

**Dr. Daveed Gartenstein-Ross** is a scholar, author, practitioner, and entrepreneur who is the founder and chief executive officer of Valens Global. For his work on the challenge of violent non-state actors, he has been described by the director of the U.S. Department of Defense's Strategic Multilayer Assessment program as "the expert that the experts call to discuss the nettlesome challenges with terrorism and counterterrorism." Dr. Gartenstein-Ross has also held positions at the U.S. Department of Homeland Security, Google's tech incubator Jigsaw, and several universities (including Carnegie Mellon University, Duke University, and Georgetown University).

Dr. Gartenstein-Ross has led numerous major projects as a practitioner, including leading Valens Global's efforts to support the drafting, threat assessment, and crafting of priority actions for the U.S. Department of Homeland Security's *Strategic Framework for Countering Terrorism and Targeted Violence*, which was released in September 2019. That document has received widespread acclaim, including from the *New York Times*. Dr. Gartenstein-Ross has also led numerous analytic projects that fuse cutting-edge academic methodologies, deep domain expertise, and granular command of hard-to-find details.

As a scholar, Dr. Gartenstein-Ross is the author or volume editor of over 30 books and monographs, most recently *Enemies Near and Far*, which was published in July 2022 by Columbia University Press. Dr. Gartenstein-Ross has testified on his areas of core competency before the U.S. House and Senate over a dozen times, as well as before the Canadian House of Commons and European Parliament, and frequently appears as an expert witness in federal court cases related to his domains of expertise.

Dr. Gartenstein-Ross holds degrees from the Catholic University of America (Ph.D. and M.A. in world politics), the New York University School of Law (J.D.), and Wake Forest University (B.A. in communication).

## EDUCATION
Ph.D., World Politics, The Catholic University of America, Washington, D.C., 2014.
M.A., World Politics, The Catholic University of America, Washington, D.C., 2010.
J.D., *magna cum laude*, New York University School of Law, New York, N.Y., 2002.
B.A. with Honors, Communication, *magna cum laude*, Wake Forest University, Winston-Salem, N.C., 1998.

## SELECTED PROFESSIONAL EXPERIENCE
Valens Global, Washington, D.C. Chief Executive Officer, 2014-present.
- Valens is a private firm dedicated to understanding, predicting, and acting to empower clients to navigate and address emergent challenges rooted in security, technology, and a changing global society.
- Valens was named to *Entrepreneur Magazine*'s E360 list of the top small businesses in the United States in 2018-19 (no list was released in 2020 due to the COVID-19 pandemic).
International Centre for Counter-Terrorism (ICCT) – The Hague, Netherlands. Associate Fellow, 2013-present.
- I served as a visiting fellow in March-April 2013, during which I lived in The Hague and undertook a major research project on post-Arab Spring salafi jihadism in Tunisia. The project included field research in Tunisia and culminated in the study *Ansar al-Sharia Tunisia's Long Game: Dawa, Hisba, and Jihad* (2013).
Duke University. Adjunct Instructor, 2021-present.
Carnegie Mellon University. Instructor, 2021-present.
Senior Advisor to the Director, Office for Community Partnerships, U.S. Department of Homeland Security, Washington, D.C., 2016-2017.
Jigsaw/Google, New York, N.Y. Fellow, 2016-2017.
- Jigsaw is a tech incubator in Google that forecasts and confronts emerging threats. Per its website, Jigsaw "builds technology to tackle some of the toughest global security challenges facing the world today." My fellowship was designed to help Jigsaw address the organization's concern about violent extremist groups'

use of the online space. Most of my work for Jigsaw remains confidential, though one project that has been made public is the Redirect Method for individuals who were searching for ISIS propaganda on YouTube.[1]

Georgetown University, Washington, D.C. Security Studies Program, Adjunct Assistant Professor, 2013-2017.

The Catholic University of America (M.A. program), Washington, D.C. Lecturer, 2012, 2015.

Foundation for Defense of Democracies (FDD), Washington, D.C. Senior Advisor on Asymmetric Warfare, 2019-present; Non-Resident Fellow, 2018-19; Senior Fellow, 2010-18; Vice President of Research, 2007-10.

## LEGISLATIVE TESTIMONY

"Dollars Against Democracy: Domestic Terrorist Financing in the Aftermath of Insurrection," U.S. House Committee on Financial Services, Subcommittee on National Security, International Development, and Monetary Policy, February 25, 2021.

"Exchange of Views on the Continuing Global Threat from Daesh and its Affiliates," testimony before the European Parliament, Subcommittee on Security and Defense, October 28, 2020.

"ISIS Post Caliphate: Threat Implications for America and the West," testimony before the House Committee on Homeland Security, May 23, 2018.

"Radicalization in the U.S. and the Rise of Terrorism," U.S. House Subcommittee on National Security and the Subcommittee on Government Operations of the Committee on Oversight and Government Reform, September 14, 2016.

"Terror in Europe: Safeguarding U.S. Citizens at Home and Abroad," U.S. Senate Committee on Homeland Security and Governmental Affairs, April 5, 2016.

"Boko Haram: The Islamic Insurgency in West Africa," U.S. House Committee on Foreign Affairs, Subcommittee on Terrorism, Nonproliferation, and Trade, February 24, 2016.

"The Paris Attacks: A Strategic Shift by ISIS?," U.S. House Committee on Foreign Affairs Subcommittee on Terrorism, Nonproliferation, and Trade, December 2, 2015.

"The Impact of ISIS on the Homeland and Refugee Resettlement," U.S. Senate Committee on Homeland Security and Governmental Affairs, November 19, 2015.

"Radicalization: Social Media and the Rise of Terrorism," U.S. House Committee on Oversight and Government Reform, Subcommittee on National Security, October 28, 2015.

"Admitting Syrian Refugees: The Intelligence Void and the Escalating Homeland Security Threat," U.S. House Committee on Homeland Security, Subcommittee on Counterterrorism and Intelligence, June 24, 2015.

"Jihad 2.0: Social Media in the Next Evolution of Terrorist Recruitment," U.S. Senate Foreign Relations Committee, May 7, 2015.

"The Islamic State's Strengths and Vulnerabilities," House of Commons Standing Committee on Foreign Affairs and International Development (Canada), February 5, 2015.

"Successes and Failures of the U.S. and NATO Intervention in Libya," House Committee on Oversight and Government Reform, May 1, 2014.

"Syria Spillover: The Growing Threat of Terrorism and Sectarianism in the Middle East," U.S. Senate Foreign Relations Committee, March 6, 2014.

"State of al-Qaeda, Its Affiliates, and Associated Groups," U.S. House Armed Services Committee, February 4, 2014.

"The Terrorist Threat in North Africa: Before and After Benghazi," Joint U.S. House Subcommittee Hearing of Subcommittee on Terrorism, Nonproliferation and Trade, and Subcommittee on the Middle East and North Africa, July 10, 2013.

"Islamic Extremism in American Prisons," Georgia State Legislature (U.S.), September 11, 2007.

"Prison Radicalization: Are Terrorist Cells Forming in U.S. Cell Blocks?," U.S. Senate Homeland Security and Governmental Affairs Committee, September 19, 2006.

## EXPERT WITNESS

*Selig v. Islamic Republic of Iran* (District of D.C., 2021). Expert witness for plaintiffs in case centered on Iranian support for the Taliban and Haqqani Network.

---

[1] See coverage of this project in Andy Greenberg, "Google's Clever Plan to Stop Aspiring ISIS Recruits," *Wired*, September 7, 2016, https://www.wired.com/2016/09/googles-clever-plan-stop-aspiring-isis-recruits/. I led Valens Global's efforts to map the counter-extremist narrative space on YouTube for this project.

*Fields v. Syria Arab Republic* (District of D.C., 2021). Expert witness for plaintiffs in case centered on Syrian support for the militant group ISIS.

*Sotloff v. Syrian Arab Republic* (District of D.C., 2021). Expert witness for plaintiffs in case centered on Syrian support for the militant group ISIS.

*Doe v. Syrian Arab Republic*, CA 1:18-cv-00066-KBJ-GMH (District of D.C., 2020). Expert witness for plaintiffs in case centered on Syrian support for the militant group ISIS.

*Fritz v. Islamic Republic of Iran*, CA 15-456 (District of D.C., 2018). Expert witness for plaintiffs in case centered on Iranian support for the militant group Asaib Ahl al-Haq (AAH). Defendant found liable.

*United States v. Young*, Case No. 1:16-cr-00265-LMB (E.D. Va., 2017). Expert witness for prosecution in the first criminal trial of an American law enforcement officer for material support for terrorism. Defendant convicted.

*Foley v. Syrian Arab Republic*, CA 11-699 (District of D.C., 2016). Expert witness for plaintiffs, testifying about the Zarqawi network's culpability in the deaths of three Americans. Defendant found liable.

*United States v. Abdul Kareem* (District of Arizona, 2016). Litigation consultant for the defense.

*In the Matter of Abdul Qadir* (Arlington, Va. Immigration Court, 2015). Expert witness on the Taliban in Afghanistan.

*In the Matter of A.D.* (Memphis, Tenn. Immigration Court, 2012). Expert witness on al-Shabaab and country conditions in Somalia.

*In the Matter of B.O. in Removal Proceedings* (Boston Immigration Court, 2012). Expert witness on al-Qaeda's activities and capabilities in Kenya.

*In the Matter of A.A.W.* (Bloomington, Minnesota Immigration Court, 2012). Expert witness on al-Shabaab and country conditions in Somalia.

*In the Matter of A.A.I.* (Colorado Immigration Court, 2011). Expert witness on al-Shabaab and country conditions in Somalia.

*In the Matter of the Application for Withholding of A.A.M.* (Boston Immigration Court, 2011). Expert witness on al-Shabaab and country conditions in Somalia.

*In the Matter of the Application for Asylum of M.A.A.* (N.J. Immigration Court, 2009). Expert witness on al-Shabaab and country conditions in Somalia.

## EXPERT GROUPS

United Nations Counter-Terrorism Centre (UNCCT), Expert Group Meeting, "The Malicious Use of Artificial Intelligence for Terrorist Purposes," webinar, February 9, 2021.

Global Counterterrorism Forum (GCTF), virtual consultation, "GCTF Strategic Vision for the Next Decade," December 4, 2020.

## WAR GAMES & SIMULATIONS

Johns Hopkins University, Fall 2022. Contracted to lead an extracurricular simulation; topic to be determined.

Wake Forest University, Fall 2022. Contracted to lead a multi-week simulation focused on crisis communication in professional sports (simulating the 2025 Major League Baseball season).

Duke University, Fall 2022. Contracted to lead a course centered around a single, multi-week war game: *National Security Simulation – Great Power Competition, Non-State Actors & Human Rights.*

University of Calgary, August 2022. Contracted to lead a war game focusing on disinformation for the university's summer institute.

Carleton University (Ottawa, Canada), August 2022. Contracted to lead a war game, **"Acceleration,"** for the university's summer institute.

Regent University, Summer 2022. Currently leading a war game, **"Sleeping Giants,"** as a five-week exercise undertaken by a for-credit class.

BenefitMall, May 2022. Led a simulation of a ransomware attack to allow the private company BenefitMall to test its incident response system.

Wake Forest University, Spring 2022. Led a war game, **"Sleeping Giants,"** as a five-week exercise undertaken by a for-credit class in the Communication department.

Global Counterterrorism Forum, Spring 2022. Led a tabletop exercise as part of GCTF's racially and ethnically motivated violent extremism initiative that served as the basis for the discussions that would comprise the final toolkit.

Johns Hopkins University, Spring 2022. Led an extracurricular war game, **"This Side of Paradise,"** simulating great power competition in Africa.

Foreign Service Institute, U.S. Department of State, November 2021. Led a classroom simulation focused on ISIS's use of disinformation in its Libya campaign (ca. 2014).

Johns Hopkins University, Fall 2021. Led a war game, **"Exodus,"** simulating competition between and among state and non-state actors in Afghanistan following the U.S. withdrawal.

Duke University, Fall 2021. Led a course centered around a single, multi-week war game: *National Security Simulation – Great Power Competition, Non-State Actors & Human Rights.*

Johns Hopkins University and Canadian Department of National Defence (co-sponsored), Spring 2021. Led a war game, **"Utopia or Oblivion,"** demonstrating how war games can contribute to the practice of futurism.

