# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE ESTATE OF ANDREA S. PARHAMOVICH, *et al.*, <br> Plaintiffs, <br><br> v. <br><br> ISLAMIC REPUBLIC OF IRAN, *et al.*, <br><br> Defendants. | Case No. 1:17-CV-00061 (FYP-GMH) |

**************************************************************************

## PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT
## AS TO DAMAGES AGAINST DEFENDANT SYRIA

Plaintiffs, by and through undersigned counsel, respectfully move for default judgment as to damages against Defendant the Syrian Arab Republic ("Syria"), pursuant to Federal Rules of Civil Procedure 55(b), 28 U.S.C. § 1608(e), and LCvR 7.  On March 8, 2022, this Court held that Syria is liable for the death of Andrea Parhamovich for its material support of the terrorist organization al-Qaeda in Iraq/the Islamic State in Iraq.  ECF No. 52 at 2-3.  The grounds for this motion for default judgment as to damages against Defendant Syria are set forth in the accompanying Memorandum of Points and Authorities.

Dated: October 17, 2022

Respectfully Submitted,

/s/ Joshua M. Ambush
Joshua M. Ambush (Bar No. MD27025)
Law Offices of Joshua M. Ambush, LLC
106 Old Court Road
Suite 303
Baltimore, Maryland 21208
Phone: (410) 484-2070
Facsimile: (410) 484-9330
Email: joshua@ambushlaw.com
*Counsel for Plaintiffs*