AO 85(Rev 11/11)
Consent to Trial by MJ

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ESTATE OF ANDREA S. PARHAMOVICH et al.,

*Plaintiff*

v.

Civil Action No. 1:17-CV-061

THE SYRIAN ARAB REPUBLIC, et al.

*Defendant*

### NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. Once judgment is entered an appeal must be taken to the U.S. Court of Appeals for the D.C. Circuit and not to the United States District Judge. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| Parties' printed names | Signatures of parties or attorneys | Dates |
|---|---|---|
| ALL PLAINTIFFS | *[signature]* | 7/19/2017 |
|  |  |  |
|  |  |  |

**IT IS ORDERED:** Plaintiffs having consented, *see supra*, and defendant's default, *see* ECF No. 22, 59, having been construed as consent to magistrate judge jurisdiction to resolve a motion for default judgment, *see, e.g.*, *Radmanesh v. Gov't of Islamic Republic of Iran,* No. 17-cv-1708, 2019 1787615, at *1 n.1 (D.D.C. Apr. 24, 2019), *aff'd sub nom. Radmanesh v. Islamic Republic of Iran*, 6 F.4th 1338 (D.C. Cir. 2021), this case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: December 7, 2022

Chief Judge Beryl A. Howell