# EXHIBIT 1

REDACTED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE ESTATE OF ANDREA | * | |
| S. PARHAMOVICH, *et al.*, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Case No.  1:17-cv-0061(KBJ) |
| | * | |
| ISLAMIC REPUBLIC OF IRAN, *et al.*, | * | |
| | * | |
| Defendants. | * | |

**************************************************************************

## <u>DECLARATION OF LARRY H. PASTOR, MD, FAPA, DABAM</u>

COMMONWEALTH OF VIRGINIA  )
                          ) ss.:
COUNTY OF FAIRFAX.        )

I, **Larry H. Pastor, MD, FAPA, DABAM**, being competent to testify to the facts

stated herein, and pursuant to 28 U.S.C. §1746, hereby declare as follows.

## I.  BACKGROUND

1.     I am a physician licensed by the Commonwealth of Virginia.  I specialize in

various psychiatric fields including psychological stress, trauma, and resiliency.  I hold an A.B.

in philosophy from Princeton University and a medical degree from Jefferson Medical College.

I completed my psychiatry residency at Duke University Medical Center.  My professional

experience includes over 22 years as a psychiatrist in the federal government.

2.     I have been engaged by plaintiffs' counsel to render opinions as an expert witness

in this case regarding the mental health impact on her immediate family members of the death of

1

REDACTED

Andrea S. Parhamovich, an American aid worker who was killed in Baghdad, Iraq on January 17, 2007, at the age of 28.

3.      Currently, I work in the Office of Medical Services of the Central Intelligence Agency, where my work  includes the support of individuals exposed to high threat environments, armed conflict, hostile captivity, and acts of terrorism.

4.      In addition to my full-time employment, since 1995 I have been an emergency services psychiatrist for Fairfax County, Virginia, where I am responsible for the diagnosis and management of adults, adolescents, and children presenting with acute or high-risk clinical issues, psychological trauma, acute exacerbation of pre-existing mental illness, and/or suicidal or homicidal ideation.  I have also provided staff training in emergency evaluation, mental status examination, risk assessment, medical screening of psychiatric patients, and psychopharmacology.

5.      From 1989 to 2000 I maintained a part-time private practice in psychiatry in Northern Virginia, providing service to adults, adolescents, and children.  I continue to maintain a limited private practice in psychiatry.

6.      In addition to patient care, I am active in my field in various ways including teaching, membership in professional associations, exceeding all requirements for continuing medical education, writing professional articles for peer-reviewed publication, and military service (Army Reserve from 1999 to 2007, with two active duty deployments in support of Operation Iraqi Freedom including Anbar Province, Iraq in 2005).

7.      I am a Fellow of the American Psychiatric Association, Fellow of the American Psychotherapy Association, and a Diplomate of the American Board of Addictions Medicine and

REDACTED

the American Board of Psychiatry and Neurology.  I am an Associate Clinical Professor of Psychiatry and Human Behavior at George Washington University Medical Center and Assistant Adjunct Professor of Psychiatry at the Uniformed Services University of the Health Sciences. My resume is attached to this declaration as Appendix A.

8.      In the past 10 years, I have testified or provided expert opinion on the following cases:

- *Owens v. Republic of Sudan*, No. 01-CV-2244 JDB (D.D.C.).

- *Smith v. Hope Village, Inc.*, 481 F. Supp. 172 (D.D.C. 2007).

- *Dammarell v. Islamic Republic of Iran,* 281 F. Supp. 2d 105 (D.D.C. 2003*).*

- *Flanagan v. Islamic Republic of Iran,* 87 F. Supp. 3d 93 (D.D.C. 2015).

**II. EVALUATIONS OF THE PARHAMOVICH FAMILY: 27 APRIL, 2019**

9.      I conducted psychiatric evaluations of family members of deceased American aid worker Andrea S. Parhamovich ("Andi"), including mother Vicki Parhamovich, father André Parhamovich, older sister Marci Zampini, and younger brothers, twins Cory and Chris Parhamovich.  Each evaluation included review of available medical records and interview including personal history, review of symptoms, mental status examination, and an analysis of all relevant variables to arrive at a diagnostic assessment in conformity with the standards of practice in the field of psychiatry.  All of my findings, conclusions, and opinions presented in this report are held to a reasonable degree of medical certainty.

