# EXHIBIT 3

REDACTED

# ANDREA PARHAMOVICH V. IRAN AND THE REPUBLIC OF SYRIA

## FOR AMBUSH LAW

Medical Expert Report

REDACTED

• • •

# ANDREA PARHAMOVICH V. IRAN AND THE REPUBLIC OF SYRIA

FOR AMBUSH LAW

## Case Review

### Background and Timeline

Andrea Suzanne Parhamovich (AP) was a then 28-year-old female from Marietta, Ohio that in 2007 was working in Baghdad, Iraq. She was engaged in a meeting at the Iraqi Islamic Headquarters on the 17th of January, 2007 that involved media training with members of the Islamic State. This meeting concluded at midday at which time she departed the Iraqi Islamic Party (IIP) Headquarters in a three-vehicle convoy (Unity Red Team). AP was in the rear seating compartment of an "up armored" four door BMW sedan, with Janos Nemeth (client vehicle commander) in the front passenger seat and Rasim Mijibel (local security personnel) in the driver's seat.

REDACTED

REDACTED

---

*SDS Consultants*

• • •

Team

Sebastian D. Schubl MD

sschubl@hs.uci.edu

Principal

Pamela Rohn

rohnp@hs.uci.edu

Executive Assistant

• • •

Contact

10140 Morningstar Cir

Villa Park, CA

92861

O (714) 509-2121

F (714) 456-6048

• • •

REDACTED

# REDACTED

REDACTED

• • •

REDACTED

REDACTED

REDACTED

REDACTED

• • •

REDACTED

REDACTED

REDACTED

REDACTED

• • •

REDACTED

REDACTED

REDACTED

• • •

REDACTED

## Expert Background

### Expert Qualifications

Dr. Schubl was raised and trained on the east coast before completing a fellowship in trauma and critical care surgery at the University of California at Irvine Medical Center. Prior to that he attended Johns Hopkins University, the University of Virginia and New York Presbyterian Hospital/Weill Cornell Medical Center in New York City. He has an active interest in surgical outcomes, surgical infections and translational research involving the care of the injured patient and the critically ill. He is a member of several national societies including the Society for Critical Care Medicine, the Eastern Association for the Surgery of Trauma, the Surgical Infections Society, the Chest Wall Injury Society and is a Fellow in both the American College of Surgeons and the American Association for the Surgery of Trauma. Prior to relocating to Southern California, he was a member of the faculty in the Department of Surgery at Weill Cornell Medical Center and served as the Trauma Medical Director at that institution's trauma affiliate in Queens, Jamaica Hospital, an ACS verified level one trauma center. Currently, he is an Associate Professor of Surgery and Chief of the Division of Emergency General Surgery at UCI Health.

### Items Reviewed to Generate This Report/Expert Opinion

1. Department of the Army CID Report
2. Defense Health Agency Autopsy Report
3. Death Certificate for Andrea Suzanne Parhamovich
4. US Department of State Report of Death of American Citizen Abroad
5. Unity Resource Group Report on Incident Facts Attack on NDI Red Team, 17 January 2007
6. Memorandum of Points and Authorities in Support of Plaintiff's Motion on Liability
7. Memorandum of Points and Authorities in Support of Plaintiff's Motion for Default Judgement as to Damages
8. Autopsy Photographs of Andrea Suzanne Parhamovich

### Depositions and Trials

1. The Estate of John Kleutsch vs State of Washington Department of Corrections
   5/19/2021 Deposition on behalf of the plaintiff The Connelly Law Firm

2. Spencer and Jana Morris vs Karl M. Francis, MD and Utah Surgical Associates
   10/7/2021 Deposition on behalf of the plaintiff and Younker/Hyde/Macfarlane

REDACTED

3.  Pietro La Calamita vs Megan Nelson, MD
    11/11/2021 Deposition on behalf of the plaintiff and Eric Thompson PC

4.  Jessica Albright vs Ricardo Bravo/Skyline Development
    11/12/2021 Deposition on behalf of the defense and Charles Lawrence for Tyson Mendes

5.  Cindy Hill vs NaphCare and Washington Department of Corrections
    1/28/2022 Deposition and 7/11/2022 testimony at trial on behalf of the plaintiff and Budge & Heipt

6.  Miller Family vs The Juarez Cartel
    2/8/2022 Testimony at trial on behalf of the plaintiff and Motley Rice

7.  Ann Rogan-Schmidt vs Edward Hospital
    5/3/2022 Deposition on behalf of the plaintiff and Clifford Law

8.  Cody Vest vs Ogden Clinic and Utah Imaging Associates
    5/11/2022 Deposition on behalf of the plaintiff and Younker/Hyde/Macfarlane

9.  Kevin Kleine vs William Rivera, MD
    6/21/22 Deposition on behalf of the plaintiff and Justin H. King Esq.

## Hourly Rate for Expert Consulting

Case/document review and report generation: $600.00 per hour

Deposition appearance: $750.00 per hour (4-hour blocks)

Trial appearance: $1,250.00 per hour (4-hour blocks)

## Curriculum Vitae/List of Publications

Attached

REDACTED

# APPENDIX A

REDACTED

**Sebastian D. Schubl, MD FACS**
HS Associate Clinical Professor
Department of Surgery
School of Medicine
333 City Blvd West, Suite 1600
Orange, CA 92868
(714) 509-2121
sschubl@hs.uci.edu

## EDUCATION & TRAINING

| | |
|---|---|
| 10/2021-4/2022 | **University of California, Berkeley; Haas School of Business**; Berkeley, California<br>UC IT Leadership Academy |
| 8/2016-7/2017 | **University of California, Irvine Medical Center**; Orange, California<br>Fellow, Surgical Critical Care and Trauma Surgery |
| 11/2005-6/2011 | **New York-Presbyterian Hospital Weill Cornell Medical Center**; New York, New York<br>**Memorial Sloan Kettering Cancer Center**; New York, New York<br>Residency and Chief Resident in General Surgery |
| 7/2004-10/2005 | **Louisiana State University**, Medical Center of New Orleans; New Orleans, Louisiana<br>Internship in General Surgery |
| 8/2000-5/2004 | **University of Virginia School of Medicine**; Charlottesville, Virginia<br>Medical Doctor |
| 8/1995-5/1999 | **Johns Hopkins University**; Baltimore, Maryland<br>Bachelor of Arts with Honors, Cellular and Molecular Biology |

## WORK & RESEARCH EXPERIENCE

| | |
|---|---|
| 8/2017-present | **University of California Irvine, School of Medicine**<br>HS Associate Clinical Professor, Department of Surgery<br>Chief, Division of Emergency General Surgery<br>Division of Trauma, Critical Care, and Burns |
| 2018-2021 | Clerkship Director, Surgery Electives |
| | **UCI Health Administration** |
| 4/2021-present | Medical Director, Operations, UC Irvine Health<br>Patient Progression, Virtual Health, Transfer Center and Surgical Services |
| 6/2018-2022 | Bed Czar; UC Irvine Health |
| 1/2020-2022 | Medical Director, Patient Progression, UC Irvine Health |
| 1/2020-2021 | Medical Director, Surgical Stepdown Unit, UC Irvine Health |
| 6/2011-7/2016 | **Jamaica Hospital Medical Center**<br>Medical Director, Trauma Services; ACS Verified Level One Trauma Center<br>Attending Surgeon, Department of Surgery<br>**Weill Cornell Medical College/New York-Presbyterian Hospital**<br>Clinical Faculty Instructor, Department of Surgery<br>**Ross University School of Medicine**<br>Clinical Faculty Instructor, Surgery and Medicine |
| 6/2007-1/2009 | **New York-Presbyterian Hospital Weill Cornell Medical Center**<br>Burn Fellow, Division of Burns; Dr. Roger Yurt MD |
| 6/2007-1/2009 | **Weill Cornell Medical College,** Division of Vascular Surgery<br>Research Fellow; Dr. K. Craig Kent MD |
| 6/2001-8/2001 | **Columbia University College of Physicians & Surgeons,** Department of Cardiothoracic Surgery<br>Student Research Fellow; Dr. Mehmet Oz MD |
| 8/1999-8/2000 | **Massachusetts Institute of Technology,** Whitehead Institute for Biomedical Research<br>Laboratory Technician and Manager; Dr. Jacqueline Lees PhD |

