UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE ESTATE OF ANDRÉA S. PARHAMOVICH, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE SYRIAN ARAB REPUBLIC, *et al.*, <br><br> Defendants. | Case No. 17-cv-61 (GMH) |

## ORDER

As detailed in the Memorandum Opinion filed concurrently with this Order, it is hereby

**ORDERED** that Plaintiffs' motion for default judgment as to damages, ECF No. 73, is **GRANTED**, and judgment is entered in favor of Plaintiffs and against Defendants. It is further

**ORDERED** that Plaintiffs are awarded the following amounts in damages:

| Plaintiff | Compensatory Damages | Punitive Damages | TOTAL |
|---|---|---|---|
| Estate of Andréa S. Parhamovich | $3,738,000 | $25,000,000 | $28,738,000 |
| Vicki L. Parhamovich | $5,000,000 | $25,000,000 | $30,000,000 |
| André E. Parhamovich | $6,250,000 | $25,000,000 | $31,250,000 |
| Marcella Zampini | $2,500,000 | $25,000,000 | $27,500,000 |
| Cory Parhamovich | $3,125,000 | $25,000,000 | $28,125,000 |
| Chris Parhamovich | $3,125,000 | $25,000,000 | $28,125,000 |
| TOTAL | $23,738,000 | $150,000,000 | $173,738,000 |

It is further

**ORDERED** that the Clerk of Court shall close this case.

This is a final, appealable order.

2

**SO ORDERED**.

Date:  November 27, 2023

_____
G. Michael Harvey
United States Magistrate Judge