FedEx

No Service

PEEL HERE ▶

FedEx Express **International Air Waybill**

For FedEx services worldwide. Packages up to 150 lbs. (68 kg), excluding dangerous goods. Not all services and options are available to all destinations.

**1 From**

Date 12/28/23 Sender's FedEx Account Number 4851-6132-5

Sender's Name Joshua M. Ambush Phone 410 484-2070

Company LAW OFFICES OF JOSHUA M. AMBUS

Address

Address 106 OLD COURT RD STE 303

City PIKESVILLE State Province MD

Country/Territory US ZIP Postal Code 212084076

Email Address trice@ambushlaw.com

Internal Billing Reference Parhamovich

Residential Delivery

Recipient's Tax ID Number for Customs Purposes

**3 Shipment Information**

Total Packages

8177 3156 0060

FedEx Tracking Number 8177 3156 0060 0402 Form ID No.

**4 Express Package Service**

06 ☒ FedEx Intl. First 2A ☐ FedEx Intl. Priority Express (Delivery by noon to select locations) 2P ☐ FedEx Intl. Priority (Delivery by end of day) 03 ☐ FedEx Intl. Economy

**5 Packaging**

06 ☒ FedEx Envelope 02 ☐ FedEx Pak 03 ☐ FedEx Box 04 ☐ FedEx Tube
15 ☐ FedEx 10kg Box 25 ☐ FedEx 25kg Box 01 ☐ Other

**6 Special Handling and Delivery Signature Options** Fees may apply. See the FedEx Service Guide. Not available to all locations or for all shipments.

01 ☐ Hold at FedEx Location 03 ☐ Saturday Delivery
10 ☐ Direct Signature — Someone at recipient's address may sign for delivery. 34 ☐ Indirect Signature — If no one is available at recipient's address, someone at a neighboring address may sign for delivery.

**7 Payment** Complete payment options for both transportation charges and duties and taxes.

*Bill transportation charges to:* Enter FedEx Acct. No. or Credit Card No. below.

1 ☒ Sender (Acct. No. in Section 1 will be billed.) 2 ☐ Recipient 3 ☐ Third Party 4 ☐ Credit Card 5 ☐ Cash/Check

FedEx Acct. No.

Credit Card No.

Credit Card Exp. Date

*Bill duties and taxes to:* Enter FedEx Acct. No. below.

1 ☒ Sender (Acct. No. in Section 1 will be billed.) 2 ☐ Recipient 3 ☐ Third Party

FedEx Acct. No.

**8 Required Signature**

Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this ... U.S. State Department License or contain dangerous goods. Certain international treaties, including the Warsaw or Montreal Convention ... and limit our liability for damage, loss, or delay, as described in the Conditions of Contract.

Sender's Signature: [signature]

RT 0
FZ 0

710

Origin Station ID | Country Code/Destination Station ID | URSA Routing | Handling Units | Total Volume (cm)

Received At 1 ☐ Reg. Stop 2 ☐ On-Call Stop 3 ☐ Drop Box 4 ☐ World Service Center 5 ☐ Station Forms Attached ☐ CI ☐ CO

Base Charges | Declared Val. Chrg. | Other | ODA/OPA | Credit Card Auth.
FedEx Emp. # | Audit Emp. # | Date | Time | Del. Courier Emp. # | Date | Time

FedEx Express **Attention Sender**

**THIS SHIPMENT IS BEING RETURNED FOR THE FOLLOWING REASON(S):**

☐ Refused by recipient:
☐ Recipient moved and left no forwarding address or phone number.
☐ Recipient was not in when we attempted delivery, and we were not authorized to leave shipment without a signature.
☐ Recipient's address on your shipment was incorrect and/or incomplete, and we were unable to obtain the correct address.
☐ A P.O. box number was the only address given or obtainable.
☐ We were unable to collect C.O.D. charges.
☐ Shipper requested return:
☐ Shipment returned if undelivered after 5 days.
☒ Other: No Service to Area

**Questions? Go to our Web site at fedex.com. Call 1.800.Go.FedEx 1.800.463.3339.**

159396 REV 8/08 RRD

FedEx TRK# 0402 8177 3156 0060

AA
INTL ECONOMY
21208
MD-US
BWI

SP ZFEA