ORIGIN ID:ZFEA    (410) 484-2070
JOSHUA M. AMBUSH
JOSHUA M. AMBUSH, LLC
106 OLD COURT ROAD
SUITE 303
PIKESVILLE, MD 21208
UNITED STATES US

SHIP DATE: 16JAN24
ACTWGT: 1.00 LB
CAD: 101187522/INET4535

BILL SENDER

TO  **JARED HESS, ESQUIRE**
**OFFICE OF LEGAL AFFAIRS**
**SA CA OCS L**
**SA-17, 10TH FLOOR**
**WASHINGTON DC 20522**
(202) 485-6173    REF: PARHAMOVICH TO STATE DEPT
INV:
PO: A4    DEPT





FedEx
Express

**WED - 17 JAN 5:00P**
**STANDARD OVERNIGHT**

TRK#  **7748 2682 9195**
0201

**20522**

**19 KMDA**    DC-US  **IAD**



**17-cv-00061**