Carnegie Mellon University, Spring 2021. Led a multi-day war game, **"Acceleration,"** as a standalone micro-course.

American University, Spring 2021. Led a multi-week war game, **"Acceleration,"** as part of the curriculum for two classes (Dr. Bacon's Counterterrorism and Intelligence Analysis courses).

Global Counterterrorism Forum, Spring 2021. Led a tabletop exercise simulating the creation and iteration of a terrorist watchlist in a fictional country known as Atlantis.

Johns Hopkins University, Fall 2020. Led a war game, **"Acceleration,"** focusing on how the COVID pandemic exacerbates fault lines within and among civilizations.

Duke University, Fall 2020. Led a war game, **"Acceleration,"** focusing on how the COVID pandemic exacerbates fault lines within and among civilizations.

Security Studies Program (M.A. program), Georgetown University, Spring 2020. Led a war game, **"Sleeping Giants,"** focusing on the use of sub-state proxies in the U.S.-China competition.

Foundation for Defense of Democracies, January 2020. Led a tabletop exercise focusing on the strategic implications of the investment relationship between the People's Republic of China and Israel.

Johns Hopkins University, Fall 2019. Led a war game, **"Sleeping Giants,"** focusing on the use of sub-state proxies in the U.S.-China competition.

Johns Hopkins University, Fall 2018. Led a war game simulating the regional and global response to the climate-induced collapse of the Pakistani state.

Johns Hopkins University, Fall 2017. Led a war game simulating the regional and global response to a major terrorist plot targeting Central Europe.

Johns Hopkins University, Fall 2016. Led a post-9/11 war game, in which teams positioned themselves to respond to al-Qaeda's attacks against America.

Johns Hopkins University, Fall 2015. Led a post-9/11 war game, in which teams positioned themselves to respond to al-Qaeda's attacks against America.

## SELECTED TRAINING PROGRAMS (Instructor)

"Cryptocurrency Usage by Domestic Extremists," Wells Fargo, May 10, 2022.

"Jihadist Propaganda and the Rise of ISIS," Foreign Service Institute, U.S. Department of State, January 28, 2022.

"ISIS Case Study," Foreign Service Institute, U.S. Department of State, November 17, 2021. *Designed and delivered interactive module on ISIS's use of disinformation about Derna during its Libya campaign.*

"The Transnational White Supremacist Extremist Threat," PayPal, November 8, 2021.

"The Transnational White Supremacist Extremist Threat," Wells Fargo, September 23, 2021.

"Jihadist Propaganda and the Rise of ISIS," Foreign Service Institute, U.S. Department of State, June 11, 2021.

"Jihadist Propaganda and the Rise of ISIS," Foreign Service Institute, U.S. Department of State, March 19, 2021.

"Jihadist Propaganda and the Rise of ISIS," Foreign Service Institute, U.S. Department of State, October 2, 2020.

"Jihadist Propaganda and the Rise of ISIS," Foreign Service Institute, U.S. Department of State, June 12, 2020.

"The Transnational White Supremacist Extremist Threat," U.S. Customs & Border Protection, Buffalo and Boston Field Offices (delivered via Microsoft TEAMS), May 5, 2020.

"Armed Rebel Groups and Violent Extremist Groups in the Levant," 158th Military Engagement Team, Phoenix, Ariz., March 2-3, 2019.

"Security Situation and Armed Rebel Groups & Violent Extremist Groups in the Levant," 184th Expeditionary Sustainment Command, Camp Shelby, Mississippi, October 29, 2018.

Individual Terrorism Awareness Course (INTAC), Army Corps of Engineers, Montross, Va., September 9, 2018.

"The Spread of ISIS to the Greater Levant," 158th Military Engagement Team, Phoenix, Ariz., August 21, 2018.

"The World and I: How Global Events Can Shape the Threats You Confront Locally," Anti-Defamation League, Advanced Training School, Washington, D.C., June 19, 2018.

"The World and I: How Global Events Can Shape the Threats You Confront Locally," Anti-Defamation League, Advanced Training School, Washington, D.C., December 5, 2017.

"Online Radicalization: Analysis of Social Media & Networks," Bulgarian Ministry of Interior & Ministry of Defense, Sofia, Bulgaria, September 5-8, 2017.

Individual Terrorism Awareness Course (INTAC), Army Corps of Engineers, Winchester, Va., August 21, 2017.

Individual Terrorism Awareness Course (INTAC), Army Corps of Engineers, Winchester, Va., July 10, 2017.

Individual Terrorism Awareness Course (INTAC), Army Corps of Engineers, Winchester, Va., June 26, 2017.

Individual Terrorism Awareness Course (INTAC), Army Corps of Engineers, Winchester, Va., June 12, 2017.

Individual Terrorism Awareness Course (INTAC), Army Corps of Engineers, Winchester, Va., May 15, 2017.

"Illegal Weapons Traffic & Usage," U.S. Customs & Border Protection, Washington, DC, May 2, 2017.

Individual Terrorism Awareness Course (INTAC), Army Corps of Engineers, Winchester, Va., April 24, 2017.

Individual Terrorism Awareness Course (INTAC), Army Corps of Engineers, Winchester, Va., March 6, 2017.

"The Islamic State's European Networks," U.S. Customs & Border Protection, Washington, DC, February 15, 2017.

"Implications of Refugee Resettlement in Canada," U.S. Customs & Border Protection, Washington, DC, January 11, 2017.

Individual Terrorism Awareness Course (INTAC), Army Corps of Engineers, Winchester, Va., November 14, 2016.

"The Global Migration Crisis," U.S. Customs & Border Protection, Washington, DC, November 8, 2016.

U.S. Army Central Command, Shaw Air Force Base, Sumter, South Carolina, August 31, 2016.

Individual Terrorism Awareness Course (INTAC), Army Corps of Engineers, Winchester, Va., August 22, 2016.

Maryland Army National Guard, 29th Infantry Division, El Paso, Tex., August 9, 2016.

Individual Terrorism Awareness Course (INTAC), Army Corps of Engineers, Winchester, Va., July 11, 2016.

Individual Terrorism Awareness Course (INTAC), Army Corps of Engineers, Winchester, Va., June 20, 2016.

3-197th Field Artillery Regiment, Fort Bliss, Tex., March 20, 2016.

3-197th Field Artillery Regiment, Fort Bliss, Tex., February 19, 2015.

4th Brigade Combat Team, 1st Armored Division, Fort Bliss, Tex., October 30, 2014.

4th Squadron, 3rd Cavalry Regiment, Fort Hood, Tex., March 25, 2014.

3rd Sustainment Command (Expeditionary), Fort Knox, Ky., March 12, 2014.

32nd Infantry Brigade Combat Team, Fort McCoy, Wis., February 11, 2014.

3rd Medical Command, Fort Hood, Tex., January 18, 2014.

3-238 General Support Aviation Battalion, Fort Hood, Tex., January 8, 2014.

42nd Combat Aviation Brigade, Fort Hood, Tex., October 29, 2013.

19th Engineering Battalion, Fort Knox, Ky., October 1-2, 2013.

2nd Brigade Combat Team, 4th Infantry Division, Fort Carson, Colo., August 6, 2013.

Afghanistan/Pakistan Hands, Washington, D.C., August 4, 2013.

6th Squadron, 9th Cavalry, Fort Hood, Tex., July 24, 2013.

Afghanistan/Pakistan Hands, Washington, D.C., June 22, 2013.

55th Sustainment Brigade, Fort Hood, Tex., June 17, 2013.

2nd Brigade, 1st Cavalry Division, Fort Hood, Tex., February 20-21, 2013.

1st Stryker Brigade Combat Team, 25th Infantry Division, Fort Wainwright, Alaska, February 5-6, 2013.

Afghanistan/Pakistan Hands, Washington, D.C., December 2, 2012.

Polish Army Special Forces, Krakow, Poland, Nov. 13-15, 2012.

Counter Threat Training (mirror image course for U.S. military), Salt Lake City, Utah, Nov. 4-9, 2012.

Afghanistan/Pakistan Hands, Washington, D.C., Oct. 20, 2012.

4th Brigade Combat Team, 10th Mountain Division, Fort Polk, La., Oct. 9-10, 2012.

Afghanistan/Pakistan Hands, Washington, D.C., Sept. 16, 2012.

38th Sustainment Brigade, North Fort Hood, Tex., Sept. 12-13, 2012.

1st Brigade Combat Team, 3rd Infantry Division, Fort Stewart, Ga., Aug. 22-24, 2012.

136th Maneuver Enhancement Brigade, Fort Hood, Tex., Aug. 17-19, 2012.

311th Sustainment Command (Expeditionary), Los Angeles, Calif., Aug. 3-5, 2012.

53rd Civil Support Team, Indiana National Guard, Indianapolis, Ind., July 24, 2012.

Croatian Military Academy, Zagreb, Croatia, June 19, 2012.

63rd Signal Battalion, Fort Gordon, Ga., June 5, 2012.

Oregon National Guard, Salem, Ore., May 22, 2012.

Afghanistan/Pakistan Hands, Washington, D.C., Apr. 21, 2012.

Afghanistan/Pakistan Hands, Washington, D.C., Feb. 25, 2012.
5-19th Agribusiness Development Team, Edinburgh, Ind., Feb. 9, 2012.
Afghanistan/Pakistan Hands, Washington, D.C., Jan. 21, 2012.
Provincial Reconstruction Teams, Camp Atterbury, Ind., Jan. 5, 2012.
BAE Systems, McLean, Va., Dec. 1, 2011.
25th Combat Aviation Brigade, Schofield Barracks, Hawaii, Nov. 15, 2011.
Afghanistan/Pakistan Hands, Washington, D.C., Oct. 15, 2011.
4th Infantry Brigade Combat Team, 1st Infantry Division, Fort Riley, Kans., Oct. 12-13, 2011.
411th Engineer Brigade, New Windsor, N.Y., Sept. 23, 2011.
76th Brigade Combat Team, Monterey, Calif., Sept. 21-22, 2011.
Afghanistan/Pakistan Hands, Washington, D.C., Sept. 10, 2011.
3rd Brigade Combat Team, 1st Armored Division, Fort Bliss, Tex., Aug. 18, 2011.
364th Expeditionary Sustainment Command, Fort Bliss, Tex., Aug. 15, 2011.
Afghanistan/Pakistan Hands, Washington, D.C., Aug. 13, 2011.
Agricultural Development Teams of Kansas, Minnesota and Mississippi (combined), Salina, Kan., July 22, 2011.
116th Infantry Brigade Combat Team, Camp Shelby, Miss., July 5, 2011.
3rd Squadron, 124th Cavalry, Texas Army National Guard, Dallas, Tex., June 22, 2011.
Afghanistan/Pakistan Hands, Washington, D.C., May 21-22, 2011.
37th Infantry Brigade Combat Team, Columbus, Ohio, May 20, 2011.
Texas Agricultural Development Team, Austin, Tex., May 17, 2011.
29th Combat Aviation Brigade, Monterey, Calif., May 11, 2011.
I Corps, Fort Lewis, Wash., May 3, 2011.
4th Expeditionary Sustainment Command, San Antonio, Tex., Apr. 26, 2011.
Afghanistan/Pakistan Hands, Washington, D.C., Apr. 2-3, 2011.
I Corps, Fort Lewis, Wash., Mar. 21-22, 2011.
26th Maneuver Enhancement Brigade, Fort Hood, Tex., Mar. 12-13, 2011.
648th Maneuver Enhancement Brigade, Fort Stewart, Ga., Mar. 10, 2011.
Afghanistan/Pakistan Hands, Washington, D.C., Feb. 5, 2011.
36th Infantry Division, 1st Cavalry, Fort Hood, Tex., Jan. 20, 2011.
1st Cavalry Division, Fort Hood, Tex., Jan. 11, 2011.
172nd Brigade Combat Team, Grafenwoehr (Germany), Dec. 16, 2010.
Afghanistan/Pakistan Hands, Washington, D.C., Nov. 13, 2010.
45th Infantry Brigade Combat Team, Monterey, Calif., Nov. 10, 2010.
Afghanistan/Pakistan Hands, Washington, D.C., Oct. 16, 2010.
2nd Brigade Combat Team, 4th Infantry Division, Oct. 12-13, 2010.
197th Fires Brigade, Fort McCoy, Wis., Oct. 7, 2010.
650th Regional Support Group, North Fort Hood, Tex., July 22, 2010.
Afghanistan/Pakistan Hands, Washington, D.C., July 17, 2010.
184th Sustainment Command (Expeditionary), Camp Shelby, Miss., July 6, 2010.
177th Armored Brigade, Camp Shelby, Miss., June 24, 2010.
Anti-Money Laundering Association, Rockville, Md., May 14, 2010.
Oregon National Guard, Warrenton, Ore., Apr. 11-12, 2010.
Anti-Money Laundering Association, Winter Park, Fla., Sept. 23, 2009.
U.S. Army Central Command, Atlanta, Ga., July 15, 2009.
Southern District of Indiana Anti-Terrorism Advisory Council, Indianapolis, Ind., Apr. 13, 2009.
Northern District of Ohio Anti-Terrorism Advisory Council, Cleveland, Ohio, Mar. 23, 2009.
Northern District of Alabama Anti-Terrorism Advisory Council, Huntsville and Birmingham, Ala., Mar. 16-17, 2009.
U.S. Department of State Office of Anti-Terrorism Assistance, lecture for senior Qatari officials, Dunn Loring, Va., Feb. 10, 2009.
LECC Anti-Terrorism Training for South Carolina Law Enforcement, Columbia, S.C., June 5, 2008.
Suffolk County Sheriff's Office, Suffolk County, N.Y., May 2007.
Suffolk County Sheriff's Office, Suffolk County, N.Y., June 2006.