**III. REPORT OF EXAMINATION OF VICKI PARHAMOVICH:**
**DATE OF EXAMINATION: 12 APRIL 2019**
**PLACE OF EXAMINATION: HILTON GARDEN INN/MAYFIELD VILLAGE, OHIO**

10.     **Name**: Vicki Parhamovich,               REDACTED

REDACTED

11.      **Vicki Parhamovich** is the mother of Andi Parhamovich, killed in Iraq on 17

January, 2007.                              REDACTED

**Mental Health History**

12.                          REDACTED

**Diagnosis and impairment**

13.                          REDACTED

4

REDACTED

REDACTED

# REDACTED

**Examination narrative**

14.     In examination, Vicki strongly identifies with her work including her career in the operating room and in projects that include her leadership in the Andi Parhamovich Fellowship for NDI[1], Andi's NGO at the time of her death.  Vicki does not open up about herself and her own feelings very easily and prefers to stay busy and pour her energies into the service of others

---

[1] National Democratic Institute, www.ndi.org.

REDACTED

including work, volunteering, and support of family members.  Keeping busy and caring for others was her perduring coping style in the aftermath of the loss of her daughter Andi.  Vicki was informed of Andi's death on January 17, 2007 while at work, by her older daughter Marci. She recalled, "I just walked out.  I didn't say a word to anyone.  I couldn't speak."  When she arrived at the family home, she wasn't able to exit the car.  Vicki: "my knees buckled".  Her son Chris: "She couldn't move.  Me and Cory had to walk her to the house."    REDACTED

# REDACTED

15.     Vicki reported that Andi's remains had been cremated at Dover AFB in Delaware, "they said there was an intermingling of the DNA.  She was burned up in the car they set on fire [very tearful at this point in the examination].  The bodyguard in the back had thrown himself on top of her, and they were both burned to death.  Their bodies burned together and they said the remains could not be separated.  So they cremated the burned remains and gave half of the ashes

REDACTED

to us and the other half to the family of the bodyguard … we had a funeral ceremony for Andi on Feb 1 at St. Cicero's Catholic Church.  We had an urn of ashes and a picture of Andi.  [through tears] Andi was planning to marry her fiancé in February 2007.  But instead of a wedding we were having her funeral [more crying]."  Andi's birthday in June was commemorated in 2007 by a trip to Paris "because she said someday she wanted to live in Paris."  Andi's fiancé rented a small boat for the family and on her birthday, instead of a birthday party, the family spread Andi's ashes on the river Seine.  A few years later, adding to the sequence of tragedy and sudden death, Andi's fiancé Michael Hastings was killed in a fiery car crash in Los Angeles in 2013.

16. ## REDACTED

17. ## REDACTED

REDACTED

# REDACTED

18.     Hard work, purposeful projects, and faith serve as pillars of resilience for Vicki.

REDACTED

Vicki, through the Andi Foundation, which the family founded in Andi's memory, administers the Andi Parhamovich Fellowship, which provides fellowships at NDI for women bringing or preserving democracy to their native countries around the world.  They have a fundraising event once a year to raise money for it.  Vicki talks to G-d every night.  She prays for the twins and she prays for Andi's soul: "If not for my faith, I wouldn't be here today."  Vicki believes in an afterlife in some form, "I believe your soul goes somewhere after death."  She feels the presence of Andi at times.  For example, she was late and stressed and rushing around recently, and hit her head on a door.  Her explanation was, "that's Andi giving me a bop on the head, telling me not to rush around so much."

**Collateral information (others' observations, professional reports, and test scores)**

19.                              REDACTED

------------------------

[2] Vaillant, George, "Adaptive Mental Mechanisms.  Their Role in a Positive Psychology", <u>Amer Psychol</u> 2000 Jan; 55(1):89-98.

[3] www.navy.mil/docs/SpiritualFitnessGuide.pdf

REDACTED

# REDACTED

### IV. REPORT OF EXAMINATION OF ANDRÉ PARHAMOVICH:
### DATE OF EXAMINATION: 12 APRIL 2019
### PLACE OF EXAMINATION: HILTON GARDEN INN/MAYFIELD VILLAGE, OHIO

20.     **Name:** André Parhamovich,        REDACTED

21.     **André Parhamovich** is the father of his namesake, Andi Parhamovich, killed in

Iraq on 17 January, 2007.  He was examined by me on 12 April, 2019.      REDACTED

REDACTED

**Mental Health History**

22.                          REDACTED

---

REDACTED

REDACTED

REDACTED

10

REDACTED

**Diagnosis and impairment**

25.   REDACTED

26.   REDACTED

11

REDACTED

# REDACTED

**Examination narrative**

29.