REDACTED

## SOCIETY MEMBERSHIPS

2017-present      ACS, American College of Surgeons; 3216672; Fellow
2017- present     AAST, American Association for the Surgery of Trauma, Fellow
2017- present     CWIS, Chest Wall Injury Society, 580, Member
2017- present     EAST, Eastern Association for the Surgery of Trauma, Member
2017- present     SIS, Surgical Infection Society, Member
2017- present     SCCM, Society for Critical Care Medicine, 291181, Member
2017- present     SCCACS, Southern California Chapter of the American College of Surgeons; Member

## EXAMINATIONS & LICENSES

BLS, ACLS, ATLS, PALS, DMEP; Licensee
ACS ATLS & ASSET, Course Instructor
National Provider Identifier #1932346004
Collaborative Institutional Training Initiative (CITI); 3458731; Researcher
ORCID researcher identifier: 0000-0001-9431-7735
California Medical Board; C142154; Licensee
American Board of Surgery; Surgery; 060719; Diplomate through 12/2026
American Board of Surgery; Surgical Critical Care; 004012; Diplomate through 12/2028

## GRANTS

2009      Renewal of National Institutes of Health Research Training Grant, T32RR021312-06 PI: K. Craig Kent
2013      New York State Governors Traffic Safety Committee Highway Safety Grant; HS1-2015-Jamaica Hosp-00182-(041)
2014      New York State Governors Traffic Safety Committee Highway Safety Grant; HS1-2015-Jamaica Hosp-00182-(041)
2019      UROP Fellow Grant. Study PI: Schubl 75192S1
          Use of NIRS to detect NSTI in emergency room patients
2020      **UCOP California Breast Cancer Research Program Grant**; co-PI: Schubl/Khan **R01RG3745** ($150,000, 1 year)
          Longitudinal Surveillance of Health Care Workers to Correlate SARS-CoV-2 Antibodies with Immunity
2020      **Surgical Infection Society Foundation Grant**; PI Schubl ($30,000)
          Extended Longitudinal Surveillance of Health Care Workers to Monitor SARSCoV-2 Antibody Levels Over Time and Correlate with Clinical Immunity.
2020      **NIH- National Institute of Allergy and Infectious Diseases**; PI BenMohammed, Co-I Schubl **R01AI158060 ($3,727,050, 5 years)** Developing a Multi-epitope Pan-Coronavirus Vaccine
2020      Dean's Award. Study Co-PI: Schubl ($55,000)
          Expanded Funding for Serologic Surveillance of Health Care Workers for SARS-CoV-2 Antibodies During COVID-19 Pandemic Using a Coronavirus Antigen Microarray
2020      CRAFT-COVID Grant. PI: Schubl/Khan ($60,000)
          Extended Longitudinal Surveillance of Health Care Workers to Monitor SARSCoV-2 Antibody Levels Over Time and Correlate with Clinical Immunity.
2020      CRAFT-COVID Grant. PI: Schubl/Khan ($60,000)
          Serologic Surveillance of Health Care Workers for SARS-CoV-2 Antibodies During COVID-19 Pandemic Using a Coronavirus Antigen Microarray.
2020      UCOP COVID-19 Research Seed Funding Grant. PI: Schubl/Khan. R00RG2646 ($25,000)
          Serosurveillance of Health Care Workers for COVID-19 Using a Coronavirus Antigen Microarray
2020      UROP Fellow Grant. Study PI: Schubl 75192S1
          Renewal of grant
2020      Physicians for a Health California CalHealthCares Individual Grant. PI: Schubl B0233 ($72,016.19, 5 years)
          Medical School Repayment Grant from the State of California for caring for the underserved.
2021      UROP Fellow Grant. Study PI: Schubl 75192S1
          Renewal of grant; Students: Steven Pong and Lucille Ortiz
2021      NIH T35 Summer Mentoring and Research Training Award; National Institute for Diabetes, Digestive, and Kidney Disease. NIH T35DK128877-01. PI: Schubl Student: Sina Hosseinian

REDACTED

2022 CCR-20-144: Autolab-20 Validation Study for SARS-CoV-2 Antibodies in Fingerstick Using a Coronavirus Antigen Microarray. IR-5016 - CCR CT Surgery. PI Schubl. ($243,746.00, 2 years)

**PUBLICATIONS**

1. **Schubl SD**, Tsai S, Ryer E, Wang C, Liu B, Kent KC. Upregulation of PKCdelta in vascular smooth muscle cells promotes inflammation in AAAs. J Surg Res. 2009 May 15;153(2):181-7. PMID: 18952226

2. Afaneh C, Aull M, **Schubl SD**, Leeser D, Kapur S. Review Article, Induction therapy: A Modern Review of Kidney Transplantation Agents. J Transplant Technol Res. 2011. S04:001.

3. Aull MJ, Afaneh C, **Schubl S**, Walker JK, Leeser DB, Kapur S. Recipients of Expanded Criteria Donor Kidney Transplants Undergoing Early Corticosteroid Withdrawal Using rATG Induction Are Not at Higher Risk of Acute Rejection. American Journal of Transplantation. April 2012. American Transplant Congress, Volume 12.

4. Thurm CA, **Schubl SD**, Vakil A, Klein TR, Raynor JC, Cervellione KL. "Pilot Study of the Safety of Rivaroxaban for VTE Prophylaxis in Non-Orthopedic Surgical Patients". J of Thrombosis and Haemostasis 12:64-65. June 2014.

5. Sommerhalder C, Fretwell KR, Salzler G, Creasy JM, Robitsek J, **Schubl SD.** Aneurysmal Rupture of a Mesodiverticular Band to Meckel's Diverticulum. Case Rep Surg. 2015; Epub 2015 Jan 21.

6. Karleigh R. Curfman, Brendan R Gontarz, Michael D. Facciolo, Meera Cheerharan, R Jonathan Robitsek, **Sebastian D. Schubl.** Incarcerated Amyand's Hernia with Acute Appendicitis: A Case Report. J Med Cases. 2015;6(12):592-595

7. Michelle Abghari, Alexa Monroy, **Sebastian Schubl,** Roy Davidovitch, Kenneth Egol, Outcomes Following Low-Energy Civilian Gunshot Wound Trauma to the Lower Extremities: Results of a Standard Protocol at an Urban Trauma Center. The Iowa Orthopaedic Journal. Sept 2015; 35:65-69. PMID: 26361447

8. Karleigh R. Curfman · R. Jonathan Robitsek · Gregory G. Salzler ·Katherine D. Gray · Charles S. Lapunzina · Ravi K. Kothuru ·**Sebastian D. Schubl**. Massive Hemothorax Caused by a Single Intercostal Artery Bleed Ten Days after Solitary Minimally Displaced Rib Fracture. Case Reports in Surgery, vol. 2015, Article ID 120140, 4 pages, 2015 Nov 5. PMID: 26618020

9. **Schubl SD**, Robitsek RJ, Sommerhalder C, Wilkins KJ, Klein TR, Trepeta S, Ho VP. Cervical spine immobilization may be of value following firearm injury to the head and neck. Am J. Emerg. Med. 2016 Apr; 34(4):726-9. DOI: 10.1016/j.ajem.2016.01.014. PMID: 26873409

10. **Schubl SD**, Raymond L, Robitsek RJ, Bagheri F. (2016) Isolated Clostridium difficile Small Bowel Enteritis in the Absence of Predisposing Risk Factors, Surgical Infections Case Reports 1.1, 1-3, DOI:10.1089/crsi.2016.0006. 2016 Mar 31

11. **S.D. Schubl**, T.R. Klein, R.J. Robitsek, S. Trepeta, K. Fretwell, D. Seidman, M. Gottlieb. "Temporal Bone Fracture: Evaluation in the Era of Modern Computed Tomography". Injury. 2016 Sept; 47(9):1893-7 PMID: 27387791. DOI: 10.1016/j.injury.2016.06.026 PMID: 27387791

12. Melissa K James PhD, **Sebastian Schubl MD**, Michael P. Francois BS, Geoffrey K. Doughlin MD, FACS, Shi-Wen Lee DO. "Introduction of Pan-scan protocol for blunt trauma activations: what are the consequences?" American Journal of Emergency Medicine. 2016 Sept 22. pii: S0735-6757(16)30605-2. DOI: 10.1016/j.ajem.2016.09.027 PMID: 27773351

13. Amit Basu MD, Taylor Klein BS, R. Jonathan Robitsek PhD, Jeffrey Chan MD, Alfredo Wong MD, David Sammett MD, PhD, Katherine McKenzie DO, K. Geoffrey Doughlin MD, Kenneth Fretwell MD, and **Sebastian D. Schubl MD**. "Effect of the Affordable Care Act on Financial Margins and Access to Care for Appendectomy and Cholecystectomy". Journal American College of Surgeons, 223(4):e34; 2016 Oct.