## TEACHING EXPERIENCE

Adjunct Instructor, Duke University, 2021-23. *Course taught: National Security Simulation – Great Power Competition, Non-State Actors & Human Rights.*

Instructor, Carnegie Mellon University, 2021-22. Led two separate simulation-based courses (spring 2021 and spring 2022).

Adjunct Assistant Professor, Security Studies Program (M.A. program), Georgetown University, Washington, D.C., 2013-17. *Course taught: Violent Non-State Actors.*

University of Southern California, Executive Program in Counter-Terrorism, Los Angeles, Calif., 2013-17. *Course taught: Al-Qaeda and Its Affiliates.*

Adjunct Faculty Member, The Takshashila Institution, Bangalore, India, 2014. *Course taught: Violent Non-State Actors.*

Lecturer, The Catholic University of America (graduate), Washington, D.C., 2015. *Course taught: Violent Non-State Actors.*

Lecturer, The Catholic University of America (upper-level undergraduate), Washington, D.C., 2012. *Course taught: Al-Qaeda and Its Affiliates.*

Instructor, Leader Development and Education for Sustained Peace (LDESP) program, Naval Postgraduate School, 2009-present (seminars). Courses taught, by region:

- *Middle East and North Africa.* Regional Security Re-Alignment and Drivers of Instability in the Levant; Geography of Kuwait; Gulf States: Political, Economic, and Social Trends; The Arab Awakening and Its Implications for Stability; Non-State Actors in the Levant.
- *Horn of Africa.* History of the Horn of Africa; Drivers of Instability and Radicalization in Northeast and East Africa.
- *Afghanistan-Pakistan.* History of Afghanistan; Competing Interests of Afghanistan and Its Neighbors; Afghanistan-Pakistan Relations.

## SELECTED CLIENT WORK

Naval Postgraduate School (NPS). 2009-present. Work as a Subject Matter Expert lecturing for military units deploying to critical regions for NPS's LDESP program.

Foundation for Defense of Democracies (FDD). 2015-present. I lead Valens's efforts to enhance FDD's security posture. Projects I have led include background checks into new employees, a review of the office's security architecture and procedures, and a personal security review of one of the think tank's executives.

Global Counterterrorism Forum (GCTF). 2018-present. Lead Subject Matter Expert on the *Counterterrorism Watchlisting Toolkit* (October 2021), the *Addendum to the GCTF New York Memorandum on Good Practices for Interdicting Terrorist Travel* (September 2021), and the *Berlin Memorandum on Good Practices for Countering Terrorist Use of Unmanned Aerial Systems.* I also served as the lead SME for a project on racially and ethnically-motivated violent extremism.

Jigsaw/Google. 2015-17. Lead regular research projects for Jigsaw/Google helping the organization understand trends in violent extremism and harassment in the online space, and how they can be countered.

NATO. 2016-17. Led study for NATO proposing a new methodology for monitoring and evaluation (M&E) of counterterrorism efforts; and designed a software platform to house monitoring and evaluation of future counterterrorism security assistance missions.

Global Engagement Center, 2017. I led a project analyzing the audience impact of counter-narratives to extremist content on YouTube. My team automatically extracted 53 variables about relevant videos and accompanying comments. The extracted data was augmented with additional information, including algorithmic language detection, translation, and sentiment scoring to provide a granular look at various metrics and trends.

European Union Technical Assistance to Nigeria's evolving Security challenges (EUTANS). 2016. Served as a Subject Matter Expert in Strategic Communication. Organized, presented at and facilitated a conference in Abuja where civil society activists were introduced to Boko Haram's use of social media, grappled with their role in responding to online extremism, and produced a Strategic Action Plan.

Check-6. 2014-2016. Led threat analysis for this oil and gas firm, helping them make vital decisions about whether to let their employees travel through certain dangerous or unstable countries.

Tullow Oil. 2015. Led team conducting an assessment of the likely impact of al-Shabaab's insurgency in Somalia on a possible pipeline investment in the Horn of Africa.

Joint Improvised-Threat Defeat Organization (JIDO). 2014-2015. Worked on four projects: projecting the future (to 2024) of a variety of violent non-state actors; building scenarios in which the Syria conflict could spill into

Jordan; analyzing the offensive that the Islamic State (ISIS) undertook in Iraq; and analyzing the Libyan civil war.

Ministry of Foreign Affairs, The Netherlands. 2014-2015. Headed major project advising EU policymakers on options for addressing the crisis in North Africa.

U.S. Department of State, Office of Anti-Terrorism Assistance. 2007-2010. Subject Matter Expert designing and leading training for three separate projects (Mitigating Prison Inmate Radicalization course; and modules on Trends in Terrorism, and Terrorism: Overview, Motives, and Methodologies).

Corporate Risk International. 2008-09. Subject matter consultant on Iraqi insurgent group Asa'ib Ahl al-Haq for live hostage negotiation.

## BOOKS AND MONOGRAPHS

*Enemies Near and Far*, Columbia University Press, 2022.

*Militia Violent Extremists in the United States: Understanding the Evolution of the Threat* (with C. Clarke & S. Hodgson), ICCT – The Hague, May 2022.

*Utopia or Oblivion?: An Examination of War Games & Futurism—How Games Can Contribute & Best Practices for Doing So*, Valens Global, April 2022 (funded by the Canadian Department of National Defence).

*Crypto-Fascists: Cryptocurrency Usage by Domestic Extremists* (with V. Koduvayur and S. Hodgson), FDD Press, 2022.

*DHS @ 20: Navigating a Changing Security Environment*, New America Foundation, August 2021.

*Skinheads, Saints, and (National) Socialists: An Overview of the Transnational White Supremacist Movement*, FDD Press, 2021.

*Behind the Black Bloc: An Overview of Militant Anarchism and Anti-Fascism*, FDD Press, 2021.

*"Like a Drop of Cyanide": A Strategic Framework for Addressing Hateful Conduct and Radicalization in the Canadian Armed Forces*, report for Canada's Department of National Defence, September 2020.

*Through the Adversary's Eyes: A Review of the Pro-Kremlin, Anti-CAF, Anti-NATO Digital Information Ecosystem*, report for Canada's Department of National Defence, August 2020.

*How to Master the Strategic Environment of Sub-State Threats Through Applied Artificial Intelligence* (with E. Chace-Donahue and S. Carvin), report for Canada's Department of National Defence, January 2020.

*Virtual Plotters. Drones. Weaponized AI?: Violent Non-State Actors as Deadly Early Adopters*, report for Canada's Department of National Defence, July 2019.

*Evolving Terror: The Development of Jihadist Operations Targeting Western Interests in Africa* (with J. Zenn, S. Sheafer & S. Bejdic), Foundation for Defense of Democracies, 2018.

*Islamic State 2021: Possible Futures in North and West Africa*, Foundation for Defense of Democracies, 2017.

*The Islamic State's Global Propaganda Strategy* (with N. Barr and B. Moreng), ICCT—The Hague, 2016.

*Islamic State vs. al-Qaeda: Strategic Dimensions of a Patricidal Conflict* (with J. Fritz, B. Moreng and N. Barr), New America Foundation, 2015.

*The Winner's Messaging Strategy of the Islamic State: Technically Excellent, Vulnerable to Disruption* (with N. Barr), Wikistrat, 2015.

*The Crisis in North Africa: Implications for Europe and Options for EU Policymakers* (with N. Barr, G. Willcoxon, and N. Basuni), Netherlands Institute of International Relations Clingendael, 2015.

*Dignity and Dawn: Libya's Escalating Civil War* (with N. Barr), ICCT—The Hague, 2015.

*Ansar Bayt al-Maqdis's Oath of Allegiance to the Islamic State*, Wikistrat, 2015.

*China's Post-2014 Role in Afghanistan*, Washington, DC: FDD Press, 2014.

Ed. (with J. Schanzer), *Allies, Adversaries and Enemies: America's Increasingly Complex Alliances*, Washington, DC: FDD Press, 2014.

*Raising the Stakes: Ansar al-Sharia in Tunisia's Shift to Jihad* (with B. Moreng and K. Soucy), ICCT–The Hague, 2014.

*Ansar al-Sharia Tunisia's Long Game: Dawa, Hisba, and Jihad*, ICCT—The Hague, 2013.

*The Tactical and Strategic Use of Small Arms by Terrorists and Terrorist Groups* (Washington, DC: FDD Press, 2012).

Ed. (with L. Frum), *Terror in the Peaceable Kingdom: Understanding and Addressing Violent Extremism in Canada* (Washington, DC: FDD Press, 2012).

*Bin Laden's Legacy* (New York: John Wiley & Sons, 2011).

Ed. (with C. May), *The Afghanistan-Pakistan Theater: Militant Islam, Security and Stability* (Washington: FDD Press, 2010).

*Terrorism in the West 2008: A Guide to Terrorism Events and Landmark Cases* (Washington, DC: FDD Press, 2009).

*Homegrown Terrorists in the U.S. and U.K.: An Empirical Examination of the Radicalization Process* (Washington, DC: FDD Press, 2009).

*Abu Yahya al-Libi: Profile of an Ideologue* (Washington, DC: FDD Press, 2008).
Ed. (with C. May), *From Energy Crisis to Energy Security: A Reader* (Washington, DC: FDD Press, 2008).
*Firefighters' Developing Role in Counterterrorism* (New York: Manhattan Institute, 2008).
*The Convergence of Crime and Terror*, New York: Manhattan Institute, 2007.
*My Year Inside Radical Islam*, New York: Tarcher/Penguin, 2007.

## SELECTED BOOK CHAPTERS

"Jihadism in the Post-Arab Spring Maghreb," in S. King & A. Magraoui eds., *The Lure of Authoritarianism: The Maghreb After the Arab Spring,* Indiana University Press, 2019.

"Midterm Assessment: Sunni Jihadism," in J. Hannah ed., *Midterm Assessment: The Trump Administration's Foreign and National Security Policies*, FDD Press 2019.

"The United States' Post-9/11 Fight Against al-Qa'ida and the Islamic State: A Losing Effort in Search of a Change," in David W. Lesch & Mark L. Haas eds., *The Middle East and the United States: History, Politics and Ideologies* 6th ed., Routledge 2018.

"Violent Non-State Actor Proxies in the Pakistan-Afghanistan Relationship," in A. Pande ed., *Handbook on Contemporary Pakistan*, Routledge 2017.