# REDACTED

30.     André, a retired elementary school gym teacher, was teaching his class at State Street Elementary School, the same school that Andi had attended as a child when he was teaching there.  He got called out of class when his older daughter, Marci, called the office.  "We

REDACTED

have a very important call for you, the principal said," he recalled.     His hearing aids prevent him from comprehending high-pitched speech, and Marci at the other end was very upset and speaking rapidly in a high-pitched fashion.  He handed the phone to the office secretary, who had to receive the news of Andi's death from Marci and relay it to André.  André reported, "I screamed for 5 or 10 minutes in the principal's office.        REDACTED

He continued, "When I got the news and we went to the car, Andi's favorite teacher saw me and stopped me and asked what was wrong [breaks down in tears and has to recover before continuing].  I couldn't answer. I couldn't answer.  I just kept going."   André was crying intensely at this point in the examination.  He continued, "I couldn't drive a car.  They drove me home."  He added, "I woke up with chest pain on January 17 [2007].  Only later I realized I was having heart pain the same time that Andi was being attacked."

    31.                    REDACTED

    32.     André eventually returned to work six weeks after his daughter's death to finish out the school year at State Street Elementary.  André retired from the school system in 2012. He stated that "a good support system and the children at the elementary school" helped him through.  He recalled a session where second graders were reading books on character education donated on Andi's behalf.  A child asked "Coach, would you mind if I put some flowers on

13

REDACTED

Andi's grave?" and the librarian answered before Andre could answer, to inform the child that "Andi has no grave."             REDACTED

33.             REDACTED                    André remarked, "I used to love baseball.  I don't get any pleasure out of it any more.  I heard on the radio "take a walk in nature" because it's an antidepressant.  So I walk in the park, where Andi has a memorial bench. I read the inscription, "Dedicated to Andi Parhamovich.  Gave her life to promote peace, now walks with Angels."   REDACTED

34.     When asked what he would like to do differently, André stated that, one, he'd want to hug her casket [there was no casket as Andi's burned remains were fused with the burned remains of the bodyguard who lay on top of her.  The mortuary at Dover AFB cremated the fused remains and gave half the ashes to the Parhamovich family and half to the family of the bodyguard].  André continued, number two, "when I leave her bench in the park, I recite the inscription.  I say G-d, please give me her image, just one glimpse.  I turn around and look for the image."  He has yet to see her image when performing his quotidian ritual.

35.             REDACTED

36.             REDACTED

_____

[5]     REDACTED

REDACTED

REDACTED

37.          REDACTED

38.          REDACTED

15

REDACTED

# REDACTED

**Collateral information (others' observations, professional reports, and test scores)**

39.

# REDACTED

16

REDACTED

40.     REDACTED

41.         REDACTED

_____
REDACTED

17

REDACTED

# REDACTED

**V. REPORT OF EXAMINATION OF MARCI PARHAMOVICH:**
**DATE OF EXAMINATION: 12 APRIL 2019**
**PLACE OF EXAMINATION: HILTON GARDEN INN/MAYFIELD VILLAGE, OHIO**

42.   **Name:** Marcella Zampini,          REDACTED

43.      Marci Zampini is the older sister of Andi Parhamovich, killed in Iraq on 17

January, 2007.                           REDACTED

**Mental Health History**

44.                              REDACTED

18

REDACTED

# REDACTED

45.     The U.S. Department of State personnel were initially unable to reach Andi's parents at the time of her death, so they contacted Marci instead.  It fell upon Marci to inform her parents and younger brothers, identical twins Chris and Cory (age 17 at the time), of Andi's death.          REDACTED

**46.**                        REDACTED

.