14. Aldrin C. Alpuerto, Maximo E. Mora, R. Jonathan Robitsek, **Sebastian D. Schubl**. "Primary Pure Squamous Cell Carcinoma of the Gallbladder Locally Invading the Liver, Duodenum, and Stomach: A Case Report and Literature Review." Case Rep Surg. 2017;2017:2534029 Epub 2017, Jan 29. PMID: 28251014

15. Melissa K. James, PhD, Shi-Wen Lee, DO, Jennifer A. Minneman, MD, Maureen D. Moore MD, Taylor R. Klein, BS, R. Jonathan Robitsek, PhD, Phillip S. Barie, MD, MBA , **Sebastian D. Schubl, M**D. "Variability in CT imaging of blunt trauma among ED physicians, surgical residents, and trauma surgeons." Journal of Surgical Research. February 2017. PMID: 28601333

REDACTED

16. Melissa K. James, PhD,Vanessa P. Ho, MD, MPH, Simon P. Tiu, MD, Richard J. Tom, MD, Taylor R. Klein, BS, Gloria M. Melnic, RN, **Sebastian D. Schubl, MD.**  Low abdominal wall thickness may predict percutaneous endoscopic gastrostomy complications. The American Surgeon. 2017 Feb; 83(2):183-190. PMID: 28228206

17. Konda SR, Lott A, Saleh H, **Schubl SD**, Chan J, Egol KA. "How Does Frailty Factor Into Mortality Risk Assessment of a Middle-Aged and Geriatric Trauma Population?" Geriatric Orthopedic Surgery & Rehabilitation 1-6. Oct. 2017 Oct 25. PIMD: 29318084

18. Grigorian A, Joe V, Delaplain P, **Schubl SD**, Barker B, Gabriel V, Dosch A, Barrios C, Nahmias J. Risk of Hysterectomy and Salpingectomy or Oophorectomy Compared to Repair After Pelvic Gynecologic Trauma. European Journal of Trauma and Emergency Surgery (2018), 1-8. 2018 Mar 6. PMID: 29511771

19. Grigorian A, Albertson S, Delaplain PT, Gabriel V, Maithel S, Dosch A, **Schubl SD,** Joe V, Nahmias J. Cirrhosis Increases Complication Rate and Overall Mortality in Patients with Traumatic Lung Injury. Trauma 2018 May 12.

20. Grigorian A, Sugimoto M, Joe V, **Schubl SD**, Lekawa M, Dolich M, Kuncir E, Barrios C, Nahmias J. Pressure Ulcer in Trauma Patients: A Higher Spinal Cord Injury Level Leads to Higher Risk. Journal of the American College of Clinical Wound Specialists. 2018 June 19. PMID: 30591898

21. Grigorian A, Wilson S, Kabutey NK, Fujitani RM, de Virgilio C, **Schubl SD**, Gabriel V, Chen S, Joe V, Nahmias J. Decreased National Rate of Below the Knee Amputation in Patients with Popliteal Artery Injury. Annals of Vascular Surgery. 2018 Jul 25. PMID: 30053552

22. Grigorian A, Milliken J, Livingston J, Spencer D, Gabriel V, **Schubl SD**, Kong A, Barrios C, Joe V, Nahmias J. National Risk Factors for Blunt Cardiac Injury: Hemopneumothorax is the Strongest Predictor. American Journal of Surgery. 2018 Jul 25. PMID: 30060913

23. Gabriel V, Grigorian A, Phillips J, **Schubl SD**, Barrios C, Pejcinovska M, Won E, Nahmias J. A Propensity Score Analysis of Clostridium Difficile Infection Among Adult Trauma Patients. Surgical Infections. July 30, 2018. PMID: 30204556

24. Grigorian A, Nahmias J, **Schubl SD**, Gabriel V, Bernal N, Joe V. Rising Mortality in Patients with Combined Burn Trauma. Burns. 2018 Jul 31. PMID: 30075972

25. Grigorian A, Gambhir S, Al-Khouja L, Gabriel V, **Schubl SD**, Nastanski N, Lekawa F, Joe V, Nahmias J. Decreased Incidence of Venous Thromboembolism Found in Trauma Patients with Positive Blood Alcohol Concentration on Admission. The American Journal of Drug and Alcohol Abuse. 2018 Aug 7. PMID: 30084660

26. Grigorian A, Livingston J, **Schubl SD**, Hasjim B, Mayers D, Kuncir E, Barrios C, Joe V, Nahmias J. National Analysis of Testicular and Scrotal Trauma in the United States. Res Rep Urol. 2018 Aug 10;2018(10):51-56.

27. Grigorian A, Pigazzi A, Nguyen N, **Schubl SD**, Joe V, Dolich M, Lekawa M, Nahmias J. Use of Laparoscopic Colectomy Increasing in Trauma: Comparison of Laparoscopic Versus Open Colectomy. Updates in Surgery. UPIS-D-18-00082R1. 2018 Aug 24

28. Grigorian A, Kabutey NK, **Schubl SD**, de Virgilio C, Joe V, Dolich M, Elfenbein D, Nahmias J. Blunt Cerebrovascular Injury Incidence, Stroke-Rate, and Mortality with the Expanded Denver Criteria. Surgery 2018 Sep. PMID: 29884478

29. Grigorian A, Gabriel V, Nguyen N, Smith B, **Schubl S,** Borazjani B, Joe V, Nahmias J. Black Race and Body Mass Index are Risk Factors for Rhabdomyolysis and Acute Kidney Injury in Trauma. Journal of Investigative Surgery. 2018 Sep 13 PMID: 30212225

30. Grigorian A, **Schubl SD,** Barrios C, Joe V, Dolich M, Lekawa M, Nahmias J. Association Heparin-Induced Thrombocytopenia with Bacterial Infection in Trauma Patients. JAMA Surgery. 2018 Oct 1. PMID: 29955756

31. Grigorian A, Wilson S, de Virgilio C, Kabutey NK, Fujitani RM, Gabriel V, **Schubl SD**, Joe V, Nahmias J. Combined Venous Injury Increases Upper Extremity Limb Loss and Mortality in Patients with Axillar or Subclavian Artery Injury. Journal of Vascular Surgery. 2018 Nov 14. PMID: 30426848

32. Gabriel V, Grigorian A, **Schubl SD**, Pejcinovska M, Won E, Lekawa M, Bernal N, Nahmias J. Perforated Peptic Ulcer Surgery: Decreased Le ngth of Stay but No Difference in Mortality with Laparoscopic Repair. Surg Laparosc Endosc Tech. In Press. 2018 Dec 28.

33. Hasjim B, Grigorian A, Barrios C, **Schubl S,** Nahmias J, Gabriel V, Soencer D, Donayre C. National Trends of Thoracic Endovascular Aortic Repair (TEVAR) Versus Open Thoracic Aortic Repair in Pediatric Blunt Thoracic Aortic Injury. 2019 Feb 23 PMID: 30802562

REDACTED

34. Grigorian A, **Schubl SD**, Gabriel V, Dosch A, Joe V, Bernal N, Dogar T, Nahmias J. Analysis of Trauma Patients with Unplanned Returns to the Operating Room. Turkish Journal of Surgery. 2019 Mar. PMID: 32550304

35. Gambhir S, Grigorian A, Ashbaugh A, Spencer D, Ramakrishnan D, **Schubl S**, Dolich M, Nahmias J (2019). Early Versus Late Pulmonary Embolism in Trauma: Not All Pulmonary Embolisms are Created Similarly. Journal of Surgical Research. 2019 Mar 2. PMID: 30836300

36. Gabriel V, Grigorian A, Nahmias J, Won E, Bernal N, Barrios C, **Schubl S**. Risk Factors for Post-Operative Sepsis and Septic Shock in Patients Undergoing Emergency Surgery. Surgical Infections. 2019 Apr 5. PIMID: 30950768

37. Grigorian A**, Schubl SD**, Scolaro J, Gabriel V, Hu A, Petrosian G, Joe V, Nahmias J. No Increased Risk of Acute Osteomyelitis Associated with Close or Open Long Bone Shaft Fractures. J Clin Orthop Trauma 2019 Apr 12. PMID: 31700209