"MENA Countries' Responses to the Foreign Fighter Phenomenon," in A. de Guttry et al. eds., *Foreign Fighters Under International Law and Beyond* (The Hague: T.M.C. Asser Press, 2016).

"The Evolution of Post-Ben Ali Tunisian Jihadism," in A. Celso & R. Nalbandov eds., *The Crisis of the African State* (Quantico, Va.: Marine Corps University Press, 2016).

"The Genesis, Rise, and Uncertain Future of al-Qaeda," in R. Law ed., *The Routledge History of Terrorism*, forthcoming Routledge, 2015.

"Violent Non-State Actors in the Afghanistan-Pakistan Relationship," in C. Fair & S. Watson eds., *Pakistan's Challenges*, University of Pennsylvania Press, 2015.

"Violent Non-State Actors: Paradigmatic Lessons Learned," in *National Security Management in Federal Structures: Perspectives from India and the United States* (Kochi, India: Centre for Public Policy Research, 2014).

"The Future of Preventive Detention Under International Law," in Sam Muller ed., *The Law of the Future and the Future of Law* (Hague Institute for the Internationalisation of Law, 2012).

"The Legacy of Osama bin Laden's Strategy," in David Kamien ed., *The McGraw-Hill Homeland Security Handbook* (New York: McGraw-Hill, 2012).

"Abducting Islam" (with K. Dabruzzi), in R. Rogan & F. Lanceley, eds., *Contemporary Theory, Research and Practice of Crisis/Hostage Negotiation* (Hampton Press, 2010).

## ACADEMIC AND TECHNICAL PUBLICATIONS

"Understanding Shifting Triadic Relationships in the Al-Qaeda/ISIS Faction Ecosystem" (with V.S. Subrahmanian et al.), *IEEE Transactions on Computational Social Systems*, September 23, 2020.

"When Jihadist Factions Split: A Data-Driven Network Analysis" (with S. Hodgson, D. Bellutta, C. Pulice & V.S. Subrahmanian), *Studies in Conflict & Terrorism* (2019).

"Fluidity of the Fringes: Prior Extremist Involvement as a Radicalization Pathway" (with M. Blackman), *Studies in Conflict & Terrorism* (2019).

"How al-Qaeda Works: The Jihadist Group's Evolving Organizational Design" (with N. Barr), *Current Trends in Islamist Ideology*, May 30, 2018.

"We Squeezed the Balloon: As ISIL Collapses, Jihadism Remains in a Growth Phase," symposium contribution, *Texas National Security Review*, March 20, 2018.

"Violent Non-State Actors in the Age of Social Media: A Twenty-First Century Problem Requires a Twenty-First Century Toolkit," *Georgetown Security Studies Review*, special issue, February 2017.

"How al-Qaeda Survived the Islamic State Challenge," *Current Trends in Islamist Ideology* (Hudson Institute), August 30, 2016.

"The Lean Terrorist Cell: How Startup Companies and Violent Non-State Actors Are Changing the Old World Order" (with N. Barr), *Georgetown Journal of International Affairs* 17:2, Summer/Fall 2016.

"An Opening for al-Qaeda" (with N. Barr), *Journal of International Security Affairs*, Winter 2016.

"Recent Attacks Illuminate the Islamic State's Europe Attack Network" (with N. Barr), Jamestown Foundation, April 27, 2016.

"Tunisian Jihadism After the Sousse Massacre" (with B. Moreng), *CTC Sentinel*, October 2015.

9

"The Role of Iraqi Tribes after the Islamic State's Ascendance" (with S. Jensen), *Military Review*, July-August, 2015.

"A Critical Link between Jabhat al-Nusra and al-Qaeda: Abu Humam al-Suri," *Militant Leadership Monitor* 6:5 (May 2015).

"AQAP's Virtual Jihadist—Bakhsuruf al-Danquluh," *Militant Leadership Monitor* 6:1 (January 2015).

"Doha's Dangerous Dalliance," *Journal of International Security Affairs*, Fall/Winter 2014.

"A Temporary Marriage of Convenience: Transnational Jihadists in Proxy Warfare," *Fletcher Security Review* 1:2 (May 2014).

"Lone Wolf Islamic Terrorism: Abdulhakim Mujahid Muhammad (Carlos Bledsoe) Case Study," *Terrorism and Political Violence* 26:110-28 (2014).

"Timeline: Al-Shabaab's Attacks Since Kismayo," *Militant Leadership Monitor Quarterly Strategic Report*, Oct. 2013.

"Al-Qaeda's Influential Online Strategist: Abu Sa'd al-Amili," *Militant Leadership Monitor*, Oct. 2013.

"Al-Qa`ida in the Islamic Maghreb's Tunisia Strategy" (with A. Zelin and A. Lebovich," *CTC Sentinel*, July 23, 2013.

"Perceptions of the 'Arab Spring' Within the Salafi Jihadi Movement" (with T. Vassefi), *Studies in Conflict & Terrorism* 35:12, Nov. 2012.

"The Forgotten History of Afghanistan-Pakistan Relations" (with T. Vassefi), *Yale Journal of International Affairs*, Mar. 2012.

"Islamistischer Terrorismus in den USA: 'Homegrown Terrorism' in den Vereinigten Staaten: Bedrohung, Ursachen und Prävention," *Der Bürger im Staat* (Germany), Winter 2011.

"Al Qaeda's Rope-a-Dope," *Journal of International Security Affairs*, Fall/Winter 2011.

"Leadership vs. Leaderless Resistance: The Militant White Separatist Movement's Operating Model" (with M. Gruen), Foundation for Defense of Democracies, February 18, 2010.

"Assessing the Militant White Separatist Movement" (with M. Gruen), Foundation for Defense of Democracies, January 28, 2010.

"The Strategic Challenge of Somalia's al Shabaab," *Middle East Quarterly*, Fall 2009.

"Fixing Our Pakistan Problem," *Journal of International Security Affairs*, Spring 2009.

"The Role of Consensus in the Contemporary Struggle for Islam," *Review of Faith & International Affairs*, Winter 2008.

"Is al-Qaeda's Central Leadership Still Relevant?" (with K. Dabruzzi), *Middle East Quarterly*, Spring 2008.

"Jihad's New Leaders" (with K. Dabruzzi), *Middle East Quarterly*, Summer 2007.

## SELECTED ARTICLES & POLICY ANALYSIS

"Will 'Salad Bar Extremism' Replace 'Old-School World' Terrorism?," *The National Interest*, July 14, 2022.

"Extremist Travel to Ukraine Is a Cause for Concern, Not Alarm," *The National Interest*, June 18, 2022.

"Combat White Supremacist Violence Using Sanctions," *New York Daily News*, May 30, 2022.

"Texas's New Social Media Law Will Create a Haven for Global Extremists," *Foreign Policy*, May 26, 2022.

"White Supremacists Sacralize Mass Attackers to Encourage More Violence" (with M. Urban and M. Chauvin), *The National Interest*, May 24, 2022.

"Cryptocurrency is a Cash Cow for Far Right Extremists" (with V. Koduvayur), *The National Interest*, February 23, 2022.

"America Drops the Ball on White Supremacist Terror Groups" (with V. Koduvayur), *Foreign Policy*, December 21, 2021.

"Bordering on Hate: The Strategic Implications of White Supremacist Extremist Travel between the United States and Canada" (with C. Clarke and S. Hodgson), International Centre for Counter-Terrorism – The Hague, April 13, 2021.

"The Evolution and Escalation of the Islamic State Threat to Mozambique" (with E. Chace-Donahue and C. Clarke), Foreign Policy Research Institute, April 13, 2021.

"8 Principles of Crisis Architecture Can Help Mitigate Active Shooters" (with T. Lahnert), *FacilitiesNet*, August 2020.

"Sudanese Human Smuggling Networks: Fueling Instability from North Africa to Europe" (with P. Chalk & C. Clarke), International Centre for Counter-Terrorism – The Hague, June 29, 2020.

"The Threat of Jihadist Terrorism in Germany" (with E. Chace-Donahue & C. Clarke), International Centre for Counter-Terrorism – The Hague, May 22, 2020.

"The Russian Imperial Movement (RIM) and Its Links to the Transnational White Supremacist Extremist Movement" (with S. Hodgson & C. Clarke), International Centre for Counter-Terrorism – The Hague, April 24, 2020.

"The Growing Threat Posed by Accelerationism and Accelerationist Groups Worldwide" (with C. Clarke and S. Hodgson), Foreign Policy Research Institute, April 20, 2020.

"Foreign Terrorist Fighters from Southeast Asia: What Happens Next?" (with C. Clarke and S. Hodgson), International Centre for Counter-Terrorism – The Hague, February 17, 2020.

"The Enduring Legacy of French and Belgian Islamic State Foreign Fighters" (with C. Clarke & E. Chace-Donahue), Foreign Policy Research Institute, February 5, 2020.

"Terrorists and Technological Innovation" (with C. Clarke and M. Shear), *Lawfare*, February 2, 2020.

"What Do Asia's Returning Isis Fighters Do Next? You're About to Find Out" (with C. Clarke), *South China Morning Post*, February 2, 2020.

"Greece is the Weak Spot in Post-Caliphate European Counterterrorism (with C. Clarke), *The National Interest*, January 31, 2020.

"How to Win Friends and Wage Jihad: Understanding al Qaeda's Pragmatism" (with V. Koduvayur), *Foreign Affairs*, July 1, 2019.

"The Growing Challenge of Aviation Insider Threats" (with S. Sheafer), *Aviation Security International*, December 19, 2018.

"The Demographics of Southeast Asian Jihadism" (with V. Hagerty & M. Dement), *War on the Rocks*, September 5, 2018.

"Terrorists Are Going to Use Artificial Intelligence," *Defense One*, May 3, 2018.

"The Emigrant Sisters Return: The Growing Role of the Islamic State's Women" (with V. Hagerty and L. Macnair), *War on the Rocks*, April 2, 2018.

"Spike in African Terrorism Highlights the Importance of Jihadist Innovation," *War on the Rocks*, February 26, 2018.

"Terrorists Are Using Drones Now. And That's Not the Worst of It," *Fortune*, September 9, 2017.

"Save the Terrorism Prevention Toolkit" (with G. Selim), *War on the Rocks*, August 28, 2017.

"The Manchester Attack Shows How Terrorists Learn," *The Atlantic*, May 23, 2017.

"Lone Wolves No More," *Foreign Affairs*, March 27, 2017.

"The Coming Islamic Culture War" (with N. Barr), *Foreign Affairs*, March 4, 2017.

"U.S. Policy in Afghanistan: What to Expect from Trump," Centre on Religion & Geopolitics, Tony Blair Faith Foundation, February 6, 2017.

"Terrorists, Insurgents, Something Else? Clarifying and Classifying the 'Generational Challenge'" (with J. Zenn), *Lawfare*, January 15, 2017.

"ISIL's Virtual Planners: A Critical Terrorist Innovation," *War on the Rocks*, January 4, 2017.

"Trump Wants to Shake Up the World Order? Here's Where He Should Start," *Politico*, December 11, 2016.

"A Grim Anniversary: 15 Years after 9/11, the War against Radical Islamist Terrorism is not Looking Good," *New York Daily News*, September 11, 2016.

"Rebranding Terror" (with T. Joscelyn), *Foreign Affairs*, August 28, 2016.

"Boko Haram's Doomed Marriage to the Islamic State" (with J. Zenn), *War on the Rocks*, August 26, 2016.

"The Myth of Lone-Wolf Terrorism" (with N. Barr), *Foreign Affairs*, July 27, 2016.

"Bloody Ramadan: How the Islamic State Coordinated a Global Terrorist Campaign," *War on the Rocks*, July 20, 2016.

"ISIS May be on the Decline—But Beware al-Qaeda," *New York Post*, June 29, 2016.

"Boko Haram's Buyer's Remorse" (with J. Zenn), *Foreign Policy*, June 20, 2016.

"Uncovering if Pulse Club Massacre in Orlando Was an 'ISIS Attack,'" *New York Daily News*, June 12, 2016.

"Operation Hemorrhage: The Terror Plans to Wreck the West's Economy," *Daily Beast*, March 24, 2016.