19

REDACTED

**Diagnosis and impairment**

47.          REDACTED

48.                REDACTED

20

REDACTED

# REDACTED

**Excerpts from examination**

49.     Marci got a call from Washington DC around 9:30 a.m. on 17 January, 2007.  "It was [U.S. Secretary of State] Madeleine Albright and her people.  They said Andi was lost in Iraq."  Marci recalled the euphemism "lost in Iraq" both confused and frustrated Marci at the time, who was uncomprehending as to what had happened.        REDACTED

50.     Continuing in Marci's words, "They couldn't reach my mom, because she'd left her cell phone at home that day.  They couldn't reach my dad because he was teaching a class at school.  I had to call all the family members.  It was so tough, I called someone to care for my kids [ages 4 and 8 at the time].  I had to call my husband; he was somewhere out of town on business."  Marci related, "It was hard for me to deliver all the news to everyone.  I called all 4 in the family.  I was screaming on the phone and my father couldn't hear me because of his hearing

21

REDACTED

aids so I had to tell the secretary.  Then the line went dead."        REDACTED

51.        REDACTED

52.        REDACTED

22

REDACTED

# REDACTED

**Collateral information (others' observations, professional reports, and test scores)**

53.                             REDACTED

REDACTED

**VI. REPORT OF EXAMINATION OF CORY AND CHRIS PARHAMOVICH:**
**DATE OF EXAMINATION: 12 APRIL 2019**
**PLACE OF EXAMINATION: HILTON GARDEN INN/MAYFIELD VILLAGE, OHIO**

54.    **Names:**   Cory  Parhamovich,            REDACTED            and  Chris

Parhamovich,        REDACTED        .

55.    Chris  and  Cory  are  identical  twins  and  the  younger  brothers  of  Andi

Parhamovich, killed in Iraq on 17 January, 2007.  They were high school seniors at the time of

their sister's death.  They were examined by me on 12 April, 2019.       REDACTED

56.            REDACTED

REDACTED

**Mental Health History**

57.        REDACTED

58.        REDACTED

.

25

REDACTED

59.        REDACTED

60.            REDACTED

61.    REDACTED

26

REDACTED

REDACTED

62.                REDACTED

.

**Diagnosis and impairment**

63.                      REDACTED

64.                REDACTED

_____

8          REDACTED

REDACTED

REDACTED

65.  REDACTED

66.  REDACTED

REDACTED

REDACTED

67.     REDACTED

REDACTED

# REDACTED

68.        REDACTED

69.        REDACTED

30

REDACTED

REDACTED

**Examination narrative**

70.          REDACTED

.

31

REDACTED

71.        REDACTED

72.        REDACTED

73.        REDACTED

REDACTED

REDACTED

75.     REDACTED

76.                    REDACTED

33

REDACTED

REDACTED

77.

# REDACTED

34

REDACTED

**Collateral information (others' observations, professional reports, and test scores)**

78. REDACTED

79. REDACTED

80. REDACTED

---

11 " REDACTED

REDACTED

REDACTED

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 6/10/20        Signature: _____

                                    **Larry H. Pastor, MD, FAPA, DABAM**

# APPENDIX A

REDACTED

Larry H. Pastor, MD, FAPA
LHPastorMD@gmail.com
344 Maple Avenue West #192
Vienna, Virginia 22180
(703)-945-3457

Education & Training

**Duke University Medical Center** 1988: Psychiatry Residency.
**Thomas Jefferson University Hospital** 1985: Internship.
**Jefferson Medical College** 1984: M.D.
**Princeton University,** 1980: A.B. with added Certificate of Completion of the Program in the
  History & Philosophy of Science.

Licensure & Board Certification

**Active Medical License:** Commonwealth of Virginia
**American Board of Addictions Medicine:** Diplomate as of March 2013
**American Board of Forensic Medicine:** Diplomate as of January 1996
**American Board of Adolescent Psychiatry:** Diplomate 1995 – 2005
**American Board of Psychiatry** & **Neurology:** Diplomate as of July 1990
**National Board of Medical examiners:** Diplomate as of July 1985

Employment

**2019–present:** Reston-Oakton Anxiety Depression Solutions, LLC www.mindbrainpsychiatry.com
**2019 – present:** Northwest CSB, Page County, Virginia, telepsychiatrist
**2019 – 2020:** SaVida Health, Woodbridge, Virginia, addictions psychiatrist
**2016 – present:** Telepsychiatrist, American Well Online Care Group
**1995 - present:** government of Fairfax county, Virginia, Emergency Services psychiatrist (P/T)
**1996 - 2019,** CIA psychiatrist, Washington, DC, retired (current TS/SCI clearance through 2021)
**1988-1996:** Dept. of Army Medical Officer, Washington DC; (Frankfurt, Germany 1991-1993)
**1999 - 2007:** U.S. Army reserve medical officer, Lieutenant Colonel at honorable discharge
(Operation Iraqi Freedom TF344MED, Anbar Province, Iraq, 2005)
**1989 - 2000:** private practice of psychiatry in Arlington and Alexandria, Virginia (P/T)
**1988 -1990:** Inpatient Physician Team Leader, Psychiatric Institute of Montgomery County, MD