38. Spencer D, Grigorian A, **Schubl SD**, Awad Kyrillos, Elfenbein D, Dogar T, Nahmias J. Thyroid Trauma – A National Analysis of Incidence, Mortality and Concomitant Injury. Journal of Surgical Research. 2019 May 11. PMID: 31085368

39. Tse C, Grigorian A, Nahmias J, Kabutey NK, **Schubl S**, Beckord B, Bowens N, de Virgilio C. Racial Disparities in Limb Amputations After Traumatic Vascular Injury. J Clin Orthop Trauma. 2019 May 14. PMID; 31700207

40. Grigorian A, Lekawa M, Dolich M, **Schubl S**, Doben A, Kuza C, Barrios C, Nahmias J. Smoking is Associated with an Improved Short-Term Outcome in Patients with Rib Fractures. European Journal of Trauma and Emergency Surgery. 2019 May 18. PMID: 31115615

41. Farhat A, Grigorian A, Nguyen N, Smith B, Williams B, **Schubl S**, Joe V, Elfenbein D, Nahmias J. Obese Trauma Patients Have Increased Need for Dialysis. European Journal of Trauma and Emergency Surgery. 2019 May 20. PMID: 31111163

42. Areg Grigorian, Catherine M. Kuza, **Sebastian D**. Schubl, Ninh T. Nguyen, Christian de Virgilio, Dennis Kim, Michael Lekawa & Jeffry Nahmias. Same-Day Discharge after Non-Perforated Laparoscopic Appendectomy Is Safe. Journal of Investigative Surgery. 2019 Jun 20. 2021 Mar;34(3):270-275. doi: 10.1080/08941939.2019.1630065. PMID: 31218891

43. Grigorian A, Nahmias J, Dolich M, **Schubl SD** et al. Increased risk of head injury in pediatric patients with attention deficit hyperactivity disorder. J Child Adolesc Psychiatr Nurs. 2019 Jul 21;1–6. PMID: 31328370

44. Delaplain PT, Grigorian A, Won E, Dosch AR, **Schubl S**, Covarrubias J, Nahmias J. Nonaccidental Trauma Is an Independent Risk Factor for Mortality Among Injured Infants. Pediatric Emergency Care. 2019 Aug 20. PMID: 31436675

45. Hasjim BJ, Grigorian A, Kuza CM **Schubl SD**, Barrios C, Chin TL, Nahmias J. Ground-level Falls at Skilled Nursing Facilities are Associated with More Serious Lower Extremity Injuries Compared With Home. Int J of LE Wounds 1-7. 2019 Sep 9. PMID: 31496322

46. Grigorian A, Lester E, Lekawa M, Dolich M, **Schubl SD**, Barrios C Jr, Nahmias J. Marijuana Use and Outcomes in Adult and Pediatric Trauma Patients after Legalization in California. Am J Surg. 2019 Dec;218(6):1189-1194. Epub 2019 Sep 10. PMID: 31521241

47. Delaplain PT, Philips JL, Barie PS and **Schubl SD**. No reduction in surgical site infection from postoperative antibiotics in facial fractures, regardless of duration or anatomic location:  a systematic review and meta-analysis. Surgical Infections. 2019 Sept 17 PMID: 31526317

48. Gambhir S, Grigorian A, **Schubl SD**, Barrios C, Bernal N, Joe V, Gabriel V, Nahmias J. Analysis of Non-Obstetric Vaginal and Vulvar Trauma: Risk Factors for Operative Intervention. Updates in Surgery. 2019 Sep 19. PMID: 31538318

49. Abate M, Grigorian A, Nahmias J, **Schubl S**, Kuncir E, Lekawa M. Differing Risk of Mortality in Trauma Patients with Stab Wounds to the Torso: Treating Hospital Matters. JAMA Surgery. 2019 Nov 1. PMID: 31433445

50. Duong W, Grigorian A, Al-Khouja LT, **Schubl SD**, Kong A, Lekawa M, Nahmias J. Sternotomy for Hemorrhage Control in Trauma, J Surg Res. 2019 Nov 20. pii: S0022-4804(19)30738-3. PMID: 31759620

51. P.T. Delaplain, C. Barrios, D. Spencer and **S.D. Schubl** et al., The use of computed tomography imaging for abdominal seatbelt sign: A single-center, prospective evaluation. Injury. 2020 Jan;51(1):26-31. PMID: 31938835

REDACTED

52. Delaplain PT, Grigorian A, Lekawa M, Mallicote M, Joe V, **Schubl SD**, Kuza CM, Dolich M, Nahmias J. Intracranial pressure monitoring associated with increased mortality in pediatric brain injuries. Pediatric Surgery International. 2020 Jan 14:1-8. PMID: 31938835

53. Nathan Jasperse, Areg Grigorian, Patrick Delaplain, Zeljka Jutric, **Sebastian D. Schubl**, Catherine Kuza, Jeffry Nahmias. Predictors of discharge against medical advice in adult trauma patients, The Surgeon, Volume 18, Issue 1, 2020, Pages 12-18, ISSN 1479-666X, 2020 Feb18. PMID: 31056431

54. Covarrubias, J., Grigorian, A., **Schubl, S.** et al. Obesity associated with increased postoperative pulmonary complications and mortality after trauma laparotomy. Eur J Trauma Emerg Surg (2020).. EJOT-D-19-00570R1. 2020 Feb 22. PMID: 32088754

55. Allen, A., Grigorian, A., Christian, A., **Schubl S.D.** et al. Intracranial pressure monitors associated with increased venous thromboembolism in severe traumatic brain injury. Eur J Trauma Emerg Surg (2020). EJOT-D-19-00309R4. 2020 Mar 10. PMID: 32157341

56. Yeates EO, Grigorian A, **Schubl SD**, et al. Chemoprophylaxis and Venous Thromboembolism in Traumatic Brain Injury at Different Trauma Centers. Am Surg. 2020;86(4):362-368. 2020 Apr 1. PMID: 32391761

57. Chou, R. L., Grigorian, A., Nahmias, J., **Schubl, S. D.**, Delaplain, P. T., & Barrios, C. (2020). Racial Disparities in Adult Blunt Trauma Patients With Acute Respiratory Distress Syndrome. Journal of Intensive Care Medicine.2020 Apr 7. PMID: 32253968

58. Bashi, R., Grigorian A., Lekawa M., **Schubl SD**, et al. Octogenarians with blunt splenic injury: not all geriatrics are the same. Updates Surg (2020). https://doi.org/10.1007/s13304-020-00765-y. 2020 Apr 18. PMID: 32306276

59. Moran, K., Grigorian, A., Elfenbein, D. **Schubl SD**, et al. Energy vessel sealant devices are associated with decreased risk of neck hematoma after thyroid surgery. Updates Surg (2020). UPIS-D-20-00032R1. 2020 Apr 24. PMID: 32333320

60. Chaudhry H, Grigoria, A, Lekawa M, Dolich M, Nguyen N., Smith, B, **Schubl SD**, Nahmias, J. Decreased Length of Stay After Laparoscopic Diaphragm Repair for Isolated Diaphragm Injury After Penetrating Trauma. The American Surgeon, 86(5), 493–498. 2020 May. PMID: 32684037

61. Shannon M. Fan, Areg Grigorian, Brian R. Smith, Catherine M. Kuza, Michael Lekawa, **Sebastian D. Schubl,** Ninh T. Nguyen, Jeffry Nahmias. Geriatric patients undergoing appendectomy have increased risk of intraoperative perforation and/or abscess, Surgery, Volume 168, Issue 2,2020,Pages 322-327. 2020 May 24. PMID: 32461001

62. Brian Sheehan, Areg Grigorian, **Sebastian D. Schubl** and Jeffry Nahmias. Predictors of Blunt Abdominal Aortic Injury in Trauma Patients and Mortality Analysis. J Journal of Vascular Surgery, Volume 69, Issue 3, e28 - e29. 2020 Jun. PMID: 31699513

63. Kojayan, G.G., Grigorian, A., **Schubl, S.D.** et al. The effects of smoking on adolescent trauma patients: a propensity-score-matched analysis. Pediatr Surg Int (2020). Ms. No. PESI-D-20-00024. 2020 Jun. PMID: 32236667 PMCID: PMC7223784 DOI: 10.1007/s00383-020-04654-8