"Osama bin Laden's 'Bookshelf' Reveals al-Qaeda's Long Game," *Daily Beast*, March 17, 2016.

"Neither Remaining Nor Expanding: The Islamic State's Global Expansion Struggles," *War on the Rocks*, February 22, 2016.

"The CIA's Syria Program and the Perils of Proxies," *Daily Beast*, January 19, 2016.

"How ISIS Makes Money: Oil Sales," *The Cipher Brief*, January 14, 2016.

"Islamic State vs. al-Qaeda: The War within the Jihadist Movement," *War on the Rocks*, January 13, 2016.

"Druze Clues: Al Nusra's Rebranding and What It Means for Syria," *Foreign Affairs*, October 6, 2015.

"Sunni Tribes Need Arms and Support to Fight ISIS," *New York Times*, June 1, 2015.

"Europe's Volatile Southern Neighbourhood," Netherlands Institute of International Relations (Clingendael), April 2015.

"The Losing War Against Ungoverned Spaces," *Pragati*, April 28, 2015.

"Al Qaeda is Beating the Islamic State," *Politico*, April 14, 2015.

"From Westgate to Garissa, Shabab's Murderous Wave," *Foreign Policy*, April 10, 2015.

"The Islamic State's African Long Con," *Foreign Policy*, March 16, 2015.

"Is Libya the Next Stronghold for the Islamic State?" (with N. Barr), *Foreign Policy*, March 2, 2015.

"The Truth About ISIS… They're Better at Twitter than War," *Spectator* (U.K.), January 10, 2015.

"Reaction to the Charlie Hebdo Massacre Shows How We've Lost Our Free-Speech Spine," *New York Daily News*, January 7, 2015.

"ISIS is Losing Its Greatest Weapon: Momentum," *The Atlantic*, January 6, 2015.

"China No Substitute for U.S. Involvement Over Afghanistan," *CNN*, October 29, 2014.

"Thank You for Bombing," *Foreign Policy*, September 24, 2014.

"The Islamic State's Vulnerability," *War on the Rocks*, September 17, 2014.

"Libya's Islamist Counteroffensive," *War on the Rocks*, August 13, 2014.

"Zawahiri's Revenge," *Foreign Policy*, July 31, 2014.

"The Jihadist Governance Dilemma" (with A. Magen), *Washington Post* (Monkey Cage blog), July 18, 2014.

"Is the Threat Posed by Former Guantánamo Detainees Exaggerated?," *Congressional Quarterly*, June 27, 2014.

"China's Post-2014 Afghanistan Strategy," *Pragati*, June 22, 2014.

"Massacre in Mpeketoni: Shabaab's Strategic Calculus" (with H. Appel), *Georgetown Journal of International Affairs*, June 21, 2014.

"Terror's Comeback Kids," *The Spectator* (U.K.), June 21, 2014.

"When America's Enemies Are Also Its Friends" (with J. Schanzer), *The National Interest*, June 16, 2014.

"Our Libya Intervention—Failure Disguised as Success," *National Post* (Canada), May 16, 2014.

"Safer Now?: Balancing Privacy and Security after the Boston Bombings," *America*, April 14, 2014.

"Al-Shabaab's Insurgency in Somalia: A Data-Based Snapshot" (with H. Appel), *Georgetown Journal of International Affairs*, April 3, 2014.

"The Lies American Jihadists Tell Themselves," *Foreign Policy*, Mar. 21, 2014.

"Russia's 'Ring of Steel' Around Sochi Can't Stop Terror Attacks Outside," *New York Daily News*, Jan. 26, 2014.

"Obama's Kobe Bryant-Al-Qaeda Flap," *Daily Beast*, Jan. 22, 2014.

"Interpreting Al-Qaeda," *Foreign Policy*, Jan. 6, 2014.

"Al-Qaeda's Big Year," *Politico*, Dec. 29, 2013.

"Afghanistan After the U.S. Drawdown," *Pragati*, December 6, 2013.

"Two Cheers for New TSA Screening," *New York Daily News*, November 19, 2013.

"The Arab World's Dimmed Revolutionary Fervour," *Pragati*, Oct. 4, 2013.

"The Westgate Mall Attack and the Future of Terrorism," *Georgetown Journal of International Affairs*, Sept. 23, 2013.

"Why Qatar is Quietly Supporting a U.S. Strike in Syria" (with J. Schanzer), *Atlantic*, Sept. 3, 2013.

"The Costs of Counterterrorism," *Townhall Magazine*, Sept. 2013.

"Turkey's Mixed Messages on Syria" (with J. Schanzer), *Atlantic*, Aug. 30, 2013.

"How We Killed Privacy—in 4 Easy Steps" (with K. Atherton), *Foreign Policy*, August 23, 2013.

"How Syria's Jihadists Win Friends and Influence People" (with P. Smyth), *Atlantic*, August 22, 2013.

"Gitmo's Czar Speaks Out," *Politico*, Aug. 13, 2013.

"The Cuban in the Desert," *Foreign Policy*, Aug. 13, 2013.

"Put a Sock In It!," *Politico*, Aug, 6, 2013.

"Al-Qaeda in Iraq and the Abu Ghraib Prison Break," *Project Syndicate*, July 23, 2013.

"Terrorism in North Africa After Benghazi," *ICCT Commentary*, July 18, 2013.

"Tunisia's Jihadi Showdown Shows Paradox of Arab Spring Freedoms," *Globe & Mail* (Canada), May 27, 2013.

"In Boston Terrorism Case, Too Easy to Jump to Conclusions," *Globe & Mail* (Canada), Apr. 22, 2013.

"Why Boston Isn't the New Normal," *New York Daily News*, Apr. 17, 2013.

"Springtime for Salafists," *Foreign Policy*, March 26, 2013.

"Ansar al-Sharia Tunisia's International Connections," *ICCT Commentary*, Mar. 21, 2013.

"The Impact of Systemic Factors," *Pragati*, March 8, 2013.

"Uncharitable Organizations" (with A. Zelin), *Foreign Policy*, February 26, 2013.

"Homegrown Terror is Real, But You Won't Find It Online," *Globe & Mail* (Canada), February 5, 2013.

"Where Should Mali's Militants be Detained?" *The Atlantic*, January 25, 2013.

"Is Algeria's Kidnapper a 'Common Criminal'? Look Again," *Globe & Mail* (Canada), January 22, 2013.

"The War's in Mali, But the Danger is International," *Globe & Mail* (Canada), Jan. 16, 2013.

"Learning from the Soviets: How to Withdraw from Afghanistan," *The Atlantic*, Jan. 9, 2013.

"The Political Prospects of an Open Fuel Standard in Obama's Second Term," *The Doctrine* (Truman Project), Jan. 7, 2013.

"Should We Invade Mali to Stop al Qaeda?," *Globe and Mail* (Canada), January 4, 2013.

"Osama bin Laden: Strategic Genius," *National Post* (Canada), Jan. 4, 2013.

"Will the U.S. Enjoy 'A Brighter Energy Outlook'?" *The Doctrine* (Truman Project), Dec. 17, 2012.

"Gitmo's Troubling Afterlife," *The Atlantic*, Dec. 4, 2012.

"How the Arab Spring's Prisoner Releases Have Helped the Jihadi Cause" (with A. Zelin), *The Atlantic*, Oct. 11, 2012.

"Reports of Al Qaeda's Death Have Been Greatly Exaggerated," *Foreign Policy*, Oct. 3, 2012.

"The Anti-Social Network" (with A. Elkus), *Foreign Policy*, Aug. 9, 2012.

"It's Far from Safe to Say that al Qaeda is Dead," *National Post* (Canada), August 3, 2012.

"Nekrolog za Al-Kajda?" *Pravda* (Slovakia), July 31, 2012.

"Is Nigeria the Next Front in the War on Terror?" *Foreign Policy*, July 3, 2012.

"Are More Underwear Bomb Plots in Progress?" *National Review Online*, May 8, 2012.

"Al Qaeda Spins Failed Plots as Successes Because They Ramp Up Security and Drain U.S. Treasury," *New York Daily News*, May 8, 2012.

"The Bin Laden Files," *Foreign Policy*, May 3, 2012.

"Al Qaeda Graphic Hinting at More New York Attacks Likely Bluster," *New York Daily News*, April 3, 2012.

"America's 4-Prong Strategy for Somalia" (with D. Trombly), *The Atlantic*, Oct. 31, 2011.

"Terrorism and the Coming Decade," *Global Brief*, Oct. 2011.

"What Will Anwar al Awlaki's Death Really Mean for al Qaeda?," *The Atlantic*, Sept. 30, 2011.

"Our Politicized Fight Against Terrorism," *The Atlantic*, Sept. 30, 2011.

"A Report Card for Homeland Security," *The Atlantic*, Sept. 14, 2011.

"Osama's Legacy Remains a Threat," *Hindustan Times* (India), Sept. 10, 2011.

"Al Qaeda is Winning," *The Atlantic*, Sept. 8, 2011.

"Does al Qaeda Still Pose a Serious Threat to the U.S.?" *CQ Researcher*, Sept. 2, 2011.

"Politicizing the War on Terror," *National Post* (Canada), Aug. 10, 2011.

"Declaring War on the 'Far Enemy,'" *National Post* (Canada), Aug. 9, 2011.

"Al Qaeda on the Brink?," *National Review Online*, July 28, 2011.

"Somalia's Drought, America's Dilemma" (with T. Vassefi), *The Atlantic*, July 15, 2011.

"Zawahiri's Ascension Won't Change al Qaeda's Strategy," *Foreign Policy*, June 16, 2011.

"Osama's Oil Obsession," *Foreign Policy*, May 23, 2011.

"The Iraq War Helped bin Laden," *New York Times*, May 3, 2011.

"Bin Laden's 'War of a Thousand Cuts' Will Live On," *The Atlantic*, May 3, 2011.

"Don't Get Cocky, America," *Foreign Policy*, May 2, 2011.

"The Lost Years for Alternative Energy?," *The Atlantic*, January 12, 2011.

"Death by a Thousand Cuts," *Foreign Policy*, Nov. 23, 2010.

"Prominent European Islamic Terrorist Renounces Extremism," *The Atlantic*, Oct. 19, 2010.

"Should the U.S. Help Break Up Somalia?," *The Atlantic*, Oct. 7, 2010.

"The African Union's Beleaguered Somalia Mission" (with S. Chung), *Long War Journal*, July 20, 2010.

"Counting al-Qaeda" (with B. Roggio), *Weekly Standard*, July 19, 2010.

"Al-Shabaab's Grim Milestone in Uganda," *FoxNews.com*, July 14, 2010.

"The Homegrown Terror Threat," *inFocus*, Summer 2010.

"Pakistan Intelligence Pulls Taliban Strings," *Washington Times*, June 17, 2010.

"The Shooting of Luqman Abdullah" (with M. Gruen), *National Post* (Canada), Nov. 26, 2009.

"Western Recruits in Somalia," *National Post* (Canada), Nov. 25, 2009.

"The Danger Signs of Terror," *National Post* (Canada), Nov. 24, 2009.

"Tarheel Jihadist," *Weekly Standard*, August 31, 2009.

"The Global Economic Crisis and Iraq's Future" (with J. Goodman), *inFocus*, Summer 2009.

"How Do They Radicalize Others?," *Washington Times*, June 20, 2009.

"American Interests in Pakistan," *Weekly Standard*, Apr. 13, 2009.

"The Attack on Syria's al Kibar Nuclear Facility" (with J. Goodman), *inFocus*, Spring 2009.

"What Does Ethiopia's Withdrawal Mean for Somalia's Future?," *Middle East Times*, Feb. 5, 2009.

"Why Energy Security Matters Despite Falling Oil Prices," *FDD Policy Briefing*, Jan. 13, 2009.

"Jihad Recruiting Effort May Explain Missing Somalis in Minneapolis Area," *FoxNews.com*, Dec. 4, 2008.

"Urban Jihad Comes to Town," *Hindustan Times* (India), Nov. 29, 2008.

"A Dangerous Neighbor: How Pakistan's Deterioration Harms Afghanistan" (with B. Roggio), *Weekly Standard*, August 6, 2008.

"The Strategic Vulnerabilities of Oil Dependence," Foundation for Defense of Democracies, July 21, 2008.