Professional Memberships

**American Psychiatric Association American**
**Academy of Addiction Psychiatry**
**American Society of Adolescent Psychiatry**
**Association of Military Surgeons of the United States**
**Reserve Officers Association**

REDACTED

## Skills & Experience

I am an experienced psychiatrist with a passion for optimal patient care experienced in a wide variety of settings. I recently retired as the addictions counselor for the Central Intelligence Agency in where I would screen, assess, treat, and refer CIA employees and other persons of interest in the intelligence community. I "moonlight" for Emergency Services of the Fairfax County Government CSB, where I see individuals of all ages and socioeconomic backgrounds for assessment, crisis intervention, and medication for problems concerning personal crises, suicide risk, depression, anxiety, psychosis, alcohol or substance-related issues, or relapse. I have a telepsychiatry practice and see patients 10 hours per week for a variety of outpatient psychiatric conditions.  I also provide remote, after-hours coverage for the inpatient units and Assessment/Referral Center of the HCA hospital system in central and southwest Virginia. I am well-versed in psychopharmacology, cognitive-behavioral therapy, positive psychology, and crisis intervention therapy. I was a U.S. Army officer, Medical Corps (60W), reserve, for eight years with two deployments and have a lot of interest and experience in psychological resiliency and coping with stressful experiences. I also have an ongoing area of interest in health  and wellness, sleep, nutrition and mental health, building self-skills and relationship skills, and positive psychology. I have established briefings and trainings on ADHD, building self-esteem, strengthening relationships, building resiliency, and psychopharmacology.  I strive for successful outcomes through knowledge, experience, humanity, and careful attention to individualizing treatment plans via a collaborative alliance with patients.

## Academic Activity

**Associate Clinical Professor of Psychiatry & Human Behavior,** the George Washington University Medical Center, Washington, DC

**Assistant Adjunct Professor of Psychiatry & Human Behavior,** the Uniformed Services University of the health sciences, Bethesda, MD

**Rappeport Fellow of the American Academy of Psychiatry & the Law,** 1988

**United States Presidential Scholar** representing the Commonwealth of Pennsylvania, 1976

## Areas of Professional Interest & Expertise

**General psychiatry, Psychopharmacology, cognitive-behavioral therapy**
**Treatment of Addictions & co-occurring psychiatric disorders**
**Emergency psychiatry, suicide risk assessment &**
**intervention Treatment planning & biopsychosocial**
**formulation Psychological stress, trauma, and resilience**
**Clinical interviewing & the doctor-patient relationship**
**Operational medicine for the military & intelligence**
**community Mental health response to disasters & terrorism**
**Neuroplasticity & prevention of age-related cognitive decline**

REDACTED

Leisure interests

**History & military history**
**Reading (biography, psychology, fiction)**
**Philosophy (ethics, existentialism, classical Stoicism and related schools)**
**Visual arts (drawing, painting, cartooning, stained glass-making)**
**Shotokan karate, fencing, power lifting, Travel softball parent**
**Words (scrabble, crossword puzzles, etymology, puns, aphorisms, etc.)**

Publications & Professional Presentations

**Fundamentals of Psychopharmacology, or, "999 Simple Rules for Prescribing Psychiatric Medications",** CIA Office of Medical Services Mental Health Division Continuing Education event, certified for 4.0 APA CEU hours, November 2018.

**What to do when the SSRI doesn't do it: Algorithms, Acronyms, Axioms, & Anecdotes for the non-responder with major depressive disorder,** CIA Office of Medical Services Clinical Medicine Division conference, March 2018.

**Psychopharmacologic and Nutritional Management of the Suicidal Patient,** presented at the annual meeting of the Commonwealth of Virginia Emergency Services meeting, 2016, Alexandria, Virginia.