64. Delaplain PT, Dosch AR, Kaafarani HM, Barie PS, **Schubl SD**, Scientific Studies Committee of the Surgical Infection Society. Revisiting the Surgical Infection Society Delphi Analysis of the Research Agenda in Surgical Infections: Advancements and Unanswered Questions. Surgical Infections. 2020 Jun 24. 2021 Apr;22(3):258-265. doi: 10.1089/sur.2020.114. PMID: 32589512

65. Oscar Hernandez Dominguez, Areg Grigorian, Michael Lekawa, **Sebastian D. Schubl**, Theresa Chin, Dennis Y. Kim, Christian de Virgilio, Jeffry Nahmias. Helicopter Transport Has Decreased Over Time and Transport From Scene or Hospital Matters. Air Medical Journal, 2020, ISSN 1067-991X. 2020 Jul – Aug. PMID: 32690305

66. Christian, Ashton B; Delaplain, Patrick T; Grigorian, Areg; Nahmias, Jeffry; Mueller, Lukas; Tay, Erika; Duong, William Q; Rockne, Wendy Y; **Schubl, Sebastian D.** Research Priorities in Chest Wall Injury, Journal of Trauma and Acute Care Surgery: 2020 July 6. PMID: 33017139

67. Duong W, Grigorian A, Nahmias J, Farzaneh C, Christian A, Dolich M, Lekawa M, **Schubl S**. An increasing trend in geriatric trauma patients undergoing surgical stabilization of rib fractures. Eur J Trauma Emerg Surg. 2020 Oct 23:1–6. doi: 10.1007/s00068-020-01526-7. Epub ahead of print. PMID: 33095279

68. Duffens A, Grigorian A, de Virgilio C, Chin T, Kim D, Lekawa M, **Schubl SD**, Nahmias J. Association of Risk of Mortality in Pediatric Patients Transferred From Scene by Helicopter With Major But Not Minor Injuries. Pediatr Emerg Care. 2020 Oct 22. doi: 10.1097/PEC.0000000000002263. Epub ahead of print. PMID: 33105460.

REDACTED

69. Awad K, Spencer D, Ramakrishnan D, Pejinovska M, Grigorian A, **Schubl S**, Nahmias J. Adult Trauma Patients with Isolated Thoracolumbar Spinous and Transverse Process Fractures may be Managed Conservatively to Improve Emergency Department Throughput. Journal of Trauma and Injury. Accepted

70. Comparison of Same and Different Level Height Falls on Subsequent Midline Shift in Pediatric Traumatic Brain Injury. PCARE-D-19-00448R1. Pediatric Emergency Care. Accepted

71. Christian AB, Grigorian A, Nahmias J, Duong WQ, Lekawa M, Joe V, Dolich M, **Schubl SD**. Comparison of surgical fixation and non-operative management in patients with traumatic sternum fracture. Eur J Trauma Emerg Surg. 2020 Oct 19:1–6. Epub ahead of print. PMID: 33078258

72. Hasjim B, Grigorian A, **Schubl S**, Lekawa M, Kim D, Bernal N, Nahmias. Helmets Protect Pediatric Bicyclists from Head Injury and Do Not Increase Risk of Cervical Spine Injury. Pediatric Emergency Care. 2020 Nov 11. doi: 10.1097/PEC.0000000000002290. PMID: 33181791

73. Jasperse N, Grigorian A, Delaplain P, Jutric Z, **Schubl SD**, Kuza CM, Nahmias J. Predictors of discharge against medical advice in adult trauma patients. JAMA Surgery. 2020 Feb;18(1):12-18. doi: 10.1016/j.surge.2019.04.001, PMID: 31056431

74. Donnelly M, Barie P, Grigorian A, Kuza C, **Schubl S**, DeVirgilio C, Lekawa M, Nahmias J. New York State and the Nation: Trends in Firearm Purchases and Firearm Violence During the COVID-19 Pandemic. The American Surgeon. 2021 May;87(5):690-697. doi: 10.1177/0003134820954827. PMID: 33233940

75. Rockne W, Grigorian A, Christian A, Nahmias J, Lekawa M, Dolich M, Chin T, **Schubl S**. No Difference in Mortality Between Level I and Level II Trauma Centers Performing Surgical Stabilization of Rib Fracture. American Journal of Surgery. 2021 May;221(5):1076-1081. doi: 10.1016/j.amjsurg.2020.09.033. PMID: 33010876

76. Doung W, Grigorian A, Farzaneh C, Nahmias j, Chin T, **Schubl S**, Dolich, Lekawa. Racial and Sex Disparities in Trauma Outcomes Based on Geographical Region. The American Surgeon. 2020 Dec 9;3134820960063. doi: 10.1177/0003134820960063. PMID: 33295791

77. Tay E, Grigorian A, **Schubl S**, Lekawa M, de Virgilio C, Scolaro J, Kabutey N, Nahmias J. Brachial Plexus Injury Significantly Increases Risk of Axillosubclavian Vessel Injury in Blunt Trauma Patients with Clavicle Fractures. American Surgeon. 2021 May;87(5):747-752. doi: 10.1177/0003134820952832. Epub 2020 Nov 10. PMID: 33169619

78. Garfinkle R, Sabboobeh S, Demian M, Barkun A, Boutros M, **Schubl SD**; Management of Uncomplicated Diverticulitis (MUD) Collaborative. Patient and Physician Preferences for Antibiotics in Acute Uncomplicated Diverticulitis: A Delphi Consensus Process to Generate Non-Inferiority Margins. Dis Colon Rectum. 2020 Oct 19. doi:Epub ahead of print. PMID: 33093297.

79. Mele T, Kaafarani H, Guidru C, Loor M, Machado-Aranda D, Mendoza A, Morris-Stiff G, Rattan R, **Schubl S**, Barie P. Surgical Infection Society Research Priorities: A Narrative Review of 14 years of Progress. Surgical Infections. 2021 Jun;22(5):568-582. doi: 10.1089/sur.2020.309. Epub 2020 Dec 3. PMID: 33275862

80. Yeats E, Grigorian A, Nahmias J, Dolich M, Lekawa M, Qazi A, Kong A, **Schubl S**. Isolated Thoracic Injury Patients with Rib Fractures Undergoing Rib Fixation Have Improved Mortality. Journal of Surgical Research. 2021 Jun;262:197-202. doi: 10.1016/j.jss.2021.01.016. Epub 2021 Feb 16. PMID: 33607414

81. Pieracci FM, **Schubl S**, Gasparri M, Delaplain P, Kirsch J, Towe C, White TW, Whitbeck S, Doben AR. The Chest Wall Injury Society Recommendations for Reporting Studies of Surgical Stabilization of Rib Fractures. Injury. 2021 Jun;52(6):1241-1250.Epub 2021 Feb 17. PMID: 33795145.

82. Swayam Prakash, Ruchi Srivastava, Pierre-Gregoire Coulon, Nisha R. Dhanushkodi, Aziz A. Chentoufi, Delia F. Tifrea, Robert A. Edwards, Cesar J. Figueroa, **Sebastian D. Schubl**… Lbachir BenMohamed. Genome-Wide Asymptomatic B-Cell, CD4+ and CD8+ T-Cell Epitopes, that are Highly Conserved Between Human and Animal Coronaviruses, Identified from SARS-CoV-2 as Immune Targets for Pre-Emptive Pan-Coronavirus Vaccines. doi: https://doi.org/10.1101/2020.09.27.316018

83. Pieracci, Fredric; Leasia, Kiara; Hernandez, Matthew C.; Kim, Brian; Cantrell, Emily; Bauman, Zachary; Gardner, Scott; Majercik, Sarah; Dieffenbaugher, Sean; Eriksson, Evert; Barnes, Matthew; Christie, D. Benjamin III; Lasso, Erika Tay; **Schubl, Sebastian**; Sauaia, Angela; White, Thomas; Doben, Andrew R. Surgical Stabilization of Rib Fractures in Octogenarians and Beyond – What are the Outcomes?, Journal of Trauma and Acute Care Surgery: February 25, 2021  2021 Jun 1;90(6):1014-1021. PMID: 34016925

84. Philip S. Barie, Vanessa P. Ho, Catherine J. Hunter, Elinore J. Kaufman, Mayur Narayan, Fredric M. Pieracci, **Sebastian D. Schubl**, Daithi S. Heffernan, and Jared M. Huston for the Therapeutics and Guidelines Committee of the Surgical Infection Society. Surgical Infection Society Guidance for Restoration of Surgical

REDACTED

Services during the Coronavirus Disease-2019 Pandemic. Surg Infect. 2021 Feb 25. DOI: 10.1089/sur.2020.421 PMID: 33635145.