"Can Hydrogen Cars Reduce America's Oil Dependence?," Foundation for Defense of Democracies, July 8, 2008.

"Sadr's Special Groups" (with B. Roggio), *Weekly Standard*, June 9, 2008.

"Approaches to America's Energy Crisis," *FDD Policy Briefing*, June 2, 2008.

"Assessing Risks of Turkish Raids in N. Iraq" (with S. Rollinger), *Middle East Times*, May 13, 2008.

"The High Cost of Oil Dependence," *FDD Policy Briefing*, May 2, 2008.

"Will Yousaf Raza Gilani Change Pakistan?," *Middle East Times*, Apr. 15, 2008.

"The Press Botches Basra" (with B. Roggio), *Weekly Standard Online*, Apr. 4, 2008.

"Taliban Defeat in North-West Frontier?," *Middle East Times*, Mar. 6, 2008.

"Will Divisions Undermine the Somali Rebellion?," *Middle East Times*, Feb. 28, 2008.

"While Pakistan Burns," *Weekly Standard*, Oct. 29, 2007.

"Echoes of the Future" (with K. Datruzzi), *Weekly Standard Online*, June 7, 2007, reprinted in Thomas J. Bradley ed., *Violence and Terrorism* 11th ed. (McGraw Hill, 2009).

"Spinning the Fighting in South Waziristan" (with B. Roggio), *Weekly Standard Online*, Apr. 24, 2007.

"Finding the Moderates," *Washington Times*, Apr. 17, 2007.

"Changing Minds," *Washington Times*, Feb. 22, 2007.

"When Faith Goes Too Far," *Reader's Digest*, Feb. 2007.

"Blackhawk Up," *Weekly Standard*, Jan. 29, 2007.

"Will the U.S. Win in Somalia?," *Weekly Standard Online*, Jan. 10, 2007.

"The Death of Shamil Basayev," *American Spectator*, July 14, 2006.

"Zarqawi and His Role Model" (with R. Miniter), *Weekly Standard Online*, June 9, 2006.

"Assad Under Siege" (with N. Boms), *Washington Times*, May 15, 2006.

"Elections Are Not Enough" (with N. Boms), *Washington Times*, May 1, 2006; reprinted in D. Miller ed., *Developing Nations* (Thomson Gale, 2007).

"A Solid Start" (with N. Boms), *Wall Street Journal Europe*, Feb. 17, 2006.

## SELECTED BOOK REVIEWS AUTHORED

Yannick Veilleux-Lepage, *How Terror Evolves*, in *Terrorism and Political Violence* (2022).

Sean McFate, *The Modern Mercenary*, in *Terrorism and Political Violence* (February 2017).

Jacob Shapiro, *The Terrorist's Dilemma*, in *Terrorism and Political Violence* 27:3 (2015).

Ramón Spaaij, *Understanding Lone Wolf Terrorism*, in *War on the Rocks*, October 27, 2014.

Alison Pargeter, *Libya: The Rise and Fall of Qaddafi*, in *Association for the Study of the Middle East and Africa Book Notes*, Nov. 25, 2013.

"Detention Policy Under Obama and Beyond," review essay, *Orbis*, Spring 2013.

Clark McCauley & Sophia Moskelenko, *Friction*, in *Pragati*, Nov. 2, 2012.

William Dobson, *The Dictator's Learning Curve*, in *Association for the Study of the Middle East and Africa Book Notes*, Oct. 26, 2012.

Peter Bergen, *The Longest War*, in *Middle East Quarterly*, Fall 2012.

Mitchell Silber, *The Al-Qaeda Factor*, in *Pragati*, Aug. 17, 2012.

Klejda Mulaj ed., *Violent Non-State Actors in World Politics*, in *Association for the Study of the Middle East and Africa Book Notes*, Aug. 1, 2012.

Owen Greene & Nicholas Marsh eds., *Small Arms, Crime and Conflict*, in *Association for the Study of the Middle East and Africa Book Notes*, May 29, 2012.

Markus V. Hoehne & Virginia Luling eds., *Milk and Peace, Drought and War*, in *Association for the Study of the Middle East and Africa Book Notes*, Jan. 18, 2012.

J.M. Berger, *Jihad Joe*, in *Pragati*, Sept. 2011.

Robert A. Pape & James K. Feldman, *Cutting the Fuse*, in *Association for the Study of the Middle East and Africa Book Notes*, May 26, 2011.

Assaf Moghadam, *The Globalization of Martyrdom*, in *Association for the Study of the Middle East and Africa Book Notes*, Oct. 15, 2010.

Stephen Grey, *Operation Snake Bite*, in *Middle East Quarterly*, Summer 2010.

Sadanand Dhume, *My Friend the Fanatic*, in *Middle East Quarterly*, Summer 2010.

Brynjar Lia, *Architect of Global Jihad*, in *Middle East Quarterly*, Summer 2010.

D.R. Burgess, *The World for Ransom*, in *Pragati*, July 2010.

Tore Bjørgo & John Horgan, eds., *Leaving Terrorism Behind*, in *Association for the Study of the Middle East and Africa Book Notes*, Apr. 14, 2010.

Alan B. Krueger, *What Makes a Terrorist: Economics and the Roots of Terrorism*, in *Association for the Study of the Middle East and Africa Book Notes*, 2009.

Marc Sageman, *Leaderless Jihad*, in *Middle East Quarterly*, Summer 2009.

Quintan Wiktorowicz, *Radical Islam Rising*, in *Middle East Quarterly*, Winter 2009.

Lawrence Wright, *The Looming Tower*, in *Middle East Quarterly*, Winter 2009.

Philip Jenkins, *God's Continent*, in *Middle East Quarterly*, Fall 2008.

Brian Michael Jenkins, *Unconquerable Nation*, in *Middle East Quarterly*, Summer 2008.

William Simpson, *The Prince*, in *Middle East Quarterly*, Winter 2008.

George Michael, *The Enemy of My Enemy*, in *Weekly Standard Online*, August 9, 2006.

Mary Habeck, *Knowing the Enemy*, in *Weekly Standard Online*, August 3, 2006.

## SELECTED PRESENTATIONS AND CONFERENCE PAPERS

"Crisis Architecture 202: Design, Retrofit, and Implementation," Proto-Talks, Protogetic (webinar), July 14, 2022.

"Technology: A Help or Hindrance on Security and Society," The Changing Nature of Security and Institutions Workshop, Near East South Asia Center for Strategic Studies, National Defense University, Tunis, July 12, 2022.

"The Perfect Storm: The Present & Future(s) of Domestic Violent Extremism," 2022 TLO Conference, Colorado Information Analysis Center, Arvada, Colo., May 4, 2022.

"Closing Remarks," Global Counterterrorism Forum (GCTF), launch event for Racially or Ethnically Motivated Violent Extremism (REMVE) Toolkit Initiative, webinar, February 3, 2022.

Featured Guest, Virtual Happy Hour, Defense and Intelligence Innovation Ecosystem, January 3, 2022.

Panelist, "Malevolent Platforms: How to Eradicate Them While Preserving Freedom of Speech and Other Legal Protections That Foster the Global Exchange of Information," Eradicate Hate Global Summit 2021, Pittsburgh, Pa., October 20, 2021.

Panelist, "The Virus of Hate: COVID-19 as a Breeding Ground for Extremism," Eradicate Hate Global Summit 2021, Pittsburgh, Pa., October 18, 2021.

Panelist, "9/11 Lessons Learned," 4th Great Power Competition Conference: Two Decades After 9/11, co-sponsored by the University of South Florida and National Defense University, webinar, September 23, 2021.

"Worldbuilding in the Practice of Wargaming: What Wargamers Can Learn from the Techniques of Hollywood Blockbusters & Bestselling Novelists," National Defense University (webinar), June 30, 2021.

"Preventing Misuse of Cyberspace and New Technologies: Developing Ideas, Skills, and Toolkits for Practitioners," Second United Nations High-Level Conference on Counter-Terrorism, June 28, 2021.

"Crisis Architecture," Proto-Talks, Protogetic (webinar), June 24, 2021.

"Applying Existing GCTF Resources to REMVE," Global Counterterrorism Forum, Second Exploratory Dialogue on Racially or Ethnically Motivated Violent Extremism, Global (webinar), April 29, 2021.

"After January 6: Social Media, Mobilizations & Militant Groups," Proto-Talks, Protogetic (webinar), April 22, 2021.

"A Conversation on Wargaming," Institute for Politics and Strategy, Carnegie Mellon University (webinar), April 9, 2021.

"Countering the Rising Tide of Domestic Extremism: How We Got Our Current Toolkit, and How to Expand It," Council on Foreign Relations, March 10, 2021.

"'Like a Drop of Cyanide' – A Strategic Framework for Addressing Hateful Conduct and Radicalization in the Canadian Armed Forces," Royal Canadian Air Force, March 3, 2021.

Moderator, "Artificial Intelligence and Challenges in National Security," National Security Alumni Network, Foundation for Defense of Democracies, February 18, 2021.

"'Like a Drop of Cyanide' – A Strategic Framework for Addressing Hateful Conduct and Radicalization in the Canadian Armed Forces," webinar for Chief of Military Personnel (Canada's Department of National Defence) and senior staff, January 20, 2021.

"'Like a Drop of Cyanide' – A Strategic Framework for Addressing Hateful Conduct and Radicalization in the Canadian Armed Forces," Director General Military Personnel Research and Analysis, Ottawa (via webinar), January 8, 2021.

"Terrorists, Technology, Tactics: Understanding How Violent Non-State Actors Engage in Organizational Learning," Global Terrorism Trends and Analysis Center Speaker Series, December 17, 2020.

"Addressing Mass Shootings Through the Built Environment," TEDxTemecula, Temecula, Calif., posted online December 7, 2020.

"'Like a Drop of Cyanide' – A Strategic Framework for Addressing Hateful Conduct and Radicalization in the Canadian Armed Forces," MINDS Virtual Expert Briefing, Canadian Department of National Defence, December 2, 2020.

"Preventing White Supremacist Violent Extremism," Duke University (webinar), September 11, 2020.

"Maritime Security and Terrorist Travel: A Global Overview," keynote presentation, Virtual Consultation on the Implications of Terrorist Travel in the Maritime Domain, Global Counterterrorism Forum, July 21, 2020.

"How Terrorist Organizations and Violent Extremists are Operating in the Fog of COVID-19," Foundation for Defense of Democracies webinar, June 23, 2020.

"Update on Terrorism—Expectations for 2020 and Beyond," Infonex Canadian BCP and Emergency Management 2020 Conference, Ottawa, January 28, 2020.

"Violent Non-State Actors as Deadly Early Adopters," Canadian Department of National Defence, Ottawa, September 18, 2019.

"Future Global Trends and Asymmetric Warfare," keynote speech, Changing Nature of Conflicts Workshop, Near East South Asia Center for Strategic Studies, National Defense University, Casablanca, Morocco, June 18, 2019.

"CT Challenges: What's Going Well, What's Not Going Well," Beyond Christchurch and the Caliphate: Terrorism's Futures, conference hosted by the Australian Government & Australian National University, Canberra, Australia, June 5, 2019.

"Current and Emerging Technologies," keynote speech, 2019 Sovereign Challenge Program Annual Conference, U.S. Special Operations Command, Pittsburgh, Pa., May 1, 2019.

"The Violent Non-State Actor Technology Adoption Curve," T2 Conference on Technology and the Future of Terror, sponsored by Georgia State University and Sam Nunn School at Georgia Tech, Atlanta, Ga., April 11, 2019.

"Artificial Intelligence and Asymmetric Warfare," Near East South Asia Center for Strategic Studies, National Defense University, Washington, D.C., February 7, 2019.

"The Current Threat to Civil Aviation," keynote address, Airport IT & Security 2018 conference, Amsterdam, Dec. 4, 2018.

"#Extremism: Social Media, Recruitment, Radicalization and Counternarratives," Partnering in Practice: Preventing Social Polarizations conference, Edmonton, Alberta, December 1, 2018.

"The Past, Present and Future of al-Qaeda," Campbell University, Buies Creek, N.C., September 20, 2018.