**False Accusations Trauma Syndrome: an under-recognized malady of modern life,** presented at the annual meeting of the National Security Psychology Symposium 2014, National Reconnaissance Office, Chantilly, Virginia, certified for 1.0 APA CEU hours

**Everyday Heroes: Recognizing & Promoting Psychological Resiliency,** presented at the annual meeting of the National Security Psychology Symposium 2012, The Pentagon, Alexandria, Virginia, certified for 1.0 APA CEU hours

**Psychiatric Aspects of Chemicals & Toxins,** Editorial Essay as Guest Editor & project manager, Psychiatric Annals November 2007

**"Psychiatric Morbidity Associated With Chemical Weapons Exposure",** CME Article, Psychiatric Annals November 2007.

**"Neurobehavioral Syndromes Associated With Toxic Exposures",** CME Article, Psychiatric Annals November 2007.

**Cultural & Linguistic Barriers to Assessment in a Military Detainee Population,** Letter to the Editor, Psychiatric Services, April 2006.

**Psychological Consequences of Terrorism and Mass Disasters Upon Military Personnel and Operations,** Book Chapter, in Military Life: the Psychology of Serving in Peace and Combat, Castro & Britt, Eds., Greenwood Press 2005.

REDACTED

**Psychiatry of Mass Disasters** & **Terrorism, Part 2,** Editorial Essay as Guest Editor & project manager, <u>Psychiatric Annals</u> September  2004.

**"Suicide Terrorism: Countering the Psychological Consequences,"** CME article, <u>Psychiatric Annals</u> September 2004.

**"Potential Impacts of Behavioral Syndromes upon the Medical Management of CBRN Terrorism,"** CME article, <u>Psychiatric Annals,</u> September 2004.

**Psychiatry of Mass Disasters & Terrorism, Part 1**, Editorial Essay as Guest Editor & project manager, <u>Psychiatric Annals</u> August 2004.

**"Culture as Casualty: Causes and Consequences of Collective Trauma,"** CME article, <u>Psychiatric Annals</u> August 2004.

**"Psychiatry & Homeland security: An Exercise in Weapons of Mass Destruction Response Planning,"** chairperson & presenter of interactive CME workshop presentation at the 157th annual meeting of the American Psychiatric Association, New York City, 2004.

**Putting Autism Risk** & **Infant Head Size into Perspective,** letter, <u>Washington Post</u> Health Section, July 2003.

**Setting Rational Limits on the Admissibility of Forensic Psychological Testimony,** letter, <u>APA Monitor</u>, February 1998.

**Gender Bias Flaws the Concept of 'Male relational Dread,'** letter, <u>Psychiatric Annals,</u> February 1997.

**Reasons Not to Join the Tobacco Litigation Bandwagon,** letter, <u>Journal of the American Medical Association,</u> July 1996.

**"Initial Assessment and Intervention Strategies for reducing Workplace Violence,"** article, <u>American Family Physician.</u> September 1995.

**Single Session Therapy Effective in the Workplace,** article, <u>The Psychiatric Times.</u> July 1993.

**Preventing Suicide,** letter, <u>Princeton Alumni Weekly</u>, July 1990.

**Book Review: Handbook of Life stress, Cognition,** & **Health,** <u>American Journal of Psychiatry</u> October 1989.

**Book Review: The Psychiatric Evaluation in Clinical Practice.** <u>American Journal of Psychiatry</u> May 1988.

**Book Review: Review of General Psychiatry,** <u>American Journal of Psychiatry</u> May 1987.

REDACTED

# EXHIBIT A

REDACTED

REDACTED

**Lori Stevic-Rust, PhD ABPP**
**Board Certified Clinical Health Psychologist**

**4132 Erie Street  #208**
**Willoughby, Oh 44094**

**Office: (440) 946-7796**
**Cell: (216) 469-2160**

# REDACTED

Lori Stevic-Rust,PhD ABPP
Board Certified Clinical Health Psychologist  #4111

REDACTED

# EXHIBIT B

REDACTED



The Behavioral
WELLNESS GROUP



**Glovan, Pollak and Associates LLC**
**THE BEHAVIORAL WELLNESS GROUP**
8224 Mentor Ave. #208    Mentor OH  44060
Phone: 440-392-2222  Fax: 440-565-2349

jglovan@behavioralwellnessgroup.com  mpollak@behavioralwellnessgroup.com
www.behavioralwellnessgroup.com

4/12/19

# REDACTED

se Pe mo
michael Prime, mo

REDACTED