85. Genome-Wide B-Cell, CD4+ and CD8+ T-Cell Epitopes, that are Highly Conserved Between Human and Animal Coronaviruses, Identified from SARS-CoV-2 as Targets for Pre-Emptive Pan-Coronavirus Vaccines. J Immunol June 1, 2021, 206 (11) 2566-2582

86. What Are My Injuries?" Health Literacy and Patient Comprehension of Trauma Care and Injuries Journal of Surgical Research. Accepted.

87. Positive Alcohol and Drug Screens Associated with Decreased Mortality. Drug and Alcohol Dependence. Accepted.

88. Haratian A., Grigorian A., Rajalingam K., Dolich M., Schubl S., Kuza C., Lekawa M., Nahmias J. Laparoscopy in the Evaluation of Blunt Abdominal Injury in Level I and II Pediatric Trauma Centers. The American Surgeon (accepted 27 June, 2021)

89. Delaplain PT, Kaafarani HMA, Benedict LAO, Guidry CA, Kim D, Loor MM, Machado-Aranda D, Mele TS, Mendoza AE, Morris-Stiff G, Rattan R, Upperman JS, Barie PS, Schubl SD; Scientific Studies Committee of the Surgical Infection Society. Surgical Infections and the Future of Research: Re-Defining the Research Agenda for the Surgical Infection Society. Surg Infect (Larchmt). 2021 Aug 6. doi: 10.1089/sur.2021.176. Epub ahead of print. PMID: 34357820.

90. Yeates EO, Grigorian A, Inaba K, Dolich M, Schubl SD, Lekawa M, Schellenberg M, de Virgilio M, Nahmias J. Blunt Trauma Massive Transfusion (B-MaT) Score: A Novel Scoring Tool. J Surg Res. In Press.

91. Assis, R., Jain, A., Nakajima, R. et al. Distinct SARS-CoV-2 antibody reactivity patterns elicited by natural infection and mRNA vaccination. npj Vaccines 6, 132 (2021). https://doi.org/10.1038/s41541-021-00396-3

92. Different Surgeon, Different Duration: Lack of Consensus on the Appropriate Duration of Antimicrobial Prophylaxis and Therapy in Surgical Practice. Surg Infect (Larchmt). Accepted.

93. Marijuana Use Associated with Decreased Mortality in Trauma Patients. The American Surgeon. Accepted.

94. No Difference in Mortality and Outcomes after Addition of Nearby Pediatric Trauma Center. Pediatric Emergency Care. Accepted.

95. Surgical rib fixation in traumatic rib fractures: is it warranted? Current Opinion in Anesthesiology. Accepted

96. Obesity Does Not Increase Risk for Mortality in Severe Sepsis Trauma Patients. The American Surgeon. Accepted.

97. AB Christian, MD, A Grigorian, MD, J Mo, BS, EO Yeates, MD, M Dolich, MD, TL Chin, MD, MPH, SD Schubl, MD, CM Kuza, MD, M Lekawa, MD, J Nahmias, MD, MHPE. Comparative Outcomes for Trauma Patients in Prison and the General Population. The American Surgeon. March 2022.

98. Mehta V, Grigorian A, Nahmias J, Dolich M, Barrios C, Chin T, Schubl S, Lekawa M. Blunt trauma mortality: Does trauma center level matter? Journal of Surgical Research. Accepted February 2022.

99. Matthew Dolich MD, Patrick T Delaplain MD, Catherine M Kuza MD, Jeffry Nahmias MD MHPE. Predictors of Mortality in Trauma Patients with Acute Respiratory Distress Syndrome Receiving Extracorporeal Membrane Oxygenation. Surgery in Practice and Science. March, 2022.

100. Firearm Violence Surrounding the COVID-19 Pandemic: A Reopening Phenomenon. Journal of Surgical Research. Under review.

101. Surgical Infection Society–Chest Wall Injury Society recommendations for antibiotic use during surgical stabilization of traumatic rib or sternal fractures to reduce risk of implant infection. Accepted. Surgical Infections.

102. Rib Fracture Management: A Review of Surgical Stabilization, Regional Analgesia, and Intercostal Nerve Cryoablation. Surgery in Practice and Science. Accepted. SIPAS-D-22-00036R1

103. Night Radiology Coverage for Trauma: Residents, Teleradiology, or both? Ms. No. JACS-2022-551R1. Journal of the American College of Surgeons

104. Youssef Shaban, Madelyn Frank, Sebastian Schubl, Claire Sakae, Anushka Bagga, Mennatalla Hegazi, Ronald Gross, Andrew Doben, Jeffry Nahmias. The History of Surgical Stabilization of Rib Fractures (SSRF), Surgery in Practice and Science, Volume 10, 2022, 100084, ISSN 2666-2620.

105. Prado L, Stopenski S, Grigorian A, Schubl S, Barrios C, Kuza C, Matsushima K, Clark D, Nahmias J. Predicting Unplanned Intensive Care Unit Admission for Trauma Patients: The CRASH Score. Journal of Surgical Research. Accepted June 2022.

REDACTED

106. Comparing outcomes of cholecystectomies in white vs. minority patients.  Olivia Tsai, Navid Fakourfar, Omaer Muttalib, Cesar Figueroa, Katharine A. Kirby, Sebastian Schubl, Cristobal Barrios. American Journal of Surgery. August 18, 2022.

## BOOK CHAPTERS

1. Schubl SD, Respiratory Infections, In: Microbiology Recall, Diallo A, Chandrasekhara V, ed., Lippencott, Williams and Wilkins; 2003.
2. Schubl SD, Lekawa ME, Kim C, Yu L, Trauma in Pregnancy, In: ObGyn Hospitalist: Principles and Practice; C Kim et al ed., McGraw Hill, 2018.
3. Barie PS, Schubl SD, Narayan M, Multiple Organ Dysfunction Syndrome, In: Acute Care Surgery, Britt LD et al ed., Lippencott, Williams and Wilkins, 2018
4. Schubl SD, Woods AL, de Virgilio C, Kim DY; Gunshot Wound to the Left Neck; Surgery, De Virgilio et al ed, Springer, 2019.

## INVITED LECTURESHIPS, SCHOLARLY ACTIVITIES & REVIEWS

| | |
|---|---|
| 10/18/2017 | "Sepsis Core Measures and Early Detection of Sepsis", Corona Regional Medical Center, Grand Rounds |
| 10/24/2017 | "Managing interactions with the family of potential donors", One Legacy Annual Meeting; Pomona, California |
| 10/31/2017 | "Great Saves in Trauma" Annual No Fear Trauma Symposium; Orange County Global Medical Center |
| 01/30/2018 | "Sepsis Detection and Treatment", Anaheim Regional Medical Center, Grand Rounds |
| 03/05/2018 | Multiple Presentations, Mammoth EM 37th Annual Conference |
| 05/22/2018 | "Sepsis",Centinela Hospital Medical Center, Grand Rounds |
| 06/08/2018 | "Great Saves in Trauma", Ortho Trauma Symposium, UC Irvine Health |
| 10/5/2018 | "Surgical Stabilization of Rib Fractures", Loma Linda Medical Center Trauma Conference, Loma Linda, CA. |
| 02/21/2019 | "Current Approaches to the Management of Sepsis", St. Vincents Medical Center, Grand Rounds |
| 05/08/2019 | Surgical Infection Society Annual Meeting, Paper Discussant, Plenary Session |
| 9/27/2019 | "Surgical Stabilization of Rib Fractures", **University of Minnesota** Trauma Conference, Minneapolis, MN |
| 10/16/2019 | "Surgical Stabilization of Rib Fractures", **University of California at Davis** Medical Center Trauma Conference, Davis, CA |
| 10/28/2019 | American College of Surgeons Annual Meeting, Rib Fixation Expert Panel ME113 |
| 2/10/2020 | "Surgical Stabilization of Rib Fractures", **UT Galveston** Trauma Conference, University of Texas, Galveston, TX |
| 2/11/2020 | "Surgical Stabilization of Rib Fractures", **Red Duke Trauma Institute at Texas Medical Center** Trauma Conference, Houston, TX |
| 3/24/2020 | **UCI Health Leadership Forum**, COVID-19 Experience in NYC |
| 3/24/2020 | UCI Irvine Department of Surgery, Division of Trauma Conference, COVID-19 Experience in NYC |
| 04/15/2020 | American Association for the Surgery of Trauma Annual Meeting, Moderator: Panel on Intrathoracic Approached to Surgical Stabilization of Rib Fractures |
| 04/22/2020 | Chest Wall Injury Society Summit, Moderator: Panel Discussion on Intrathoracic Rib Plating |
| 8/31/2020 | "Surgical Stabilization of Rib Fractures", **Intermountain Health** Trauma Course, Intermountain Health, NV |
| 09/10/2020 | "Inside Out: air of Rib Fractures", **University of California Irvine**, Department of Surgery Grand Rounds |
| 12/9/2020 | Rib fixation and program development. **Vanderbilt University Medical Center**, Nashville, TN. |
| 12/21/2020 | Intrathoracic rib plating. Miami Valley Hospital, Dayton, OH. |
| 1/25/2021 | Basics of rib fixation.  **Northwestern** Memorial Hospital, Chicago, IL |
| 4/15/2021 | Surgical Infection Society: The Surgical Backlog, Webinar |
| 6/25/2021 | "Surgical Stabilization of Rib Fractures", **Memorial Hermann Trauma Center,** Trauma Conference, Houston, TX |
| 2/1/2022 | "Digital Health Strategies at UCI", Invited Lecture, Grand Rounds, Department of OBGYN, Mount Sinai West, New Yok, NY |