"Islamic State's Virtual Planners Model," The Jamestown Foundation, Washington, D.C., June 6, 2018.

Panelist on Academic Panel, Defense Combating Terrorism Intelligence Conference, Reston, Va., May 15, 2018.

"Artificial Intelligence and Asymmetric Warfare," presentation at NESA-AFRICOM Senior Leaders Dialogue, Tunis, Tunisia, May 2, 2018.

"Technology Tsunami," U.S. Army Special Operations Command (USASOC) Young Lions Program, Fort Bragg, N.C., February 7, 2018.

"Evolving Terror: The Development of Jihadist Operations Targeting Western Interests in Africa," Defence Engagement Program, Canadian Department of National Defence, Ottawa, Jan. 29, 2018.

"The World and I: How Global Events Can Shape the Threats You Confront Locally," keynote speech, Counter Terrorism Symposium, Miami International Airport Auditorium, Miami, Fla., Jan. 23, 2018.

"The World and I: How Global Events Can Shape the Threats You Confront Locally," Anti-Defamation League Advanced Training School, Washington, D.C., December 5, 2017.

"Islamic Extremist Propaganda," Institute of World Politics, Washington, D.C., November 28, 2017.

"Countering Radicalization: What Can Be Done?," Enriching the Middle East's Economic Future conference, sponsored by UCLA Center for Middle East Development, Doha, November 13, 2017.

"Combating Online Radicalization" (panelist), Foundation for Defense of Democracies, Washington, D.C., November 9, 2017.

"Technology Tsunami," U.S. Army Special Operations Command (USASOC) Young Lions Program, Fort Bragg, N.C., October 26, 2017.

"The Evolving Jihadist Ideology and Its Implications for the Intentions of al-Qaeda Core and al-Qaeda in Syria," workshop presentation, Canadian Security Intelligence Service, Ottawa, October 3, 2017.

"Assessing the Next Steps of Foreign Fighters in Iraq/Syria," workshop presentation, hosted by CENTRA Technologies, Arlington, Va., September 28, 2017.

"Information Tools to Support Counterterrorism Capacity-Building Collaboration," workshop presentation, NATO Center of Excellence – Defense Against Terrorism, Ankara, Turkey, September 21, 2017.

"Sixteen Years After 9/11: Assessing the Terrorist Threat" (panel), New America Foundation, Washington, D.C., September 11, 2017.

"The Jihadist Landscape in South Asia," Near East South Asia Center, National Defense University, Washington, D.C., August 14, 2017.

"Change or Continuity Since 2014: ISIS in Global Context," The Evolving Terrorist Threat conference, The RAND Corporation, Arlington, Va., June 27, 2017.

"Future of the Salafi Jihadist Movement" (presenter), The Ideology of Salafi Jihadism, CENTRA Technologies, conference hosted for the U.S. intelligence community, McLean, Va., June 6, 2017.

"Organizational Adaptation" (panelist), Anticipating Adaptation and Innovation in Terrorist External Attack Planning, CENTRA Technologies, conference hosted for the U.S. intelligence community, Arlington, Va., May 22, 2017.

"Terrorism in 2020" (panel), Department of Defense Combating Terrorism Intelligence Conference, Reston, Va., May 9, 2017.

"Countering Violent Extremism," presenter and panelist, Homeland Security Training Institute, College of DuPage, Glen Ellyn, Ill., March 29, 2017.

"After the Islamic State: Consequences and Beneficiaries," panelist, Foundation for Defense of Democracies, Washington, D.C., March 7, 2017.

"Counterterrorism/Extremism and the Internet Challenge," respondent, Quad-Plus Dialogue, hosted at the Heritage Foundation, Washington, DC, March 1, 2017.

"A Deep Dive on al-Qaeda's Syrian Branch," Al-Qaeda in 2017 Workshop, Washington Institute for Near East Policy, Washington, DC, March 1, 2017.

"Terrorism in Conflict Zones: Syria in Comparison," CENTRA Technologies, conference for U.S. intelligence community, Arlington, Va., February 23, 2017.

"The Jihadist Landscape in South Asia," Near East South Asia Center, National Defense University, Washington, D.C., February 6, 2017.

"What Next? Regional Trends and Threats," Conference on What the New Administration Needs to Know About Terrorism & Counterterrorism, Georgetown University Center for Security Studies and St Andrews University Handa Centre for the Study of Terrorism and Political Violence, Washington, D.C., January 26, 2017.

"How Does it All End?" workshop, panelist, National Counterterrorism Center (NCTC), McLean, Va., January 12-13, 2017.

"The Jihadi Threat: ISIS, al-Qaeda and Beyond," panel, U.S. Institute of Peace, Washington, D.C., December 12, 2016.

"The Islamic State's Virtual Planners: A New Method of Terrorist Attack for the Social Media Age," Anti-Defamation League Advanced Training School, Washington, D.C., Dec. 6, 2016.

Keynote speech, After ISIL: Stability and Spillover, sponsored by U.S. Army Special Operations Command and the Laboratory for Unconventional Conflict & Simulation (LUCAS), Duke University, Durham, N.C., Dec. 2, 2016.

"The Growing Challenge," keynote address, Social Media Narratives and Extremism Workshop, sponsored by the Near East South Asia Center, National Defense University, Casablanca, Morocco, August 16-17, 2016.

"The Future of Violent Extremism," Executive Program in Counter-Terrorism, CREATE center, University of Southern California, Los Angeles, August 3, 2016.

"The Jihadist Landscape in South Asia," Near East South Asia Center, National Defense University, Washington, DC, July 14, 2016.

"As the Rest of the World Gets Online: Implications for Militant Groups, Stability, and Social Change," keynote speech, Transportation Security Administration (TSA) Intel Talk series, Arlington, Va., July 13, 2016.

"Degree of Local and Popular Support for the Islamic State Provinces," Beyond Syria and Iraq conference, Washington Institute for Near East Policy, Washington, D.C., June 9, 2016.

"Transnational Terrorism, Foreign Fighters and Youth Radicalization," Developing Strategies to Address Contemporary Security Challenges on Europe's Southern Flank, George C. Marshall European Center for Security Studies, Garmisch, Germany, May 10, 2016.

"Cyber Technology Roles and Trends in Radicalization," keynote presentation, U.S. Army Special Operations Command Commander's Conference, West Point, N.Y., May 4, 2016.

"Jihadism: Can It Be Defeated?," Foundation for Defense of Democracies, Washington Forum, Washington, DC, April 13, 2016.

"Global Cyber-Vulnerabilities: Threats, Challenges, and Opportunities," Foundation for Defense of Democracies, Washington, DC, March 9, 2016.

"The Competition between the Islamic State and al-Qaeda," The New Global Reality: Challenges and Risks to Regional Stability international conference, Kazakhstan Institute for Strategic Studies, Astana, Kazakhstan, March 2, 2016.

"The Three I's: Iran, Iraq, ISIS," Near East South Asia Center, National Defense University, Arlington, Va., February 22, 2016.

"Intellectual Frameworks for Counter-Messaging," U.S. Special Operations Command Central (SOCCENT), January 26, 2016.

Col. Richard R. Hallock Lecture Series, Columbus State University, Columbus, Ga., October 12, 2015.

"The Competition between the Islamic State and al-Qaeda: Implications for Regional States and the Future of the Jihadist Movement," NATO Advanced Research Workshop, Brussels, October 6, 2015.

"The Nexus Between Crime and Terror," Counter-Threat Finance Working Group, U.S. Special Operations Command (SOCOM), Tampa, Fla., September 22, 2015.

"ISIS: The New Caliphate?" Near East South Asia Center, National Defense University, Washington, DC, September 21, 2015.

"Lone Wolves and Loose Networks," International Institute for Counter-Terrorism, World Summit on Counter-Terrorism, Herzliya, Israel, September 9, 2015.

"The 'Islamic State': The Future of Global Jihad?," International Institute for Counter-Terrorism, World Summit on Counter-Terrorism, Herzliya, Israel, September 8, 2015.

"Al-Qaeda and Its Affiliates," National Center for Risk and Economic Analysis of Terrorism Events (CREATE), Executive Program in Counterterrorism, University of Southern California, Los Angeles, August 19, 2015.

"The Middle East: Now and Next," The Chautauqua Institution, Chautauqua, N.Y., August 17, 2015.

"The Chaotic Future of the Middle East," Near Futures for the Near East: A Government-Academic Dialogue, Minerva Research Initiative/Defense Intelligence Agency, Alexandria, Va., August 5, 2015.

"The Competition between the Islamic State and al-Qaeda," Center for American Progress, Washington, DC, May 6, 2015.

"Mapping the Global Islamist Insurgency," Heritage Foundation, Washington, DC, May 5, 2015.

"ISIS: Burning, Beheading and Mass Executions," Sun Valley Global Affairs Forum, Sun Valley, ID, April 23, 2015.

"Are We Still Fighting a War on Terrorism?", Washington Forum, Foundation for Defense of Democracies, Washington, DC, April 15, 2015.

"Libya's Escalating Civil War," Royal United Services Institute, London, 13 March 2015.

"Libya's Escalating Civil War," International Centre for Counter-Terrorism—The Hague, March 12, 2015.

"On Tribalism, Jihadists, and Lone Wolf Political Violence," panel, Understanding the Extremist Threat workshop, Institute for National Strategic Studies, Washington, DC, March 11, 2015.

"Terrorism in Canada," Infonex Canadian Emergency Management Conference, Ottawa, January 20, 2015.

"The Islamic State: A New Genre of Foe for a New Media Age," Brandeis University, Waltham, Mass., Nov. 13, 2014.

"Successes and Failures of the U.S. and NATO Intervention in Libya," Association for the Study of the Middle East and Africa Annual Conference, Arlington, Va., Nov. 1, 2014.

"The ISIL Campaign in Anbar," National Defense University, Washington, D.C., October 20, 2014.

"Pakistan: Protests and Policy," Foundation for Defense of Democracies, Washington, D.C., September 19, 2014.

"Terrorism and the United Arab Emirates," National Defense College, Abu Dhabi, September 14, 2014.

"Competition vs. Cooperation in Global Jihad," International Institute for Counter-Terrorism, World Summit on Counter-Terrorism, Herzliya, Israel, Sept. 11, 2014.

18

"Using a Political Science Ph.D. in DC: Skills and Training for Non-Traditional Opportunities" (panel), American Political Science Association Annual Meeting, Toronto, August 28, 2014.

"Keeping Our Friends Close and Our Frenemies Closer?" Foundation for Defense of Democracies, Washington, D.C., July 11, 2014.

"Tunisia and Ansar al-Sharia: Foreign Fighters and the Evolution of a Jihadist Group," Combating Terrorism Working Group, Brussels, April 24, 2014.

"Loss of Distance and the Public Intellectual: Twitter's Impact on How We Interact and Think," Wake Forest University Argumentation Conference, Winston-Salem, N.C., April 12, 2014.

"The Prospects of Governance in Somalia," Georgetown University, Washington, D.C., Mar. 5, 2014.

"Ansar al-Sharia's War with Tunisia," International Centre for Counter-Terrorism—The Hague, The Hague, Netherlands, Feb. 20, 2014.

"Understanding Al-Qaeda and its Affiliates: A Global Threat or JV Squad?" Foundation for Defense of Democracies, Washington, D.C., Feb. 5, 2014.

"Social Media: Game Changer or Tool for Regime Exploitation?" Foundation for Defense of Democracies, Washington, D.C., Dec. 11, 2013.

"Violent Non-State Actors: Strategies and Tactics in Addressing the Problem," Centre for Public Policy Research, Kochi, India, Dec. 6, 2013.

"Afghanistan After the United States Drawdown," Takshashila Institution, Bangalore, India, Dec. 5, 2013.

"Afghanistan After the United States Drawdown," O.P. Jindal Global University, Sonipat, India, Dec. 4, 2013.

"Who Calls the Shots? Syria, Russia, Hezbollah" (discussant), Association for the Study of the Middle East and Africa Annual Conference, Arlington, Va., Nov. 23, 2013.

"Ansar al-Sharia Tunisia's Long Game: Dawa, Hisba, and Jihad," Association for the Study of the Middle East and Africa Annual Conference, Arlington, Va., Nov. 22, 2013.