REDACTED

2/2/2022          "Digital Health Strategies at UCI", Invited Lecture, Grand Rounds, Department of OBGYN, Mount Sinai Main Campus, New Yok, NY

**ACCEPTED PRESENTATIONS AT NATIONAL MEETINGS**

11/08/2018        Grigorian A, Nahmias J, Sheehan B, Dolich M, Schubl S, Barrios C, Lekawa M. Increased Risk of Bicycle Accident in Pediatric Patients with Attention Deficit Hyperactivity Disorder (ADHD). Pediatric Trauma Society November 2018.

01/17/2019        Delaplain P, Barrios C, Spencer D, Lekawa M, Schubl S, Dosch A, Grigorian A, Pejcinovska M, Nahmias J. Abdominal Seatbelt Sign: Exclusion of Hollow Viscous Injury is Easier Than Prediction. Eastern Association for the Surgery of Trauma (EAST) Meeting January 2019

01/26/2019        Delaplain P, Grigorian A, Won E, Dosch A, Schubl S, McLaughlin C, Nahmias J. Abuse is an Independent Risk Factor for Mortality Among Infants. Southern California American College of Surgery (SCACS) Annual Scientific Meeting January 2019

01/27/2019        Christian A, Grigorian A, Allen A, Schubl S, Barrios C, Lekawa M, Borazjani B, Nahmias J. Intracranial Pressure Monitors Associated with Increased Venous Thromboembolism in Severe Traumatic Brain Injury. Southern California American College of Surgery (SCACS) Annual Scientific Meeting January 2019

01/27/2019        Covarrubias J, Grigorian A, Nahmias J, Chin T, Schubl S, Joe V, Lekawa M. Vices-Paradox in Trauma: Positive Alcohol and Drug Screens Associated with Decreased Mortality. Southern California American College of Surgery (SCACS) Annual Scientific Meeting January 2019

02/06/2019        Gambhir S, Grigorian A, Gabriel V, Schubl S, Barrios C, Bernal N, Joe V, Nahmias J. Analysis of Vaginal and Vulvar Trauma: Risk Factors for Operative Intervention.  Academic Surgical Congress (ASC) Meeting February 2019

02/06/2019        Gambhir S, Grigorian A, Gabriel V, Schubl S, Barrios C, Bernal N, Joe V, Nahmias J. Analysis of Vaginal and Vulvar Trauma: Risk Factors for Operative Intervention.  Academic Surgical Congress (ASC) Meeting February 2019

02/06/2019        Yeates E, Grigorian A, Schubl S, Kuza CM, Joe V, Lekawa M, Borazjani B, Nahmias J. Chemoprophylaxis and Venous Thromboembolism in Traumatic Brain Injury at Different Trauma Centers. Academic Surgical Congress (ASC) Meeting February 2019 (accepted)

02/06/2019        Hasjim BJ, Grigorian A, Kuza CM, Schubl S, Barrios C, Chin T, Nahmias J. Falls at Skilled Nursing Facilities Lead to More Serious Lower Extremity Injuries Compared to Home. Academic Surgical Congress (ASC) Meeting February 2019

02/06/2019        Grigorian A, Lekawa M, Joe V, Schubl S, Kong A, Nahmias J. Octogenarians with Blunt Splenic Injury: Not All Geriatrics are the Same. Academic Surgical Congress (ASC) Meeting February 2019

02/06/2019        Galvin KM, Grigorian A, Schubl S, Gabriel V, Anavim A, Rudd A, Phillips JL, Nahmias J. Imaging May Partly Obviate Laparoscopy for Thoracoabdominal Stab Wounds: A Single Center Pilot Study. Academic Surgical Congress (ASC) Meeting February 2019

02/06/2019        Covarrubias J, Grigorian A, Nahmias J, Chin T, Schubl S, Joe V, Lekawa M. Vices-Paradox in Trauma: Positive Alcohol and Drug Screens Associated with Decreased Mortality. Academic Surgical Congress (ASC)  Meeting February 2019)

2/16/2019         Eastern Association for the Surgery of Trauma Annual Meeting
                  Presenter: Intrathoracic Approached to Surgical Stabilization of Rib Fractures

02/16/2019        Grigorian A, Abate M, Nahmias J, Schubl S, Kuncir E, Lekawa M. Differing Risk of Mortality in Trauma Patients with Stab Wounds to the Torso: Treating Hospital Matters. Pacific Coast Surgical Association Meeting February 2019 (accepted)

02/16/2019        Grigorian A, Lekawa M, Dolich M, Schubl S, Doben A, Kuza CM, Barrios C, Nahmias J. Smoking Associated with Improved Mortality in Trauma Patients with Rib Fractures. Pacific Coast Surgical Association Meeting February 2019

02/16/2019        Grigorian A, Lekawa M, Dolich M, Schubl S, Doben A, Kuza CM, Barrios C, Nahmias J. Smoking Associated with Improved Mortality in Trauma Patients with Rib Fractures. Pacific Coast Surgical Association Meeting February 2019

03/18/2019        Sheehan B, Grigorian A, de Virgilio C, Fujitani R, Kabutey N, Lekawa M, Schubl S, Nahmias J. Predictors of Blunt Abdominal Aortic Injury in Trauma Patients and Analysis for Mortality. Society for Clinical Vascular Surgery (SCVS) March 2019