"Afghanistan After the U.S. Withdrawal," Takshashila Institution, Graduate Certificate in Public Policy program (webinar), Nov. 16, 2013.

Panel: "The Challenge of Violent Non-State Actors and the Academy," Wake Forest University, Winston-Salem, N.C., Oct. 10, 2013.

Panel: "Africa's Youth in the Age of Extremism," National Committee on American Foreign Policy, New York City, Sept. 26, 2013.

Panel: "Homegrown Terrorism, Local Initiative, and 'Lone Wolves,'" International Institute for Counter-Terrorism, World Summit on Counter-Terrorism, Herzliya, Israel, Sept. 11, 2013.

Panel: "From A to Z: Al-Qaeda Central and Its Affiliates," International Institute for Counter-Terrorism, World Summit on Counter-Terrorism, Herzliya, Israel, Sept. 10, 2013.

"Ansar al-Sharia Tunisia: *Dawa*, *Hisba*, and *Jihad*," International Centre for Counter-Terrorism—The Hague, Brussels, Belgium, Apr. 19, 2013.

"Policy Under Fire: How Should the U.S. Handle the Non-Criminal Detention of Violent Non-State Actors?" Foundation for Defense of Democracies, Washington, D.C., Feb. 22, 2013.

"Dispatches from Mali," discussion sponsored by *Foreign Policy* and the Pulitzer Center on Crisis Reporting, Washington, D.C., Jan. 30, 2013.

"Why Are Consensus Views So Often Wrong in Regional Security Studies?," Cultural Knowledge Consortium Speaker Series, online conference, Nov. 30, 2012.

"Why Are Consensus Views So Often Wrong in Regional Security Studies?," United States Naval Academy Africa Forum, Annapolis, Md., Oct. 17, 2012.

"Why Are Consensus Views So Often Wrong in Regional Security Studies?," Association for the Study of the Middle East and Africa Annual Conference, Arlington, Va., Oct. 12, 2012.

"Lone Wolf Islamic Terrorism: Abdulhakim Mujahid Muhammad (Carlos Bledsoe) Case Study," Lone Wolf and Autonomous Cell Terrorism, conference at Uppsala University, Uppsala, Sweden, Sept. 25, 2012.

"Tactics to Undermine Terrorist Organizations," University of Maryland at College Park, Washington, D.C., Sept. 10, 2012.

"The Arab Spring, Organizational Resiliency, and a New Operating Environment: Al Qaeda's Outlook 2012," Defense Intelligence Agency Speaker Series, Washington, D.C., July 31, 2012.

"Combating Olympic Terrorism: National and International Lessons," Potomac Institute for Policy Studies, Arlington, Va., July 25, 2012.

"Bin Laden's Legacy: Strategy and the Global Fight Against al Qaeda," Association for Intelligence Officers, Kennebunk, Maine, May 19, 2012.

"The Arab Awakening and the Future of al Qaeda," Woodrow Wilson International Center for Scholars, Washington, D.C., May 10, 2012.

"Homegrown Threats and Radicalization," 7th Annual Homeland Security Law Institute, American Bar Association, Washington, D.C., Mar. 22, 2012.

"Somalia: America's Forgotten Battleground," World Affairs Council of Greater Richmond, Richmond, Va., Feb. 28, 2012.

"Islamist Radicalization," U.S. Marine Corps Command and Staff College, Quantico, Va., Feb. 22, 2012.

"Al-Qaeda After bin Laden," School of Advanced International Studies, Johns Hopkins University, Washington, D.C., Feb. 21, 2012.

"Bin Laden's Legacy," Pakistan Afghanistan Federation Forum, The Pentagon, Arlington, Va., Jan. 20, 2012.

"Foreign Fighter and Radicalization Threats," Foreign Policy Research Institute, Washington, D.C., Dec. 6, 2011.

"Ungoverned Spaces: The Struggle for Somalia," Foundation for Defense of Democracies, Washington, D.C., Dec. 2, 2011.

"Bin Laden's Legacy: U.S. Mistakes in the War on Terror," Cleveland Council on World Affairs, Cleveland, Ohio, Nov. 22, 2011.

"Homegrown Terrorism: The Domestic Threat," Jewish Institute for National Security Affairs, Washington, D.C., Nov. 8, 2011.

"Why al Qaeda is Winning," Association for the Study of the Middle East and Africa Annual Conference, Arlington, Va., Nov. 5, 2011.

"The Bin Laden Aftermath," World Affairs Council of Greater Richmond, Richmond, Va., Oct. 27, 2011.

"Bin Laden's Troubled Legacy," New America Foundation, Washington, D.C., Oct. 18, 2011.

"Bin Laden's Legacy: U.S. Strategy and the 'War on Terrorism,'" High Point University, High Point, N.C., Oct. 7, 2011.

"9/11/01—Ten Years Later," Campbellsville University, Campbellsville, Ky., Sept. 12, 2011.

"The Future of Terrorism: Combating the Next Wave," Heritage Foundation, Washington, D.C., Sept. 8, 2011.

"Are We Safer?" (debate with Peter Bergen), National Consortium for the Study of Terrorism and Responses to Terrorism, University of Maryland, Washington, D.C., Sept. 1, 2011.

"Bin Laden's Legacy" (Distinguished Speaker Series), National Center for Risk and Economic Analysis of Terrorism Events (CREATE), University of Southern California, Los Angeles, Aug. 4, 2011.

"Terrorist Use of the Internet," National Counterterrorism Center, Conference on al Qaeda and the Global Threat, Warrenton, Va., July 28, 2011.

"Terrorism in Canada," Foundation for Defense of Democracies, Ottawa, June 12-13, 2011.

"Ideas, Identity, and Terror" (keynote speech), The Impact of Identity Politics on Violent Extremism: Regional Perspectives, Global Futures Forum, Monterey, Calif., Apr. 7, 2011.

"Homegrown Terrorists and Lone Wolves," Government Security Conference and Expo, Washington, D.C., Mar. 29, 2011.

"Countering Terrorist Narratives," Council on Foreign Relations, Washington, D.C., Feb. 11, 2011.

"Domestic Intelligence: New Powers, New Risks," Brennan Center for Justice (New York University School of Law), Washington, D.C., Jan. 18, 2011.

"Countering Youth Radicalization," Preventing Youth Radicalization Conference, Ottawa Police Service, Ottawa, Dec. 7, 2010.

"Islamic Radicalization to 2025," Special Operations Command Europe (SOCEUR), Component Commander's Conference, Garmisch, Germany, Nov. 16, 2010.

"The Economic Strategy of Jihad," Association for the Study of the Middle East and Africa Annual Conference, Arlington, Va., Nov. 6, 2010.

"The al Qaeda Plot in Europe: Testing Transatlantic Security Cooperation," Foundation for Defense of Democracies, Washington, D.C., Oct. 15, 2010.

"Somalia Case Study," The Foreign Fighter Problem Conference, Foreign Policy Research Institute, Washington, D.C., Sept. 27, 2010.

"Americans in al Qaeda," International Institute for Counter-Terrorism, World Summit on Counter-Terrorism, Herzliya, Israel, Sept. 15, 2010.

"The Danger of 'Homegrown' Terrorism in the U.S.A.," Universität Tübingen, Tübingen, Germany, Sept. 9, 2010.

"Academic Perspectives on al-Shabaab," Inter-Agency Task Force's Counter-Radicalization Branch, U.S. Special Operations Command (SOCOM), Washington, D.C., June 2010.

"The Future of Anti-Money Laundering Efforts," John Jay College of Criminal Justice, New York City, June 9, 2010.

"Al Qaeda and the Dynamics of Local: Somalia Case Study," National Defense University, Washington, D.C., April 21, 2010.

"The War Against al Qaeda in Somalia," American Enterprise Institute, Washington, D.C., Apr. 19, 2010.

"Terrorist De-Radicalization Programs," Heritage Foundation, Washington, D.C., Mar. 26, 2010.

"Islam and the West," American Political Science Association Annual Meeting, Toronto, September 2009.

"Pakistan's Military and Religious Extremism," Foundation for Defense of Democracies, Freeport (The Bahamas), June 11, 2009.

"PKK Challenges Ahead," Assembly of Turkish American Associations Convention, Arlington, Va., May 16, 2008.

"Radicalization in the West," Manhattan Institute, New York City, Apr. 8, 2008.

"Assessing the Surge," Cato Institute, Washington, D.C., Sept. 20, 2007.

"Homegrown Terrorists and Converts," L.A.P.D. Joint Regional Intelligence Conference, Los Angeles, April 12, 2007.

## GRANTS

Principal Investigator for *Getting Past No: Employing Simulations as a Tool to Foster Multi-Stakeholder Negotiations and Planning for Climate Change*, awarded by the Canadian Department of National Defence's MINDS program (awarded 2022; $49,649.32).

Principal Investigator for *Sleeping Giants: A Simulated Study of Modern Great Power Competition*, awarded by the Canadian Department of National Defence's MINDS program (awarded 2021; $49,951.75).

Principal Investigator for *Blind Sided: Reframing Use of Emerging Technologies in the Grey Zone Environment Through Application of Evolutionary Theory*, awarded by the Canadian Department of National Defence's MINDS program (awarded 2021; $49,564.64).

Principal Investigator for *Deepfakes, Climate Change, Flying Cars & Quantum Drones: Conditional Forecasting for Canadian Defense*, awarded by the Canadian Department of National Defence's MINDS program (awarded 2021; $49,040).

Principal Investigator for grant awarded by the Canadian Department of National Defence to create a strategic framework for countering hateful conduct and radicalization in the Canadian Armed Forces (awarded 2020; $49,676.22 Canadian).

Principal Investigator for grant awarded by the Canadian Department of National Defence to anticipate the strategic consequences of the COVID-19 pandemic (awarded 2020; $9,847.50 Canadian).

Principal Investigator for grant awarded by the Canadian Department of National Defence to create a strategic framework for countering disinformation designed to thwart or discredit Canadian forces deployed abroad (awarded 2019; $49,916.62 Canadian).

Principal Investigator for grant awarded by the Canadian Department of National Defence to study how artificial intelligence can predict future patterns of violent non-state actor activity (awarded 2019; $49,860.20 Canadian).

Principal Investigator for grant awarded by the Canadian Department of National Defence to study violent non-state adoption of new technologies (awarded 2019; $49,916.40 Canadian).

Co-Principal Investigator for grant awarded by the Canadian Department of National Defence to study jihadist operations in Africa targeting Western interests (awarded 2017; $24,983.48 Canadian).

Principal Investigator for grant awarded by the Canadian Department of National Defence to study ISIS's possible futures in North and West Africa (awarded 2016; $24,269.79 Canadian).

Principal Investigator for Smith Richardson Foundation to fund the book *Fighting the Far Enemy* (awarded 2016; $108,350).

Co-Principal Investigator for Office of Naval Research Grant N00014-16-1-2918, using a big-data approach to anticipate where fractures may occur in jihadist militant organizations (awarded 2016; three years, $1.5 million).

The Achelis & Bodman Foundation ($50,000), Lynde and Harry Bradley Foundation ($40,000) and Kathryn W. Davis Foundation ($5,000) provided grants to fund my study on terrorist radicalization, which was published as *Homegrown Terrorists in the U.S. and U.K.* (2008).

## HONORS AND AWARDS

Civil Society Fellowship, partnership of the Aspen Institute the Anti-Defamation League, Class of 2020.

Certificate of Entrepreneurship, *10,000 Small Businesses*, sponsored by the Goldman Sachs Foundation (classes held at Babson College, in Wellesley, Mass.). 2018.
Safe Communities Institute Fellow, University of Southern California, 2016-present.
Distinguished Alumni Award, American Debate Association, 2015.
Senior Fellow. Homeland Security Policy Institute, George Washington University. 2010-2015.
Leader Development for Education and Sustained Peace Support Excellence Award (Naval Postgraduate School). 2009.

## LANGUAGES

*English*: native fluency.
*Italian*: advanced reading; intermediate speaking and writing.
*Spanish*: advanced reading; intermediate speaking and writing.
*French*: intermediate reading, basic speaking and writing.
*Arabic*: basic reading and speaking.