REDACTED

| | |
|---|---|
| 03/18/2019 | Tse C, Grigorian, A, Nahmias J, Kabutey N, Schubl S, Beckord B, Bowens N, de Virgilio C. Racial Disparities in Limb Amputations After Traumatic Vascular Injury. Society for Clinical Vascular Surgery (SCVS) March 2019 |
| 04/16/2019 | Chaudhry H, Grigorian A, Lekawa M, Dolich M, Nguyen NT, Smith BR, Schubl SD, Nahmias J. Open versus Laparoscopic Diaphragm Repair for Isolated Penetrating Diaphragm Injury in Trauma. Southwest Surgical Congress April 2019 |
| 09/19/2019 | Grigorian A, de Virgilio C, Chin T, Kim D, Lekawa M, Schubl S, Nahmias J. Pediatric Helicopter Transport: Flying Less But Also Less Injured. American Association for the Surgery of Trauma (AAST) Assembly September 2019 |
| 10/28/2019 | Abate M, Grigorian A, Lekawa M, Schubl S, Dolich M, Delaplain P, Kuza C, Nahmias J. Predictors of Mortality in Trauma Patients with Acute Respiratory Distress Syndrome on Extracorporeal Membrane Oxygenation. American College of Surgeons Clinical Congress October 2019. |
| 10/28/2019 | Covarrubias J,Grigorian A, Schubl S, Gambhir S, Dolich M, Lekawa M, Nguyen N, Nahmias J. Obesity Associated with Increased Postoperative Pulmonary Complications and Mortality After Trauma Laparotomy. American College of Surgeons Clinical Congress October 2019. |
| 10/28/2019 | Grigorian A, Lekawa M, Schubl S, Chin T, Kim D, de Virgilio C, Nahmias J. Helicopter Transport Has Decreased Over Time: Transport from Scene or Hospital Matters. American College of Surgeons Clinical Congress October 2019. |
| 11/13/2019 | Grigorian A, Hasjim B, Schubl S, Lekawa M, Kim D, Bernal N, Nahmias J. Helmets Protect Pediatric Bicyclists From Head Injury And Do Not Increase Risk Of Cervical Spine Injury: Time For A Universal Helmet Law. Pediatric Trauma Society 2019. |
| 4/22/2021 | Chest Wall Injury Society Annual Summit; Greiffenstein P, Schubl SD <br> Procedural Learning Sessions – Practical Chest Wall Ultrasound |
| 9/5/2021 | S Bloom, A Grigorian, S Schubl, D Thangathurai, C Kuza, L Swentek, A Qazi, J Nahmias. MARIJUANA USE ASSOCIATED WITH DECREASED MORTALITY IN TRAUMA PATIENTS. SWSC 2021 |
| 8/2/2021 | Surgical Infection Society. "Revisiting the Surgical Infection Society (SIS) Delphi Analysis of the Research Agenda in Surgical Infections: Advancements and unanswered questions". Patrick T. Delaplain, Austin R. Dosch, Haytham M.A. Kaafarani, Philip S. Barie, Sebastian D. Schubl, and the Scientific Studies Committee of the Surgical Infection Society |
| 8/2/2021 | Surgical Infection Society. "Surgical infections and the Future of Research: Re-defining the Research Agenda for the Surgical Infection Society" Patrick T. Delaplain, Haytham M.A. Kaafarani, Philip S. Barie, Sebastian D. Schubl, and the Scientific Studies Committee of the Surgical Infection Society |
| 8/3/2021 | Surgical Infection Society *Award for Best Resident Research Presentation. "Different Surgeon, Different Duration: Lack of Consensus on the Appropriate Duration of Antimicrobial Prophylaxis and Therapy in Surgical Practice" Patrick T. Delaplain, Haytham M.A. Kaafarani, Philip S. Barie, Sebastian D. Schubl, and the Scientific Studies Committee of the Surgical Infection Society |
| 8/3/2021 | Moderator and Organizer for Panel discussion and presentations on the 2020 SIS Delphi to Re-Defining the Research Agenda for the Surgical Infection Society |
| 1/2022 | Southern CA Chapter, ACS 2022 Annual Scientific meeting. firearm violence before vs. after the COVID-19 vaccination peak |
| 2/13/22 | Night Radiology Coverage for Trauma: Residents, Teleradiology, or Both? 93rd Annual Meeting of the Pacific Coast Surgical Association |

**PROFESSIONAL SOCIETIES/JOURNALS SERVICE**

| | |
|---|---|
| 06/2018-present | Instructor for Advanced Trauma Life Support (ATLS©) |
| 01/2018-present | Instructor for Advanced Surgical Skills for Exposure in Trauma (ASSET) |
| 2018-present | Member, Item Writing Committee, Society for Critical Care Medicine |
| 2018-present | Chair, Publications Committee, Chest Wall Injury Society |
| 2018-2020 | Member, Scientific Studies Committee, Surgical Infection Society |
| 2019-present | Member, Executive Council, Chest Wall Injury Society |
| 2019-present | Journal of the American College of Surgeons Ad hoc Reviewer |
| 2019-present | Journal of Trauma and Acute Care Surgery Ad hoc Reviewer |
| 2019-present | Surgical Infections Ad hoc Reviewer |
| 2020-present | Vice-Chair, Scientific Studies Committee, Surgical Infection Society |

REDACTED

| | |
|---|---|
| 2020-present | Member, Manuscript and Literature Review Committee, Eastern Association for the Surgery of Trauma |
| 2021 | Journal of Trauma and Acute Care Surgery **Guest Editor-** CWIS Edition |

**INSTITUTIONAL SERVICE**

| | |
|---|---|
| 2018-present | Member, OR Governance Committee, UC Irvine Health |
| 2018-present | Member, OR Block Committee, UC Irvine Health |
| 2018-present | Member, Committee of Clerkship Directors, UC Irvine School of Medicine |
| 2018-present | Member, Trauma Performance Improvement Committee, UC Irvine Health |
| 2018-present | Member, Education Committee for the Department of Surgery, UC Irvine |
| 2018-present | Member, Anesthesia Critical Care Competency Committee, UC Irvine Health |
| 2018-present | Member, Surgical Critical Care Fellowship Competency Committee, UC Irvine Health |
| 2018-present | Member, Program Evaluation Committee for General Surgery Residency, UC Irvine Health |
| 2018-present | Member, Antibiotic Stewardship Committee, UC Irvine Health |
| 2018-2021 | Member, Committee of Clerkship Directors |
| 2018-2021 | Clerkship Director, 4th Year Medical Students Surgery Electives |
| 2018-present | Applicant Interviewer, Surgical Critical Care Fellowship |
| 2018-present | Applicant Reviewer & Interviewer, General Surgery Residency |
| 2018-present | **Digital screening tool for the Residency Applicant Review Process** |
| 2018-2021 | **Mentorship Program to prepare students for Residency Application**. |
| 2018-present | Applicant Reviewer & Interviewer, General Surgery Residency |
| 2018-present | Department of Surgery Cabinet member |
| 2018-present | Faculty Interviewer, Trauma Faculty Recruitment Committee |
| 10/27/2018 | Mock Oral Boards Workshop, UCI Department of Surgery, Resident Education |
| 2019-present | Member, Value Management Committee |
| 8/2018-1/2019 | Member, **Chief Operating Officer Search Committee** for UCI Health |
| 5/29/2019 | ABS Board Review, UCI Department of Surgery, Resident Education |
| 6/2019-10/2019 | Member, **Chief Informatics Officer Search Committee**, UC Irvine Health |
| 8/8/2019 | Practice Mock Orals, UCI Department of Surgery, Resident Education |
| 2019-present | Member, Value Management Committee, UC Irvine Health |
| 2019-present | DOS Robotic Hernia Program Development |
| 2019 | Co-organizer, Department of Surgery Diversity Scholarship for Visiting Acting Interns |
| 06/2019 | Faculty Hooder for 2019 graduation ceremony of University of California Irvine SOM |
| 06/07/2019 | Mock Oral Boards Bootcamp, UCI Department of Surgery, Resident Education |
| 2020 | Member, **Chief Operating Officer Search Committee**, UC Irvine Health |
| 2020 | Member, **Chief Financial Officer Search Committee**, UC Irvine Health |
| 07/2020-present | UCOP Response to COVID-19 Work Group |
| 08/2020 –present | Hospital at Home Pilot Initiative |
| 12/2020-7/2021 | Medical Director, UCI Mobile Field Hospital |
| 4/2021-present | COO Directors Operations Team |
| 7/2021-present | Space Planning Steering Committee, UCI Health |
| 8/2021-present | Member, Readmission Avoidance Task Force |
| 8/2021-present | Chair, OR Block Committee, UC Irvine Health |
| 8/2021-present | Chair, OR Governance Committee, UC Irvine Health |
| 1/2022-present | Field Physician, Honda Center for NHL Ducks Team |
| 1/2022-present | Member, Advisory Board for the Center for Clinical Research (CCR), UCI-SOM |
| 1/2022-present | Member, **Chief Operating Officer Search Committee** for UCI Health |

**AWARDS**

| | |
|---|---|
| 1995 | Class Trustee at the University of Virginia School of Medicine, Charlottesville, VA |
| 1995 | Cum Laude Society, The Collegiate School, Richmond, VA |
| 1995 | State Advanced Placement Scholar with Distinction, State of Virginia |
| 1999 | Graduated with Scholastic Honors from Johns Hopkins University, Baltimore, MD |

REDACTED

2008     Association of Academic Surgeons/Society of University Surgeons Resident Research Award

2018     ARIISE Award Nominee - Accountability

2018     Eastern Association for the Surgery of Trauma Mentorship Program with Joseph Farhat MD, FACS

2019     ARIISE Award Nominee - Service

2019     UC Irvine School of Medicine **Humanitarian in Medicine Faculty Award**

2020     **CalHealthCares Awardee** - Physicians for a Healthy California – Commitment to Diversity

2021     Chest Wall Injury Society – Humanitarian Award

2022     Physician of Excellence, Orange County Medical Association

2022     Southern California Super Doctors

Sebastian D. Schubl

REDACTED